# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO, *
*
Plaintiff, *
*
TEXAS HEALTH CHOICE, L.C., *
Plaintiff, *
*
SCOTT & WHITE HEALTH PLAN, *
Plaintiff, *
*
v. *
*
UNITED STATES, *

Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: September 19, 2005**

**O R D E R**

The court held a status conference in the above-captioned three cases on September 16, 2005, with the parties appearing in person. As discussed at the status conference, and concurred in by the plaintiffs, the defendant's answers or other responses in the three cases are **WAIVED**. On or before **Monday, October 24, 2005**, the defendant shall file an appendix, including documentation of the agency rulemaking procedures and other documents relevant to the three above-captioned cases. On or before **Monday, November 21, 2005**, the parties shall file a joint stipulation of facts setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case and to assist in the summary judgment motions. The parties also shall submit a joint statement of issues of law. For both submissions, the parties are to separately identify, if necessary, any statement of fact or issue of law which is not agreed upon by both parties, but which one party believes to be at issue in the case. Pursuant to RCFC 56(h)(3), the joint stipulation of facts is to be filed instead of the moving or cross-moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact. The joint stipulation of facts shall include facts common to all three cases and, in separate sections, facts specific to each case.

On or before **Monday, December 5, 2005**, the plaintiffs shall file their motions for summary judgment.[1] On or before **Wednesday, January 4, 2006**, defendant shall file its

---

[1] As discussed at the September 16, 2005 status conference, Count I of GHS' second amended complaint is deferred, pending resolution of the remaining counts in GHS' complaint and the complaints of the other plaintiffs.

cross-motion for summary judgment in the three cases. On or before **Monday, January 23, 2006**, the plaintiffs shall file their reply briefs. On or before **Friday, February 10, 2006**, defendant shall file its reply brief in the three cases. All briefs shall cite to the joint stipulation of facts and supporting appendix by page and paragraph numbers. The parties have requested oral argument on their cross-motions, which will be scheduled after the parties' briefs are received.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**