## General Exclusions

All benefits are subject to the limitations and exclusions in this brochure. Although a specific service may be listed as a benefit, it will not be covered for you unless your Plan doctor determines it is medically necessary to prevent, diagnose or treat your illness or condition as discussed under Authorizations on page 7. The following are excluded:

- Care by non-Plan doctors or hospitals except for authorized referrals or emergencies (see Emergency Benefits)
- Expenses incurred while not covered by this Plan;
- Services furnished or billed by a provider or facility barred from the FEHB Program;
- Services not required according to accepted standards of medical, dental, or psychiatric practice;
- Procedures, treatments, drugs or devices that are experimental or investigational;
- Procedures, services, drugs, and supplies related to sex transformations; and
- Procedures, services, drugs and supplies related to abortions except when the life of the mother would be endangered if the fetus were carried to term, or when the pregnancy is an act of rape or incest.

**Medical and Surgical Benefits**

**What is covered**

A comprehensive range of preventive, diagnostic and treatment services is provided by Plan doctors and other Plan providers. This includes all necessary office visits; **you pay** a $5 office visit copay, but no additional copay for laboratory tests and X-rays. Within the service area, house calls will be provided if in the judgment of the Plan doctor such care is necessary and appropriate; **you pay** a $5 copay for a doctor's house call, and nothing for home visits by nurses and health aides.

**You pay** a $5 copay for each inpatient physician visit and any charges noted below:

The following services are included:

- Preventive care, including well-baby care and periodic check-ups

- Mammograms are covered as follows: for women age 35 through age 39, one mammogram during these 5 years; for women age 40 through 49, one mammogram every one or two years; for women age 50 through 64, one mammogram every two years. In addition to routine screening, mammograms are covered when prescribed by the doctor as medically necessary to diagnose or treat your illness.

- Routine immunizations and boosters

- Consultations by specialists

- Diagnostic procedures, such as laboratory tests and X-rays

- Complete obstetrical (maternity) care for all covered females, including prenatal, delivery and postnatal care by a Plan doctor (office visit copays are waived for obstetrical care). The mother, at her option, may remain in the hospital up to 48 hours after a regular delivery and 96 hours after a caesarean delivery. Inpatient stays will be extended if medically necessary. If enrollment in the Plan is terminated during pregnancy, benefits will not be provided after coverage under the Plan has ended. Ordinary nursery care of the newborn child during the covered portion of the mother's hospital confinement for maternity will be covered under either a Self Only or Self and Family enrollment; other care of an infant who requires definitive treatment will be covered only if the infant is covered under a Self and Family enrollment.

- Voluntary sterilization, insertion of IUDs and family planning services

- Diagnosis and treatment of diseases of the eye

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

• Vision and hearing screening up to age 19 (one per year), with referral to specialist when appropriate

• Allergy testing and treatment (copay is not required if physician is not seen)

• Biological serum, you pay 50% of covered charges

• The insertion of internal prosthetic devices, such as pacemakers and artificial joints.

• Cornea, heart, heart-lung, kidney, liver, lung (single or double), pancreas-kidney, and skin transplants. Allogeneic (donor) bone marrow transplants; autologous bone marrow transplants (autologous stem cell and peripheral stem cell support) for the following conditions: acute lymphocytic or non-lymphocytic leukemia, advanced Hodgkin's lymphoma, advanced non-Hodgkin's lymphoma, advanced neuroblastoma, breast cancer, multiple myeloma, epithelial ovarian cancer, and testicular, mediastinal, retroperitoneal and ovarian germ cell tumors. Transplants are covered when approved by the Medical Director. Related medical and hospital expenses of the donor are covered when the recipient is covered by this Plan.

• Women who undergo mastectomies may, at their option, have this procedure performed on an inpatient basis and remain in the hospital up to 48 hours after the procedure.

• Dialysis

• Surgical treatment of morbid obesity

• Chemotherapy, radiation therapy; and inhalation therapy

• Home health services of nurses and health aides, including intravenous fluids and medications when prescribed by your Plan doctor, who will periodically review the program for continuing appropriateness and need

• Chiropractic services

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

**Limited benefits**

**Oral and maxillofacial surgery** is provided for nondental surgical and hospitalization procedures for congenital defects, such as cleft lip and cleft palate, and for medical or surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, treatment of fractures and excision of tumors and cysts. All other procedures involving the teeth or intra-oral areas surrounding the teeth are not covered, including shortening of the mandible or maxillae for cosmetic purposes, correction of malocclusion, and any dental care involved in treatment of temporo-mandibular joint (TMJ) pain dysfunction syndrome.

**Reconstructive surgery** will be provided to correct a condition resulting from a functional defect or from an injury or surgery that has produced a major effect on the member's appearance and if the condition can reasonably be expected to be corrected by such surgery.

**Short-term rehabilitative therapy** (physical, speech and occupational) is provided on an inpatient or outpatient basis for up to three consecutive months per condition if significant improvement can be expected within three months; **you pay** a $10 copay per visit. Speech therapy is limited to treatment of certain speech impairments of organic origin. Occupational therapy is limited to services that assist the member to achieve and maintain self-care and improved functioning in other activities of daily living.

**Durable medical equipment**, such as wheelchairs, and hospital beds, prosthetics, such as lenses following cataract removal, and orthopedic devices such as foot orthotics. **You pay** 20% of all covered charges up to a maximum benefit of $l,000 per member per calendar year

**Diagnosis and treatment of infertility** is covered; **you pay** 50% of all charges. The following type(s) of artificial insemination are covered: intravaginal insemination (IVI); intracervical insemination (ICI); and intrauterine insemination (IUI). **You pay** 50% of all charges; cost of donor sperm is not covered. Other assisted reproductive technology (ART) procedures, such as in vitro fertilization and embryo transfer, are not covered. Fertility drugs are not covered.

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

**What is no covered**

- Physical examinations that are not necessary for medical reasons, such as those required for obtaining or continuing employment or insurance, attending school or camp, or travel
- Reversal of voluntary, surgically-induced sterility
- Plastic surgery primarily for cosmetic purposes
- Hearing aids
- Homemaker services
- Refractions, including lens prescriptions
- Long-term rehabilitative therapy
- Corrective eyeglasses and frames or contact lenses (including the fitting of the lenses)
- Transplants not listed as covered
- Blood and blood derivatives not replaced by the member
- Cardiac rehabilitation

## Hospital/Extended Care Benefits

### What is covered

### Hospital care

The Plan provides a comprehensive range of benefits with no dollar or day limit when you are hospitalized under the care of a Plan doctor. You pay nothing. **You pay** a $5 copay for each inpatient physician visit. **All necessary services are covered,** including:

• Semiprivate room accommodations; when a Plan doctor determines it is medically necessary, the doctor may prescribe private accommodations or private duty nursing care

• Specialized care units, such as intensive care or cardiac care units

### Extended care

The Plan provides a comprehensive range of benefits with no dollar or day limit when full-time skilled nursing care is necessary and confinement in a skilled nursing facility is medically appropriate as determined by a Plan doctor and approved by the Plan. **You pay** nothing. **All necessary services are covered**, including:

• Bed, board and general nursing care

• Drugs, biologicals, supplies, and equipment ordinarily provided or arranged by the skilled nursing facility when prescribed by a Plan doctor

### Hospice care

Supportive and palliative care for a terminally ill member is covered in the home or a hospice facility. Services include inpatient and outpatient, and family counseling; these services are provided under the direction of a Plan doctor who certifies that the patient is in the terminal stages of illness, with a life expectancy of approximately six months or less.

### Ambulance service

Benefits are provided for ambulance transportation ordered or authorized by a Plan doctor.

**CARE MUST RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

**Limited benefits**

**Inpatient dental procedures**

Hospitalization for certain dental procedures is covered when a Plan doctor determines there is a need for hospitalization for reasons totally unrelated to the dental procedure; the Plan will cover the hospitalization, but not the cost of the professional dental services. Conditions for which hospitalization would be covered include hemophilia and heart disease; the need for anesthesia, by itself, is not such a condition.

**Acute inpatient detoxification**

Hospitalization for medical treatment of substance abuse is limited to emergency care, diagnosis, treatment of medical conditions, and medical management of withdrawal symptoms (acute detoxification) if the Plan doctor determines that outpatient management is not medically appropriate. See page **XX** for nonmedical substance abuse benefits.

**What is not covered**

- Personal comfort items, such as telephone and television
- Blood and blood derivatives not replaced by the member
- Custodial care, rest cures, domiciliary or convalescent care

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

## Emergency Benefits

### What is a medical emergency?

A medical emergency is the sudden and unexpected onset of a condition or an injury that requires immediate medical or surgical care. Some problems are emergencies because, if not treated promptly, they might become more serious; examples include deep cuts and broken bones. Others are emergencies because they are potentially life-threatening, such as heart attacks, strokes, poisonings, gunshot wounds or sudden inability to breathe. There are many other acute conditions that the Plan may determine are medical emergencies—what they all have in common is the need for quick action.

### Emergencies within the service area

If you are in an emergency situation, please call your primary care doctor. In extreme emergencies, if you are unable to contact your doctor, contact the local emergency system (e.g., the 911 telephone system) or go to the nearest hospital emergency room. Be sure to tell the emergency room personnel that you are a Plan member so they can notify the Plan. You or a family member must notify the Plan within 48 hours. It is your responsibility to ensure that the Plan has been timely notified.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If you are hospitalized in non-Plan facilities and Plan doctors believe care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

Benefits are available for care from non-Plan providers in a medical emergency only if delay in reaching a Plan provider would result in death, disability or significant jeopardy to your condition.

To be covered by this Plan, any follow-up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

**Plan pays...**

Reasonable charges for emergency services to the extent the services would have been covered if received from Plan providers.

**You pay...**

$50 per hospital emergency room visit and $25 per visit to a participating minor emergency or urgent care center for emergency services that are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived.

**Emergencies outside the service area**

Benefits are available for any medically necessary health service that is immediately required because of injury or unforeseen illness.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If a Plan doctor believes care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

**Plan pays...**

Reasonable charges for emergency care services to the extent the services would have been covered if received from Plan providers.

**You pay...**

$50 per hospital emergency room visit for emergency services that are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived.

**What is covered**

- Emergency care at a doctor's office or an urgent care center
- Emergency care as an outpatient or inpatient at a hospital, including doctors' services
- Ambulance service approved by the Plan

**What is not covered**

- Elective care or nonemergency care
- Emergency care provided outside the service area if the need for care could have been foreseen before leaving the service area
- Medical and hospital costs resulting from a normal full-term delivery of a baby outside the service area

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTOR**

**Filing claims**

With your authorization, the Plan will pay benefits directly to the providers of your emergency care upon receipt of their claims. Physician claims should be submitted on the HCFA 1500 claim form. If you are required to pay for the services, submit itemized bills and your receipts to the Plan along with an explanation of the services and the identification information from your ID card.

Payment will be sent to you (or the provider if you did not pay the bill), unless the claim is denied. If it is denied, you will receive notice of the decision, including the reasons for the denial and the provisions of the contract on which denial was based. If you disagree with the Plan's decision, you may request reconsideration in accordance with the disputed claims procedure described on page **XX**.

## Mental Conditions/Substance Abuse Benefits

### Mental conditions

### What is covered

To the extent shown below, the Plan provides the following services necessary for the diagnosis and treatment of acute psychiatric conditions, including the treatment of mental illness or disorders:

- Diagnostic evaluation
- Psychological testing
- Psychiatric treatment (including individual and group therapy)
- Hospitalization (including inpatient professional services)

### Outpatient care

Up to 40 outpatient visits to Plan doctors, consultants or other psychiatric personnel each calendar year; **you pay** a $20 copay for each covered visit—all charges thereafter.

### Inpatient care

Up to 30 days of hospitalization each calendar year; **you pay** nothing for first 30 days—all charges thereafter.

### What is not covered

- Care for psychiatric conditions that in the professional judgment of Plan doctors are not subject to significant improvement through relatively short-term treatment

- Psychiatric evaluation or therapy on court order or as a condition of parole or probation, unless determined by a Plan doctor to be necessary and appropriate

- Psychological testing that is not medically necessary to determine the appropriate treatment of a short-term psychiatric condition

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

## Substance abuse

### What is covered

This Plan provides medical and hospital services such as acute detoxification services for the medical non-psychiatric aspects of substance abuse, including alcoholism and drug addiction, the same as for any other illness or condition. Services for the psychiatric aspects are provided in conjunction with the mental conditions benefit shown above. Outpatient visits to Plan mental conditions providers for follow-up care and counseling are covered, as well as inpatient services necessary for diagnosis and treatment. The mental conditions visit/day limitations and copays apply.

### What is not covered

- Treatment which is not authorized by a Plan doctor

## Prescription Drug Benefits

### What is covered

Prescription drugs prescribed by a Plan or referral doctor and obtained at a Plan pharmacy will be dispensed for up to a 30-day supply; **you pay** a $5 copay per prescription unit or refill for generic drugs, and a $10 copay per prescription unit or refill for name brand drugs. Nonformulary drugs will be covered when prescribed by a Plan doctor.

Covered medications and accessories include:

- Drugs for which a prescription is required by law
- Oral contraceptive drugs
- Insulin
- Disposable needles and syringes needed for injecting covered prescribed medication
- Intravenous fluids and medication for home use, implantable drugs, and some injectable drugs are covered under Medical and Surgical Benefits.
- Diabetic supplies including glucose test tablets and test tape; Benedict's solution or equivalent and acetone test tablets

**What is not covered**

- Drugs available without a prescription or for which there is a non-prescription equivalent available
- Drugs obtained at a non-Plan pharmacy except for out-of-area emergencies
- Vitamins and nutritional substances that can be purchased without a prescription
- Medical supplies such as dressings and antiseptics
- Contraceptive devices including Norplant; injectable contraceptives
- Drugs for cosmetic purposes
- Drugs to enhance athletic performance
- Smoking cessation drugs and medication, including nicotine patches
- Fertility drugs

**Other Benefits**

**Dental care**

**Accidental injury Benefit**

Restorative services and supplies necessary to promptly repair and replace sound natural teeth. The need for these services must result from an accidental injury that occurred while in a plan under the FEHB Program; you pay nothing.

**What is not covered**

- Other dental services not shown as covered

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

## Non-FEHB Benefits Available to Plan Members

The benefits described on this page are neither offered nor guaranteed under the contract with the FEHB Program, but are made available to all enrollees and family members who are members of this Plan. The cost of the benefits described on this page is not included in the FEHB premium; any charges for these services do not count toward any FEHB deductibles, out-of-pocket maximum copay charges, etc. These benefits are not subject to the FEHB disputed claims procedures.

BlueLincs Dental

ATTENTION!
BlueLincs HMO enrollees are eligible to join BlueLincs Dental. BlueLincs Dental benefit highlights include:

Simple and Convenient
- No Deductibles
- No Waiting Period Before Benefits Begin
- No Claims to File

100% Coverage for Diagnostic and Preventative Services
- Six-month Exams
- Cleaning
- X-Rays

Full Range of Benefits
- Diagnostic
- Preventative
- Restorative
- Endodontics
- Orthodontics For Children and Adults ($1,250 lifetime maximum)
- Periodontics
- Prosthodontics

Annual Maximum Benefit - $1250 per person, per calendar year
Affordable Premiums

| | Self Only | Self and Family |
|---|---|---|
| Monthly (Bank Draft Only) | $ 9.70 | $ 27.65 |
| Annually | $103.60 | $318.50 |

When you join BlueLincs Dental, you select a dentist from our list of participating dentists. All covered services must be performed or authorized by the participating BlueLincs Dental dentist. These dentists must meet and maintain rigid standards to participate in this program.
For enrollment information, call 1-800-722-5675. Consult the separate Plan description for additional information.

**Benefits on this page are not part of the FEHB contract**

$5,000 Accidental Death and Dismemberment
We're Giving You More Than You Asked For.
Now you get something extra.
Accidental Death & Dismemberment insurance
as part of your BlueLincs HMO coverage.
When you sign up for BlueLincs HMO, you receive $5,000 in AD&D coverage.
It's one more way BlueLincs HMO provides you extra value.

Medicare prepaid plan enrollment - This Plan offers Medicare recipients the opportunity to enroll in the Plan through Medicare. As indicated on page 4, annuitants and former spouses with FEHB coverage and Medicare Part B may elect to drop their FEHB coverage and enroll in a Medicare prepaid plan when one is available in their area. They may then later reenroll in the FEHB Program. Most Federal annuitants have Medicare A. Those without Medicare Part A may join this Medicare prepaid plan but will probably have to pay for hospital coverage in addition to the Part B premium. Before you join the plan, ask whether the plan covers hospital benefits and, if so, what you will have to pay. Contact your retirement system for information on dropping your FEHB enrollment and changing to a Medicare prepaid plan. Contact us at **000/000-0000** for information on the Medicare prepaid plan and the cost of that enrollment.

If you are Medicare eligible and are interested in enrolling in a Medicare HMO sponsored by this Plan without dropping your enrollment in this Plan's FEHB Plan, call **000/000-0000** for in formation on the benefits available under the Medicare HMO.

**Benefits on this page are not part of the FEHB contract**

## How to Obtain Benefits

### Questions

If you have a question concerning Plan benefits or how to arrange for care, contact the Plan's Membership Services Office at 1-800-722-5675 or you may write them at 3401 Northwest 63rd Street, Oklahoma City, OK 73116.

### Disputed claims review
### Plan reconsideration

If a claim for payment or services is denied by the Plan, you must ask the Plan, in writing and within six months of the date of the denial, to reconsider its denial before you request a review by OPM. (This time limit may be extended if you show you were prevented by circumstances beyond your control from making your request within the time limit.) OPM will not review your request unless you demonstrate that you gave the Plan an opportunity to reconsider your claim. Your written request to the Plan must state why, based on specific benefit provisions in this brochure, you believe the denied claim for payment or service should have been paid or provided.

Within 30 days after receipt of your request for reconsideration, the Plan must affirm the denial in writing to you, pay the claim, provide the service, or request additional information reasonably necessary to make a determination. If the Plan asks a provider for information it will send you a copy of this request at the same time. The Plan has 30 days after receiving the information to give its decision. If this information is not supplied within 60 days, the Plan will base its decision on the information it has on hand.

### OPM Review

If the Plan affirms its denial, you have the right to request a review by OPM to determine whether the Plan's actions are in accordance with the terms of its contract. You must request the review within 90 days after the date of the Plan's letter affirming its denial.

You must also ask OPM for a review if the Plan fails to respond within 30 days of your written request for reconsideration or 30 days after you have supplied additional information to the Plan. In this case, OPM must receive a request for review within 120 days of your request to the Plan for reconsideration or of the date you were notified that the Plan needed additional information, either from you or from your doctor or hospital.

This right is available only to you or the executor of a deceased claimant's estate. Providers, legal counsel, and other interested parties may act as your representative only with your specific written consent to pursue payment of the disputed claim. OPM must receive a copy of your written consent with their request for review.

Your written request for an OPM review must state why, based on specific benefit provisions in this brochure, you believe the denied claim for payment or service should have been paid or provided. If the Plan has reconsidered and denied more than one unrelated claim, clearly identify the documents for each claim.

Your request must include the following information or it will be returned by OPM:

• A copy of your letter to the Plan requesting reconsideration;

• A copy of the Plan's reconsideration decision (if the Plan failed to respond, provide instead (a) the date of your request to the Plan or (b) the dates the Plan requested and you provided additional information to the Plan);

• Copies of documents that support your claim, such as doctors' letters, operative reports, bills, medical records, and explanation of benefit (EOB) forms; and

• Your daytime phone number.

Medical documentation received from you or the Plan during the review process becomes a permanent part of the disputed claim file, subject to the provisions of the Freedom of Information Act and the Privacy Act.

Send your request for review to: Office of Personnel Management, Office of Insurance Programs, Contracts Division IV, P.O. Box 436, Washington, DC 20044.

You (or a person acting on your behalf) may not bring a lawsuit to recover benefits on a claim for treatment, services, supplies or drugs covered by this Plan until you have exhausted the OPM review procedure, established at section 890.105, title 5, Code of Federal Regulations (CFR). If OPM upholds the Plan's decision on your claim, and you decide to bring a lawsuit based on the denial, the lawsuit must be brought no later than December 31 of the third year after the year in which the services or supplies upon which the claim is predicated were provided. Pursuant to section 890.107, title 5, CFR, such a lawsuit must be brought against the Office of Personnel Management in Federal court.

Federal law exclusively governs all claims for relief in a lawsuit that relates to this Plan's benefits or coverage or payments with respect to those benefits. Judicial action on such claims is limited to the record that was before OPM when it rendered its decision affirming the Plan's denial of the benefit. The recovery in such a suit is limited to the amount of benefits in dispute.

**Privacy Act statement** — If you ask OPM to review a denial of a claim for payment or service, OPM is authorized by chapter 89 of title 5, U.S.C., to use the information collected from you and the Plan to determine if the Plan has acted properly in denying you the payment or service, and the information so collected may be disclosed to you and/or the Plan in support of OPM's decision on the disputed claim.

**Program-wide Changes**

This year, the Office of Personnel Management (OPM) instituted minimum benefit levels in all plans for normal deliveries (48 hours of inpatient care), cesarean deliveries (96 hours of inpatient care) and mastectomies (48 hours of inpatient care). See page **XX** for the Plan's benefits and the schedule for mastectomies coverage.

The mammogram screening schedule is shown on page **XX**.

OPM also requires each prepaid plan to list the specific artificial insemination procedures that it covers. See page **XX** for this Plan's benefits.

**Changes to this Plan for 1998**

Male members can now self-refer to a Plan urologist once a year for an annual prostate examination. A referral from the primary care physician is not necessary.

**Summary of Benefits for BlueLincs HMO - 1998**

Do not rely on this chart alone. All benefits are provided in full unless otherwise indicated subject to the limitations and exclusions set forth in the brochure. This chart merely summarizes certain important expenses covered by the Plan. If you wish to enroll or change your enrollment in this Plan, be sure to indicate the correct enrollment code on your enrollment form (codes appear on the cover of this brochure). ALL SERVICES COVERED UNDER THIS PLAN, WITH THE EXCEPTION OF EMERGENCY CARE, ARE COVERED ONLY WHEN PROVIDED OR ARRANGED BY PLAN DOCTORS.

| Benefits | Plan pays/provides | Page |
| --- | --- | --- |
| **Inpatient Care** | | |
| **Hospital** | Comprehensive range of medical and surgical services without dollar or day limit. Includes in-hospital doctor care, room and board, general nursing care, private room and private nursing care if medically necessary, diagnostic tests, drugs and medical supplies, use of operating room, intensive care and complete maternity care. **You pay** a $5 copay per in hospital doctor visit. | **XX** |
| **Extended care** | All necessary services, no dollar or day limit. **You pay** nothing. | **XX** |
| **Mental conditions** | Diagnosis and treatment of acute psychiatric conditions for up to 30 days of inpatient care per year. **You pay** nothing | **XX** |
| **Substance abuse** | Covered under Mental conditions benefit | **XX** |
| **Outpatient care** | Comprehensive range of services such as diagnosis and treatment of illness or injury, including specialist's care; preventive care, including well baby care, periodic check-ups and routine immunizations; laboratory tests and X-rays; complete maternity care. **You pay** $5 per office visit; $5 per house call by a doctor | **XX** |
| **Home health care** | All necessary visits by nurses and health aides. You pay nothing | **XX** |

**Mental conditions**

Up to 40 outpatient visits per year. **You pay** a $20 copay per outpatient visit **XX**

**Substance abuse**

Covered under Mental conditions benefit **XX**

**Emergency care**

Reasonable charges for services and supplies required because of a medical emergency. **You pay** a $50 copay to the hospital for each emergency room visit and any charges for services that are not covered benefits of the Plan. **XX**

**Prescription drugs**

Drugs prescribed by a Plan doctor and obtained at a participating pharmacy. **You pay** $5 for Generic drugs and $10 for Name Brand drugs per prescription unit or refill **XX**

**Dental care**

Accidental injury benefit only. **You pay** nothing **XX**

**Vision care**

No current benefit

**Out-of-pocket maximum**

Copayments are required for a few benefits; however, after your out-of-pocket expenses reach a maximum of $1,000 per Self Only or $3,000 per Self and Family enrollment per calendar year, covered benefits will be provided at 100%. This copay maximum does not include prescription drugs **XX**

APPENDIX B

SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

CONTRACT NAME: GHS Health Maintenance Or. Inc. dba BlueLincs HMO

CONTRACT NO.: CS 2074

Effective January 1, 1998

Biweekly Net-to-Carrier Rates are as follows:

| Code | | High Option |
|---|---|---|
| N5 | Self Only | $ 73.10 |
| | Self and Family | $177.17 |

# CONTRACT ADMINISTRATION DATA

1. ***Routine Contract Administration.*** Except as specified below, each party should have one representative for administering the contract. The representatives are:

| CARRIER | OPM |
|---|---|
| Kathleen Saliba<br>3401 N.W. 63rd Street<br>Oklahoma City, OK 73116 | Chief, Insurance Contracts Division IV<br>P.O. Box 707<br>Washington, DC 20044 |

2. ***Notice.*** Where this contract requires that one party notify the other party in writing such notice shall be sent to:

| CARRIER | OPM |
|---|---|
| Kathleen Saliba<br>3401 N.W. 63rd Street<br>Oklahoma City, OK 73116 | Office of Insurance Programs<br>P.O. Box 707<br>Washington, DC 20044 |

3. ***Paying.*** The OPM paying office and Carrier office(s) designated to receive funds are specified below. Where the Carrier designates more than one receiving office, i.e., split between the Carrier and an Underwriter, both receiving offices with the percentage split between them shall be shown:

| CARRIER | OPM |
|---|---|
| Suzy Loomis<br>1400 S. Boston<br>Tulsa, OK 74119 | Fiscal Management Division<br>P.O. Box 547<br>Washington, DC 20044 |

4. ***Reporting.*** When required, the Carrier shall furnish the following reports to the address specified.

| ITEM: | SEND TO: |
|---|---|
| | Fiscal Management Division<br>P.O. Box 547<br>Washington, DC 20044 |

5. ***Disputed Claims.*** The following offices are designated for the receipt and processing of disputed claims.

| CARRIER | OPM |
|---|---|
| Mike Edmondson<br>1400 S. Boston, 6th Floor<br>Tulsa, OK 74119 | Insurance Contracts Division IV<br>P.O. Box 436<br>Washington, DC 20044 |

**As required by Section 1.7, if any information on this sheet changes, you must notify your Contract Representative immediately.**

OPMDATA.DOC\ljm

# APPENDIX D-a

## *FEHB Supplemental Literature Guidelines*

(RV JAN 1998)

This is the primary guide a Carrier should use to assess whether the Carrier's supplemental marketing literature complies with FEHBAR 1603.70, Misleading, Deceptive or Unfair Advertising. (Use the NAIC Guidelines for additional guidance when needed.)

a) GENERAL

1. Section 1.13 of the FEHB contract requires that the Carrier may not distribute or display marketing materials or other supplemental literature (including prepaid plan provider directories) in a Federal facility or arrange for the distribution of such documents by Federal agencies unless the documents have been prepared in accordance with FEHBAR 1652.203-70, and the Carrier has certified to OPM that is the case.

2. Review supplemental marketing material for compliance each year, whether or not it changed from the past year.

3. Word the literature simply and concisely to get a readily understandable, attractive marketing piece.

4. Include sufficient detail to ensure accuracy.

5. Under the FEHBP, the FEHB brochure is based on text approved by OPM and is a complete statement of benefits, limitations, and exclusions. Include the following statement in all supplemental literature which in any way discusses Plan benefits:

*"This is a summary [or brief description] of the features of the [insert Plan's name]. Before making a final decision, please read the Plan's Federal brochure ([insert brochure number]). All benefits are subject to the definitions, limitations, and exclusions set forth in the Federal brochure."*

6. You may include non-FEHBP benefits, i.e., benefits which are not FEHB benefits and are not guaranteed under the Federal contract with the following disclaimer:

*"These benefits are neither offered nor guaranteed under contract with the FEHB Program, but are made available to all enrollees and family members who become members of [insert Plan's name]."*

7. Supplemental literature must be clearly distinguishable from the Federal brochure.

8. Do not use the FEHB logo in your supplemental literature.

9. Do not use material which conflicts with the Federal brochure. If your material conflicts, you must change the material or not distribute it.

b) RATE PRESENTATIONS

Under the FEHBP there are only two categories of enrollment, Self Only and Self and Family. For most enrollments, the premium for each enrollee's enrollment is shared between the enrollee and the Government. The Government contribution is based on the formula provided in the FEHB law. Deductions for most enrollees' share, along with the Government's contribution, are made in accordance with the schedule on which the employee or annuitant's (retiree) salary or annuitant check is issued by the enrollee's agency or retiree's retirement system. Most employees are paid biweekly. Annuitants are issued monthly checks.

Employees and annuitants do not have separate categories of enrollment. They pay the same rates, whether on a biweekly, semimonthly, or monthly basis, and receive the same benefits when they are in the same FEHB Plan, except that active Postal employees pay a lesser share, as their cost sharing formula with the Postal Service calls for a greater Government contribution.

The enrollee's share for each FEHB Plan for each type of enrollment (Self Only, Self and Family) is listed in the *FEHB Guide*. This Guide is prepared each Open Season and is distributed directly to agencies by OPM; they in turn distribute the Guide to employees. Biweekly and monthly rates are also shown on an insert you prepare for your brochure.

Separate guides are prepared for special groups of enrollees, including those for which the Government makes no premium contribution, such as former spouses and employees and dependents with temporarily continued coverage.

In making your rate presentations:

1. List your FEHB rates in each piece of supplemental material which lists benefits. Do not list the rates of any competitor Plan.

2. Immediately above the rates include the following statement:

"*These rates do not apply to all enrollees. If you are in a special enrollment category, please refer to your special FEHB Guide or contact the agency which maintains your health benefits enrollment.*"

3. If you wish to list Postal rates in addition to non-Postal rates, Postal and non-Postal rates should be clearly identified and listed separately. (Please note there are no monthly Postal rates; upon retirement, Postal employees receive the non-postal contribution.)

c) BENEFIT PRESENTATIONS

Please note the following:

1. Do not compare your benefits or operations with that of any other Plan.

2. Accurately describe your FEHB benefits offering.

3. Avoid incomplete or overstated benefit descriptions, or those which conflict with the Federal brochure.

4. Show applicable coverage limitations, such as day or dollar limitations, coinsurance or deductibles.

5. Do not list exclusions and limitations not listed in the Federal brochure.

6. Do not include general references not in the brochure:

7. Do not reference coverage for which a Federal employee or retiree would have to drop FEHB coverage. Exception: 5 CFR 890.301 provides that an annuitant or former spouse, as defined in 5 U.S.C. 8901(10), who cancels FEHBP enrollment for the purpose of enrolling in a prepaid health Plan under sections 1833 or 1876 of the Social Security Act may register to re-enroll. Therefore, if your's is such a prepaid Plan contracting with Medicare you must describe your Medicare supplemental program for Medicare-covered retirees.

d) ENROLLMENT INSTRUCTIONS

Enrollment under the FEHBP is governed solely by the Federal Employees Health Benefits law and applicable regulations. The various Federal agencies have responsibility for administering the law and regulations during the annual open enrollment period (Open Season) and at all other times during the year. Agency personnel offices perform the basic health benefits functions, such as instructing employees about the conduct of the Open Season and other health benefits matters, answering employee questions, and processing enrollments, including determinations of eligibility and assignment of effective dates of coverage. Agency payroll offices make the necessary salary deductions.

The Federal document for enrolling in a Plan or changing an existing enrollment in a Plan from Self Only to Self and Family (or the reverse) is the Standard Form (SF) 2809 (or OPM 2809-EZ for annuitants), or by electronic transmittal. The effective date for Open Season enrollments is the first day of the first pay period which begins on or after January 1 for employees; the effective date generally is January 1 for annuitants. The specific effective date for an individual will be assigned by the individual's personnel office.

Covered dependents are as defined in the FEHB regulations. Basically, dependents are immediate family members, including spouse and unmarried children under age 22. When Self and Family coverage is established for an individual, all dependents as defined under the regulations are automatically covered as of the effective date assigned on the SF 2809, whether or not they are listed on the SF 2809 or on other documents. Family members (e.g., newborns) who are added under an existing Self and Family enrollment are automatically covered from the date the individual becomes a family member, e.g., from birth. Personnel offices do not issue any notification

when a new dependent is added under an existing Self and Family enrollment and the enrollee does not complete a new SF 2809.

The agencies are the primary contact point for employees on health benefits enrollment matters. OPM's Office of Retirement Programs performs this function for annuitants (retirees). As highlighted below, Carriers may not impose their own enrollment requirements and procedures.

1. Do not give specific instructions on enrollment.

2. While the Carrier may ask enrollees for information (see Section F) and may follow-up with enrollees and, when necessary, the employing office, do not require that a member complete plan specific enrollment or application forms. (You may ask the enrollee to complete "information" forms.) You may ask the enrollee to keep you advised of family member changes and you may verify the change, but failure to complete a form does not render an eligible dependent ineligible.

3. Personnel offices will not stock your Plan's forms. Do not indicate otherwise.

4. If supplemental literature is directed to potential members rather than just-enrolled members, do not include statements indicating otherwise.

5. Again, the Federal brochure, rather than any other plan document, is the member's complete statement of benefits. Do not indicate otherwise.

e) PROVIDER DIRECTORIES

Carriers must distribute a provider directory along with the Plan's Federal brochure. The directory must conform to the requirements listed below. You must either insert (but not affix) a copy of it into all of your Federal brochures (except that provider directories are not to be inserted in the brochures you will be sending to OPM in Iowa City, IA or Alexandria, VA) or otherwise make them readily available to agencies and employees. Please send a provider directory to any Federal annuitant who requests a copy. Agencies and their employees will be advised to expect your provider directory.

Please bear in mind that a Federal employee or annuitant choosing your Plan during the Open Season is doing so with the expectation that the Plan's provider directory is accurate and that providers shown will be available starting January 1.

1. Show the Plan's medical facilities (if a group practice Plan) or individual physicians (if an individual practice Plan) or both (if a mixed model Plan). Show the Plan's hospitals also. State the addresses of the medical facilities and show the general location within the service area for individual doctors and hospitals.

2. In the directory, display prominently the following statement: *"It is important to know when you enroll in this Plan, services are provided through he Plan's delivery system, as described in the Plan's Federal brochure, but the continued participation of any one doctor, hospital or other provider cannot be guaranteed."*

3. Do not list enrollment or eligibility requirements on the provider directory.

4. If the geographic area from which the Carrier will accept enrollments is listed on the provider directory, show it exactly as stated in the Plan's Federal brochure. Likewise, show only the service area which has been approved by OPM. Do not list providers (or areas) located outside the service area (or additional geographic area) shown in the Plan's Federal brochure.

f) INFORMATION FORMS

You may distribute forms to obtain information from enrollees about the enrollee and any dependents. For instance, to obtain the information regarding Medicare you will need for rate-setting purposes under the Federal Program, you may ask who is enrolled under Medicare Part A, Medicare Part B or Medicare Parts A and B. For another example, prepaid Carriers may ask that a primary care doctor be selected. If you wish to distribute an information form, you may find such forms are more readily returned if they are postage-paid. The form should follow the requirements listed below:

(1) Include the statement under Section D1 of these Guidelines on the forms.

(2) If the member must select a medical group or IPA, also provide space for the member to make such a selection.

(3) Do not indicate enrollment in the Plan is contingent upon completing and returning the form.

# FEHB Program Carrier Letter
## Community-Rated Carriers

**U.S. Office of Personnel Management**
**Office of Insurance Programs**

**Letter No. 1998-047** **Date:** November 6, 1998

Community-rated HMO [38]

**SUBJECT: 1998 Contract Amendment**

This letter transmits an amendment to the 1998 Federal Employees Health Benefits (FEHB) Program Standard Contract. The amendment revises PART I - GENERAL PROVISIONS, by adding a new clause. The amendment implements the "guaranteed availability" requirements in the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and implementing regulations. Carriers are required, by law, to take all reasonable steps to ensure that their affiliates, subcontractors, and agents comply with the guaranteed availability provisions of HIPAA. The Office of Personnel Management (OPM) will take all appropriate action, up to and including withdrawing approval for the carrier to participate in the FEHB Program, if OPM determines that the carrier is engaging in insurance practices that are inconsistent with the HIPAA law and regulations. This clause is also in the standard contract amendments for 1999, which you have signed.

Contact your OPM contract specialist if you have any questions about the amendment. Please sign the contract amendment and return it to the contract specialist by November 20, 1998.

Sincerely,

Frank D. Titus
Assistant Director
for Insurance Programs

Enclosure

CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO: 2619
EFFECTIVE: January 1, 1996

AMENDMENT NO: 1998-01
EFFECTIVE: January 1,1998

BETWEEN: THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
*hereinafter called the OPM, the Agency, or the Government*

AND

CONTRACTOR: HEALTHPARTNERS HEALTH PLANS , INC.
*hereinafter also called the Carrier*

Address: 3141NORTH THIRD AVENUE
PHOENIX, AZ 85013

PART I - GENERAL PROVISIONS, is revised to add a new section at the end:

**SECTION 1.__**
**HIPAA COMPLIANCE (JAN 1998)**

**(a) The Carrier shall comply with and shall take all steps reasonably necessary to ensure that its affiliates, subcontractors, and agents comply with the guaranteed availability provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and implementing regulations. "Guaranteed availability" means the Carrier, affiliates, subcontractors, and agents do not engage in practices that: 1) decline to offer health insurance coverage (as defined in section 2791(b)(1) of the Public Health Service Act "the Act" ) to, or deny enrollment of an eligible individual (as defined in section 2741(b) of the Act); or, 2) impose any preexisting condition exclusion (as defined in section 2701(b)(1)(A) of the Act), with respect to such coverage.**

**(b) A State or Federal enforcement action as the result of noncompliance with the requirements of HIPAA is a significant event under Section 1.10 of this contract, Notice of Significant Events. If the Carrier, or any affiliate, subcontractor, or agent, is notified of any enforcement action by any Federal or State authority with regard to HIPAA compliance, the Carrier must notify OPM within ten working days of learning of the action.**