FOR THE CARRIER

David G. Devereaux

Name of Person Authorized to Execute Contract *(Type or print)*

CEO

*Title*

*Signature*

November 18, 1998

*Date Signed*

FOR THE GOVERNMENT

Name of Contracting Officer *(Type or print)*

*Title*

*Signature*

12/23/98

*Date Signed*

# 1999

# CONTRACT

CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO: 2074
EFFECTIVE: January 1, 1986

AMENDMENT NO: 1999-01
EFFECTIVE: January 1, 1999

BETWEEN: THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
*hereinafter called the OPM, the Agency, or the Government*

AND

CONTRACTOR: BLUELINCS HMO
*hereinafter also called the Carrier*

Address: 3401 NW 63RD
OKLAHOMA CITY, OK 73116

APPENDIX A – Brochure Text, is amended to include the following:

**The Plan offers the full range of FDA-approved drugs, prescriptions, and devices for birth control.**

The parties agree that the foregoing change supersedes any conflicting language in the Brochure Text, Appendix A. The carrier further agrees that it will not discriminate against plan providers whose individual religious beliefs or moral convictions prevent them from prescribing contraceptive methods.

FOR THE CARRIER

Ronald F. King
Name of Person Authorized to Execute Contract *(Type or print)*

President & CEO
*Title*

[signature]
*Signature*

12-21-98
*Date Signed*

FOR THE GOVERNMENT

Name of Contracting Officer
*(Type or print)*

*Title*

[signature]
*Signature*

12/23/98
*Date Signed*

CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

| | | | |
|---|---|---|---|
| CONTRACT NO: | 2074 | AMENDMENT NO: | 1999-02 |
| EFFECTIVE: | January 1, 1986 | EFFECTIVE: | September 1, 1999 |

BETWEEN: THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
*hereinafter called the OPM, the Agency, or the Government*

AND

CONTRACTOR: BLUELINCS HMO
*hereinafter also called the Carrier*

Address: 3401 NW 63rd
OKLAHOMA CITY, OK 73116

PART I -- GENERAL PROVISIONS, is revised to add a new section at the end:

SECTION 1.__
NOTICE TO ENROLLEES ON TERMINATION OF FEHBP OR PROVIDER CONTRACT
(SEPT 1999)

(a) Enrollees who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy at the time a carrier (1) terminates all or a part of its FEHBP contract, or (2) terminates the enrollees' specialty provider contract, for reasons other than cause, may be able to continue to see their specialty provider for up to 90 days or through their postpartum care.

(b) The Carrier shall notify its enrollees in writing of its intent to terminate all or part of its FEHBP contract, including service area reductions, or the enrollees' specialty provider contract, for reasons other than cause in order to allow sufficient time for the enrollees to arrange for continued care after the 90-day period. The Carrier shall send the notice in time to ensure it is received by the enrollees no less than 90 days prior to the date it terminates the contract, unless the Carrier demonstrates it was prevented from doing so for reasons beyond its control. The Carrier's prompt notice will ensure that the notification period and the transitional care period run concurrently.

| FOR THE CARRIER | FOR THE GOVERNMENT |
|---|---|
| Lyndle Ellis | *DAVID A. LEWIS* |
| Name of Person Authorized to Execute Contract *(Type or print)* | Name of Contracting Officer *(Type or print)* |
| Group Vice President | CHIEF, INSURANCE CONTRACTS DIVISION IV |
| *Title* | *Title* |
| [signature] | [signature] |
| Signature | Signature |
| 12-7-99 | 1/18/00 |
| *Date Signed* | *Date Signed* |

# CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO: CS 2074
EFFECTIVE: 01-01-1986

AMENDMENT NO: 1999
EFFECTIVE: 01-01-1999

BETWEEN: THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
hereinafter called the OPM, the Agency or the Government

AND

CONTRACTOR: GHS Health Maintenance Or. Inc. dba BlueLincs HMO
hereinafter also called the Carrier.

Address:

BLUELINCS HMO
1215 S BOULDER AVENUE
TULSA, OK 74119-1128

In consideration of payment by the Agency of subscription charges set forth in Appendix B, the Carrier agrees to perform all of the services set forth in this contract, including Appendix A.

| FOR THE CARRIER | FOR THE GOVERNMENT |
| --- | --- |
| Ronald F. King | David A. Lewis |
| Name of Signer (Typed or Printed) | Name of Contracting Officer |
| President and CEO | Chief, Insurance Contracts Division IV |
| Title of Signer | Title of Contracting Officer |
| [signature] | [signature] |
| Signature of Person Authorized to Execute Contract | Signature of Contracting Officer |
|  | 12/1/98 |
| Date Signed | Date Signed |

# Appendix A

# 1999

## Brochure Text

(CR-99)

# BlueLincs HMO 1999

## A Health Maintenance Organization

~~(Oct. '96 - July '98)~~

~~This Plan has full accreditation from the NCQA. See the 1999 Guide for more information on NCQA.~~ BlueLincs HMO has received One-Year accreditation from the National Committee for Quality Assurance (NCQA).

Serving: Oklahoma City, Tulsa, Lawton, SW Oklahoma areas.

Enrollment in this Plan is limited; see page (xx) for requirements.

Enrollment code:
N51 Self only
N52 Self and family

Visit the OPM Website at http://www.opm.gov/insure
and
this Plan's Website at http://www.bcbsok.com.

Authorized for distribution by the:

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

FEHB Federal Employees Health Benefits Program

RI 73-267

## BlueLincs HMO

BlueLincs HMO, 1400 South Boston, Tulsa, Oklahoma 74119, has entered into a contract (CS 2074) with the Office of Personnel Management (OPM) as authorized by the Federal Employees Health Benefits (FEHB) law, to provide a comprehensive medical plan herein called BlueLincs HMO or the Plan.

This brochure is the official statement of benefits on which you can rely. A person enrolled in the Plan is entitled to the benefits stated in this brochure. If enrolled for Self and Family, each eligible family member is also entitled to these benefits.

Premiums are negotiated with each plan annually. Benefit changes are effective January 1, 1999, and are shown on page (xx) of this brochure.

**Table of Contents**

**Page**

**Inspector General Advisory on Fraud** x

**General Information** x-x
Confidentiality; If you are a new member; If you are hospitalized when you change plans; Your responsibility; Things to keep in mind; Coverage after enrollment ends (Former spouse coverage; Temporary continuation of coverage; Notification and election requirements; *Conversion to individual coverage; and Certificate of Creditable Coverage)*

**Facts about BlueLincs HMO** x-x
Information you have the right to know; Who provides care to Plan members? Role of a primary care doctor; Choosing your doctor; Referrals for specialty care; Authorizations; For new members; Hospital care; Out-of-pocket maximum; Deductible carryover; Submit claims promptly; *Expeimental/investigative determinations*; Other considerations; Reciprocity; The Plan's service area.

**General Limitations** x-x
Important notice; Circumstances beyond Plan control; Other sources of benefits

**General Exclusions** xx

**Benefits** xx-xx
Medical and Surgical Benefits; Hospital/Extended Care Benefits; Emergency Benefits, Mental Conditions/Substance Abuse Benefits; Prescription Drug Benefits

**Other Benefits** xx
Dental care

**Non-FEHB Benefits** xx

**How to Obtain Benefits xx-xx**

**Program-wide Changes xx**

**How BlueLincs HMO Changes January 1999 xx**

**Summary of Benefits xx**

***Rate Information xx***

**Inspector General Advisory: Stop Health Care Fraud!**

Fraud increases the cost of health care for everyone. Anyone who intentionally makes a false statement or a false claim in order to obtain FEHB benefits or increase the amount of FEHB benefits is subject to prosecution for FRAUD. This could result in CRIMINAL PENALTIES. Please review all medical bills, medical records and claims statements carefully. If you find that a provider, such as a doctor, hospital or pharmacy, charged your plan for services you did not receive, billed for the same service twice, or misrepresented any other information, take the following actions:

- Call the provider and ask for an explanation - sometimes the problem is a simple error.
- If the provider does not resolve the matter, or if you remain concerned, call your plan at 1-800-722-5675 and explain the situation.
- If the matter is not resolved after speaking to your plan (and you still suspect fraud has been committed), call or write:

THE HEALTH CARE FRAUD HOTLINE
202/418-3300

The Office of Personnel Management

Office of the Inspector General Fraud Hotline,
1900 E Street, N.W., Room 6400
Washington, D.C. 20415

The inappropriate use of membership identification cards, e.g., to obtain services for a person who is not an eligible family member or after you are no longer enrolled in the Plan, is also subject to review by the Inspector General and may result in an adverse administrative action by your agency.

**General Information**

Confidentiality

Medical and other information provided to the Plan, including claim files, is kept confidential and will be used only: 1) by the Plan and its subcontractors for internal administration of the Plan, coordination of benefit provisions with other plans, and subrogation of claims; 2) by law enforcement officials with authority to investigate and prosecute alleged civil or criminal actions; 3) by OPM to review a disputed claim or perform its contract administration functions; 4) by OPM and the

General Accounting Office when conducting audits as required by the FEHB law; or 5) for bona fide medical research or education. Medical data that does not identify individual members may be disclosed as a result of the bona fide medical research or education.

If you are a new member

Use this brochure as a guide to coverage and obtaining benefits. There may be a delay before you receive your identification card and member information from the Plan. Until you receive your ID card, you may show your copy of the SF 2809 enrollment form or your annuitant confirmation letter from OPM to a provider or Plan facility as proof of enrollment in this Plan. If you do not receive your ID card within 60 days after the effective date of your enrollment, you should contact the Plan.

If you made your open season change by using Employee Express and have not received your new ID card by the effective date of your enrollment, call the Employee Express HELP number to request a confirmation letter. Use that letter to confirm your new coverage with Plan providers.

If you are a new member of this Plan, benefits and rates begin on the effective date of your enrollment, as set by your employing office or retirement system. As a member of this Plan, once your enrollment is effective, you will be covered only for services provided or arranged by a Plan doctor except in the case of emergency as described on page 15. If you are confined in a hospital on the effective date, you must notify the Plan so that it may arrange for the transfer of your care to Plan providers. See "If you are hospitalized" on page 3.

FEHB plans may not refuse to provide benefits for any condition you or a covered family member may have solely on the basis that it was a condition that existed before you enrolled in a plan under the FEHB Program.

If you are hospitalized

If you change plans or options, benefits under your prior plan or option cease on the effective date of your enrollment in your new plan or option, unless you or a covered family member are confined in a hospital or other covered facility or are receiving medical care in an alternative care setting on the last day of your enrollment under the prior plan or option. In that case, the confined person will continue to receive benefits under the former plan or option until the earliest of (1) the day the person is discharged from the hospital or other covered facility (a move to an alternative care setting does not constitute a discharge under this provision), or (2) the day after the day all inpatient benefits have been exhausted under the prior plan or option, or (3) the 92nd day after the last day of coverage under the prior plan or option. However, benefits for other family members under the new plan will begin on the effective date. If your plan terminates participation in the FEHB Program in whole or in part, or if the Associate Director for Retirement and Insurance orders an enrollment change, this continuation of coverage provision does not apply; in such case, the hospitalized family member's benefits under the new plan begin

on the effective date of enrollment.

Your responsibility

It is your responsibility to be informed about your health benefits. Your employing office or retirement system can provide information about: when you may change your enrollment; who "family members" are; what happens when you transfer, go on leave without pay, enter military service, or retire; when your enrollment terminates; and the next open season for enrollment. Your employing office or retirement system will also make available to you an FEHB Guide, brochures and other materials you need to make an informed decision.

Things to keep in mind

- The benefits in this brochure are effective on January 1 for those already enrolled in this Plan; if you changed plans or plan options, see "If you are a new member" above. In both cases, however, the Plan's new rates are effective the first day of the enrollee's first full pay period that begins on or after January 1 (January 1 for all annuitants).

- Generally, you must be continuously enrolled in the FEHB Program for the last five years before you retire to continue your enrollment for you and any eligible family members after you retire.

- The FEHB Program provides Self Only coverage for the enrollee alone or Self and Family coverage for the enrollee, his or her spouse, and unmarried dependent children under age 22. Under certain circumstances, coverage will also be provided under a family enrollment for a disabled child 22 years of age or older who is incapable of self-support.

- An enrollee with Self Only coverage who is expecting a baby or the addition of a child may change to a Self and Family enrollment up to 60 days after the birth or addition. The effective date of the enrollment change is the first day of the pay period in which the child was born or became an eligible family member. The enrollee is responsible for his or her share of the Self and Family premium for that time period; both parent and child are covered only for care received from Plan providers, except for emergency benefits.

- You will not be informed by your employing office (or your retirement system) or your Plan when a family member loses eligibility.

- You must direct questions about enrollment and eligibility, including whether a dependent age 22 or older is eligible for coverage, to your employing office or retirement system. The Plan does not determine eligibility and cannot change an enrollment

status without the necessary information from the employing agency or retirement system.

- An employee, annuitant, or family member enrolled in one FEHB plan is not entitled to receive benefits under any other FEHB plan.

- Report additions and deletions (including divorces) of covered family members to the Plan promptly.

- If you are an annuitant or former spouse with FEHB coverage and you are also covered by Medicare Part B, you may drop your FEHB coverage and enroll in a Medicare prepaid plan when one is available in your area. If you later change your mind and want to reenroll in FEHB, you may do so at the next open season, or whenever you involuntarily lose coverage in the Medicare prepaid plan or move out of the area it serves.

- Most Federal annuitants have Medicare Part A. If you do not have Medicare Part A, you may enroll in a Medicare prepaid plan, but you will probably have to pay for hospital coverage in addition to the Part B premium. Before you join the plan, ask whether they will provide hospital benefits and, if so, what you will have to pay.

- You may also remain enrolled in this Plan when you join a Medicare prepaid plan.

- Contact your local Social Security Administration (SSA) office for information on local Medicare prepaid plans (also known as Coordinated Care Plans or Medicare HMOs) or request it from SSA at 1-800/638-6833. Contact your retirement system for information on dropping your FEHB enrollment and changing to a Medicare prepaid plan.

- Federal annuitants are not required to enroll in Medicare Part B (or Part A) in order to be covered under the FEHB Program nor are their FEHB benefits reduced if they do not have Medicare Part B (or Part A).

Coverage after enrollment ends

When an employee's enrollment terminates because of separation from Federal service or when a family member is no longer eligible for coverage under an employee or annuitant enrollment, and the person is not otherwise eligible for FEHB coverage, he or she generally will be eligible for a free 31-day extension of coverage. The employee or family member may also be eligible for one of the following:

*Certificate of Creditable Coverage*

*Under Federal law, if you lose coverage under the FEHB Program, you*

*should automatically receive a Certificate of Group Health Plan Coverage from the last FEHB Plan to cover you. This certificate, along with any certificates you receive from other FEHB plans you may have been enrolled in, may reduce or eliminate the length of time a preexisting condition clause can be applied to you by a new non-FEHB insurer. If you do not receive a certificate automatically, you must be given one on request.*

Former spouse coverage

When a Federal employee or annuitant divorces, the former spouse may be eligible to elect coverage under the spouse equity law. If you are recently divorced or anticipate divorcing, contact the employee's employing office (personnel office) or retiree's retirement system to get more facts about electing coverage.

Temporary continuation of coverage (TCC)

If you are an employee whose enrollment is terminated because you separate from service, you may be eligible to temporarily continue your health benefits coverage under the FEHB Program in any plan for which you are eligible. Ask your employing office for RI 79-27, which describes TCC, and for RI 70-5, the FEHB Guide for individuals eligible for TCC. Unless you are separated for gross misconduct, TCC is available to you if you are not otherwise eligible for continued coverage under the Program. For example, you are eligible for TCC when you retire if you are unable to meet the five-year enrollment requirement for continuation of enrollment after retirement.

Your TCC begins after the initial free 31-day extension of coverage ends and continues for up to 18 months after your separation from service (that is, if you use TCC until it expires 18 months following separation, you will only pay for 17 months of coverage). Generally, you must pay the total premium (both the Government and employee shares) plus a 2 percent administrative charge. If you use your TCC until it expires, you are entitled to another free 31-day extension of coverage when you may convert to nongroup coverage. If you cancel your TCC or stop paying premiums, the free 31-day extension of coverage and conversion option are not available.

Children or former spouses who lose eligibility for coverage because they no longer qualify as family members (and who are not eligible for benefits under the FEHB Program as employees or under the spouse equity law) also may qualify for TCC. They also must pay the total premium plus the 2 percent administrative charge. TCC for former family members continues for up to 36 months after the qualifying event occurs, for example, the child reaches age 22 or the date of the divorce. This includes the free 31-day extension of coverage. When their TCC ends (except by cancellation or nonpayment of premium), they are entitled to another free 31-day extension of coverage when they may convert to nongroup coverage.

NOTE: If there is a delay in processing the TCC enrollment, the effective date of the enrollment is still the 32nd day after regular

coverage ends. The TCC enrollee is responsible for premium payments retroactive to the effective date and coverage may not exceed the 18 or 36 month period noted above.

Notification and election requirements

Separating employees Within 61 days after an employee's enrollment terminates because of separation from service, his or her employing office must notify the employee of the opportunity to elect TCC. The employee has 60 days after separation (or after receiving the notice from the employing office, if later) to elect TCC.

Children You must notify your employing office or retirement system when a child becomes eligible for TCC within 60 days after the qualifying event occurs, for example, the child reaches age 22 or marries.

Former spouses You or your former spouse must notify the employing office or retirement system of the former spouse's eligibility for TCC within 60 days after the termination of the marriage. A former spouse may also qualify for TCC if, during the 36-month period of TCC eligibility, he or she loses spouse equity eligibility because of remarriage before age 55 or loss of the qualifying court order. This applies even if he or she did not elect TCC while waiting for spouse equity coverage to begin. The former spouse must contact the employing office within 60 days of losing spouse equity eligibility to apply for the remaining months of TCC to which he or she is entitled.

The employing office or retirement system has 14 days after receiving notice from you or the former spouse to notify the child or the former spouse of his or her rights under TCC. If a child wants TCC, he or she must elect it within 60 days after the date of the qualifying event (or after receiving the notice, if later). If a former spouse wants TCC, he or she must elect it within 60 days after any of the following events: the date of the qualifying event or the date he or she receives the notice, whichever is later; or the date he or she loses coverage under the spouse equity law because of remarriage before age 55 or loss of the qualifying court order.

Important: The employing office or retirement system must be notified of a child's or former spouse's eligibility for TCC within the 60-day time limit. If the employing office or retirement system is not notified, the opportunity to elect TCC ends 60 days after the qualifying event in the case of a child and 60 days after the change in status in the case of a former spouse.

Conversion to individual coverage

When none of the above choices are available or chosen when coverage as an employee or family member ends, or when TCC coverage ends (except by cancellation or nonpayment of premium), you may be eligible to convert to an individual, nongroup contract. You will not be required to provide evidence of good health and the plan is not permitted to impose a waiting period or limit coverage for preexisting conditions.

If you wish to convert to an individual contract, you must apply in writing to the carrier of the plan in which you are enrolled within 31 days after receiving notice of the conversion right from your employing agency. A family member must apply to convert within the 31-day free extension of coverage that follows the event that terminates coverage, e.g., divorce or reaching age 22. Benefits and rates under the individual contract may differ from those under the FEHB Program.

**Facts about BlueLincs HMO**

This Plan is a comprehensive medical plan, sometimes called a health maintenance organization (HMO). When you enroll in an HMO, you are joining an organized system of health care that arranges in advance with specific doctors, hospitals and other providers to give care to members and pays them directly for their services. Benefits are available only from Plan providers except during a medical emergency. Members are required to select a personal doctor from among participating Plan primary care doctors. Services of a specialty care doctor can only be received by referral from the selected primary care doctor. There are no claim forms when Plan doctors are used.

Your decision to join an HMO should be based on your preference for the plan's benefits and delivery system, not because a particular provider is in the plan's network. You cannot change plans because a provider leaves the HMO.

Because the Plan provides your care and pays the cost, it seeks efficient and effective delivery of health services. By controlling unnecessary or inappropriate care, it can afford to offer a comprehensive range of benefits. In addition to providing comprehensive health services and benefits for accidents, illness and injury, the Plan places great emphasis on preventive benefits such as office visits, physicals, immunizations and well-baby care. You are encouraged to get medical attention at the first sign of illness.

Information you have the right to know

All carriers in the FEHB Program must provide certain information to you. If you did not receive information about this Plan, you can obtain it by calling the Carrier at (800/722-5675) or you may write the Carrier at (P.O. Box 3283, Tulsa, OK 74112-3283). You may also contact the Carrier by fax at 918/561-9980, at its webside at http://www.bcbsok.com or by email at bcbsok@bcbsok.com.

Information that must be made available to you includes:

- Disenrollment rate for 1997.
- Compliance with State and Federal licensing or certification and the dates met. If noncompliant, the reason for noncompliance.
- Accreditations by recognized accrediting agencies and the dates received.
- Carrier's type of corporate form and years in existence.
- Whether the Carrier meets State, Federal and accreditation requirements for fiscal solvency, confidentiality and transfer of medical records.

Who provides care to Plan members?

BlueLincs HMO is an Individual Practice Association Health Maintenance Organization. BlueLincs HMO offers each individual a choice of over 500 personal primary care doctors (M.D.s and D.O.s) so that each family member can receive are that is best suited to them. In addition, the BlueLincs HMO provider network includes 36 major hospitals for inpatient care, more than 400 pharmacy locations and over 1100 specialist doctors for referral care.

Role of a primary care doctor
The first and most important decision each member must make is the selection of a primary care doctor. The decision is important since it is through this doctor that all other health services, particularly those of specialists, are obtained. It is the responsibility of your primary care doctor to obtain any necessary authorizations from the Plan before referring you to a specialist or making arrangements for hospitalization. Services of other providers are covered only when you have been referred by your primary care doctor. A woman may see her Plan gynecologist for her annual examination without a referral. Simply call a Member Services representative (1-800/722-5675) and tell him/her that you are self-referring to a participating BlueLincs HMO *gynecologist. A man may self-refer to a Plan urologist once a year for a routine exam.*

Choosing your doctor
The Plan's provider directory lists primary care doctors (generally family practitioners, pediatricians, and internists) with their locations and phone numbers and notes whether or not the doctor is accepting new patients. Directories are updated on a regular basis and are available at the time of enrollment, can be viewed on Blue Cross and Blue Shield of Oklahoma's internet web site on the world wide web at www.bcbsok.com, or can be requested by calling the Member Services Department at 1-800/722-5675; you can also find out if your doctor participates with this Plan by calling this 1-800 number.

If you are interested in receiving care from a specific provider who is listed in the directory, call the provider to verify that he or she still participates with the Plan and is accepting new patients. Important note: When you enroll in this Plan, services (except for emergency benefits) are provided through the Plan's delivery system; the continued availability and/or participation of any one doctor, hospital, or other provider cannot be guaranteed.

If you enroll, you will be asked to let the Plan know which primary care doctor(s) you've selected for you and each member of your family by sending a selection form to the Plan. If you need help choosing a doctor, call the Plan. Members may change their doctor selection by notifying the Plan 30 days in advance.

In the event a member is receiving services from a doctor who terminates a participation agreement, the Plan will provide payment for covered services until the Plan can make reasonable and medically appropriate provisions for the assumption of such services by a participating doctor.

Referrals for specialty care

Except in a medical emergency or when a primary care doctor has designated another doctor to see patients when he or she is unavailable, you must contact your primary care doctor for a referral before seeing any other doctor or obtaining special services. Referral to a participating specialist is given at the primary care doctor's discretion; if specialists or consultants are required beyond those participating in the Plan, the primary care doctor will make arrangements for appropriate referrals.

When you receive a referral from your primary care doctor, you must return to the primary care doctor after the consultation unless your doctor authorizes additional visits. All follow-up care must be provided or authorized by the primary care doctor. Do not go to the specialist for a second visit unless your primary care doctor has arranged for, and the Plan has issued an authorization for the referral in advance. A female may self-refer to a participating Bluelincs HMO gynecologist once a year for her annual examination. The annual examination includes pelvic exam, pap smear, and breast exam for the office visit copayment. A referral from your primary care physician is not needed for this benefit. Any follow-up visits from this provider MUST BE AUTHORIZED from your primary care physician. All maternity care will continue to be coordinated by your primary care physician. A male may self-refer to a participating BlueLincs HMO urologist once a year for his annual examination. The annual examination includes the office visit and prostate examination, but it does not include the Prostate Specific Antigen test, "PSA." A referral from your primary care physician is not necessary. Simply contact a Member Services representative to advise that you are self-referring. If you are receiving services from a doctor who leaves the Plan, the Plan will pay for covered services until the Plan can arrange with you to be seen by another participating doctor.

If you have a chronic, complex or serious medical condition that causes you to see a Plan specialist frequently, your primary care doctor will develop a treatment plan with you and your health plan that allows an adequate number of direct access visits with that specialist. The treatment plan will permit you to visit your specialist without the need to obtain further referrals. In order to develop such an approved treatment plan, please contact member services.

Authorizations

The Plan will provide benefits for covered services only when the services are medically necessary to prevent, diagnose or treat your illness or condition. Your plan doctor must obtain the Plan's determination of medical necessity before you may be hospitalized, referred for specialty care or obtain follow-up care from a specialist.

For new members

If you are already under the care of a specialist who is a Plan participant, you must still obtain a referral from a Plan primary care doctor for the care to be covered by the Plan. If the doctor who originally referred you prior to your joining this Plan is now your Plan primary care doctor, you need only call to explain that you are now a Plan member and ask that you be referred for your next appointment.

If you are selecting a new primary care doctor and want to continue with this specialist, you must schedule an appointment so that the primary care doctor can decide whether to treat the condition directly or refer you back to the specialist.

Hospital care
If you require hospitalization, your primary care doctor or authorized specialist will make the necessary arrangements and continue to supervise your care.

Out-of-pocket maximum
Copayments are required for a few benefits. However copayments will not be required for remainder of the calendar year after your out-of-pocket expenses for services provided or arranged by the Plan reach $1,000 per Self Only enrollment or $3,000 per Self and Family enrollment. This copayment maximum does not include costs of prescription drugs.

You should maintain accurate records of the copayments made, as it is your responsibility to determine when the copayment maximum is reached. You are assured a predictable maximum in out-of-pocket costs for covered health and medical needs. Copayments are due when service is rendered, except for emergency care.

Deductible Carryover
If you changed to this Plan during open season from a plan with a deductible and the effective date of the change was after January 1, any expenses that would have applied to that plan's deductible will be covered by your old plan if they are for care you got in January before the effective date of your coverage in this Plan. If you have already met the deductible in full, your old plan will reimburse these covered expenses. If you have not met it in full, your old plan will first apply your covered expenses to satisfy the rest of the deductible and then reimburse you for any additional covered expenses. The old plan will pay these covered expenses according to this year's benefits; benefit changes are effective January 1.

Submit claims promptly
When you are required to submit a claim to this Plan for covered expenses, submit your claim promptly. The Plan will not pay benefits for claims submitted later than December 31 of the calendar year following the year in which the expense was incurred, unless timely filing was prevented by administrative operations of Government or legal incapacity, provided the claim was submitted as soon as reasonably possible.

*Experimental/investigative determinations*
*The Plan uses a multi-step process employing health care data analysis, scientific literature review, and clinical consensus to provide the highest level of confidence in its criteria and protocols.*

Other considerations
Plan providers will follow generally accepted medical practice in prescribing any course of treatment. Before you enroll in this Plan, you should determine whether you will be able to accept treatment or

procedures that may be recommended by Plan providers.

Reciprocity
The Plan provides non-emergency and specialty care outside of the service area. Services are provided through a reciprocal agreement with HMO-USA, a national network of Blue Cross and Blue Shield health maintenance organizations. The member is required to arrange the reciprocal coverage with BlueLincs HMO doctors prior to obtaining services.

The Plan's service area

The service area for this Plan, where Plan providers and facilities are located, is described below. You must live or work in the service area to enroll in the Plan. You may enroll in this Plan if you live or work inside the service area or live in the geographic area described below. Benefits for care outside the service area are limited to emergency services, as described on page *xx*.

If you or a covered family member move outside the enrollment area or no longer work there, you may enroll in another approved plan. It is not necessary to wait until you move or for the open season to make such a change; contact your employing office or retirement system for information if you are anticipating a move.

Service Area: Services from Plan providers are available only in the area described.

The following counties are eligible Service Areas in their entirety:

Adair
Canadian
Cherokee
Cleveland
Comanche
Cotton
Creek
Grady
Greer
Harmon
Jackson
Kiowa
Lincoln
Logan
Mayes
McClain
McIntosh
Muskogee
Okfuskee
Oklahoma
Okmulgee
Payne

Pottawatomie
Rogers
Stephens
Tillman
Tulsa
Wagoner

The following zip codes are also eligible Service Areas:

73001 Albert
73520 Addington
73005 Anadarko
73035 Antioch
73006 Apache
74633 Apperson
74001 Avant
74002 Barnsdall
74332 Big Cabin
73009 Binger
74830 Bowlegs
74962 Box
73625 Butler
74425 Canadian
73626 Canute
73015 Carnegie
73627 Carter
73016 Cashion
73017 Cement
73628 Cheyenne
74020 Cleveland
74837 Cromwell
73059 Cogar
73029 Cyril
73641 Dill City
74839 Dustin
73644 Elk City
73648 Elk City
73038 Fort Cobb
73647 Foss
73039 Foster
73040 Geary
74435 Gore
73042 Gracemont
73437 Graham
73043 Greenfield
74034 Hallett
73650 Hammon
73548 Hastings
73046 Hennepin
73047 Hinton
74035 Hominy
74440 Hoyt
74442 Indianola

74038 Jennings
73750 Kingfisher
74552 Kinta
74849 Konawa
74850 Lamar
73052 Lindsay
73053 Lookeba
73756 Loyal
73757 Lucien
73057 Maysville
74048 Nowata
74359 Oaks
74051 Ochelata
73762 Okarache
73764 Omega
74054 Osage
73074 Paoli
73075 Pauls Valley
73076 Pernell
73077 Perry
74060 Prue
74561 Quinton
74061 Ramona
73081 Ratliff City
73661 Rocky
73662 Sayre
74868 Seminole
73664 Sentinel
74070 Skiatook
74462 Stigler
74081 Terlton
73088 Tussy
74368 Twin Oaks
74082 Vera
74962 Vian
74301 Vinita
73094 Washita
73772 Watonga
73573 Waurika
74883 Wetumka
74884 Wewoka
74472 Whitefield
74854 Wolf
73098 Wynnewood

Enrollment area: You must live or work in the Service Area to enroll in this Plan.

**General Limitations**

Important notice

Although a specific service may be listed as a benefit, it will be covered for you only if, in the judgment of your Plan doctor, it is medically necessary for the prevention, diagnosis, or treatment of your illness or condition. No oral statement of any person shall modify or otherwise affect the benefits, limitations and exclusions of this brochure, convey or void any coverage, increase or reduce any benefits under this Plan or be used in the prosecution or defense of a claim under this Plan. This brochure is **the official statement of benefits on which you can rely.**

Circumstances beyond Plan *control*

In the event of major disaster, epidemic, war, riot, civil insurrection, disability of a significant number of Plan providers, complete or partial destruction of facilities, or other control circumstances beyond the Plan's control, the Plan will make a good faith effort to provide or arrange for covered services. However, the Plan will not be responsible for any delay or failure in providing service due to lack of available facilities or personnel.

Other sources of benefits

This section applies when you or your family members are entitled to benefits from a source other than this Plan. You must disclose information about other sources of benefits to the Plan and complete all necessary documents and authorizations requested by the Plan.

Medicare

If you or a covered family member is enrolled in this Plan and Medicare part A and/or Part B, the Plan will coordinate benefits according to Medicare's determination of which coverage is primary. However, this Plan will not cover services, except those for emergencies, unless you use Plan providers (or the services are covered under this Plan's POS benefits). You must tell your Plan that you or your family member is eligible for Medicare. Generally, that is all you will need to do, unless your Plan tells you that you need to file a Medicare claim.

Group health insurance and automobile insurance

This coordination of benefits (double coverage) provision applies when a person covered by this Plan also has, or is entitled to benefits from, any other group health coverage or is entitled to the payment of medical and hospital costs under no-fault or other automobile insurance that pays benefits with regard to fault. Information about the other coverage must be disclosed to this Plan.

When there is double coverage for covered benefits, other than emergency services from non-Plan providers, this Plan will continue to provide its benefits in full, but is entitled to receive payment for the services and supplies provided, to the extent that they are covered by the other coverage, no-fault or other automobile insurance or any other primary plan.

One plan normally pays its benefits in full as the primary payer, and the other plan pays a reduced benefit as the secondary payer. When this Plan is the secondary payer, it will pay the lesser of (1) its benefits in full, or is entitled to (2) a reduced amount which, when added to the benefits payable by the other coverage, will not exceed reasonable charges. The determination of which health coverage is primary (pays its benefits first) is made according to guidelines provided by the National Association of Insurance Commissioners. When benefits are payable under automobile insurance, including no-fault, the automobile insurer is primary (pays its benefits first) if it is legally obligated to provide benefits for health care expenses without regard to other health benefits coverage the enrollee may have. This provision applies whether or not a claim is filed under the other coverage. When applicable, authorization must be given this Plan to obtain information about benefits or services available from the other coverage, or to recover overpayments from other coverages.

CHAMPUS
*If* you are covered by both this Plan and the Civilian Health and Medical Program of the Uniformed Services (CHAMPUS), this Plan will pay benefits first. As a member of a prepaid plan, special limitations on your CHAMPUS coverage apply; your primary provider must authorize all care. See your CHAMPUS Health Benefits Advisor if you have questions about CHAMPUS coverage.

Medicaid
If you are covered by both this Plan and Medicaid, this Plan will pay benefits first.

Workers' compensation
The Plan will not pay for services required as the result of occupational disease or injury for which any medical benefits are determined by the Office of Workers Compensation Programs (OWCP) to be payable under workers' compensation (under section 8103 of title 5, U.S.C.) or by a similar agency under another Federal or State law. This provision also applies when a third party injury settlement or other similar proceeding provides medical benefits in regard to a claim under workers' compensation or similar laws. If medical benefits provided under such laws are exhausted, this Plan will be financially responsible for services or supplies that are otherwise covered by this Plan. The Plan is entitled to be reimbursed by OWCP (or the similar agency) for services it provided that were later found to be payable by OWCP (or the agency).

DVA facilities, DOD facilities, and Indian Health Service
Facilities of the Department of Veterans affairs, the Department of Defense, and the Indian Health Service are entitled to seek reimbursement from the Plan for certainservices and supplies provided to you or a family member to the extent that reimbursement is required under the Federal statutes governing such facilities.

Other Government agencies
The Plan will not provide benefits for services and supplies paid for directly or indirectly by any other local, State, or Federal Government

agency.

Liability insurance and third party actions

If a covered person is sick or injured as a result of the act or omission of another person or party, the Plan requires that it be reimbursed for the benefits provided in an amount not to exceed the amount of the recovery, or that it be subrogated to the person's rights to the extent of the benefits received under this Plan, including the right to bring suit in the person's name. If you need more information about subrogation, the Plan will provide you with its subrogation procedures.

**General Exclusions**

All benefits are subject to the limitations and exclusions in this brochure. Although a specific service may be listed as a benefit, it will not be covered for you unless your Plan doctor determines it is medically necessary to prevent, diagnose or treat your illness or condition as discussed under Authorizations on page *x*. The following are excluded:

- Care by non-Plan doctors or hospitals except for authorized referrals or emergencies (see Emergency Benefits)
- Expenses incurred while not covered by this Plan;
- Services furnished or billed by a provider or facility barred from the FEHB Program;
- Services not required according to accepted standards of medical, dental, or psychiatric practice;
- Procedures, treatments, drugs or devices that are experimental or investigational;
- Procedures, services, drugs, and supplies related to sex transformations; and
- Procedures, services, drugs and supplies related to abortions except when the life of the mother would be endangered if the fetus were carried to term, or when the pregnancy is an act of rape or incest.

**Medical and Surgical Benefits**

What is covered
A comprehensive range of preventive, diagnostic and treatment services is provided by Plan doctors and other Plan providers. This includes all necessary office visits; ***you pay*** a $5 office visit copay, but no additional copay for laboratory tests and X-rays. Within the Service Area, house calls will be provided if in the judgment of the Plan doctor such care is necessary and appropriate; ***you pay*** a $5 copay for a doctor's house call, and nothing for home visits by nurses and health aides.

***You pay*** a $5 copay for each inpatient physician visit and any charges noted below:

The following services are included:

- Preventive care, including well baby care and periodic check-ups
- Mammograms are covered as follows: for women age 35 through 39, one mammogram during these 5 years; for women age 40 through 49, one mammogram every one or two years; for women age 50 through 64, one mammogram every two years. In addition to routine screenings, mammograms are covered when prescribed by the doctor as medically necessary to diagnose or treat your illness.
- Routine immunizations and boosters
- Consultations by specialists
- Diagnostic procedures, such as laboratory tests and X-rays
- Complete obstetrical (maternity) care for all covered females, including prenatal, delivery and postnatal care by a Plan doctor (office visit copays are waived for obstetrical care). The mother, at her option, may remain in the hospital up to 48 hours after a regular delivery and 96 hours after a caesarean delivery. Inpatient stays will be extended if medically necessary. If enrollment in the Plan is terminated during pregnancy, benefits will not be provided after coverage under the Plan has ended. Ordinary nursery care of the newborn child during the covered portion of the mother's hospital confinement for maternity will be covered under either a Self Only or Self and Family enrollment; other care of an infant who requires definitive treatment will be covered only if the infant is covered under a Self and Family enrollment.
- Voluntary sterilization, insertion of IUDs and family planning services
- Diagnosis and treatment of diseases of the eye
- Vision and hearing screening up to age 19 (one per year), with referral to a specialist when appropriate
- Allergy testing and treatment (copay is not required if physician is not seen)
- Biological serum, you pay 50% of covered charges
- The insertion of internal prosthetic devices, such as pacemakers and artificial joints.

- Cornea, heart, heart-lung, kidney, liver, lung (single or double), pancreas-kidney, and skin transplants. Allogeneic (donor) bone marrow transplants; autologous bone marrow transplants (autologous stem cell and peripheral stem cell support) for the following conditions: acute lymphocytic or non-lymphocytic leukemia, advanced Hodgkin's lymphoma, advanced non-Hodgkin's lymphoma, advanced neuroblastoma, breast cancer, multiple myeloma, epithelial ovarian cancer, and testicular, mediastinal, retroperitoneal and ovarian germ cell tumors. Transplants are covered when approved by the Medical Director. Related medical and hospital expenses of the donor are covered when the recipient is covered by this Plan.

- Women who undergo mastectomies may, at their option, have this procedure performed on an inpatient basis and remain in the hospital up to 48 hours after the procedure.

- Dialysis

- Surgical treatment of morbid obesity

- Chemotherapy, radiation therapy; and inhalation therapy

- Home health services of nurses and health aides, including intravenous fluids and medications when prescribed by your Plan doctor, who will periodically review the program for continuing appropriateness and need

- Chiropractic services

Limited benefits

Oral and maxillofacial surgery is provided for nondental surgical and hospitalization procedures for congenital defects, such as cleft lip and cleft palate, and for medical or surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, treatment of fractures and excision of tumors and cysts. All other procedures involving the teeth or intra-oral areas surrounding the teeth are not covered, including shortening of the mandible or maxillae for cosmetic purposes, correction of malocclusion, and any dental care involved in treatment of temporo-mandibular joint (TMJ) pain dysfunction syndrome.

Reconstructive surgery will be provided to correct a condition resulting from a functional defect or from an injury or surgery that has produced a major effect on the member's appearance and if the condition can reasonably be expected to be corrected by such surgery.

Short-term rehabilitative therapy (physical, speech and occupational) is

provided on an inpatient or outpatient basis for up to three consecutive months per condition if significant improvement can be expected within three months; ***you pay*** a $10 copay per visit. Speech therapy is limited to treatment of certain speech impairments of organic origin. Occupational therapy is limited to services that assist the member to achieve and maintain self-care and improved functioning in other activities of daily living.

Durable medical equipment, such as wheelchairs, and hospital beds, prosthetics, such as lenses following cataract removal, and orthopedic devices such as foot orthotics. ***You pay*** 20% of all covered charges up to a maximum benefit of $1,000 per member per calendar year.

Diagnosis and treatment of infertility is covered; ***you pay*** 50% of all charges. The following type(s) of artificial insemination are covered: ICI, IUI and IVI; ***you pay*** 50% of all charges; cost of donor sperm is not covered. Other assisted reproductive technology (ART) procedures, such as in vitro fertilization and embryo transfer, are not covered. Fertility drugs are not covered.

What is not covered

- Physical examinations that are not necessary for medical reasons, such as those required for obtaining or continuing employment or insurance, attending school or camp, or travel
- Reversal of voluntary, surgically-induced sterility
- Surgery primarily for cosmetic purposes
- Hearing aids
- Homemaker services
- Refractions, including lens prescriptions
- Long-term rehabilitative therapy
- Corrective eyeglasses and frames or contact lenses (including the fitting of the lenses)
- Transplants not listed as covered
- Blood and blood derivatives not replaced by the member
- Cardiac rehabilitation

CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS

**Hospital/Extended Care Benefits**

What is covered

Hospital care
The Plan provides a comprehensive range of benefits with no dollar or day limit when you are hospitalized under the care of a Plan doctor. **You pay** nothing. **You pay** a $5 copay for each inpatient physician visit. All necessary services are covered, including:

- Semi-private room accommodations; when a Plan doctor determines it is medically necessary, the doctor may prescribe private accommodations or private duty nursing care

- Specialized care units, such as intensive care or cardiac care units

Extended care
The Plan provides a comprehensive range of benefits with no dollar or day limit when full-time skilled nursing care is necessary and confinement in a skilled nursing facility is medically appropriate as determined by a Plan doctor and approved by the Plan. **You pay** nothing. All necessary services are covered, including:

- Bed, board and general nursing care

- Drugs, biologicals, supplies, and equipment ordinarily provided or arranged by the skilled nursing facility when prescribed by a Plan doctor

Hospice care
Supportive and palliative care for a terminally ill member is covered in the home or a hospice facility. Services include inpatient and outpatient, and family counseling; these services are provided under the direction of a Plan doctor who certifies that the patient is in the terminal stages of illness, with a life expectancy of approximately six months or less.

Ambulance service
Benefits are provided for ambulance transportation ordered or authorized by a Plan doctor.

Limited benefits

Inpatient dental procedures
Hospitalization for certain dental procedures is covered when a Plan doctor determines there is a need for hospitalization for reasons totally unrelated to the dental procedure; the Plan will cover the hospitalization, but not the cost of the professional dental services. Conditions for which hospitalization would be covered include hemophilia