**How much do I pay for services?**

You must share the cost of some services. This is called either a copayment (a set dollar amount) or coinsurance (a set percentage of charges). Please remember you must pay this amount when you receive services, except for those services covered at 100%.

After you pay $1,000 in copayments or coinsurance for one family member, or $3,000 per family, you do not have to make any further payments for certain services for the rest of the year. This is called a catastrophic limit. However, copayments or coinsurance for your prescription drugs, dental service (vision services and certain mental health and substance abuse service) do not count toward these limits and you must continue to make these payments.

Be sure to keep accurate records of your copayments and coinsurance, since you are responsible for informing us when you reach the limits.

**Do I have to submit claims?**

You normally won't have to submit claims to us unless you receive emergency services from a provider who doesn't contract with us. If you file a claim, please send us all of the documents for your claim as soon as possible. You must submit claims by December 31 of the year after the year you received the service. Either OPM or we can extend this deadline if you show that circumstances beyond your control prevented you from filing on time.

**Who provides my health care?**

BlueLincs HMO is an Individual Practice Association Health Maintenance Organization. BlueLincs HMO offers each individual a choice of over 500 personal primary care doctors (M.D.s and D.O.s) so that each family member can receive care that is best suited to them. In addition, the BlueLincs HMO provider network includes 36 major hospitals for inpatient care, more than 400 pharmacy locations and over 1100 specialist doctors for referral care.

**Role of a primary care doctor**

The first and most important decision each member must make is the selection of a primary care doctor. The decision is important since it is through this doctor that all other health services, particularly those of specialists, are obtained. It is the responsibility of your primary care doctor to obtain any necessary authorizations from the Plan before referring you to a specialist or making arrangements for hospitalization. Services of other providers are covered only when you have been referred by your primary care doctor. A woman may see her Plan obstetrician/gynecologist for her annual examination without a referral. Simply call a Member Services representative (1-800/722-5675) and tell him/her that you are self-referring to a participating BlueLincs gynecologist. A man may self refer to a Plan urologist once a year for a routine exam.

**What do I do if my primary care physician leaves the Plan?**

Call us. We will help you select a new one.

**What do I do if I need to go into the hospital?**

Talk to your Plan physician. If you need to be hospitalized, your primary care physician or specialist will make the necessary hospital arrangements and supervise your care.

**What do I do if I'm in the hospital when I join this Plan?**

First, call our customer service department at 800/722-5675. If you are new to the FEHB Program, we will arrange for you to receive care. If you are currently in the FEHB Program and are switching to us, your former plan will pay for the hospital stay until:

- You are discharged, not merely moved to an alternative care center, or
- The day your benefits from your former plan run out, or
- The 92nd day after you became a member of this Plan; whichever happens first.

These provisions only apply to the person who is hospitalized.

**How do I get specialty care**

Your primary care physician will arrange your referral to a specialist. Except in a medical emergency or when a primary care doctor has designated another doctor to see patients when he or she is unavailable, you must contact your primary care doctor for a referral before seeing any other doctor or obtaining special services. Referral to a participating specialist is given at the primary care doctor's discretion; if specialists or consultants are required beyond those participating in the Plan, the primary care doctor will make arrangements for appropriate referrals.

When you receive a referral from your primary care doctor, you must return to the primary care doctor after the consultation unless your doctor authorizes additional visits. All follow-up care must be provided or authorized by the primary care doctor. Do not go to the specialist for a second visit unless your primary care doctor has arranged for, and the Plan has issued an authorization for the referral in advance. A female may self-refer to a participating Bluelincs obstetrician/gynecologist once a year for her annual examination. The annual examination includes pelvic exam, pap smear, and breast exam for the office visit copayment. A referral from your primary care physician is not needed for this benefit. Any follow-up visits from this provider MUST BE AUTHORIZED from your primary care physician. All maternity care will continue to be coordinated by your primary care physician. A male may self-refer to a participating BlueLincs urologist once a year for his annual examination. The annual examination includes the office visit and prostate examination, but it does not include the Prostate Specific Antigen test, "PSA." A referral from your primary care physician is not necessary. Simply contact a Member Services representative to advise that you are self-referring. If you are receiving services from a doctor who leaves the Plan, the Plan will pay for covered services until the Plan can arrange with you to be seen by another participating doctor.

If you need to see a specialist frequently because of a chronic, complex, or serious medical condition, your primary care physician will develop a treatment plan that allows you to see your specialist for a certain number of visits without additional referrals. Your primary care physician will use our criteria when creating your treatment plan.

The Plan will provide benefits for covered services only when the services are medically necessary to prevent, diagnose or treat your illness or condition. Your plan doctor must obtain the Plan's determination of medical necessity before you may be hospitalized, referred for specialty care or obtain follow-up care from a specialist.

**What do I do if I am seeing a specialist when I enroll?**

Your primary care physician will decide what treatment you need. If they decide to refer you to a specialist, ask if you can see your current specialist. If your current specialist does not participate with us, you must receive treatment from a specialist who does. Generally, we will not pay for you to see a specialist who does not participate with our Plan.

**What do I do if my specialist leaves the Plan?**

Call your primary care physician, who will arrange for you to see another specialist. You may receive services from your current specialist until we can make arrangements for you to see someone else.

**But, what if I have a serious illness and my provider leaves the Plan or this Plan leaves the Program?**

Please contact us if you believe your condition is chronic or disabling. You may be able to continue seeing your provider for up to 90 days after we notify you that we are terminating our contract with the provider (unless the termination is for cause). If you are in the second or third trimester of pregnancy, you may continue to see your OB/GYN until the end of your postpartum care.

You may also be able to continue seeing your provider if your plan drops out of the FEHB Program and you enroll in a new FEHB plan. Contact the new plan and explain that you have a serious or chronic condition, or are in your second or third trimester. Your new plan will pay for or provide your care for up to 90 days after you receive notice that your prior plan is leaving the FEHB Program. If you are in your second or third trimester, your new plan will pay for the OB/GYN care you receive from your current provider until the end of your postpartum care.

**How do you authorize medical services?**

Your physician must get our approval before sending you to a hospital, referring you to a specialist, or recommending follow-up care. Before giving approval, we consider if the service is medically necessary, and if it follows generally accepted medical practice.

Plan providers will follow generally accepted medical practice in prescribing any course of treatment. Before you enroll in this Plan, you should determine whether you will be able to accept treatment or procedures that may be recommended by Plan providers.

**How do you decide if a service is experimental or investigational?**

The Plan uses a multi-step process employing health care data analysis, scientific literature review, and clinical consensus to provide the highest level of confidence in its criteria and protocols.

# Section 4. What to do if we deny your claim or request for service

If we deny services or won't pay your claim, you may ask us to reconsider our decision. Your request must:

1. Be in writing;
2. Refer to specific brochure wording explaining why you believe our decision is wrong; and
3. Be made within six months from the date of our initial denial or refusal. We may extend this time limit if you show that you were unable to make a timely request due to reasons beyond your control.

We have 30 days from the date we receive your reconsideration request to:

1. Maintain our denial in writing;
2. Pay the claim;
3. Arrange for a health care provider to give you the service; or
4. Ask for more information

If we ask your medical provider for more information, we will send you a copy of our request. We must make a decision within 30 days after we receive the additional information. If we do not receive the requested information within 60 days, we will make our decision based on the information we already have.

**When may I ask OPM to review a denial?**

You may ask OPM to review the denial after you ask us to reconsider our initial denial or refusal. OPM will determine if we correctly applied the terms of our contract when we denied your claim or request for service.

**What if I have a serious or life threatening condition and you haven't responded to my request for service?**

Call us at 1-800-722-5675 and we will expedite your review.

**What if you have denied my request for care and my condition is serious or life threatening?**

If we expedite your review due to a serious medical condition and deny your claim, we will inform OPM so that they can give your claim expedited treatment too. Alternatively, you can call OPM's health benefits Contract Division IV at (202) 606-0737 between 8 a.m. and 5 p.m. Serious or life threatening conditions are ones that may cause permanent loss of bodily functions or death if they are not treated as soon as possible.

**Are there other time limits?**

You must write to OPM and ask them to review our decision within 90 days after we uphold our initial denial or refusal of service. You may also ask OPM to review your claim if:

1. We do not answer your request within 30 days. In this case, OPM must receive your request within 120 days of the date you asked us to reconsider your claim.

2. You provided us with additional information we asked for, and we did not answer within 30 days. In this case, OPM must receive your request within 120 days of the date we asked you for additional information.

**What do I send to OPM?**

Your request must be complete, or OPM will return it to you. You must send the following information:

1. A statement about why you believe our decision is wrong, based on specific benefit provisions in this brochure;
2. Copies of documents that support your claim, such as physicians' letters, operative reports, bills, medical records, and explanation of benefits (EOB) forms;
3. Copies of all letters you sent us about the claim;
4. Copies of all letters we sent you about the claim; and
5. Your daytime phone number and the best time to call.

If you want OPM to review different claims, you must clearly identify which documents apply to which claim.

**Where should I mail my disputed claim to OPM?**

Send your request for review to : Office of Personnel Management, Office of Insurance Programs, Contract Division IV, P.O. Box 436, Washington, D.C. 20044

**Who can make the request?**

Those who have a legal right to file a disputed claim with OPM are:

1. Anyone enrolled in the Plan;
2. The estate of a person once enrolled in the Plan; and
3. Medical providers, legal counsel, and other interested parties who are acting as the enrolled person's representative. They must send a copy of the person's specific written consent with the review request.

**What if OPM upholds the Plan's denial?**

OPM's decision is final. There are no other administrative appeals. If OPM agrees with our decision, your only recourse is to sue.

If you decide to sue, you must file the suit against OPM in Federal court by December 31 of the third year after the year in which you received the disputed services or supplies.

**What laws apply if I file a lawsuit?**

Federal law governs your lawsuit, benefits, and payment of benefits. The Federal court will base its review on the record that was before OPM when OPM made its decision on your claim. You may recover only the amount of benefits in dispute.

You (or a person acting on your behalf) may not sue to recover benefits on a claim for treatment, services, supplies, or drugs covered by us until you have completed the OPM review procedure described above.

**Your records and the Privacy Act**

Chapter 89 of title 5, United States Code allows OPM to use the information it collects from you and us to determine if our denial of your claim is correct. The information OPM collects during the review process becomes a permanent part of your disputed claims file, and is subject to the provisions of the Freedom of Information Act and the Privacy Act. OPM may disclose this information to support the disputed claim decision. If you file a lawsuit, this information will become part of the court record.

# Section 5. Benefits

## Medical and Surgical Benefits

**What is covered**

A comprehensive range of preventive, diagnostic and treatment services is provided by Plan doctors and other Plan providers. This includes all necessary office visits; **you pay** a $10 office visit copay, but no additional copay for laboratory tests and X-rays. Within the Service Area, house calls will be provided if in the judgment of the Plan doctor such care is necessary and appropriate; **you pay** a $10 copay for a doctor's house call, and nothing for home visits by nurses and health aides.

**You pay** a $10 copay for each inpatient physician visit and any charges noted below:

The following services are included:

- Preventive care, including well baby care and periodic check-ups
- Mammograms are covered as follows: for women age 35 through 39, one mammogram during these 5 years; for women age 40 through 49, one mammogram every one or two years; for women age 50 through 64, one mammogram every two years. In addition to routine screenings, mammograms are covered when prescribed by the doctor as medically necessary to diagnose or treat your illness.
- Routine immunizations and boosters
- Consultations by specialists
- Diagnostic procedures, such as laboratory tests and X-rays
- Complete obstetrical (maternity) care for all covered females, including prenatal, delivery and postnatal care by a Plan doctor (office visit copays are waived for obstetrical care). The mother, at her option, may remain in the hospital up to 48 hours after a regular delivery and 96 hours after a caesarean delivery. Inpatient stays will be extended if medically necessary. If enrollment in the Plan is terminated during pregnancy, benefits will not be provided after coverage under the Plan has ended. Ordinary nursery care of the newborn child during the covered portion of the mother's hospital confinement for maternity will be covered under either a Self Only or Self and Family enrollment; other care of an infant who requires definitive treatment will be covered only if the infant is covered under a Self and Family enrollment.
- Voluntary sterilization, insertion of IUDs and family planning services
- Diagnosis and treatment of diseases of the eye
- Vision and hearing screening up to age 19 (one per year), with referral to a specialist when appropriate
- Allergy testing and treatment (copay is not required if physician is not seen)
- Biological serum, you pay 50% of covered charges
- The insertion of internal prosthetic devices, such as pacemakers and artificial joints.
- Breast prostheses and surgical bras, as well as their replacement.

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

# Medical and Surgical Benefits continued

**What is covered** (cont.)

- Cornea, heart, heart-lung, kidney, liver, lung (single or double), pancreas-kidney, and skin transplants. Allogeneic (donor) bone marrow transplants; autologous bone marrow transplants (autologous stem cell and peripheral stem cell support) for the following conditions: acute lymphocytic or non-lymphocytic leukemia, advanced Hodgkin's lymphoma, advanced non-Hodgkin's lymphoma, advanced neuroblastoma, breast cancer, multiple myeloma, epithelial ovarian cancer, and testicular, mediastinal, retroperitoneal and ovarian germ cell tumors. Transplants are covered when approved by the Medical Director. Related medical and hospital expenses of the donor are covered when the recipient is covered by this Plan.
- Women who undergo mastectomies may, at their option, have this procedure performed on an inpatient basis and remain in the hospital up to 48 hours after the procedure.
- Dialysis
- Surgical treatment of morbid obesity
- Chemotherapy, radiation therapy; and inhalation therapy
- Home health services of nurses and health aides, including intravenous fluids and medications when prescribed by your Plan doctor, who will periodically review the program for continuing appropriateness and need
- Chiropractic services

**Limited benefits**

**Oral and maxillofacial surgery** is provided for nondental surgical and hospitalization procedures for congenital defects, such as cleft lip and cleft palate, and for medical or surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, treatment of fractures and excision of tumors and cysts. All other procedures involving the teeth or intra-oral areas surrounding the teeth are not covered, including shortening of the mandible or maxillae for cosmetic purposes, correction of malocclusion, and any dental care involved in treatment of temporo-mandibular joint (TMJ) pain dysfunction syndrome.

**Reconstructive surgery** will be provided to correct a condition resulting from a functional defect or from an injury or surgery that has produced a major effect on the member's appearance and if the condition can reasonably be expected to be corrected by such surgery. A patient and her attending physician may decide whether to have breast reconstruction surgery following a mastectomy and whether surgery on the other breast is needed to produce a symmetrical appearance.

**Short-term rehabilitative therapy** (physical, speech and occupational) is provided on an inpatient or outpatient basis for up to three consecutive months per condition if significant improvement can be expected within three months; **you pay** a $10 copay per visit. Speech therapy is limited to treatment of certain speech impairments of organic origin. Occupational therapy is limited to services that assist the member to achieve and maintain self-care and improved functioning in other activities of daily living.

**Durable medical equipment,** such as wheelchairs, and hospital beds, prosthetics, such as lenses following cataract removal, and orthopedic devices such as foot orthotics. You pay 20% of all covered charges up to a maximum benefit of $1,000 per member per calendar year.

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

**Diagnosis and treatment of infertility** is covered; **you pay** 50% of all charges. The following type(s) of artificial insemination are covered: ICI, IUI and IVI; **you pay** 50% of all charges; cost of donor sperm is not covered. Other assisted reproductive technology (ART) procedures, such as in vitro fertilization and embryo transfer, are not covered. Fertility drugs are not covered.

**What is not covered**

- Physical examinations that are not necessary for medical reasons, such as those required for obtaining or continuing employment or insurance, attending school or camp, or travel
- Reversal of voluntary, surgically-induced sterility
- Surgery primarily for cosmetic purposes
- Hearing aids
- Homemaker services
- Long-term rehabilitative therapy
- Transplants not listed as covered
- Blood and blood derivatives not replaced by the member
- Cardiac rehabilitation

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

# Hospital/Extended Care Benefits

## What is covered

**Hospital care**

The Plan provides a comprehensive range of benefits with no dollar or day limit when you are hospitalized under the care of a Plan doctor. You pay nothing. **You pay** a $10 copay for each inpatient physician visit. **All necessary services are covered**, including:

- Semi-private room accommodations; when a Plan doctor determines it is medically necessary, the doctor may prescribe private accommodations or private duty nursing care
- Specialized care units, such as intensive care or cardiac care units

**Extended care**

The Plan provides a comprehensive range of benefits with no dollar or day limit when full-time skilled nursing care is necessary and confinement in a skilled nursing facility is medically appropriate as determined by a Plan doctor and approved by the Plan. **You pay** nothing. **All necessary services are covered**, including:

- Bed, board and general nursing care
- Drugs, biologicals, supplies, and equipment ordinarily provided or arranged by the skilled nursing facility when prescribed by a Plan doctor

**Hospice care**

Supportive and palliative care for a terminally ill member is covered in the home or a hospice facility. Services include inpatient and outpatient, and family counseling; these services are provided under the direction of a Plan doctor who certifies that the patient is in the terminal stages of illness, with a life expectancy of approximately six months or less.

**Ambulance service**

Benefits are provided for ambulance transportation ordered or authorized by a Plan doctor.

## Limited benefits

**Inpatient dental procedures**

Hospitalization for certain dental procedures is covered when a Plan doctor determines there is a need for hospitalization for reasons totally unrelated to the dental procedure; the Plan will cover the hospitalization, but not the cost of the professional dental services. Conditions for which hospitalization would be covered include hemophilia and heart disease; the need for anesthesia, by itself, is not such a condition.

**Acute inpatient detoxification**

Hospitalization for medical treatment of substance abuse is limited to emergency care, diagnosis, treatment of medical conditions, and medical management of withdrawal symptoms (acute detoxification) if the Plan doctor determines that outpatient management is not medically appropriate. See page 17 or nonmedical substance abuse benefits.

## What is not covered

- Personal comfort items, such as telephone and television
- Blood and blood derivatives not replaced by the member
- Custodial care, rest cures, domiciliary or convalescent care

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

# Emergency Benefits

**What is a medical emergency?**

A medical emergency is the sudden and unexpected onset of a condition or an injury you believe endangers your life or could result in serious injury or disability, and requires immediate medical or surgical care. Some problems are emergencies because, if not treated promptly, they might become more serious; examples include deep cuts and broken bones. Others are emergencies because they are potentially life-threatening, such as heart attacks, strokes, poisonings, gunshot wounds or sudden inability to breathe. There are many other acute conditions that the Plan may determine are medical emergencies—what they all have in common is the need for quick action.

**Emergencies within the service area**

If you are in an emergency situation, please call your primary care doctor. In extreme emergencies, if you are unable to contact your doctor, contact the local emergency system (e.g., the 911 telephone system) or go to the nearest hospital emergency room. Be sure to tell the emergency room personnel that you are a Plan member so they can notify the Plan. You or a family member must notify the Plan within 48 hours. It is your responsibility to ensure that the Plan has been timely notified.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If you are hospitalized in non-Plan facilities and Plan doctors believe care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

Benefits are available for care from non-Plan providers in a medical emergency only if delay in reaching a Plan provider would result in death, disability or significant jeopardy to your condition.

To be covered by this Plan, any follow-up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

**Plan pays...**

Reasonable charges for emergency services to the extent the services would have been covered if received from Plan providers.

**You pay...**

$50 per hospital emergency room visit and $25 per visit to a participating minor emergency or urgent care center for emergency services that are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived.

**Emergencies outside the service area**

Benefits are available for any medically necessary health service that is immediately required because of injury or unforeseen illness.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If a Plan doctor believes care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

**Plan pays...**

Reasonable charges for emergency care services to the extent the services would have been covered if received from Plan providers.

**You pay...**

$50 per hospital emergency room visit for emergency services that are covered benefits of this Plan. If the emergency results in admission to a hospital, the emergency care copay is waived.

# Emergency Benefits continued

**What is covered**

- Emergency care at a doctor's office or an urgent care center
- Emergency care as an outpatient or inpatient at a hospital, including doctors' services
- Ambulance service approved by the Plan

**What is not covered**

- Elective care or non-emergency care
- Emergency care provided outside the service area if the need for care could have been foreseen before leaving the service area
- Medical and hospital costs resulting from a normal full-term delivery of a baby outside the service area

**Filing claims**

With your authorization, the Plan will pay benefits directly to the providers of your emergency care upon receipt of their claims. Physician claims should be submitted on the HCFA 1500 claim form. If you are required to pay for the services, submit itemized bills and your receipts to the Plan along with an explanation of the services and the identification information from your ID card.

Payment will be sent to you (or the provider if you did not pay the bill), unless the claim is denied. If it is denied, you will receive notice of the decision, including the reasons for the denial and the provisions of the contract on which denial was based. If you disagree with the Plan's decision, you may request reconsideration in accordance with the disputed claims procedure described on page 9.

# Mental Conditions/Substance Abuse Benefits

## Mental conditions

**What is covered**

To the extent shown below, the Plan provides the following services necessary for the diagnosis and treatment of acute psychiatric conditions, including the treatment of mental illness or disorders:

- Diagnostic evaluation
- Psychological testing
- Psychiatric treatment (including individual and group therapy)
- Hospitalization (including inpatient professional services)

**Outpatient care**

Up to 40 outpatient visits to Plan doctors, consultants or other psychiatric personnel each calendar year; **you pay** a $20 copay for each covered visit—all charges thereafter.

**Inpatient care**

Up to 30 days of hospitalization each calendar year; **you pay** nothing for first 30 days—all charges thereafter.

**What is not covered**

- Care for psychiatric conditions that in the professional judgment of Plan doctors are not subject to significant improvement through relatively short-term treatment
- Psychiatric evaluation or therapy on court order or as a condition of parole or probation, unless determined by a Plan doctor to be necessary and appropriate
- Psychological testing that is not medically necessary to determine the appropriate treatment of a short-term psychiatric condition

The medical management of mental conditions will be covered under this Plan's Medical and Surgical Benefits provisions. Related drug costs will be covered under this Plan's Prescription Drug Benefits, and any costs for psychological testing or psychotherapy will be covered under this Plan's Mental Conditions Benefits.

**CARE MUST BE RECEIVED FROM OR ARRANGED BY PLAN DOCTORS**

# Mental Conditions/Substance Abuse Benefits continued

## Substance abuse

**What is covered**

This Plan provides medical and hospital services such as acute detoxification services for the medical non-psychiatric aspects of substance abuse, including alcoholism and drug addiction, the same as for any other illness or condition. Services for the psychiatric aspects are provided in conjunction with the mental conditions benefit shown above. Outpatient visits to Plan mental conditions providers for follow-up care and counseling are covered, as well as inpatient services necessary for diagnosis and treatment. The mental conditions visit/day limitations and copays apply.

**What is not covered**

- Treatment which is not authorized by a Plan doctor

# Prescription Drug Benefits

## What is covered

Prescription drugs prescribed by a Plan or referral doctor and obtained at a Plan pharmacy will be dispensed for up to a 30-day supply; **you pay** a $5 copay per prescription unit or refill for generic drugs, and a $10 copay per prescription unit or refill for name brand drugs. Nonformulary drugs will be covered when prescribed by a Plan doctor.

Formulary
The Plan's formulary consists of a list of commonly prescribed medications that have been chosen by the Plan based on a drug's effectiveness and cost. The Plan will evaluate any needed additions to or deletions from the formulary. Nonformulary drugs will be covered when prescribed by a Plan doctor.

Covered medications and accessories include:

- Drugs for which a prescription is required by law;
- Oral contraceptive drugs;
- Contraceptive devices including Norplant; injectable contraceptives
- Insulin;
- Disposable needles and syringes needed for injecting covered prescribed medications;
- Intravenous fluids and medication for home use, implantable drugs, and some injectable drugs are covered under Medical and Surgical Benefits;
- Diabetic supplies including glucose test tablets and test tape; Benedict's solution or equivalent and acetone test tablets.

## What is not covered

- Drugs available without a prescription or for which there is a non-prescription equivalent available
- Drugs not FDA approved
- Drugs obtained at a non-Plan pharmacy except for out-of-area emergencies
- Vitamins and nutritional substances that can be purchased without a prescription
- Medical supplies such as dressings and antiseptics

- Drugs for cosmetic purposes
- Drugs to enhance athletic performance
- Smoking cessation drugs and medication, including nicotine patches
- Fertility drugs
- Medications or devices used to retain or alter hair growth

# Other Benefits

## Dental care

**Accidental injury sound Benefit** — Restorative services and supplies necessary to promptly repair and replace natural teeth. The need for these services must result from an accidental injury that occurred while in a plan under the FEHB Program; **you pay** nothing.

### What is not covered

- Other dental services not shown as covered

## Vision Care

One routine vision exam by a Participating Vision Provider (including refractions, eye drops when necessary and glaucoma testing for at-risk adults) per member, per 12-month period. You pay a $10 co-payment per exam. Frames, lenses, and contact lenses through a Participating Vision Provider at a 20% discount.

### What is not covered

Disposable lenses

# *Non-FEHB Benefits Available to Plan Members*

The benefits described on this page are neither offered nor guaranteed under the contract with the FEHB Program, but are made available to all enrollees and family members who are members of this Plan. The cost of the benefits described on this page is not included in the FEHB premium; any charges for these services do not count toward any FEHB deductibles, out-of-pocket maximum copay charges, etc. These benefits are not subject to the FEHB disputed claims procedures.

## Voluntary Dental

ATTENTION! As a federal employee, are eligible to join BlueSelect Dental. BlueSelect Dental benefit highlights include:

Simple and Convenient

- You can select your dental care provider from a statewide network of more than 1,100 Participating Providers

100% Coverage for Diagnostic and Preventative Services (no deductible)

- Oral examinations (every six months)
- Cleaning, scaling and polishing (every six months)
- Bitewing X-Rays (two per year)
- Full mouth X-rays (one during a five year period)
- Fluoride application for children under age 19
- Space maintainers for children under age 19
- Sealants for children under age 14 (with some restrictions)

80% Coverage for Restorative Procedures (after $50 deductible)

- Fillings (except gold)
- Simple extractions
- Root canal treatment
- Extraction of impacted teeth
- Periodontic treatment of the gums
- Repair of dentures
- General anesthesia (when medically necessary for covered services)

Annual Maximum Benefit - $1,000 per person, per calendar year
Affordable Premiums

| | Monthly Rates* |
|---|---|
| Child Only (Age 18 and under) | $14.10 |
| Adult Only (Age 19 & over) | $18.80 |
| Adult & Spouse | $36.10 |
| Adult, Spouse, & One Child | $50.20 |
| Adult, Spouse, & Two or More Children | $71.80 |
| Adult & One Child | $32.90 |
| Adult & Two or More Children | $54.50 |

*Rates subject to change.

For enrollment information, call 800-378-2362. Consult the separate Plan description for additional information.

When covered treatment is performed by a non-participating dentist outside the network, benefits will be covered at a lower benefit rate.

ATTENTION! The following benefit(s) are only available to BlueLincs Subscribers.

## $5,000 Accidental Death and Dismemberment

We're Giving You More Than You Asked For.
Accidental Death & Dismemberment insurance
as part of your BlueLincs coverage.
As a BlueLincs Subscriber, you receive $5,000 in AD&D coverage.
It's one more way BlueLincs provides you extra value.

***Benefits on this page are not part of the FEHB contract***

## Section 6. General exclusions – Things we don't cover

The exclusions in this section apply to all benefits. Although we may list a specific service as a benefit, we will not cover it unless your Plan doctor determines it is medically necessary to prevent, diagnose, or treat your illness or condition.

We do not cover the following:

- Services, drugs or supplies that are not medically necessary;
- Services not required according to accepted standards of medical, dental, or psychiatric practice;
- Care by non-Plan providers except for authorized referrals or emergencies (see Emergency Benefits) or eligible self-referred services;
- Experimental or investigational procedures, treatments, drugs or devices;
- Procedures, services, drugs and supplies related to abortions except when the life of the mother would be endangered if the fetus were carried to term or when the pregnancy is the result of an act of rape or incest;
- Procedures, services, drugs and supplies related to sex transformations;
- Services or supplies you receive from a provider or facility barred from the FEHB Program; and
- Expenses you incurred while you were not enrolled in this Plan.

# Section 7. Limitations – Rules that affect your benefits

**Medicare**

Tell us if you or a family member is enrolled in Medicare Part A or B. Medicare will determine who is responsible for paying for medical services and we will coordinate the payments. On occasion, you may need to file a Medicare claim form.

If you are eligible for Medicare, you may enroll in a Medicare+Choice plan and also remain enrolled with us.

If you are an annuitant or former spouse, you can suspend your FEHB coverage and enroll in a Medicare+Choice plan when one is available in your area. For information on suspending your FEHB enrollment and changing to a Medicare+Choice plan, contact your retirement office. If you later want to re-enroll in the FEHB Program, generally you may do so only at the next Open Season.

If you involuntarily lose coverage, or move out of the Medicare+Choice service area, you may re-enroll in the FEHB Program at any time.

If you do not have Medicare Part A or B, you can still be covered under the FEHB Program and your benefits will not be reduced. We cannot require you to enroll in Medicare.

For information on Medicare+Choice plans, contact your local Social Security Administration (SSA) office or request it from SSA at 1-800/638-6833.

**Other group insurance coverage**

When anyone has coverage with us and with another group health plan, it is called double coverage. You must tell us if you or a family member has double coverage. You must also send us documents about other insurance if we ask for them.

When you have double coverage, one plan is the primary payer; it pays benefits first. The other plan is secondary; it pays benefits next. We decide which insurance is primary according to the National Association of Insurance Commissioners' Guidelines.

If we pay second, we will determine what the reasonable charge for the benefit should be. After the first plan pays, we will pay either what is left of the reasonable charge or our regular benefit, whichever is less. We will not pay more than the reasonable charge. If we are the secondary payer, we may be entitled to receive payment from your primary plan.

We will always provide you with the benefits described in this brochure. Remember: even if you do not file a claim with your other plan, you must still tell us that you have double coverage.

**Circumstances beyond our control**

Under certain extraordinary circumstances, we may have to delay your services or be unable to provide them. In that case, we will make all reasonable efforts to provide you with necessary care.

**When others are responsible for injuries**

When you receive money to compensate you for medical or hospital care for injuries or illness that another person caused, you must reimburse us for whatever services we paid for. We will cover the cost of treatment that exceeds the amount you received in the settlement. If you do not seek damages, you must agree to let us try. This is called subrogation. If you need more information, contact us for our subrogation procedures.

**TRICARE**

TRICARE is the health care program for members, eligible dependents, and retirees of the military. TRICARE includes the CHAMPUS program. If both TRICARE and this Plan cover you, we are the primary payer. See your TRICARE Health Benefits Advisor if you have questions about TRICARE coverage.