## Attachment IIIB

Q39. Did you give an SSSG an early rate quote?

[ ] YES

[X] NO

If Yes, was the quote updated to reflect the actual 1-1-93 community rates?

[ ] YES

[ ] NO

N/A

If No, explain

Q40. What are the five groups you do business with that are closest in size to the Federal group, and what type of benefit plan do they have?

| | Group | (Subscribers) Enrollment | Coverage |
|---|---|---|---|
| 1. | State of Oklahoma | 4678 | Plan 3 - multi (6 tier |
| 2. | Southwestern Bell | 492 | Plan 1 |
| 3. | Seagate | 466 | Custom Plan |
| 4. | General Motors | 331 | Plan C |
| 5. | Xerox | 276 | Plan 2 (3 tie |

Attachment IIIB

Q41. Are there any groups you do business with that are closer in in size to the Federal group than either of your SSSGs?

[X] YES

[ ] NO

Q42. If the answer to Q41 was Yes, explain why the groups are not SSSGs.

These group had significantly different benefit plans with different capitation rate.

Q43. Did either of the SSSGs receive any type of discount? (Note that we interpret an industry factor less than 1.0 as a discount factor)

[ ] YES

[X] NO

If Yes, did you apply the discount to the Federal group?

[ ] YES

[ ] NO

N/A

If No, please do so.

Attachment IIIB

Q44. On the following Comparison Sheet, show the method by which you determined the net-to-carrier rates for your SSSGs. Indicate in a step-by-step manner how you got from your starting point (which in most cases will be a capitation rate) to the self and family net-to-carrier rates. If you used ACR for the groups, include utilization data. Explain how the method used for the SSSGs differs from that used for the FEHBP. Include calculations. Use additional sheets if necessary. MAKE SURE THAT BY THE TIME WE FINISH READING YOUR EXPLANATION, IT WILL BE CLEAR TO US WHY THE FEDERAL RATES ARE DIFFERENT FROM THE SSSG RATES. IF YOU HAVE INCLUDED RATE DEVELOPMENT SHEETS FOR THESE GROUPS, DO NOT REFER US TO THESE SHEETS AT THIS POINT. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF HOW THE SSSG RATES DIFFER FROM THE FEDERAL GROUP RATES.

We give a simple example on the next page to serve as a guide. Do not hesitate to elaborate in your presentation.

***********************************

DO NOT

***********************************

WRITE

***********************************

IN THIS SPACE

***********************************

# Attachment IIIB

Q44. (continued)

Example

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| Group Renewal Date | 1-1-93 | 1-1-93 | 2-1-93 |
| Rating Method (TCR, CRC, ACR) | CRC | CRC | CRC |

(If All Are Not The Same, Explain)

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| Capitation | $100.00 | $98.00 | $101.00 |

(Explain Difference)

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| Age/Sex Factor | .92 | .98 | 1.04 |
| Industry Factor (If Applicable) | .95 | .95 | .98 |

(The FEHBP Receives The Lowest Industry Factor < 1.0 That Was Given To An SSSG)

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| Discount Factor | .97 | .97 | 1.00 |

(The FEHBP Receives The Lowest Discount Factor That Was Given To An SSSG)

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| 1st Level Step-Up Factor | 1.30 | 1.12 | 1.22 |

(Show How Factors Are Derived)

| | FEHBP | SSSG #1 | SSSG #2 |
|---|---|---|---|
| Self Rate | $110.21 | $99.12 | $125.59 |
| Family/Self Ratio | 2.71 | 2.80 | 2.55 |
| Family Rate | $298.67 | $277.54 | $320.25 |

# Attachment IIIB

Q44. (continued)

(York International)
COMPARISON SHEET

| | FEHBP → | SSSG #1 | (City of Edmond) SSSG #2 |
|---|---|---|---|
| Group Renewal Date | 1/1/93 | 1/1/93 | 7/1/93 |
| Rating Method | CRC | CRC | CRC |
| Capitation | 110.24 | 110.24 | 116.96 (Note 1) |
| Self age/Sex Factor | 1.3286 | 1.1494 | 1.0909 |
| Family age/Sex Factor | 3.3188 | 3.29197 | 3.3511 |
| Industry Factor | 1.0 | 1.0 | 1.2 |
| Discount Factors | N/A | N/A | N/A |
| Self Rate (Monthly) | 146.47 | 126.71 | 153.11 |
| Family Rate (Monthly) | 365.87 | 362.91 | 470.33 |
| Self Rate (Bi Weekly) | 67.60 | 58.48 | 70.67 |
| Family (Bi Weekly) | 168.86 | 167.50 | 217.08 |
| Supplemental Benefits: (Bi Weekly) | | | |
| Self | 13.18 (Note 2) | .25 (Note 3) | 10.07 (Note 4) |
| Family | 32.92 (Note 2) | .74 (Note 3) | 30.93 (Note 4) |
| Net to Carrier: | | | |
| Self | 80.78 | 58.73 | 80.74 |
| Family | 201.78 | 168.24 | 248.01 |



Note 1 - Capitation rates are trended 3% per quarter (110.24 X 103% X 103% = 1
Note 2 - Lines 2-4c on Attachment II
Note 3 - SSSG #1 has no supplementable benefits except for a very limited vision benefit (no prescription drugs)
Note 4 - SSSG #2 has only prescription drugs and a limited vision

BlueLincs HMO
Blue Cross & Blue Shield of Oklahoma
1400 S. Boston • Tulsa, OK 74119-3618 • (918) 561-9900
A Federally Qualified Health Maintenance Organization

July 17, 1992

Via Federal Express

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW., Room 4307
Washington, DC 20415

Dear Ms. Kichak:

To follow up on our recent telephone conversation, I have enclosed rating documentation on two additional enrolled BlueLincs' groups. We contend that these groups do not meet the definition of Similar-Size Subscriber Groups (SSSGs) since they have different benefit plans, different capitation rates, and different tier types. We have provided you with this documentation, however, to demonstrate our use of community rating for groups in this size category.

Please feel free to call me at 918-561-9905 if you have any questions on the enclosed information.

Sincerely,

Lyndle Ellis

Lyndle Ellis, CPA
Vice President, Finance

Enclosures
ah



Exhibit B

BlueLines HMO (Julia)
Rating Comparison
FEHBP/American Airlines

| | FEHBP | American Airlines |
|---|---|---|
| Renewal Date | 1/1/92 | 1/1/92 |
| Rating Method | CRC | CRC |
| Capitation | 106.86 | 103.28 |
| Age/Sex Factor (self) | 1.44666 | 1.03243 |
| | | (Double) 2.81274 |
| Age/Sex Factor (family) | 3.36729 | (Family) 3.67883 |
| Industry factor | 1.0 | 1.0 |
| Self Rate (monthly) | 154.59 | 106.63 |
| | | (Double) 290.50 |
| Family Rate (monthly) | 359.83 | (Family) 379.95 |
| Bi Weekly Rate (self) | 71.35 | 49.21 |
| | | (Double) 134.08 |
| Bi weekly Rate (family) | 166.08 | (Family) 175.36 |

(1) American Airlines has a different ben package than the FEHBP plan. Accordingly, the capitation rate is different than that used for FEHBP rating.

(2) American Airlines purchases a 3 tier plan (single, double + family) rather than the 2 tier plan purchased by FEHBP.

BLUE LINES, HMO
THREE TIER RATE DEVELOPMENT WORKSH[illegible]

| | | | |
|---|---|---|---|
| GROUP NAME | AMERICAN AIRLINES | CITY | GROUP STATUS |
| CITY | 2 | OKC = 1 | NEW = 1 |
| GROUP EFFECTIVE | 1-92 | TULSA = 2 | RENEWAL = 2 |

INDUSTRY FACTOR 1
GROUP STATUS 2

SINGLE

| AGE | S/MALE | FACTOR | | S/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 46 | 0.642 | 29.532 | 23 | 1.157 | 26.611 |
| 30 - 39 | 28 | 0.819 | 22.932 | 22 | 1.321 | 29.062 |
| 40 - 49 | 12 | 1.115 | 13.380 | 15 | 1.473 | 22.095 |
| 50 - 59 | 9 | 1.616 | 14.544 | 3 | 1.658 | 4.974 |
| 60 - 64 | 0 | 2.208 | 0.000 | 0 | 1.870 | 0.000 |
| | 95 | | 80.388 | 63 | | 92.742 |

| | | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|---|
| TOTAL OF FACTORS | 163.130 | | | | |
| EMPLOYEES | 158 | | | | |
| COMPOSITE FACTOR | 1.032 | | | | |
| TRENDED BASE RATE PLAN 1 | $110.38 | PRELIMINARY SINGLE RATE 1 | 113.96 | 113.96 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $106.86 | PRELIMINARY SINGLE RATE 2 | 110.33 | 110.33 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $103.28 | PRELIMINARY SINGLE RATE 3 | 106.63 | 106.63 | 0.00 |
| TRENDED BASE RATE PLAN 4 | $92.57 | PRELIMINARY SINGLE RATE 4 | 95.58 | 95.58 | 0.00 |
| $5 PRESCRIPTION DRUGS | $15.55 | PRESCRIPTION DRUGS | 16.05 | 16.05 | 0.00 |
| $5 GENERIC DRUGS | $13.57 | GENERIC DRUGS | 14.01 | 14.01 | 0.00 |
| $5 MAX GENERIC DRUGS | $12.15 | MAX GENERIC DRUGS | 12.54 | 12.54 | 0.00 |
| $7.50 GENERIC DRUGS | $11.17 | GENERIC DRUGS | 11.53 | 11.53 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $10.01 | MAX GENERIC DRUGS | 10.34 | 10.34 | 0.00 |
| VISION | $0.44 | VISION | 0.45 | 0.45 | 0.00 |
| SRO OPTION 1(PL1) | $5.96 | SRO OPTION 1(PL1) | 6.15 | 6.15 | 0.00 |
| SRO OPTION 2(PL2) | $4.56 | SRO OPTION 2(PL2) | 4.71 | 4.71 | 0.00 |
| SRO OPTION 2(PL3) | $4.31 | SRO OPTION 2(PL3) | 4.45 | 4.45 | 0.00 |
| SRO OPTION 3(PL4) | $6.01 | SRO OPTION 3(PL4) | 6.21 | 6.21 | 0.00 |

355
120.34

DOUBLE

| AGE | D/MALE | FACTOR | | D/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 10 | 2.873 | 28.730 | 2 | 2.719 | 5.438 |
| 30 - 39 | 6 | 2.550 | 15.300 | 2 | 2.247 | 4.494 |
| 40 - 49 | 10 | 2.586 | 25.860 | 2 | 2.545 | 5.090 |
| 50 - 59 | 14 | 3.144 | 44.016 | 1 | 3.273 | 3.273 |
| 60 - 64 | 0 | 3.872 | 0.000 | 0 | 3.383 | 0.000 |
| | 40 | | 113.906 | 7 | | 18.295 |

438

| | | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|---|
| TOTAL OF FACTORS | 132.201 | | | | |
| EMPLOYEES | 47 | | | | |
| COMPOSITE FACTOR | 2.813 | | | | |
| TRENDED BASE RATE PLAN 1 | $110.38 | PRELIMINARY DOUBLE RATE 1 | 310.48 | 310.48 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $106.86 | PRELIMINARY DOUBLE RATE 2 | 300.57 | 300.57 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $103.28 | PRELIMINARY DOUBLE RATE 3 | 290.50 | 290.50 | 0.00 |
| TRENDED BASE RATE PLAN 4 | [illegible] | PRELIMINARY DOUBLE RATE 4 | 260.38 | 260.38 | 0.00 |
| $5 PRESCRIPTION DRUGS | $15.55 | PRESCRIPTION DRUGS | [illegible] | 43.[illegible] | [illegible] |

355
320.4

| | | | | |
|---|---|---|---|---|
| $5 MAX GENERIC DRUGS | $12.15 MAX GENERIC DRUGS | 34.18 | 34.18 | 0.00 |
| $7.50 GENERIC DRUGS | $11.17 GENERIC DRUGS | 31.42 | 31.42 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $10.01 MAX GENERIC DRUGS | 28.15 | 28.15 | 0.00 |
| VISION | $0.44 VISION | 1.24 | 1.24 | 0.00 |
| SRO OPTION 1(PL1) | $5.96 SRO OPTION 1(PL1) | 16.76 | 16.76 | 0.00 |
| SRO OPTION 2(PL2) | $4.56 SRO OPTION 2(PL2) | 12.83 | 12.83 | 0.00 |
| SRO OPTION 2(PL3) | $4.31 SRO OPTION 2(PL3) | 12.12 | 12.12 | 0.00 |
| SRO OPTION 3(PL4) | $6.01 SRO OPTION 3(PL4) | 16.90 | 16.90 | 0.00 |

FAMILY

| AGE | F/MALE | FACTOR | | F/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 31 | 3.914 | 121.334 | 3 | 3.684 | 11.052 |
| 30 - 39 | 51 | 3.591 | 183.141 | 6 | 3.211 | 19.266 |
| 40 - 49 | 30 | 3.628 | 108.840 | 6 | 3.508 | 21.048 |
| 50 - 59 | 5 | 4.186 | 20.930 | 0 | 4.235 | 0.000 |
| 60 - 64 | 0 | 4.913 | 0.000 | 0 | 4.646 | 0.000 |
| | 117 | | 434.245 | 15 | | 51.366 |

| | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|
| TOTAL OF FACTORS | 485.611 | | | |
| EMPLOYEES | 132 | | | |
| COMPOSITE FACTOR | 3.679 | | | |
| TRENDED BASE RATE PLAN 1 | $110.38 PRELIMINARY FAMILY RATE 1 | 406.07 | 406.07 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $106.86 PRELIMINARY FAMILY RATE 2 | 393.12 | 393.12 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $103.28 PRELIMINARY FAMILY RATE 3 | 379.95 | 379.95 | 0.00 |
| TRENDED BASE RATE PLAN 4 | $92.57 PRELIMINARY FAMILY RATE 4 | 340.55 | 340.55 | 0.00 |
| $ 5 PRESCRIPTION DRUGS | $15.55 PRESCRIPTION DRUGS | 57.21 | 57.21 | 0.00 |
| $5 GENERIC DRUGS | $13.57 GENERIC DRUGS | 49.92 | 49.92 | 0.00 |
| $5 MAX GENERIC DRUGS | $12.15 MAX GENERIC DRUGS | 44.70 | 44.70 | 0.00 |
| $7.50 GENERIC DRUGS | $11.17 GENERIC DRUGS | 41.09 | 41.09 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $10.01 MAX GENERIC DRUGS | 36.83 | 36.83 | 0.00 |
| VISION | $0.44 VISION | 1.62 | 1.62 | 0.00 |
| SRO OPTION 1(PL1) | $5.96 SRO OPTION 1(PL1) | 21.93 | 21.93 | 0.00 |
| SRO OPTION 2(PL2) | $4.56 SRO OPTION 2(PL2) | 16.78 | 16.78 | 0.00 |
| SRO OPTION 2(PL3) | $4.31 SRO OPTION 2(PL3) | 15.86 | 15.86 | 0.00 |
| SRO OPTION 3(PL4) | $6.01 SRO OPTION 3(PL4) | 22.11 | 22.11 | 0.00 |

35G

429.27

Rating Comparison
FEHBP / SW Bell

| | FEHBP | | SW |
|---|---|---|---|
| Renewal Date | 1/1/92 | | 1/1/9 |
| Rating Method | CRC | | CRC |
| Capitation | 97.94 | | 101.3 |
| Age/Sex Factor (self) | 1.27260 | | 1.362 |
| | | Double | 2.763 |
| Age/Sex Factor (family) | 3.31536 | Family | 3.470 |
| Industry Factor | 1.0 | | 1.0 |
| Self Rate (Monthly) | 124.64 | | 138.1 |
| | | Double | 280.02 |
| Family Rate (Monthly) | 324.71 | Family | 351.70 |
| Bi Weekly Rate (Self) | 57.53 | | 63.74 |
| | | Double | 129.2 |
| Bi Weekly Rates (Family) | 149.87 | Family | 162.3 |

(1) SW Bell has a different benefit package than the FEHBP plan accordingly the capitation rate is different than that used for FEHBP rates

(2) SW Bell has purchased a 3 tier plan (single, double + family) rather than the 2 tier plan purchased by FEHBP.

BLUE LINES HMO
THREE TIER RATE DEVELOPMENT WORKSHEET

GROUP NAME SOUTHWESTERN BELL

CITY

GROUP EFFECTIVE 1-92

CITY
OKC = 1
TULSA = 2

GROUP STATUS
NEW = 1
RENEWAL = 2

INDUSTRY FACTOR 1
GROUP STATUS 2

SINGLE

| AGE | S/MALE | FACTOR | | S/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 1 | 0.642 | 0.642 | 7 | 1.157 | 8.099 |
| 30 - 39 | 11 | 0.819 | 9.009 | 22 | 1.321 | 29.062 |
| 40 - 49 | 12 | 1.115 | 13.380 | 23 | 1.473 | 33.879 |
| 50 - 59 | 4 | 1.616 | 6.464 | 15 | 1.658 | 24.870 |
| 60 - 64 | 0 | 2.208 | 0.000 | 8 | 1.870 | 14.960 |
| | 28 | | 29.495 | 75 | | 110.970 |

TOTAL OF FACTORS 140.365
EMPLOYEES 103
COMPOSITE FACTOR 1.363

| | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|
| TRENDED BASE RATE PLAN 1 | $101.34 PRELIMINARY SINGLE RATE 1 | 138.10 | 138.10 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $97.94 PRELIMINARY SINGLE RATE 2 | 133.47 | 133.47 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $94.54 PRELIMINARY SINGLE RATE 3 | 128.84 | 128.84 | 0.00 |
| TRENDED BASE RATE PLAN 4 | $84.95 PRELIMINARY SINGLE RATE 4 | 115.77 | 115.77 | 0.00 |
| /5 PRESCRIPTION DRUGS | $15.17 PRESCRIPTION DRUGS | 20.67 | 20.67 | 0.00 |
| $5 GENERIC DRUGS | $13.27 GENERIC DRUGS | 18.08 | 18.08 | 0.00 |
| $5 MAX GENERIC DRUGS | $11.88 MAX GENERIC DRUGS | 16.19 | 16.19 | 0.00 |
| $7.50 GENERIC DRUGS | $10.26 GENERIC DRUGS | 13.98 | 13.98 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $9.18 MAX GENERIC DRUGS | 12.51 | 12.51 | 0.00 |
| VISION | $0.44 VISION | 0.60 | 0.60 | 0.00 |
| SRO OPTION 1(PL1) | $6.15 SRO OPTION 1(PL1) | 8.38 | 8.38 | 0.00 |
| SRO OPTION 2(PL2) | $4.23 SRO OPTION 2(PL2) | 5.76 | 5.76 | 0.00 |
| SRO OPTION 2(PL3) | $5.69 SRO OPTION 2(PL3) | 7.75 | 7.75 | 0.00 |
| SRO OPTION 3(PL4) | $6.33 SRO OPTION 3(PL4) | 8.63 | 8.63 | 0.00 |
| A+D Rider | | | 3.18 | |

159.96

DOUBLE 2.33

| AGE | D/MALE | FACTOR | | D/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 1 | 2.873 | 2.873 | 0 | 2.719 | 0.000 |
| 30 - 39 | 3 | 2.550 | 7.650 | 9 | 2.247 | 20.223 |
| 40 - 49 | 8 | 2.586 | 20.688 | 11 | 2.545 | 27.995 |
| 50 - 59 | 6 | 3.144 | 18.864 | 7 | 3.273 | 22.911 |
| 60 - 64 | 2 | 3.872 | 7.744 | 1 | 3.683 | 3.683 |
| | 20 | | 57.919 | 28 | | 74.812 |

441

324.35

TOTAL OF FACTORS 132.631
EMPLOYEES 48
COMPOSITE FACTOR 2.763

| | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|
| TRENDED BASE RATE PLAN 1 | $101.34 PRELIMINARY DOUBLE RATE 1 | 280.02 | 280.02 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $97.94 PRELIMINARY DOUBLE RATE 2 | 270.62 | 270.62 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $94.54 PRELIMINARY DOUBLE RATE 3 | 261.23 | 261.23 | 0.00 |
| TRENDED BASE RATE PLAN 4 | $84.95 PRELIMINARY DOUBLE RATE 4 | 234.73 | 234.73 | 0.00 |
| /5 PRESCRIPTION DRUGS | $15.17 PRESCRIPTION DRUGS | 41.92 | 41.92 | 0.00 |
| $5 GENERIC DRUGS | $13.27 GENERIC DRUGS | [illegible] | 36.67 | [illegible] |

| | | | | |
|---|---|---|---|---|
| $5 MAX GENERIC DRUGS | $11.88 MAX GENERIC DRUGS | 32.83 | 32.83 | 0.00 |
| $7.50 GENERIC DRUGS | $10.26 GENERIC DRUGS | 28.35 | 28.35 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $9.18 MAX GENERIC DRUGS | 25.37 | 25.37 | 0.00 |
| VISION | $0.44 VISION | 1.22 | 1.22 | 0.00 |
| SRO OPTION 1(PL1) | $6.15 SRO OPTION 1(PL1) | 16.99 | 16.99 | 0.00 |
| SRO OPTION 2(PL2) | $4.23 SRO OPTION 2(PL2) | 11.69 | 11.69 | 0.00 |
| SRO OPTION 2(PL3) | $5.69 SRO OPTION 2(PL3) | 15.72 | 15.72 | 0.00 |
| SRO OPTION 3(PL4) | $6.33 SRO OPTION 3(PL4) | 17.49 | 17.49 | 0.00 |
| A + D | 2.33 | | 6.44 | |

FAMILY

| AGE | F/MALE | FACTOR | | F/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 6 | 3.914 | 23.484 | 11 | 3.684 | 40.524 |
| 30 - 39 | 71 | 3.591 | 254.961 | 129 | 3.211 | 414.219 |
| 40 - 49 | 68 | 3.628 | 246.704 | 51 | 3.508 | 178.908 |
| 50 - 59 | 7 | 4.186 | 29.302 | 3 | 4.235 | 12.705 |
| 60 - 64 | 0 | 4.913 | 0.000 | 0 | 4.646 | 0.000 |
| | 152 | | 554.451 | 194 | | 646.356 |

| | | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|---|
| TOTAL OF FACTORS | 1200.807 | | | | |
| EMPLOYEES | 346 | | | | |
| COMPOSITE FACTOR | 3.471 | | | | |
| TRENDED BASE RATE PLAN 1 | $101.34 | PRELIMINARY FAMILY RATE 1 | 351.70 | 351.70 | 0.00 |
| TRENDED BASE RATE PLAN 2 | $97.94 | PRELIMINARY FAMILY RATE 2 | 339.90 | 339.90 | 0.00 |
| TRENDED BASE RATE PLAN 3 | $94.54 | PRELIMINARY FAMILY RATE 3 | 328.10 | 328.10 | 0.00 |
| TRENDED BASE RATE PLAN 4 | $84.95 | PRELIMINARY FAMILY RATE 4 | 294.82 | 294.82 | 0.00 |
| $ 5 PRESCRIPTION DRUGS | $15.17 | PRESCRIPTION DRUGS | 52.65 | 52.65 | 0.00 |
| $5 GENERIC DRUGS | $13.27 | GENERIC DRUGS | 46.05 | 46.05 | 0.00 |
| $5 MAX GENERIC DRUGS | $11.88 | MAX GENERIC DRUGS | 41.23 | 41.23 | 0.00 |
| $7.50 GENERIC DRUGS | $10.26 | GENERIC DRUGS | 35.61 | 35.61 | 0.00 |
| $7.50 MAX GENERIC DRUGS | $9.18 | MAX GENERIC DRUGS | 31.86 | 31.86 | 0.00 |
| VISION | $0.44 | VISION | 1.53 | 1.53 | 0.00 |
| SRO OPTION 1(PL1) | $6.15 | SRO OPTION 1(PL1) | 21.34 | 21.34 | 0.00 |
| SRO OPTION 2(PL2) | $4.23 | SRO OPTION 2(PL2) | 14.68 | 14.68 | 0.00 |
| SRO OPTION 2(PL3) | $5.69 | SRO OPTION 2(PL3) | 19.75 | 19.75 | 0.00 |
| SRO OPTION 3(PL4) | $6.33 | SRO OPTION 3(PL4) | 21.97 | 21.97 | 0.00 |
| A + D | 2.33 | | | 8.09 | |

407.37

# 1993 Benefit Matrix

| Group | Plan 1 | Plan 2 | Plan 3 | Plan 4 | Federal | Seagate ** |
|---|---|---|---|---|---|---|
| Dates Effective | | | | | 1/93-12/93 | 1/93-12/93 |
| Description | 1 | 2 | 3 | 4 | Dual option plan 2V with custom mental health, physical & speech therapy; 7.50 Rx | 3V with custom allergy, hospital, physical & speech therapy, mental health & substance abuse; 7.50G Rx |
| **Physician Services** | | | | | | |
| Physician services | $0 | $5 | $10 | $10 | $5 | $10 |
| Specialist care and consultation | $0 | $5 | $10 | $10 | $5 | $10 |
| Surgical procedures in physician offices | $0 | $0 | $0 | $0 | $0 | $0 |
| Diagnostic radiology, ultrasound & laboratory | $0 | $0 | $0 | 20% | $0 | $0 |
| Immunizations | $0 | $0 | $0 | $0 | $0 | $0 |
| Periodic physical examinations | $0 | $0 | $0 | $0 | $0 | $0 |
| Vision and hearing screening | $0 | $0 | $0 | $0 | $0 | $0 |
| Age limit | 19 | 19 | 19 | 19 | 19 | 19 |
| Well baby care | $0 | $0 | $0 | $0 | $0 | $0 |
| Allergy testing | $0 | $0 | $0 | $0 | $0 | $0 |
| Allergy treatment and allergy serum | 50% | 50% | 50% | 50% | 50% | $0 |
| Physical therapy and speech therapy | $0 | 20% | 20% | 20% | $10 | 20% |
| Maximum days per spell of illness | 90 | 90 | 60 | 60 | 90 | 90 |
| Services of a surgeon and an anesthesiologist | $0 | $0 | $0 | 20% | $0 | $0 |
| **Inpatient Hospital & Skilled Nursing Facility** | $0 | $50/3 days | $50/5 days | $50/10 days | $50/3 days | $50/3 days |
| **Outpatient Hospital or Facility Services** | | | | | | |
| Surgery | $0 | $0 | $0 | 20% | $0 | $0 |
| Radiation therapy | $0 | $0 | $0 | 20% | $0 | $0 |
| Diagnostic x-ray | $0 | $0 | $0 | 20% | $0 | $0 |
| Laboratory procedures | $0 | $0 | $0 | 20% | $0 | $0 |
| **Pregnancy Services** | | | | | | |
| Physician services | $0 | $5/1st visit | $10/1st visit | $10/1st visit | $5/1st visit | $10/1st visit |
| Diagnostic, radiology, ultrasound & laboratory | $0 | $0 | $0 | 20% | $0 | $0 |
| Hospital services | $0 | $50/3 days | $50/5 days | $50/10 days | $50/3 days | $50/3 days |
| **Outpatient Urgent Care** | | | | | | |
| Emergency room | $35 | $50 | $50 | $50 | $50 | $50 |
| Minor emergency center | $25 | $25 | $25 | $25 | $25 | $25 |
| **Outpatient Emergency Care** | | | | | | |
| Emergency room | $35 | $50 | $50 | $50 | $50 | $50 |
| Minor emergency center | $25 | $25 | $25 | $25 | $25 | $25 |
| **Mental Illness Services** | | | | | | |
| Outpatient | $20/visit | $20/visit 1st 4, then 50% | 50% | 50% | $20/visit | $20 |
| Number of visits | 20 | 20 | 20 | 20 | 20 | 30 |
| Inpatient | 20% | 50% | 50% | 50% | $0 | $0 |
| Number of days | 30 | 14 | 7 | 7 | 30 | 30 |
| **Alcohol and Drug Abuse Services** | | | | | | |
| Outpatient (ER) | $35/visit | $50/visit | $50/visit | $50/visit | $50/visit | $50/visit |
| Outpatient therapy sessions | NAB | NAB | NAB | NAB | combined w/ mental health | 20% |
| Max individual/max group | NAB | NAB | NAB | NAB | | 30 visits |
| Inpatient | $0 | 20% | 20% | $125/day*10 days | combined w/ mental health | $0 |
| Max Days/Year | | | | | | 30/year; 60 life |
| **Special Services** | | | | | | |
| Skilled home health care | $0 | $0 | $0 | $10 | $0 | $0 |
| Voluntary family planning | $0 | $0 | $0 | $0 | $0 | $0 |
| Diagnosis and treatment of infertility | 50% | 50% | 50% | 50% | 50% | 50% |
| Dental services | $0 | $0 | $0 | 20% | $0 | $0 |
| Casts, splints, crutches, prostheses (DME) | 20% | 20% | 20% | 20% | 20% | 20% |
| Annual max | $1,000 | $1,000 | $1,000 | $500 | $1,000 | $1,000 |
| Ambulance service | $0 | $0 | $0 | 20% | $0 | $0 |
| Organ transplant | $0 | $5/visit | $10/visit | $10/visit | $5/visit | $10/visit |
| TMJ treatment | | | | | NAB | NAB |
| Maximum | $600 | $1,000 | $1,000 | $1,000 | | |
| Orthognathic surgery | NAB | NAB | NAB | NAB | NAB | NAB |
| Out-of-Pocket Max | $600 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |

Exhibit

NAB - Not a benefit

* SSSGs Selected by BlueLincs ** SSSGs Proposed by OPM *** SSSGs for Tulsa Services area

# 1993 Benefit Matrix

| Group | State of Oklahoma** | City of Edmond* | York* International | Tulsa Teachers Credit Union*** | Rogers Galvanizing*** |
|---|---|---|---|---|---|
| Dates Effective | 7/92-6/93 | 7/92-6/93 | 1/93-12/93 | 1/93-12/93 | 6/93-5/94 |
| Description | Plan 3V with custom mental health, allergy, TMJ and orthognathic surgery; 7.50G Rx | 2V with $5 Rx | 2V with no Rx | 2V with $5 rx | Plan 2V with custom drug and alcohol; 7.50 Rx |
| **Physician Services** | | | | | |
| Physician services | $10 | $5 | $5 | $5 | $5 |
| Specialist care and consultation | $10 | $5 | $5 | $5 | $5 |
| Surgical procedures in physician offices | $0 | $0 | $0 | $0 | $0 |
| Diagnostic radiology, ultrasound & laboratory | $0 | $0 | $0 | $0 | $0 |
| Immunizations | $0 | $0 | $0 | $0 | $0 |
| Periodic physical examinations | $0 | $0 | $0 | $0 | $0 |
| Vision and hearing screening | $0 | $0 | $0 | $0 | $0 |
| Age limit | 19 | 19 | 19 | 19 | 19 |
| Well baby care | $0 | $0 | $0 | $0 | $0 |
| Allergy testing | $0 | $0 | $0 | $0 | $0 |
| Allergy treatment and allergy serum | $0 | 50% | 50% | 50% | 50% |
| Physical therapy and speech therapy | 20% | 20% | 20% | 20% | 20% |
| Maximum days per spell of illness | 60 | 90 | 90 | 90 | 90 |
| Services of a surgeon and an anesthesiologist | $0 | $0 | $0 | $0 | $0 |
| **Inpatient Hospital & Skilled Nursing Facility** | $50/5 days | $50/3 days | $50/3 days | $50/3 days | $50/3 days |
| **Outpatient Hospital or Facility Services** | | | | | |
| Surgery | $0 | $0 | $0 | $0 | $0 |
| Radiation therapy | $0 | $0 | $0 | $0 | $0 |
| Diagnostic x-ray | $0 | $0 | $0 | $0 | $0 |
| Laboratory procedures | $0 | $0 | $0 | $0 | $0 |
| **Pregnancy Services** | | | | | |
| Physician services | $10/1st visit | $5/1st visit | $5/1st visit | $5/1st visit | $5/1st visit |
| Diagnostic, radiology, ultrasound & laboratory | $0 | $0 | $0 | $0 | $0 |
| Hospital services | $50/5 days | $50/3 days | $50/3 days | $50/3 days | $50/3 days |
| **Outpatient Urgent Care** | | | | | |
| Emergency room | $50 | $50 | $50 | $50 | $50 |
| Minor emergency center | $25 | $25 | $25 | $25 | $25 |
| **Outpatient Emergency Care** | | | | | |
| Emergency room | $50 | $50 | $50 | $50 | $50 |
| Minor emergency center | $25 | $25 | $25 | $25 | $25 |
| **Mental Illness Services** | | | | | |
| Outpatient | $20/visit; $3000 max benefit/year | $20/visit 1st 4, then 50% | $20/visit 1st 4, then 50% | $20/visit 1st 4, then 50% | $20/visit 1st 4, then 50% |
| Number of visits | unlimited | 20 | 20 | 20 | 20 |
| Inpatient | 20% copay of 1st $10,000; $15,000 max benefit/year | 50% | 50% | 50% | 50% |
| Number of days | unlimited | 14 | 14 | 14 | 14 |
| **Alcohol and Drug Abuse Services** | | | | | |
| Outpatient (ER) | $50/visit | $50/visit | $50/visit | $50/visit | $50/visit |
| Outpatient therapy sessions | combined w/ mental health | NAB | NAB | NAB | 20% |
| Max individual/max group | | NAB | NAB | NAB | 30 visits |
| Inpatient | combined w/ mental health | 20% | 20% | 20% | 50% |
| Max Days/Year | | | | | 30/year; 60 life |
| **Special Services** | | | | | |
| Skilled home health care | $0 | $0 | $0 | $0 | $0 |
| Voluntary family planning | $0 | $0 | $0 | $0 | $0 |
| Diagnosis and treatment of infertility | 50% | 50% | 50% | 50% | 50% |
| Dental services | $0 | $0 | $0 | $0 | $0 |
| Casts, splints, crutches, prostheses (DME) | 20% | 20% | 20% | 20% | 20% |
| Annual max | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Ambulance service | $0 | $0 | $0 | $0 | $0 |
| Organ transplant | $10/visit | $5/visit | $5/visit | $5/visit | $5/visit |
| TMJ treatment | 0.5 | NAB | NAB | NAB | NAB |
| Maximum | $1500 lifetime | | | | |
| Orthognathic surgery | 0.5 | NAB | NAB | NAB | NAB |
| **Out-of-Pocket Max** | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |

NAB - Not a benefit

* SSSGs Selected by BlueLincs

** SSSGs Proposed by OPM

*** SSSGs for Tulsa Services area




For information on Southwestern Bell's Year 2000 Readiness Efforts, point your browser to our parent company, SBC Communications Inc. To return, use the "Back" button on your browser.

For **On-line Business Listings, Travel and Entertainment Information** please point your browser to Southwestern Bell SMARTpages at **http://www.smartpages.com.**

If you are looking for information about **Southwestern Bell Internet Services**, please point your browser to **http://public.swbell.net.**

If you are looking for information about **Mobile Phones, Cellular, Digital PCS, and Messaging Services**, please point your browser to the Southwestern Bell Wireless Web site at **http://www.swbellwireless.com.**

If you're looking for the latest **Integrated Networking Solutions** for your voice, data and video communications, visit **http://www.swbell.com/data** and see what our expertise in data networking can do for your business.

Southwestern Bell Telephone Co. provides basic and leading-edge telephone services and products to more than 14.3 million business and residential customers - a total of 16.1 million access lines - in Missouri, Texas, Oklahoma, Arkansas and Kansas. Southwestern Bell is a company of SBC Communications Inc., a global leader in the telecommunications industry, with more than 36.9 million access lines and 6.5 million wireless customers across the United States, as well as investments in telecommunications businesses in 11 countries.

| About Southwestern Bell | About SBC |
| Products and Services | Career Opportunities |
| Special Promotions | News Center | Customer Service |
| Search this Site | Feedback |

Copyright© 1999 SBC Communications Inc. and its Southwestern Bell Affiliates. All Rights Reserved.

SBC Communications, Inc.

SBC Home | Site Search | About SBC | Public Affairs | Products & Services | News Center | Careers at SBC | Investor Information

Quick Links

Financial Documents

Investor Briefing

Corporate Profile

Statistical Profile

Shareowner Information

Speeches & Presentations

Quick Tools

Stock Price

SEC Document Search

Event Calendar

Investor News by E-Mail

## Corporate Profile

SBC Communications Inc. is creating one of the best-capitalized telecommunications companies in the world, with the financial strength and flexibility to compete successfully on a global basis. In one of the world's fastest growing industries, SBC is well positioned in some of the highest growth markets, with solid core wireline and wireless businesses, great brands, a strong growth strategy and a proven ability to manage its business for long-term shareowner value.

SBC's proposed merger with Ameritech will allow us to launch our "national-local" strategy to compete head-to-head in markets throughout the United States and build our growing international presence.

### Creating Value

SBC Communications has a proven track record of financial performance and is committed to building long-term, shareowner value. By investing in key markets and businesses, SBC is well positioned for continued growth in the dynamic telecommunications marketplace.

SNAPSHOT

SBC At A Glance

Annual historical data is available in text and graphic format that highlight SBC's cumulative total return, dividend history, and common stock price history.

### Excellent Markets

Telecommunications is one of the fastest growing industries. And within that industry, SBC currently operates in 8 states and is well positioned in Texas and California, which have the largest and fastest growing populations and some of the most attractive demographics in the United States.

SNAPSHOT

Calif., Texas Ten-Year Outlook

### Well Known Brands

SBC operates under some of the strongest brands in the industry: Pacific Bell, Southwestern Bell, Nevada Bell, Cellular One and

1998 J.D. Power Customer Satisfaction Survey of Local Telephone Customers. And, in the latest J.D. Power National Customer Satisfaction Survey, SNET was ranked the number one long-distance company in America for the second straight year among mainstream users.

### Strong Growth Strategy

QUICK LINK
SBC's Data Strategy

Demand for the kinds of core services SBC provides - wireline and wireless - is exploding, driven largely by data traffic. To take advantage of this dynamic growth, SBC continues to build its core businesses by offering vertical features, such as Caller ID, offering digital wireless services in all of its major markets, and adding product lines, such as data, at an industry-leading pace.

Our next step is to follow our customers wherever they go. With our proposed Ameritech merger, SBC will be in the top 50 U.S. markets to provide a competitive mix of local, long distance, Internet and high-speed data services to millions of customers. With Ameritech, SBC will have the size and scope to implement a "national-local" strategy that will enable us to compete head-to-head in markets throughout the United States and build on our growing international investments.

### Great Execution

SBC's management team is often recognized as one of the best in the business. SBC has been viewed as one of the world's most admired telecommunications companies by industry executives, directors and financial analysts.

For more information, please view SBC's Annual Report or call SBC's Investor Relations Hotline at 210/351-2044.

Note: This Corporate Profile does not constitute an offer to buy or sell securities.

---

SITE SEARCH

About SBC Communications Inc. | Public Affairs | Products & Services
News Center | Careers at SBC | Investor Information
Search | Feedback | Home

Copyright © 1999 SBC Communications Inc. All Rights Reserved.

HOME




Voice Mail Help

**Miles & miles of wireless savings. Introducing Wireless Made Simple.**

At Southwestern Bell, we've taken the worry out of going wireless. Now, it's easier than ever and more affordable than you imagined.

With our Easy Rates, you'll get straight forward wireless rate plans that allow you to stay in touch without paying too much.

With almost 150,000 square miles of Home Rate Area, you can talk across Oklahoma, Arkansas, Texas, Kansas and Missouri and pay only your local airtime rate.*

With our low rates, Home Rate savings and dependable service, Southwestern Bell Wireless makes wireless easy to handle.

*Long distance charges apply in some areas.

**Southwestern Bell**

*friendly. neighborhood. global.*

Home | Coverage Maps | Products and Services | On-Line Ordering | Current News and Promotions | Careers at SWB | Customer Service | Site Map

Copyright © 1997-1998 Southwestern Bell. All Rights Reserved.

1993 SOUTHWESTERN BELL/MOBILE DISCOUNT

| | | SELF | FAMILY |
|---|---|---|---|
| FEHBP LINE 3 AUDITED RATE | | $80.45 | $200.98 |
| TIMES SW BELL DISCOUNT | .58% | ($0.47) | ($1.17) |
| Adjusted Line 3 Reconciled Rate | | $79.98 | $199.81 |
| FEHBP Line 3 Reconciled Rate | | $80.46 | $200.98 |
| Overcharge | | $0.47 | $1.17 |
| To Annualize Overcharge | | | |
| 3/31/93 Enrollment | | 947 | 1914 |
| Pay Periods | | 26 | 26 |
| Total Due to the FEHBP for 1993 Market Price Adjustment | | $11,572.34 | $58,223.88 |
| Total 1993 Question Costs | | | $69,796.22 |

Exhibit E

SOUTHWESTERN BELL OKC SSSG - 1993

| Southwestern Bell | | Single | Double | Family | Total |
|---|---|---|---|---|---|
| Base Rates | Plan 1 | $114.06 | $114.06 | $114.06 | |
| | $5 Drug | $15.82 | $15.82 | $15.82 | |
| | Alcohol/ Drug Rider | $2.62 | $2.62 | $2.62 | |
| | Total | $132.50 | $132.50 | $132.50 | |
| Age/Sex Factors | | 1.369 | 2.804 | 3.475 | |
| Adjusted Rates: | | | | | |
| | Plan 1 | $156.14 | $319.86 | $396.41 | |
| | $5 Drug | $21.66 | $44.36 | $54.98 | |
| | Alcohol/ Drug Rider | $3.59 | $7.35 | $9.10 | |
| | Total | $181.39 | $371.57 | $460.49 | |
| Redistributed Rates | | | | | |
| Subscribers | | 105 | 72 | 368 | |
| Monthly Premium | | $19,045.95 | $26,752.73 | $169,461.98 | $215,260.66 |
| Billed Rates | | $156.50 | $358.10 | $463.80 | |
| Billed Premium | | $16,432.50 | $25,783.20 | $170,678.40 | $212,894.10 |

| Southwestern Bell Mobile | | Single | Double | Family | Total |
|---|---|---|---|---|---|
| Base Rates | Plan 3 | $106.41 | $106.41 | $106.41 | |
| | $7.50 Drug | $10.95 | $10.95 | $10.95 | |
| | Total | $117.36 | $117.36 | $117.36 | |
| Age/Sex Factors | | 1.17 | 2.722 | 3.66 | |
| Adjusted Rates: | | | | | |
| | Plan 1 | $124.49 | $289.65 | $389.49 | |
| | $7.50 Drug | $12.81 | $29.81 | $40.08 | |
| | Total | $137.30 | $319.46 | $429.57 | |
| Redistributed Rates | | | | | |
| Subscribers | | 105 | 72 | 368 | |
| Monthly Premium | | $14,416.50 | $23,001.12 | $158,080.66 | $195,498.28 |
| Billed Rates | | $137.30 | $319.46 | $429.55 | |
| Billed Premium | | $14,416.50 | $23,001.12 | $158,074.40 | $195,492.02 |

BlueLincs HMO

Renewal Business Rating

Agent/Rep Name Kathleen Saletta

Manager David Fleet

Group Name SW Bell Mobile Systems

Underwriting Requirements:

✓ Employee contribution amounts for BlueLincs HMO cannot exceed the indemnity carrier's employee contribution by $10.00 for single coverage and $40.00 for family coverage.

___ Sole carrier requirement

___ 75% of eligible employees must participate.

___ At least 10 employees must participate in the BlueLincs plan.

✓ The greater of 5 employees or 3% of the eligible employees must select the BlueLincs plan.

___ Other

Other Comments Please update file on other carrier info.

RATES

| Plan/Rider | Single | EE + Spouse | EE + Child(ren) | Family |
|---|---|---|---|---|
| Plan 2V 7.50MG No Dual Choice | | | | |
| (No Vision) Plan 3V 7.50MG No Dual Choice | 137.30 | 319.46 | — | 429.55 |
| (no Vision) Plan 4V 7.50MG No Dual Choice | 124.66 | 290.05 | — | 390.04 |
| Plan 2V 7.50MG With Dual Choice 2 | | | | |
| Plan 3V 7.50MG With Dual Choice 3 | | | | |
| Plan 4V 7.50MG With Dual Choice 4 | | | | |
| Dentalguard Plan B | | | | |
| Dentalguard Plan C | | | | |
| Dentalguard Plan D | | | | |
| | | | | |
| | | | | |
| | | | | |

no gain/loss. This group started in 1992.

451

Quote Effective Date 1/1/93 Expiration Date

Approved by [signature] Date 7/22/92 Audited by [initials]

BLUE LINCS. HMO
THREE TIER RATE DEVELOPMENT WORKSHEET

GROUP NAME SW BELL MOBILE SYSTEMS

CITY 1
GROUP EFFECTIVE 1-93

| CITY | | GROUP STATUS | |
|---|---|---|---|
| OKC = 1 | | NEW = 1 | |
| TULSA = 2 | | RENEWAL = 2 | |

GROUP STATUS 2
INDUSTRY FACTOR 1

SINGLE

| AGE | S/MALE | FACTOR | | S/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 1 | 0.642 | 0.642 | 6 | 1.157 | 6.942 |
| 30 - 39 | 0 | 0.819 | 0.000 | 2 | 1.321 | 2.642 |
| 40 - 49 | 0 | 1.115 | 0.000 | 1 | 1.473 | 1.473 |
| 50 - 59 | 0 | 1.616 | 0.000 | 0 | 1.658 | 0.000 |
| 60 - 64 | 0 | 2.208 | 0.000 | 0 | 1.870 | 0.000 |
| | 1 | | 0.642 | 9 | | 11.057 |

| | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|
| TOTAL OF FACTORS | 11.699 | | | |
| EMPLOYEES | 10 | | | |
| COMPOSITE FACTOR | 1.170 | | | |
| TRENDED BASE RATE PLAN 1 | 114.06 | 133.44 | 133.44 | 0.00 |
| TRENDED BASE RATE PLAN 2 | 110.24 | 128.97 | 128.97 | 0.00 |
| TRENDED BASE RATE PLAN 3 | 106.41 | 124.49 | 124.49 | 0.00 |
| TRENDED BASE RATE PLAN 4 | 95.61 | 111.85 | 111.85 | 0.00 |
| $5 PRESCRIPTION DRUGS | 18.09 | 21.16 | 21.16 | 0.00 |
| $5 GENERIC DRUGS | 15.82 | 18.51 | 18.51 | 0.00 |
| $5 MAX GENERIC DRUGS | 14.16 | 16.57 | 16.57 | 0.00 |
| $ 7.50 PRESCRIPTION DRUGS | 16.28 | 19.05 | 19.05 | 0.00 |
| $7.50 GENERIC DRUGS | 12.23 | 14.31 | 14.31 | 0.00 |
| $7.50 MAX GENERIC DRUGS | 10.95 | 12.81 | 12.81 | 0.00 |
| GENERIC $5.00/BRAND $10.00 | 11.76 | 13.76 | 13.76 | 0.00 |
| VISION | 0.49 | 0.57 | 0.57 | 0.00 |
| DUAL CHOICE PLAN 1 | 6.93 | 8.11 | 16.21 | 15.45 |
| DUAL CHOICE PLAN 2 | 4.76 | 5.57 | 11.14 | 10.61 |
| DUAL CHOICE PLAN 3 | 6.41 | 7.50 | 15.00 | 14.29 |
| DUAL CHOICE PLAN 4 | 7.12 | 8.33 | 16.66 | 15.88 |

3/7.50 MG
137.30

4/7.50 MG
124.66 =
.908 rated

DOUBLE

| AGE | D/MALE | FACTOR | | D/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 1 | 2.873 | 2.873 | 5 | 2.719 | 13.595 |
| 30 - 39 | 0 | 2.550 | 0.000 | 0 | 2.247 | 0.000 |
| 40 - 49 | 1 | 2.586 | 2.586 | 0 | 2.545 | 0.000 |
| 50 - 59 | 0 | 3.144 | 0.000 | 0 | 3.273 | 0.000 |
| 60 - 64 | 0 | 3.872 | 0.000 | 0 | 3.683 | 0.000 |
| | 2 | | 5.459 | 5 | | 13.595 |

| | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|
| TOTAL OF FACTORS | 19.054 | | |
| EMPLOYEES | 7 | | |
| COMPOSITE FACTOR | 2.722 | | |



SD 1/15

3/7.50 MG
319.46

4/7.50 MG
290.06

| | | | | |
|---|---|---|---|---|
| TRENDED BASE RATE PLAN 1 | 114.06 | 310.47 | 310.47 | 0.00 |
| TRENDED BASE RATE PLAN 2 | 110.24 | 300.07 | 300.07 | 0.00 |
| TRENDED BASE RATE PLAN 3 | 106.41 | 289.65 | 289.65 | 0.00 |
| TRENDED BASE RATE PLAN 4 | 95.61 | 260.25 | 260.25 | 0.00 |
| $5 PRESCRIPTION DRUGS | 18.09 | 49.24 | 49.24 | 0.00 |
| $5 GENERIC DRUGS | 15.82 | 43.06 | 43.06 | 0.00 |
| $5 MAX GENERIC DRUGS | 14.16 | 38.54 | 38.54 | 0.00 |
| $7.50 PRESCRIPTION DRUGS | 16.28 | 44.31 | 44.31 | 0.00 |
| $7.50 GENERIC DRUGS | 12.23 | 33.29 | 33.29 | 0.00 |
| $7.50 MAX GENERIC DRUGS | 10.95 | 29.81 | 29.81 | 0.00 |
| GENERIC $5.00/BRAND $10.00 | 11.76 | 32.01 | 32.01 | 0.00 |
| VISION | 0.49 | 1.33 | 1.33 | 0.00 |
| DUAL CHOICE PLAN 1 | 6.93 | 18.86 | 37.73 | 35.95 |
| DUAL CHOICE PLAN 2 | 4.76 | 12.96 | 25.91 | 24.70 |
| DUAL CHOICE PLAN 3 | 6.41 | 17.45 | 34.90 | 33.26 |
| DUAL CHOICE PLAN 4 | 7.12 | 19.38 | 38.76 | 36.94 |

FAMILY

| AGE | F/MALE | FACTOR | | F/FEM | FACTOR | |
|---|---|---|---|---|---|---|
| 0 - 29 | 1 | 3.914 | 3.914 | 0 | 3.684 | 0.000 |
| 30 - 39 | 1 | 3.591 | 3.591 | 0 | 3.211 | 0.000 |
| 40 - 49 | 1 | 3.628 | 3.628 | 1 | 3.508 | 3.508 |
| 50 - 59 | 0 | 4.186 | 0.000 | 0 | 4.235 | 0.000 |
| 60 - 64 | 0 | 4.913 | 0.000 | 0 | 4.646 | 0.000 |
| | 3 | | 11.133 | 1 | | 3.508 |

3/7.50 MG
429.57

| | |
|---|---|
| TOTAL OF FACTORS | 14.641 |
| EMPLOYEES | 4 |
| COMPOSITE FACTOR | 3.660 |

4/7.50 MG
390.04

| | | | INDUSTRY RATED | GROUP RATED |
|---|---|---|---|---|
| TRENDED BASE RATE PLAN 1 | 114.06 | 417.49 | 417.49 | 0.00 |
| TRENDED BASE RATE PLAN 2 | 110.24 | 403.51 | 403.51 | 0.00 |
| TRENDED BASE RATE PLAN 3 | 106.41 | 389.49 | 389.49 | 0.00 |
| TRENDED BASE RATE PLAN 4 | 95.61 | 349.96 | 349.96 | 0.00 |
| $ 5 PRESCRIPTION DRUGS | 18.09 | 66.21 | 66.21 | 0.00 |
| $5 GENERIC DRUGS | 15.82 | 57.91 | 57.91 | 0.00 |
| $5 MAX GENERIC DRUGS | 14.16 | 51.83 | 51.83 | 0.00 |
| $7.50 PRESCRIPTION DRUGS | 16.28 | 59.59 | 59.59 | 0.00 |
| $7.50 GENERIC DRUGS | 12.23 | 44.76 | 44.76 | 0.00 |
| $7.50 MAX GENERIC DRUGS | 10.95 | 40.08 | 40.08 | 0.00 |
| GENERIC $5.00/BRAND $10.00 | 11.76 | 43.04 | 43.04 | 0.00 |
| VISION | 0.49 | 1.79 | 1.79 | 0.00 |
| DUAL CHOICE PLAN 1 | 6.93 | 25.37 | 50.73 | 48.35 |
| DUAL CHOICE PLAN 2 | 4.76 | 17.42 | 34.85 | 33.21 |
| DUAL CHOICE PLAN 3 | 6.41 | 23.46 | 46.92 | 44.72 |
| DUAL CHOICE PLAN 4 | 7.12 | 26.06 | 52.12 | 49.67 |

JUN 30 1992

RENEWAL FORM

SIC 4811

Company: SW Bell Mobile Systems OK 4131

Anniversary Date: 1/1/93

Date Renewal Quote Needed: Aug 24th 1992

Number of Eligibles: 62

Number of Subscribers/Members: 20 / 42

Plan Type: 3/5MG

Service Area: OKC

1. Need Separate Rate Quote? (Y)/N
2. Need Blended Rate? Y/(N)

HMO USA Account? Y/(N)

Broker? Y/(N)

Dental? Y/(N) (Amount & Type)

Current TAKECARE Rates

| | | |
|---|---|---|
| S - | S - 116.00 | S - |
| F - | E + 1 - 265.25 | E + Spouse - |
| | F - 359.00 | E + Children - |
| | | F - |
| Co. Cont. - | Co. Cont. - | Co. Cont. - |

Other HMO's? (Plan Type & Rates) None

Traditional Benefits & Rates



Comments: Please Quote Plans 3 & 4 Thanks

RENEWAL FORM

Company SWB Mobile Systems Group # OK4131

Anniversary Date 1/1/93 SIC 4811

Date Renewal Quote Needed Friday Sept 4th

Number of Eligibles 62

Nbr. of Subscribers/Members 20/42

Current Plan: Plan 3/5MG Group Requests: Same Plan (7.50 MG okay)

Service Area OKC

1. Need separate rate quote? (Y)/N
2. Need blended rate? Y/(N)

HMO-USA Account Y/(N)

Broker Y/(N)

Dental Y/(N) (Amt/Type) ________

Current BLUELINCS Rates:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Single | ____ | Single | 116.00 | Single | ____ | Single | ____ |
| Family | ____ | EE + 1 | 265.25 | EE + Spouse | ____ | Emp + Spouse | ____ |
| | | Family | 359.00 | EE + Children | ____ | Emp + Children | ____ |
| | | | | | | Family | ____ |

Other HMO's (Plan Type/Rates) None

Traditional Benefits & Rates SWB Co. Comprehensive Plan
$150 / 80% / 5,000

Comments:

Contact: ~~Debbie Finch X9921~~

Date: 9/1/92

7/31/92

# FAX COVER SHEET

NUMBER OF PAGES TO FOLLOW: 1

TO: Sheri Bennett

FAX NUMBER:

FROM: Kathleen Salis

BLUELINCS HMO - OKLAHOMA CITY FAX NUMBER: (405) 841-9629

PHONE NUMBER: (405) 841-9770

SUBJECT: SWB Mobile

DATE: 9/1/92

Sheri,

Another short notice 1993 renewal rate request. Let me know if this will be A problem — Thanks — KS.

GROUP PROFILE
SUBSCRIBERS AGE
FOR GROUP: OK4131 - SW BELL MOBILE S

| GROUP | CONTRACT S TYPE | SEX | AGE 0 TO 30 | AGE 30 TO 40 | AGE 40 TO 50 | AGE 50 TO 60 | AGE 60 TO 65 | AGE 65 TO 99 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| OK4131 - SW BELL MOBILE S | D | TOTAL F | 5 | 0 | 0 | 0 | 0 | 0 | 5 |
| OK4131 - SW BELL MOBILE S | D | TOTAL M | 1 | 0 | 1 | 0 | 0 | 0 | 2 |
| OK4131 - SW BELL MOBILE S | TOTAL D | | 6 | 0 | 1 | 0 | 0 | 0 | 7 |
| OK4131 - SW BELL MOBILE S | F | TOTAL F | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| OK4131 - SW BELL MOBILE S | F | TOTAL M | 1 | 1 | 1 | 0 | 0 | 0 | 3 |
| OK4131 - SW BELL MOBILE S | TOTAL F | | 1 | 1 | 2 | 0 | 0 | 0 | 4 |
| OK4131 - SW BELL MOBILE S | S | TOTAL F | 6 | 2 | 1 | 0 | 0 | 0 | 9 |
| OK4131 - SW BELL MOBILE S | S | TOTAL M | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| OK4131 - SW BELL MOBILE S | TOTAL S | | 7 | 2 | 1 | 0 | 0 | 0 | 10 |
| TOTAL OK4131 - SW BELL MOBILE S | | | 14 | 3 | 4 | 0 | 0 | 0 | 21 |

| | S/m | S/F | D/m | D/F | F/m | F/F |
|---|---|---|---|---|---|---|
| 0-29 | 1 | 6 | 1 | 5 | 1 | |
| 30-39 | | 2 | | | 1 | |
| 40-49 | | 1 | 1 | | 1 | 1 |
| 50-59 | | | | | | |
| 60+ | | | | | | |
| | 1 | 9 | 2 | 5 | 3 | 1 = 21 |

4811
1.0
(1/1/93)

CONTRACT TYPE: F=FAMILY, D=DOUBLE, S=SINGLE, PC=PARENT & CHILD

CLAIMS EXPENSE
BASED ON DOS
FOR GROUP : OK4131

| YY-MM | PAID AMOUNT W/DISC | R & B DAYS | AUTH DAYS |
|---|---|---|---|
| 92-01 | 76.00 | 0 | 0 |
| 92-02 | 1,384.44 | 0 | 0 |
| | 1,460.44 | 0 | 0 |

FROM PERIOD: 01-01-89 THRU 06-30-92
FOR GROUP : OK4131 - SW BELL MOBILE S

| GROUP NAME | YR-MM | CONT TYPE | TOTAL MEMBER COUNT | SUBSCRIBER | SLB COUNT | WITH RETROS | W/RETROS NOT ACCURATE | PREMIUM WO DENTAL | REVENUE W/O DENTAL |
|---|---|---|---|---|---|---|---|---|---|
| OK4131 - SW BELL MOBILE S | 92-01 | S | 10 | 10 | -1 | 9 | 9 | 116.00 | 1,044.00 |
| | | D | 10 | 5 | | 5 | 10 | 265.25 | 1,326.25 |
| | | F | 22 | 5 | -1 | 4 | 21 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-01 | | 42 | 20 | -2 | 18 | 40 | | 3,306.25 |
| OK4131 - SW BELL MOBILE S | 92-02 | S | 10 | 10 | -1 | 9 | 9 | 116.00 | 1,044.00 |
| | | D | 10 | 5 | | 5 | 10 | 265.25 | 1,326.25 |
| | | F | 22 | 5 | -1 | 4 | 21 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-02 | | 42 | 20 | -2 | 18 | 40 | | 3,306.25 |
| OK4131 - SW BELL MOBILE S | 92-03 | S | 9 | 9 | 1 | 10 | 10 | 116.00 | 1,160.00 |
| | | D | 10 | 5 | | 5 | 10 | 265.25 | 1,326.25 |
| | | F | 18 | 4 | | 4 | 18 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-03 | | 37 | 18 | 1 | 19 | 38 | | 3,922.25 |
| OK4131 - SW BELL MOBILE S | 92-04 | S | 10 | 10 | | 10 | 10 | 116.00 | 1,160.00 |
| | | D | 10 | 5 | 1 | 6 | 11 | 265.25 | 1,591.50 |
| | | F | 22 | 5 | -1 | 4 | 21 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-04 | | 42 | 20 | 0 | 20 | 42 | | 4,187.50 |
| OK4131 - SW BELL MOBILE S | 92-05 | S | 10 | 10 | | 10 | 10 | 116.00 | 1,160.00 |
| | | D | 12 | 6 | 1 | 7 | 13 | 265.25 | 1,856.75 |
| | | F | 18 | 4 | | 4 | 18 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-05 | | 40 | 20 | 1 | 21 | 41 | | 4,452.75 |
| OK4131 - SW BELL MOBILE S | 92-06 | S | 10 | 10 | | 10 | 10 | 116.00 | 1,160.00 |
| | | D | 14 | 7 | | 7 | 14 | 265.25 | 1,856.75 |
| | | F | 18 | 4 | | 4 | 18 | 359.00 | 1,436.00 |
| OK4131 - SW BELL MOBILE S | 92-06 | | 42 | 21 | 0 | 21 | 42 | | 4,452.75 |
| *** | | | 245 | 119 | -2 | 117 | 243 | | 24,627.75 |