# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: November 21, 2005**

**O R D E R**

The court is in receipt of the defendant's November 17, 2005, motion to amend the briefing schedule in GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO v. United States, No. 01-517C. The parties to all three of the above-captioned cases have agreed to the schedule proposed in GHS for their respective cases. The clerk's office shall **CONSOLIDATE** Texas Health Choice, L.C. v. United States, No. 05-371C and Scott & White Health Plan v. United States, No. 05-963C, under lead case GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO v. United States, No. 01-517C.

As requested by the defendant's motion, in lieu of the schedule in the court's order of September 19, 2005 in the three above-captioned cases, on or before **Thursday, December 8, 2005**, the parties shall file a joint stipulation of facts setting forth specific stipulations of agreed upon facts with appropriate citations to the appendix to identify whether there are disputed material facts in the case and to assist in the summary judgment motions. The parties also shall submit a joint statement of issues of law. For both submissions, the parties are to separately identify, if necessary, any statement of fact or issue of law which is not agreed upon by both parties, but which one party believes to be at issue in the case. Pursuant to RCFC 56(h)(3), the joint stipulation of facts is to be filed instead of the moving or cross-moving party's proposed findings of uncontroverted fact and the opposing party's response to the proposed findings of uncontroverted fact. The joint stipulation of facts shall include facts common to all three cases and, in separate sections, facts specific to each case.

On or before **Thursday, December 22, 2005**, the plaintiffs shall file their motions for summary judgment.[1] On or before **Wednesday, January 25, 2006**, defendant shall file its cross-motion for summary judgment in the three cases. On or before **Friday, February 17, 2006**, the plaintiffs shall file their reply briefs. On or before **Thursday, March 9, 2006**, defendant shall file its reply brief in the three cases. All briefs shall cite to the joint stipulation of facts and supporting appendix by page and paragraph numbers. The parties have requested oral argument on their cross-motions, which will be scheduled after the parties' briefs are received.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**

[1] As discussed at the September 16, 2005 status conference, Count I of GHS' second amended complaint is deferred, pending resolution of the remaining counts in GHS' complaint and the complaints of the other plaintiffs.