FILE COPY

BlueLincs
Blue Cross and Blue Shield of Oklahoma

1400 S. Boston • PO Box 21128 • Tulsa, Oklahoma 74121-1128
(918) 561-9900

3401 NW 63rd • PO Box 60545 • Oklahoma City, OK 73146-0545
(405) 841-9770

April 26, 2000

AIRBORNE EXPRESS – 202-606-0722

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW – Room 4307
Washington, DC 20415

Re: 2000 Rate Reconciliation – BlueLincs HMO

Dear Ms. Kichak:

Enclosed is the 2000 rate reconciliation for BlueLincs HMO. The major differences included compared to the proposed 2000 rates are:

1. Actual 1st Quarter 2000 approved rates were used.
2. We now have a Plan 3A which is the Plan 3 (Community Plan) with 100% hospital benefit filed with the Oklahoma Health Department. This rate was used in lieu of a Plan 3 plus a supplemental benefit load for the 100% hospital benefit.
3. The actual SSSG discount was calculated and utilized.

If you have any questions, please feel free to contact me at 918-561-9905.

Sincerely,

Susan Furgerson

Susan Furgerson, CPA
Vice President, Finance

Attachments

BlueLincs HMO is a Wholly Owned Subsidiary of Blue Cross and Blue Shield of Oklahoma,
a Member of the Blue Cross and Blue Shield Association,
an Association of Independent Blue Cross and Blue Shield Plans.

528

## Attachment III

## RECONCILIATION

CARRIER NAME: BlueLincs HMO STATE: OK CODE: N5

**BIWEEKLY NET-TO-CARRIER RATES**
**2000 CONTRACT YEAR**

| | SELF | FAMILY | TOTAL |
|---|---|---|---|
| 1. Actual FEHBP Rates -2000 | $73.50 | $163.88 | |
| 2. Special Benefit Loadings | | | |
| (a) Prescription Drug | 17.54 | 42.38 | |
| (b) Supplemental Mental Health/Therapy | 1.10 | 2.66 | |
| (c) Vision | .38 | .92 | |
| (d) Prescription Drug Supplement | 1.17 | 2.83 | |
| (e) Premium Tax Adjustment | ( 2.06) | ( 4.68) | |
| 3. FEHBP Rates Plus Special Loadings | $91.63 | $207.99 | |
| 4. Standard Loadings | | | |
| (a) Extension of Coverage [.004x(3)] | .37 | .83 | |
| (b) Children's Loading | N/A | N/A | |
| (c) Medicare Loading | N/A | N/A | |
| 4d. Subtotal | $92.00 | $208.82 | |
| 4e. Enrollment Discrepancies Loading [.01x(4d)] | .92 | 2.09 | |
| 5. Total FEHBP Rates - 2000* | $92.92 | $210.91 | |
| 6. Contract Rate - 2000* Small Carriers Use Line C, Attachment I Here | $93.36 | $205.29 | |
| 7. Difference ((5) - (6)) + = Underpayment to Carrier - = Overpayment to Carrier | ($ .44) | $ 5.62 | |
| 8. March 31, 2000 Enrollment | | | |
| 9. Payment Due Carrier/(FEHBP) | | | |
| 10. Brochure Printing Costs | | | $2,841.80 |
| 11. Outstanding Amount Due Carrier/(FEHBP) | | | |
| 12. Total Amount Due Carrier/(FEHBP) | | | |

* These rates are subject to audit in accordance with the carrier's contract with OPM.



529

BlueLincs
Blue Cross and Blue Shield of Oklahoma

FILE COPY

1400 S. Boston • PO Box 21128 • Tulsa, Oklahoma 74121-1128
(918) 561-9900

3401 NW 63rd • PO Box 60545 • Oklahoma City, OK 73146-0545
(405) 841-9770

May 2, 2000

AIRBORNE EXPRESS – 202-606-0722

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW – Room 4307
Washington, DC 20415

Re: *2000 Rate Reconciliation – BlueLincs HMO*

Dear Ms. Kichak:

Enclosed is a revised Attachment III to the 2000 rate reconciliation for BlueLincs HMO forwarded to you on April 26, 2000.

If you have any questions, please feel free to contact me at 918-561-9905.

Sincerely,

Susan Furgerson

Susan Furgerson, CPA
Vice President, Finance

Attachment





530-31

## Attachment III

## RECONCILIATION

CARRIER NAME: BlueLincs HMO STATE: OK CODE: N5

**BIWEEKLY NET-TO-CARRIER RATES**
**2000 CONTRACT YEAR**

| | | SELF | FAMILY | TOTAL |
|---|---|---|---|---|
| 1. | Actual FEHBP Rates -2000 | $73.50 | $163.88 | |
| 2. | Special Benefit Loadings | | | |
| | (a) Prescription Drug | 17.54 | 42.38 | |
| | (b) Supplemental Mental Health/Therapy | 1.10 | 2.66 | |
| | (c) Vision | .38 | .92 | |
| | (d) Prescription Drug Supplement | 1.17 | 2.83 | |
| | (e) Premium Tax Adjustment | ( 2.06) | ( 4.68) | |
| 3. | FEHBP Rates Plus Special Loadings | $91.63 | $207.99 | |
| 4. | Standard Loadings | | | |
| | (a) Extension of Coverage [.004x(3)] | .37 | .83 | |
| | (b) Children's Loading | N/A | N/A | |
| | (c) Medicare Loading | N/A | N/A | |
| 4d. | Subtotal | $92.00 | $208.82 | |
| 4e. | Enrollment Discrepancies Loading [.01x(4d)] | .92 | 2.09 | |
| 5. | Total FEHBP Rates - 2000* | $92.92 | $210.91 | |
| 6. | Contract Rate - 2000* Small Carriers Use Line C, Attachment I Here | 91.84 | 201.80 | |
| 7. | Difference ((5) - (6)) + = Underpayment to Carrier - = Overpayment to Carrier | $ 1.08 | $ 9.11 | |
| 8. | March 31, 2000 Enrollment | | | |
| 9. | Payment Due Carrier/(FEHBP) | | | |
| 10. | Brochure Printing Costs | | | $2,841.80 |
| 11. | Outstanding Amount Due Carrier/(FEHBP) | | | |
| 12. | Total Amount Due Carrier/(FEHBP) | | | |

* These rates are subject to audit in accordance with the carrier's contract with OPM.



NOV 30 '05 14:49 No.003 P.03 ID:9185619966 BLUELINCS OPERATIONS