# OPM Reconciliation Guidelines - 1999

**Note: Please pay particular attention to statements below that are in bold-faced type. Such statements usually contain significant information.**

Note: Beginning with the 1997 reconciliation instructions, we began using the word "carrier" (instead of the previously used "plan") to mean the entity contracting with OPM. This conforms more closely with the definitions in the FEHBP law, which defines "carrier" as the organization that offers a policy or contract (benefits package) and a health benefits "plan" as the policy/contract.

**Policy On Rate Reconciliation Audits (RRAs)**

Each year the Office of Inspector General (OIG) audits the rate reconciliations of a limited number of carriers. The Office of Actuaries (OA) uses these audit results in setting the final rates. The OIG will conduct no subsequent audits of that year's rates.

Once the rates are finalized, however, OPM will permit no changes to the rates, and will accept no new or additional information from the carrier intended to change the audit results or final rates. The OIG's auditor will inform the carrier of the audit results before the rates are finalized, and the OA will discuss the results with the carrier. Therefore, **it is the carrier's responsibility to inform the OA of any disagreement it has with the audit results and/or final rates before the OA finalizes the rates.**

The only condition under which rates finalized in conjunction with an RRA will be changed is when these rates are affected by a subsequent audit performed on previous contract years.

**Policy On Error Reporting**

If a carrier discovers that a previous rate proposal and/or reconciliation submitted to OPM is incorrect (e.g., through the discovery of an error or omission), the carrier **must**

1) Notify OPM

2) Prepare and submit to OPM an amended proposal and/or reconciliation (including a newly executed Certificate Of Accurate Pricing).

**Note: The above policy does not apply to proposals and/or reconciliations that have already been audited by OPM's audit**

**staff and resolved by OPM's Office of Insurance Programs (OIP). That is, after an audit resolution by OIP, the results are final.**

**Similarly-Sized Subscriber Groups (SSSGs)**

The reconciliation requests information on your carrier's Similarly Sized Subscriber Groups (SSSGs). At the time of your 1999 proposal, our regulation, 48 CFR 1602.170-13, defined SSSGs as follows:

(a) Similarly sized subscriber groups (SSSGs) are a comprehensive medical plan's two employer groups that:

(1) As of the date specified by OPM in the rate instructions, have a subscriber enrollment closest to the FEHBP subscriber enrollment; and

(2) Use any rating method other than retrospective experience rating; and

(3) Meet the criteria specified in the rate instructions issued by OPM.

**Note: "subscriber enrollment" refers to contract enrollment. This could be the total self and family contract enrollment, or the total self, couples, and family contract enrollment, or some other sum, depending of the rate structure of the group.**

(b) Any group with which an FEHB carrier enters into an agreement to provide health care services is a potential SSSG (including separate lines of business, government entities, groups that have multi-year contracts, and groups having point of service products).

The regulation points out in paragraph (c) that there are certain exceptions to the rule in paragraph (b). That is, the following groups **must** be excluded from consideration:

(1) Groups the carrier rates by the method of retrospective experience rating.

(2) Groups consisting of the carrier's own employees.

(3) Medicaid groups, Medicare groups, and groups that have only a stand-alone benefit (such as dental only).

# OPM Reconciliation Guidelines - 1999

(4) A purchasing alliance whose rate-setting is mandated by the State or local government.

Finally, the regulation states the following pertaining to how OPM will determine the Federal group's rate in relation to the SSSG rates:

(d) OPM shall determine the FEHBP rate by selecting the lower of the two rates derived by using the two rating methods consistent with those used to derive the SSSG rates.

For the 1999 rate year, the specific guidelines for SSSGs are as follows:

(1) All group enrollments (the Federal group and the SSSG enrollments) should be the latest 1999 enrollment available to the carrier (but no later than March 31, 1999).

(2) The contract renewal date for 1999 SSSGs should be between July 2, 1998 and July 1, 1999. **Note: You should interpret "renewal date" to mean the date on which a rate change (if any) is effective for the SSSG.**

Note: We stated these guidelines in the 1999 rate instructions.

**Note: If an SSSG's rate is extended beyond twelve months (i.e. the carrier allows an SSSG to change its renewal date), a premium adjustment must be made for the SSSG in the following year, or the OPM audit staff may interpret the rate extension as a discount.**

**Note: Recently, some carriers have asked if new groups are eligible to be SSSGs. They are.**

We developed the SSSG concept to ensure that OPM receives an equitable and reasonable market-based rate. For the 1999 rate year, OPM will focus on the rating methods used for the two SSSGs to determine if the carrier appropriately derived the Federal group rates.

# OPM Reconciliation Guidelines - 1999

**OPM requires the Federal group rates to be equivalent to the rates for the SSSGs. Therefore, we expect the Federal group to receive the largest rate discount given to an SSSG and any other advantages given to the SSSGs.** For example, if the carrier gives an early rate quote (based on a lower community rate than the rates later quoted other groups) to an SSSG and does not revise it at a later date, we will interpret the SSSG rate as a discounted rate, and require a similar rate discount for the Federal group. **As another example, if the carrier rates an SSSG using a rating method not in accord with carrier-established policies, the Federal group is entitled to any rate reduction produced by applying the SSSG rating method to the Federal group.**

The OPM audit staff may examine the rates and benefit loadings of non-SSSG groups. The purpose of such analysis is to make certain the Federal group rates are fair in relation to the SSSG rates. For example, if an SSSG had a special benefit not included in the Federal group benefit package, OPM would compare what the carrier charged the SSSG with what it charged other groups for this benefit. The purpose would be to verify that the SSSG received no discount.

All rate agreements between OPM and the carrier are subject to audits by the OPM Office of the Inspector General. The results of such audits may require modifications to previous agreements and subsequent rate adjustment. **Pursuant to contract clause 3.4, Contractor Records Retention (FEHBAR 1652.204-70), OPM requires all carriers to maintain documentation to support all calculations and statements pertaining to this reconciliation. This includes documentation to support the SSSG rates. And, for carriers using an ACR method, this includes detailed reports supporting all data (e.g., claims data) used to derive the rates.**

OPM will review the carrier's SSSGs to verify that the carrier is in compliance with OPM rating principles. Compliance now includes Federal group rate adjustments based on the carrier's treatment of its SSSGs.

**Special Loading For Enrollment Discrepancies**

Beginning with contract year 1997, as the result of negotiations between OPM and representatives of community-rated carriers, we amended the Standard Contract for Federal Employees Health Benefits. The contract now provides for a special premium loading of 1% to account for enrollment discrepancies. **Note: The carrier must explicitly take this loading, but may eliminate its**

**effect by also giving the Federal group a 1% discount. The carrier should keep in mind that the its contract with the FEHBP states in Section 3.6(b) " the Carrier accepts the adjustment to the subscription charges in full resolution of all obligations of the Government in connection with the subscription payments as described in this section 3.6 and waives any rights it may have to claims for subscription payments under Section 3.1(a)."**

**Multiple Rating Areas**

As we explained in the 1999 rate instructions, beginning with the 1999 rate year, **we have amended our policy with regard to multiple rating areas.** We now require that both SSSGs be chosen only from groups that have enrollees in the federal group's region.

Normally, a carrier must choose two SSSGs for every federal group having a unique rate code. It is possible that a carrier could have several different geographical regions of federal enrollees under the same rate code. It is even possible that these regions could be in different states.

Our SSSG policy with regard to federal groups in different regions under the same rate code is as follows:

(a) Those federal groups in the same state or in the same metropolitan area must be combined and the carrier must choose two SSSGs for the combined federal group.

(b) Those federal groups in different states (but not in the same metropolitan area) must be combined **in each state,** and the carrier must choose two SSSGs for the combined federal groups in each state.

The following examples illustrate the above policies.

**Example 1**

A carrier operates only in the state of Texas. It serves federal enrollees in three distinct geographical areas, Dallas, Houston and San Antonio. Each region has it's own rate code.

The carrier must choose two SSSGs for each region. Those for each region would come from groups the carrier does business with having enrollees in that region.

# OPM Reconciliation Guidelines - 1999

**Example 2**

Same situation as in Example 1 except that one rate code applies to all three regions, meaning that the same rate applies for all federal enrollees throughout the three regions.

In this case, the carrier must combine the Federal enrollment for all three regions, and choose two SSSGs for the combined group.

**Example 3**

A carrier operates in two states, Texas and Arizona. In Texas it serves federal enrollees in Dallas, Houston, and San Antonio. In Arizona, it serves federal enrollees in Phoenix, Tucson, and Tombstone. One rate code applies to all six regions.

In this case two SSSGs are required for the combined Dallas, Houston and San Antonio regions. Two SSSGs are also required for the combined Phoenix, Tucson and Tombstone regions.

**Note: The point of Example 3 is to illustrate that only regions within a state should be combined.**

The same principle applies if the carrier operates in several states.

**Example 4**

A carrier operates in two states, and serves a metropolitan area that is in both states. The rate code is the same for all enrollees in the metropolitan area.

In this case, two SSSGs are required for the combined metropolitan region enrollment.

**Note: The point of Example 4 is to illustrate the exceptional case where regions in different states should be combined for SSSG purposes.**

**Example 5**

The size of the federal group in a region is 1700, and the carrier concludes that it must choose two SSSGs for this group. The carrier contracts with the statewide XYZ corporation, which has a statewide enrollment of 1500 with the carrier, with 100 of the enrollees living in the same region where the federal group is located.

## OPM Reconciliation Guidelines - 1999

The XYZ corporation would be a candidate for an SSSG since it has 100 enrollees in the federal group's region. The enrollment the carrier should use in comparing the size of this group to the federal group is the statewide enrollment of 1500.

**Note: The point of Example 5 is to illustrate that a group having only part of its enrollment in the federal group's region can be an SSSG. It is assumed that the rates for all 1500 enrollees of the SSSG are the same.**

**State Taxes**

5 U.S.C 8909(f)(1) prohibits the imposition of taxes, fees, or other monetary payment, directly or indirectly, on FEHBP premiums by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority of those entities. If your 1999 rates include an amount to recover such monies from the FEHBP, make an adjustment for this amount in the reconciliation in the form of a negative special benefit loading.

**Small Carrier Contingency Reserve Payments**

A small carrier whose rates were reduced by the Office of Actuaries to generate a contingency reserve payment need not request this payment. OPM will automatically make this payment during the summer of 1999.