**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT & WHITE HEALTH PLAN,<br><br>Plaintiff,<br><br>*v.*<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>Defendant. | Civil No. 01-1824 (JGP) |

**DECLARATION OF JIMMY CARROLL**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, JIMMY CARROLL, declare under penalty of perjury that the following is true and correct:

1. I am General Counsel of Scott & White Health Plan ("Scott & White"). I make this declaration based on my own personal knowledge.

2. Scott & White is a corporation organized under the laws of Texas, with its headquarters in Temple, Texas.

3. Exhibit A to the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment ("Plaintiff's Memorandum") is a true and correct copy of a letter dated July 30, 1999, from Nancy Kichak, Director, Office of Actuaries, United States Office of Personnel Management ("OPM"), to Michelle Delegram of Scott & White.

4. The following language comprises Clause 3.2(b)(6) of the contract between Scott & White and OPM for the 1999 contract year: "In the event this contract is not renewed, neither the Government nor the Carrier shall be entitled to any adjustment or claim for the difference between the estimated and the actual market price, PMPM capitation or revenue requirement."

The following language comprises Clause 3.4 of the contract between Scott & White and OPM for the 1999 contract year, with bracketed text and emphasis in original: "Notwithstanding the provisions of Section 5.7 [FAR 52.215-2(d)] *Audit and Records Negotiation,* [Reference to Standard Form 1412 deleted] the Carrier of a contract of $500,000 or more will retain and make available all records applicable to a contract term that support the annual statement of operations and the rate submission for that contract term for a period of 5 years after the end of the contract term to which the records relate, except that individual enrollee and/or patient claim records shall be maintained

for 3 years after the end of the contract term to which the claim records relate."

6. Exhibit B is a true and correct copy of a document titled *OPM Reconciliation Guidelines – 1999*.

7. Scott & White received Exhibit B from OPM, reviewed it, and followed its instructions.

8. Scott & White was in business throughout the 1999 contract year.

9. Scott & White is still in business today.

Executed on May 3, 2002

Jimmy Carroll
JIMMY CARROLL