# United States Court of Federal Claims

| | |
|---|---|
| GHS Health Maintenance Organization,<br>Inc., d/b/a BlueLincs HMO,<br>Texas Health Choice, L.C., and<br>Scott & White Health Plan,<br>*Plaintiffs,*<br><br>*v.*<br><br>United States,<br>*Defendant.* | No. 01-517C<br><br>Judge Marian Blank Horn |

**Declaration of Frank Collins**

I, Frank Collins, declare under penalty of perjury that the following is true and correct:

1. I am employed by Sierra Health Services, Inc., which is the ultimate parent company of Texas Health Choice, L.C. ("Texas Health"). My title is Senior Vice President, Legal and Administration. I make this declaration based on my own personal knowledge.

2. Texas Health received from OPM, reviewed, and abided by OPM's Reconciliation Guidelines, which specify the documentation that carriers must maintain

to support all calculations and statements pertaining to the reconciliation for five years after the contract year.

3. Texas Health was in business throughout the 2001 contract year.

Executed on: December 19, 2005.

FRANK COLLINS