Exhibit A

**United States Court of Federal Claims**

| | |
|---|---|
| **GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, Texas Health Choice, L.C., and Scott & White Health Plan,** **Plaintiffs,** **v.** **United States,** **Defendant.** | **No. 01-517C** **Judge Marian Blank Horn** |

**AFFIDAVIT OF SUSAN HAMAKER**

I, SUSAN HAMAKER, declare under penalty of perjury that the following is true and correct:

1. I was Vice President of Finance for GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO. I make this affidavit based on my own personal knowledge.

2. I was employed by BlueLincs HMO in 1999 and using my name, Susan Furgerson.

3. In early 2000, OPM and BlueLincs HMO reached a settlement of a claim concerning improper pricing by BlueLincs HMO in the years 1993, 1994 and 1995. The settlement resulted in BlueLincs HMO paying more than $900,000 to the Government and left open the issue of the Government's entitlement to lost investment income on the settlement amounts.

4. On October 2 and 6, 2000, I spoke on the telephone with Sherry Simon of OPM's Office of Insurance Programs. Ms. Simon stated that OPM had conducted the contract year 2000

rate reconciliation for BlueLincs HMO and that the reconciliation produced a balance due to BlueLincs HMO of $369,127.

5. During the telephone calls on October 2 and 6, 2000, Ms. Simon also stated that OPM would not pay BlueLincs HMO the $369,127 reconciliation amount because BlueLincs HMO had given notice that it would terminate its contract.

6. When OPM took the offset for lost investment income in November 2000, the amount was $314,587. OPM offset that amount against the contingency reserve funds for BlueLincs HMO, rather than the rate reconciliation balance.

7. BlueLincs HMO performed under the FEHBP contract in 2000 and provided health benefits to federal employees until the contract was terminated.

8. BlueLincs HMO reviewed the terms of its contract under the Federal Employees Health Benefits Program and complied with the requirements to maintain its records for a period of five years after termination of the contract.

9. BlueLincs HMO still is in business today.

Executed on December 20, 2005

Susan Hamaker

Susan Hamaker

STATE OF OKLAHOMA )
) ss:
COUNTY OF Tulsa )

Before me, a Notary Public for the above jurisdiction, appeared Susan Hamaker, personally known to me, and executed the foregoing under penalty of perjury this 20th day of December, 2005.

Bobbie Swinn

Notary Public

My commission expires: October 21, 2008 Commission #00016792