# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: January 20, 2006**

**O R D E R**

The court is in receipt of the defendant's January 19, 2006 motion to amend the briefing schedule in the above-captioned cases. The proposed schedule has been jointly agreed upon by all parties. As requested, the defendant's motion is **GRANTED**. On or before **Friday, February 17, 2006**, defendant shall file its combined response to the plaintiffs' motions for summary judgment and its cross-motion for summary judgment in the three cases. On or before **Friday, March 31, 2006**, the plaintiffs shall file their reply briefs. On or before **Friday, April 21, 2006**, defendant shall file its reply brief in the three cases. All briefs shall cite to the joint stipulation of facts and supporting appendix by page and paragraph numbers. The parties have requested oral argument on their cross-motions, which will be scheduled after the parties' briefs are received.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**