IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BlueLincs HMO, | ) | |
| Plaintiff, | ) | No. 01-517C, 05-371C, 05-963C |
| | ) | (Judge Horn) |
| TEXAS HEALTH CHOICE, L.C., | ) | |
| Plaintiff, | ) | |
| SCOTT & WHITE HEALTH PLAN | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO FILE SUPPLEMENTAL APPENDIX MATERIALS

Defendant respectfully requests that this Court permit defendant to file supplemental materials in the appendix in this case. Counsel for plaintiffs Scott and White, Texas Health Choice, and GHS Bluelincs consent to this motion.

We propose to submit two documents:

1. FEHBP Letter, No. 97-8, Community-Rated Carriers, United States Office of Personnel Management, Office of Insurance Programs, March 7, 1997
2. FEHBP Letter, No. 97-10, Community-Rated Carriers, United States Office of Personnel Management, Office of Insurance Programs, April 2, 1997.

These materials are guidelines and instructions that the Office of Personnel Management (OPM) forwarded to community rated carriers who participated in the Federal

Employees Health Benefits Act (FEHBA), 5 U.S.C. §8901 et seq, for the years 1997 and 1998. They are representative of OPM's guidelines for these matters. OPM relied upon these materials when performing a rate reconciliation. Because there are significant differences between a rate reconciliation, and **nonreconciliation of rates** when a provider chooses to exit the FEHBA Program, these materials will assist the court in understanding the complexities of the community rated programs and rate reconciliation.

The documents are be labeled PDF GHS Health. The pagination starts from the last page of the appendix filed for GHE Bluelincs and starts at Appendix page 532.

Conclusion

Accordingly, defendant respectfully requests that this Court permit defendant to file supplemental materials in the appendix as described above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

SUSAN WHITMAN, Esq.
JILL GERSTENFIELD, Esq.
U.S. Office of Personnel Management
Washington D.C.

/s/ Jane W. Vanneman
JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 514-8624

February 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO FILE SUPPLEMENTAL APPENDIX MATERIALS" and "SUPPLEMENTAL APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

SUPPLEMENTAL APPENDIX

Page

FEHBP Letter, No. 97-8, Community-Rated Carriers, United States Office of Personnel Management, Office of Insurance Programs, March 7, 1997....537

FEHBP Letter, No. 97-10, Community-Rated Carriers, United States Office of Personnel Management, Office of Insurance Programs, April 2, 1997.... 595

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GHS HEALTH MAINTENANCE ORGANIZATION, INC., d/b/a BLUELINCS HMO, Plaintiff, | |
| TEXAS HEALTH CHOICE, L.C., Plaintiff, | |
| SCOTT & WHITE HEALTH PLAN Plaintiff, | |
| v. | Nos. 01-517C, 05-371C, 05-963C (Judge Horn) |
| UNITED STATES, Defendant. | |

# SUPPLEMENTAL APPENDIX

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 514-8624

SUSAN WHITMAN, Esq.
JILL GERSTENFIELD, Esq.
U.S. Office of Personnel Management
Washington D.C.

February 17, 2006

# FEHBP Letter
## Community-Rated Carriers

U.S. Office of Personnel Management
Office of Insurance Programs

**FEHBP Letter No.** 97-8
Fee-for-Service [N/A] Prepaid [8]

**Date: March 7, 1997**

**SUBJECT:** **Reconciliation Instructions For 1997 Rates Community-Rated Plans**

All FEHBP carriers must use the enclosed documents to reconcile their 1997 Federal rates.

The document entitled "OPM Reconciliation Guidelines - 1997" gives pertinent definitions and an overall view of our 1997 reconciliation policy.

A small carrier (i.e., a carrier with less than 1500 FEHBP contracts at the time of the 1997 rate proposal that chose not to file as a large carrier) whose 1996 income from the Federal group was $500,000 or more must complete Attachments III, IIIA, IIIB and V and keep them on file and available for OPM review. Such carriers **should not submit reconciliation attachments to OPM.** Small carriers whose 1996 income from the Federal group was less than $500,000 need take no action.

A large carrier (i.e., a carrier that submitted detailed documentation with its 1997 rate proposal) must complete Attachments III through VI and return them by **April 30, 1997** to:

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW., Room 4307
Washington, DC 20415

The Reconciliation Questionnaire (Attachment IIIB) consists of five sections. All carriers must complete Sections 1 and 2. Carriers using **Traditional Community Rating** must complete Section 3; carriers using **Community Rating by Class** must complete Section 4; and carriers using **Adjusted Community Rating** must complete Section 5.

Please direct your questions about the reconciliation to Phil Haverstick, Sherry Simon, or Jim Quayle at (202) 606-0722.

Sincerely,

Lucretia F. Myers
Assistant Director
for Insurance Programs

Enclosure

## Table of Contents

**OPM Reconciliation Guidelines - 1997**
This document discusses OPM's general policy for the 1997 reconciliation.

**Attachment III**
This is the Reconciliation sheet. OPM uses it to determine the difference between the carrier's estimated 1997 Federal group rates proposed in May 1996 (Line 6) and the actual 1997 Federal group rates (Line 5). **These actual rates should be equivalent to the lowest rates the carrier charged a Similarly Sized Subscriber Group (SSSG).**

**Instructions for Attachment III**
This document gives line-by-line instructions for completing Attachment III.

**Attachment IIIA**
This is the Reconciliation Backup Sheet. Use this sheet to record backup calculations for the rates and loadings on Attachment III. Use additional sheets if necessary.

**Attachment IIIB**
This is the Reconciliation Questionnaire, which you should complete with great care and accuracy. We designed it to enable us to review a carrier's reconciliation quickly and efficiently. If you re-type this questionnaire, please place the questions and answers on only one side of each sheet.

The Reconciliation Questionnaire is divided into five sections:

Section 1 - General Questions
This section asks general questions. **All carriers must complete this section.**

Section 2 - SSSG Questions
This section concerns carriers' Similarly Sized Subscriber Groups (SSSGs). **All carriers must complete this section.**

Section 3 - TCR Questions
This section asks questions about Traditional Community Rating (TCR). **Only carriers using TCR to rate the Federal group must complete this section.**

Section 4 - CRC Questions
This section asks questions about Community Rating by Class (CRC). **Only carriers using CRC to rate the Federal group must complete this section.**

## Table of Contents

Section 5 - ACR Questions
This section asks questions about Adjusted Community Rating. **Only carriers using ACR to rate the Federal group must complete this section.**

Attachment IV
This is an instruction sheet for submitting documentation of the community rates for groups renewing on January 1, 1997. **All large carriers must submit this documentation.** We prefer a State insurance department filing. Carriers that do not file rates must submit other documentation to show that the Federal group pays rates based on the carrier's community rates (and/or which are equivalent to the rates for the SSSGs). Please **CIRCLE IN RED all numbers in the documentation that you use in the reconciliation.**

Attachment V
This is the Certificate of Accurate Pricing For Community-Rated Carriers. This certifies that your reconciliation information is accurate and that OPM can rely on it to determine what the Federal group's 1997 rates should be. **A contracting official of your carrier must complete and sign this document.**

Attachment VI
This requests the names, telephone numbers and fax numbers of two persons we can contact if we have questions about your reconcil-iation.

# OPM Reconciliation Guidelines - 1997

Note that beginning with the 1997 reconciliation instructions, we use the word "carrier" (instead of the previously used "plan") to mean the entity contracting with OPM. This conforms more closely with the definitions in the FEHBP law, which defines "carrier" as the organization that offers a policy or contract (benefits package) and a health benefits "plan" as the policy/contract.

**Similarly-Sized Subscriber Groups (SSSGs)**

The reconciliation requests information on your carrier's Similarly Sized Subscriber Groups (SSSGs). Our regulation, 48 CFR 1602.170-11, defines SSSGs as follows:

> Similarly sized subscriber groups (SSSGs) are a comprehensive medical plan's two employer groups that:
>
> (a) As of the date specified by OPM in the rate instructions, have a subscriber enrollment closest to the FEHBP subscriber enrollment; and
>
> (b) Use any rating method other than retrospective experience rating; and
>
> (c) Meet the criteria specified in the rate instructions issued by OPM.

For the 1997 rate year, the specific guidelines for SSSGs are as follows:

1) All group enrollments (the Federal group and the SSSG enrollments) should be the latest 1997 enrollment available to the carrier (but no later than March 31, 1997).

2) The contract renewal date for 1997 SSSGs should be between July 2, 1996 and July 1, 1997. **Note: You should interpret "renewal date" to mean the date on which a rate change (if any) is effective for the SSSG.**

3) Every group the carrier does business with is a potential SSSG (including separate lines of business, government entities,and groups having point-of-service options). The only exceptions (and the following groups <u>must</u> be excluded) are:

a) Groups the carrier rates by retrospective experience rating. **Note: "retrospective" experience rating means that the carrier may adjust the group's rates after the actual experience is known. The ACR method is <u>not</u> retrospective experience rating, but rather, prospective experience rating. Therefore, ACR rated groups are potential SSSGs.**

b) Groups consisting of the carrier's own employees.

c) Medicaid groups, Medicare groups, and groups which have only a stand-alone benefit (such as dental only).

Note that we stated these guidelines in the 1997 rate instructions.

**Note: During the last few years, several carriers have asked if OPM regards the so called "purchasing alliances" as potential SSSGs. The answer, in general, is yes, but there are some exceptions. For the 1997 reconciliation, a carrier should consider a purchasing alliance to be a potential SSSG unless the alliance was created by a mandate of the state or local government and the alliance restricts membership to groups having less than 100 members.**

We developed the SSSG concept to ensure that OPM receives an equitable and reasonable market-based rate. For the 1997 rate year, OPM will focus on the rating methods used for the two SSSGs to determine if the carrier appropriately derived the Federal group rates.

**OPM requires the Federal group rates to be equivalent to the rates for the SSSGs. Therefore, we expect the Federal group to receive any rate discounts or other advantages given to the SSSGs.** For example, if the carrier gives an early rate quote (based on a lower community rate than the rates later quoted other groups) to an SSSG and does not revise it at a later date, we will interpret the SSSG rate as a discounted rate, and require a similar rate discount for the Federal group. **As another example, if the carrier rates an SSSG using a rating method not in accord with carrier-established policies, the Federal group is entitled to any rate reduction produced by applying the SSSG rating method to the Federal group.**

The OPM audit staff may examine the rates and benefit loadings of non-SSSG groups. The purpose of such analysis is to make certain that the Federal group rates are fair in relation to the SSSG

rates. For example, if an SSSG had a special benefit not included in the Federal group benefit package, OPM would compare what the carrier charged the SSSG with what it charged other groups for this benefit. The purpose would be to verify that the SSSG received no discount.

All rate agreements between OPM and the carrier are subject to audits by the OPM Office of the Inspector General. The results of such audits may require modifications to previous agreements and subsequent rate adjustment. **Pursuant to contract clause 3.4, Contractor Records Retention (FEHBAR 1652.204-70), OPM requires all carriers to maintain documentation to support all calculations and statements pertaining to this reconciliation. This includes documentation to support the SSSG rates.**

OPM will review the carrier's SSSGs to verify that the carrier is in compliance with OPM rating principles. Compliance now includes Federal group rate adjustments based on the carrier's treatment of its SSSGs.

**Special Loading For Enrollment Discrepancies**

As the result of recent negotiations between OPM and representatives of community-rated carriers, we have amended the Standard Contract for Federal Employees Health Benefits. The contract now provides for a special premium loading of 1% to account for unresolved enrollment discrepancies.

For contract year 1997, this loading will be included in the 1997 reconciliation. For future years, it will be included in the rate proposal.

**Multiple Rating Areas**

Carriers having multiple rating areas covered under the same contract with OPM must choose two SSSGs for every Federal group under the contract. **The two SSSGs need not, however, be located in the same region as the Federal group.** The carrier must consider all appropriate groups with which it does business (regardless of the region the group is in) when selecting the SSSGs for the Federal group in a particular region. **This policy does not apply in cases where the multiple rating areas are in different states if the carrier can demonstrate that the rates in the different states are totally independent.**

**State Taxes**

5 U.S.C 8909(f)(1) prohibits the imposition of taxes, fees, or other monetary payment, directly or indirectly, on FEHBP premiums

by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority of those entities. If your 1997 rates include an amount to recover such monies from the FEHBP, make an adjustment for this amount in the reconciliation in the form of a negative special benefit loading.

**Small Carrier Contingency Reserve Payments**

A small carrier whose rates were reduced by the Office of Actuaries to generate a contingency reserve payment need not request this payment. OPM will automatically make this payment during the summer of 1997.

Attachment III

**RECONCILIATION**

PLAN NAME: ______________________ STATE: ______ CODE: ______

**BIWEEKLY** NET-TO-CARRIER RATES
1997 CONTRACT YEAR

| | SELF | FAMILY | TOTAL |
|---|---|---|---|
| 1. Actual FEHBP Rates - 1997 | ____ | ____ | |
| 2. Special Benefit Loadings | | | |
| (a) ______________________ | ____ | ____ | |
| (b) ______________________ | ____ | ____ | |
| (c) ______________________ | ____ | ____ | |
| **3. FEHBP Rates Plus Special Loadings** | ____ | ____ | |
| 4. Standard Loadings | | | |
| (a) Extension of Coverage [.004x(3)] | ____ | ____ | |
| (b) Children's Loading | ____ | ____ | |
| (c) Medicare Loading | ____ | ____ | |
| **4d. Subtotal** | ____ | ____ | |
| 4e. Enrollment Discrepancies Loading [.01x(4d)] | ____ | ____ | |
| **5. Total FEHBP Rates - 1997*** | ____ | ____ | |
| 6. Contract Rate - 1997* **Small Carriers Use Line C, Attachment I Here** | ____ | ____ | |
| 7. Difference ((5) - (6)) + = Underpayment to Carrier - = Overpayment to Carrier | ____ | ____ | |
| 8. March 31, 1997 Enrollment | ____ | ____ | ____ |
| 9. Payment Due Carrier/(FEHBP) | ____ | ____ | ____ |
| 10. Brochure Printing Costs | | | ____ |
| 11. Outstanding Amount Due Carrier/(FEHBP) | | | ____ |
| 12. Total Amount Due Carrier/(FEHBP) | | | ____ |

* These rates are subject to audit in accordance with the carrier's contract with OPM.

# Instructions for Attachment III

Large carriers must complete lines 1 through 7 and line 10 of the reconciliation sheet. OPM will complete lines 8, 9, 11 and 12 for large carriers. Small carriers must complete lines 1 through 12 and use the results on line 12 to compute a 1998 rate adjustment.

OPM requires a reconciliation for several reasons. For carriers using TCR or CRC to rate the Federal group, the main reason is that the carrier proposed it's 1997 contract rates seven months before the January 1, 1997 effective date. Therefore, the contract rates are probably based on estimated, rather than actual, community rates. To determine if money is due either OPM or the carrier, you must recalculate the rates, basing your calculations on the carrier's actual community rates (usually in the form of a capitation rate) effective for all groups renewing January 1, 1997.

For carriers using ACR to rate the Federal group, the reconciliation will differ very little from the original proposal (see "Special Instructions For Carriers Using ACR" below).

**Note that no matter what rating method the carrier uses for the Federal group, the actual Federal group rates in the reconciliation should be equivalent to the lowest rates the carrier charged an SSSG.**

The enrollment data you used in the proposal should have been **current** data (at the time of the proposal). If you used group-specific demographic assumptions (i.e., family size, self/family enrollment mix, etc.) in the proposal, you must use the same figures in the reconciliation. In particular, you may **not** revise the self/family enrollment mix to reflect results of the 1996 open season.

If, however, you used carrier-wide enrollment-mix or other demographic assumptions, and you revised these assumptions after you submitted the proposal (and before January 1, 1997) and you used the revisions for your SSSGs, you should base the reconciliation on the revised assumptions.

There are certain other factors that you **should** change between the time of the proposal and reconciliation. If your rate is a weighted average of rates in several geographic areas, you should base the weight factors in the reconciliation on the March 31, 1997, enrollment in each area (which you provide OPM). Also, if you recalculate the Medicare loading, you should use the latest Medicare enrollment available.

If you used TCR or CRC to rate the Federal group, when doing the reconciliation, keep in mind that the original Federal group rate

Instructions for Attachment III

proposal based the self and family rates on the carrier's best estimate of its 1997 capitation rate (or equivalent). **The reconciliation is simply a re-submission of the proposal, using the carrier's actual 1997 capitation rate (or equivalent) as a basis for the Federal group's rates.**

SPECIAL RECONCILIATION INSTRUCTIONS FOR CARRIERS USING ACR

If a carrier uses Adjusted Community Rating (ACR), it may use a method based on utilization data or it may use a prospective method based on actual Federal claims data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e., claims, utilization etc.). You should save backup tapes of your claims database for audit purposes. Note: this information should also be available for the SSSGs.**

Very few carriers use an ACR method based on utilization data to rate the Federal group. A carrier using this method should do the reconciliation in a manner similar to a CRC reconciliation.

The special rules that apply for a claims-based ACR method were stated in the 1997 rate instructions. These rules also apply to the reconciliation and are as follows:

1) The experience period (and the claims used within that period) may not change in the reconciliation. It must be the same period (and the same claims) you used in the proposal.

2) If you used completion factors to convert paid claims to incurred claims, such factors must be the same for all groups for which you used a claims-based ACR method.

3) If claims include special benefits claims, you should take no special benefits loadings (either in the proposal or reconciliation). Note that claims should reflect extension of coverage, which means that you should not take the extension of coverage loading.

4) If claims include those of annuitants age 65 and over, you must reduce claims by an amount equal to Medicare income from HCFA or we must receive a credit for monies received from HCFA. (See ACR Question A9)

5) Loadings for administrative expenses must be in the form of either:

a) a flat community rated pm/pm amount or

b) a standard percentage of claims

# Instructions for Attachment III

6) Any trend factor used for the Federal group must be the same as the trend factor the carrier used for other groups (that is, you may not base a trend factor for the Federal group on the Federal group's experience).

Note that **the reconciliation for a carrier using a claims-based ACR method for the Federal group should differ only slightly from the original rate proposal.** The only components that can change are:

1) **Trend Factor.** If you used an estimated trend factor in the 1997 proposal and later changed it (before January 1, 1997) for **all** groups for which you used a claims-based ACR method, you must use the revised factor in the 1997 reconciliation.

2) **Administration Cost Factor.** If you used an estimated administration cost factor in the 1997 proposal and later changed it (before January 1, 1997) for **all** groups for which you used a claims-based ACR method, you must use the revised factor in the 1997 reconciliation.

**Note that both the trend factor and the administration cost factor must be consistent with the lowest such factors used for an SSSG.**

## ADDITIONAL GENERAL COMMENTS

After you determine the actual rates (Attachment III, line 5), and compute the difference between them and the contract rates (Attachment III, line 6), you must complete Attachment III and determine the amount of money due the FEHBP or the carrier. Remember: OPM does the calculation for large carriers; small carriers do it themselves (and keep it on file at the carrier). Below, we give a simple illustration of the process:

| Example 1: | Self | Family |
|---|---|---|
| Actual Rates for 1997 (Line 5) | $20.00 | $40.00 |
| Contract Rates (Line 6) | $19.00 | $38.00 |
| Difference (Line 7) | $ 1.00 | $ 2.00 |
| Enrollment 3/31/97 (Line 8) | 200 | 400 |

Amount Due Carrier:

(200 x $1.00 x 26) + (400 x $2.00 x 26) = $26,000

Note that to do this reconciliation, you need a copy of last year's Federal group rate proposal.

## Instructions for Attachment III

The following gives a line-by-line explanation of how to fill out the reconciliation sheet. Item numbers correspond to line numbers on Attachment III.

1. <u>Actual FEHBP Rates - 1997</u>

This is the most significant part of the reconciliation process. Please do it with extreme care. **The fundamental idea behind the reconciliation is that it is a re-submission of the original proposal, in which you revise your original rate estimate.**

**TCR and CRC Carriers**

For carriers using TCR or CRC, this revision usually involves substituting the carrier's actual 1997 capitation rate (or equivalent) for the estimates you used in the proposal. The enrollment mix and all other demographic assumptions remain the same as in the proposal (with some exceptions, as indicated earlier). **Note that these "actual" rates should be the basis not only for the Federal group's rates, but for the rates of both SSSGs.**

Community-rated carriers use different methods to develop rates. Those using TCR or CRC usually base their rates on a "per member per month" rate (a.k.a. capitation rate) which the carrier then converts to self and family rates by means of "step-up" factors. These factors are related to family size and market considerations, and the carrier derives them by well-known, documented procedures.

There is usually a step-up factor that converts the capitation rate to a self rate and another factor that converts the self rate to a family rate. Some carriers have a step-up factor that converts the capitation rate directly to a family rate. However it is done, the goal is for the projected income generated by the self and family rates to equal the income that would be generated if each individual paid the capitation rate.

If you used a procedure based on a capitation rate to derive the 1997 self and family rates in the rate proposal submitted in May 1996, you must go through this procedure again to derive Line 1 of the reconciliation sheet (Attachment III). You must, however, use the **actual** January 1, 1997, capitation rate in this procedure instead of the estimate used in the proposal (keeping in mind that this "actual" capitation rate must be equivalent to the one used to derive the rates for the SSSGs). Use the **same** step-up factors you used in the proposal (unless the step-up factors have changed as the result of a revision of carrier-wide demographic assumptions before January 1, 1997, and you used the revisions for your SSSGs).

## Instructions for Attachment III

Some carriers using TCR or CRC derive rates in other ways. The principles described above still apply. To compute the Line 1 rates, simply go through the same procedure used in the original proposal, substituting actual rates (note that the "actual" rates used should be equivalent to those used for the SSSGs) for the proposed rates. The procedures you use should also be the same as those used for your SSSGs.

For large carriers, we require documentation of your actual community rates, as explained in Attachment IV. If your State requires that you file your rates with the State Insurance (or other) Department, **enclose a copy of that filing.** Otherwise, follow the instructions in Attachment IV.

So that OPM's actuaries can easily verify the rates on Line 1, **we require that:**

1) your computations be clear

and 2) you circle in red the actual community rates and step- up factors used in your computations.

An example of an acceptable presentation of the line 1 calculation follows.

Example 2:

| | |
|---|---|
| Actual capitation rate as of 1/1/97: | $20.00* |
| First level step-up factor used in proposal: | 1.2** |
| Actual Self Rate: ($20 x 1.2) | $24.00 |
| Second level step-up factor used in proposal: | 2.9** |
| Actual Family Rate: ($24 x 2.9) | $69.60 |

*see insurance filing
**see attached sheet from original proposal

**We will not accept your reconciliation if your documentation is incomplete or your calculations are unclear.**

## Instructions for Attachment III

### ACR Carriers

Carriers using ACR should refer to the "Special Reconciliation Instructions For Carriers Using ACR" on page 2 of this document.

You must go through the same procedure you used to derive the Line 1 rates in the original 1997 rate proposal, changing the trend factor and/or administration cost factor if appropriate. All other parts of the reconciliation should be done the same way you did the original proposal. **Please keep in mind that the reconciliation for a carrier using a claims-based ACR method should differ only slightly from the original rate proposal.**

2. <u>Special Benefit Loadings</u>

OPM sometimes purchases benefits for Federal enrollees that are not in the carrier's community package. A special benefit may be a community-rated rider that the carrier offers to all its groups, or it may be a benefit provided only to OPM. If the carrier provides the benefit only to OPM (or if the benefit is simply not a community-rated benefit), and the carrier based its cost on assumptions approved by OPM at the time of the rate proposal, the actual loading (i.e., the cost of the benefit that you should put in the special benefit loading section of Attachment III) should be the same as the proposed loading.

If the special benefit is a community-rated rider, enter either the self and family rates filed with the State Insurance Department or calculate the actual loading based on the actual capitation rate for the special benefit. The procedure would be similar to that used for the Line 1 rates. As before, if you do not file with the State, submit other appropriate documentation for this rider.

If the special benefit loading is a function of the carrier's community rate (say a percentage of the Line 1 rate), calculate the Line 2 rate by multiplying the actual Line 1 rate by the same percentage used in the 1997 rate proposal.

3. <u>FEHBP Rates Plus Special Loadings</u>

The sum of Lines 1 and 2.

4a. <u>Extension of Coverage Loading</u>

If you are entitled to this loading, multiply Line 3 by .004 (or the same factor you used in the proposal).

Instructions for Attachment III

4b. **Children's Loading**

This loading usually is a function of the community rate plus any special loadings. If the actual rates are different from those in the 1997 rate proposal, the children's loading will differ. Recalculate, using the same method used in the original proposal.

You may take this loading only if the carrier's normal practice is to take such a loading for all other groups whose age limit for children's coverage differs from the carrier's community standard.

You may not take this loading if you use a capitation rate and a group-specific family size to calculate group rates and include overage dependent children (i.e., children over the age limit for all dependents) in your calculation for average family size for the Federal group.

4c. **Medicare Loading**

If you derived this loading using the estimated community rates, re-do the derivation, using the actual rates and the latest Medicare enrollment distribution available. Also, if you used estimated HCFA rates (i.e., AAPCC) to derive this loading, and you now have actual HCFA rates, you may use them in the revised derivation. Include a copy of the original derivation so we can easily see the difference between the estimated and actual loading.

If the original derivation of this loading used actual community rates, recompute the loading using the latest Medicare enrollment distribution available.

If you use CRC or ACR to derive your rates, you must make sure that you have considered the effect of COB (coordination of benefits) income the carrier received from HCFA. You should pay particular attention to QC15, QC16, QA9 and QA10 of the questionnaire.

Note: 1) **A carrier using a claims-based ACR method will normally not have a Medicare loading.**

2) **A carrier claiming a Medicare loading must have appropriate documentation to justify the distribution of its Medicare population submitted in QG9.**

Instructions for Attachment III

Important: Each year, OPM sends each carrier a list of Federal group enrollees identified as Medicare enrollees through the annual OPM/Social Security Administration Matching Study. You should not use this report without further analysis to determine the carrier's distribution of Medicare enrollees (QG9), because the "unknown" category contains many different types of Medicare enrollees, including people under age 65.

4d. <u>Subtotal</u>

Add lines 3, 4(a), 4(b), and 4(c)

4e. <u>Enrollment Discrepancies Loading</u>

This is a special 1% load to the rates which compensates the carrier for possible enrollment discrepancies.

5. <u>Total FEHBP Rates - 1997</u>

Add lines 4(d) and 4(e).

6. <u>Contract Rate - 1997</u>

The negotiated, biweekly, net-to-carrier contract rate, as agreed to during the summer of 1996. This rate is **not** the brochure rate (net-to-carrier rate times 1.04).

NOTE: SMALL CARRIERS SHOULD PLACE IN LINE 6 RATES FOUND ON LINE C, ATTACHMENT I OF THEIR ORIGINAL 1997 RATE PROPOSAL

7. <u>Difference</u>

Subtract line 6 from line 5.

10. <u>Brochure Printing Costs</u>

This is the amount the carrier spent to produce the OPM-approved quantity of brochures. We will evaluate it for reasonableness. Submit any documentation you think will be helpful to us in evaluating the reasonableness of your requested amount.

8, 9, 11, and 12

For large carriers, these lines will be filled in by OPM's actuarial staff. Enrollment will be based on the March 31, 1997, semi-annual headcount.

## Instructions for Attachment III

INSTRUCTIONS FOR SMALL CARRIERS ONLY

**Small carriers must do some additional work on Attachment III.** Since small carriers do not send this document to OPM, the carrier (rather than OPM) must determine the amount due the carrier or OPM. That is, small carriers must complete Line 12, Attachment III, which requires completing Lines 8, 9, and 11.

To compute Line 9, multiply the amounts on Line 7 by the March 31, 1997, enrollment numbers on Line 8; then multiply by 26 (since the rates are bi-weekly). Normally, OPM would put the March 31, 1997 Headcount enrollment figures on Line 8. Since these figures will not be available at the time the small carrier does the calculation, **the carrier may use its March 31, 1997 Table 1 enrollment figures.** The Table 1 report is the enrollment data the carrier normally submits to OPM in April.

After completing Line 9, the small carrier must complete Lines 10 and 11. Line 12 may then be computed by adding Lines 9 through 11. Detailed instructions are as follows:

8. **March 31, 1997 Enrollment**

Use the enrollment figures on the carrier's Table 1 report, which you normally submit to OPM in April.

9. **Payment Due Carrier/(FEHBP)**

An example of this computation is below:

Example 4:

Suppose line 7 of the reconciliation sheet looks as follows:

| | Self | Family |
|---|---|---|
| 7 | $1.00 | $2.00 |

That is, the actual carrier rates on line 5 turned out to be higher than the contract rates on line 6. This means that OPM owes the carrier money. Assume line 8 (enrollment) is as follows:

| | | |
|---|---|---|
| 8 | 200 | 400 |

That is, the Table 1 carrier enrollment is 200 self and 400 family. Therefore, to determine the total amount owed the plan, we have

[200 x $1.00 x 26] + [400 x $2.00 x 26] = $26,000

## Instructions for Attachment III

11. <u>Outstanding Amount Due Carrier/(FEHBP)</u>

This is any amount due the carrier or OPM from previous years. As an example, suppose OPM owed the carrier $50,000 last year, and the 1997 rates were purposely increased to pay the carrier this debt. In the 1997 rate reconciliation, $50,000 would be placed in line 11.

12. <u>Total Amount Due Carrier/(FEHBP)</u>

The sum of lines 9 through 11.

The amount on line 12 must be used by a small carrier to determine the 1998 rate adjustments. **You will place the 1998 rate adjustments on Line B of your 1998 rate proposal sheet (Attachment I) which we will send you at a later date.** An example of how you might compute the rate adjustments follows.

Example 5:

> Assume the amount on line 12 is $76,000 (this would be the case in Example 4, assuming there is also $50,000 on Line 11, and no brochure printing costs on Line 10). You must determine a self and family loading equivalent to this amount. Suppose the carrier expects the Federal group enrollment in 1998 to increase by 10 percent over the 1997 enrollment (i.e. 1998 enrollment will be 220 self and 440 family). Then, the adjustment could be $2.66 self and $5.32 family, since
>
> [220 x $2.66 x 26] + [440 x $5.32 x 26] = $76,000

OPM will allow reasonable flexibility in determining the amount of the rate adjustment. As long as you use reasonable enrollment assumptions and the adjustment generates the correct amount of money, many different self and family adjustments are possible. All assumptions will be subject to audit or verification at a later date. **Therefore, you must keep on file all supporting calculations for the Federal group's rates and the SSSG rates.**

<u>IMPORTANT SPECIAL INSTRUCTION TO SMALL CARRIERS</u>

Line 6, Attachment III is for the 1997 contract rates. **Small carriers should put the rates from Line C, Attachment I of the original rate proposal onto Line 6, Attachment III.** This avoids the possibility that OPM would pay twice to a small carrier whose 1997 rates were reduced by OPM to generate a contingency reserve payment (which will automatically be sent to the carrier sometime during the summer of 1997).

Attachment IIIA

RECONCILIATION BACKUP SHEET

Please provide the details of the reconciliation on this sheet. Specifically, show how you derive the numbers on the reconciliation.

1. **Actual FEHBP Rates - 1997**

   **IMPORTANT! DO NOT SKIP THIS SECTION. In this section we want a simple and concise explanation of your Line 1 rates. Please remember that all calculations are subject to audit.**

**Attachment IIIA**

## 2. Special Benefit Loadings

In most cases, the special benefit loadings will be the same as they were in the proposal. If they are not, give the details here.

## 4b. Children's Loading

We present the "suggested method" format (used by most plans) for your convenience. If you do not use the suggested method, give the details of your method.

(A) Line 3 (Attachment III) Family Rate = ___________

(B) Line 3 (Attachment III) Single Rate = ___________

(C) (A) - (2 x (B)) = Children's Rate* = ___________

(D) Children are insured up <u>to</u> what age = ___________

(E) Extend Children's Coverage for (22 - (D)) Years = ___________

(F) Loading if Plan's Community Rate Covers Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .20 = ___________

(G) Loading if Plan's Community Rate Does **Not** Cover Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .55 = ___________

* If the actual biweekly cost per child is known, and the average number of children per family is known, the children's rate may be computed by multiplying the two figures together. In general, if you can compute the overall rate for children in a more accurate way than that suggested in line (C), use that result in line(C).

Attachment IIIA

4c. Medicare Loading

DO NOT SKIP THIS SECTION. WE REALIZE THAT YOU MAY HAVE ENCLOSED DETAILED CALCULATIONS ELSEWHERE, BUT IN THIS SECTION WE WANT AT LEAST A GENERAL EXPLANATION OF WHAT YOU DO TO OBTAIN THE MEDICARE LOADING.

10. Brochure Printing Costs

**Attachment IIIB, Section 1**

**GENERAL QUESTIONS**

QG1. What method of community rating did you use in your 1997 rate proposal?

[ ] TCR (Traditional Community Rating)

a. [ ] Standard (Book) Rating

b. [ ] Variable (Group Specific) Rating

[ ] CRC (Community Rating By Class)

[ ] ACR (Adjusted Community Rating)

QG2. Is the method you have used for the 1997 reconciliation the same as the method used in the 1997 proposal?

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 1**

QG3. Do your Line 1 rates reflect any tax, fee or monetary payment imposed on the plan by a state or local government?

[ ] YES

[ ] NO

If Yes, have you included a negative loading in the Special Benefits Section of the reconciliation?

[ ] YES

[ ] NO

If No, does your plan do business in Arkansas, Arizona, Connecticut, D.C, Florida, Illinois, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Oregon, Texas, Virginia, Washington or Wisconsin?

[ ] YES

[ ] NO

If Yes, explain why you included no negative loading.

QG4. Are the special loadings given in the reconciliation the same as they were in the proposal?

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 1**

QG5. Are you required to file your community rates with any State regulatory agency?

[ ] YES

[ ] NO

QG6. If you answered yes to QG5, have you circled the appropriate community rates in red on the copy of the insurance department filing that you have enclosed?

[ ] YES

[ ] NO

If No, explain.

If Yes, what is the page number of the insurance department filing on which the appropriate rates appear (please number the pages by hand if necessary)? __________

QG7. If you use different rating methods (i.e. TCR,CRC,ACR) for different groups, describe your criteria for the use of each method.

Attachment IIIB, Section 1

QG8. How do you rate your state and local government groups?

QG9. Show the number of Federal annuitants and their covered spouses covered in the plan age 65 and older using the following categories:

Medicare Part A and Part B ________

Medicare Part A Only ________

Medicare Part B Only ________

Neither Part A nor Part B ________

Cannot Determine ________

Note: The sum of the numbers in the 5 blanks above should be the total number of Federal annuitants and their covered spouses in the plan age 65 and older. **If you have revised your Medicare loading in this reconciliation, you should be using the above distribution.**

**Attachment IIIB, Section 1**

QG10. If you have revised your Medicare loading in this reconciliation, explain how you obtained the distribution in QG9. Also, what is the source of this distribution? Note that this source material must be on file at the carrier, and available to OPM auditors.

QG11. Please sign, date and give telephone and fax number.

Attachment IIIB
Questionnaire Prepared By: ______________

Date: ______________

Telephone: ______________

Fax: ______________

Attachment IIIB, Section 2

SSSG Questions

QS1. Give the names and enrollments (and the date of enrollment) of your Similarly-Sized Subscriber Groups (SSSGs). **IMPORTANT NOTE: The SSSGs are the two groups closest in total contract size to the Federal group. You should use the latest 1997 enrollment available.** Keep in mind that your SSSG selection is subject to audit. Therefore, we expect you to maintain complete rate documentation for at least the ten groups closest in contract size to the Federal group.

| | Name | Enrollment Self | Enrollment Family | Enrollment Date |
|---|---|---|---|---|
| 1. | ____________________ | ______ | ______ | _____ |
| 2. | ____________________ | ______ | ______ | _____ |

QS2. How do the benefit packages for your SSSGs differ from the benefit package for the Federal group?

QS3. What method of community rating (TCR, CRC, ACR) did you use to rate the following groups?

| | Method |
|---|---|
| 1. Federal Group | __________ |
| 2. SSSG #1 | __________ |
| 3. SSSG #2 | __________ |

## Attachment IIIB, Section 2

QS4. What are the 1997 net-to-carrier rates for the Federal group and your SSSGs?

| | Self | Family | |
|---|---|---|---|
| 1. Federal group | ______ | ______ | (From Line 5, Attachment III) |
| 2. SSSG #1 | ______ | ______ | |
| 3. SSSG #2 | ______ | ______ | |

QS5. Did you give an SSSG an early rate quote?

[ ] YES

[ ] NO

If Yes, did you update the quote to reflect the actual community rates?

[ ] YES

[ ] NO

If No, explain

**Attachment IIIB, Section 2**

QS6. Do either or both of the SSSG's have multi-year contracts?

[ ] YES

[ ] NO

If Yes, give details about the multi-year contract(s) [such as options to renew and cancel contract]. Also, explain how you ensure that you treat the Federal group the same as the SSSGs.

QS7. Do either or both of the SSSG's have benefit packages that include a point-of-service option?

[ ] YES

[ ] NO

If yes, give details on these options.

Attachment IIIB, Section 2

QS8. What are the five groups you do business with that are closest in total contract size to the Federal group, and what type of benefit plan do they have? Include information on the Federal group.

| Group | Total # Contracts | Rate Effective Date | Coverage | Rating Method |
|---|---|---|---|---|
| Federal Group | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

QS9. Are there any groups you do business with that are closer in total contract size to the Federal group than either of your SSSGs?

[ ] YES

[ ] NO

If Yes, explain why the groups are not SSSGs.

562

Attachment IIIB, Section 2

QS10. Did either of the SSSGs receive any type of discount, or any other type of rate advantage over the Federal group? (Note that we interpret an industry factor less than 1.0 as a discount factor)

[ ] YES

[ ] NO

If Yes, did you apply the discount to the Federal group?

[ ] YES

[ ] NO

If No, please do so.

QS11. Did you use projected demographics for an SSSG's CRC factors and/or step-up factors?

[ ] YES

[ ] NO

If Yes, explain why you used these projections, and show what the factors would be if you had used actual enrollment data.

Attachment IIIB, Section 2

QS12. Did you rate the SSSGs using a method other than that used for the Federal group?

[ ] YES

[ ] NO

If Yes, explain why and provide your underwriting guidelines.

QS13. **On one of the following Comparison Sheets** (there is one for plans using TCR or CRC and another for plans using ACR), show the method by which you determined the billed rates for your SSSGs. Indicate in a step-by-step manner how you got from your starting point (In the TCR and CRC cases, this is uaually a capitation rate) to the self and family billed rates. If you used ACR for the groups, include utilization data. Explain how the method used for the SSSGs differs from that used for the Federal group.

**Include calculations, and be sure to maintain backup documentation for all calculations. This documentation will be subject to audit at a future date. Use additional sheets if necessary.**

**MAKE SURE THAT BY THE TIME WE FINISH READING YOUR EXPLANATION, IT WILL BE CLEAR TO US WHY THE FEDERAL RATES ARE DIFFERENT FROM THE SSSG RATES. IF YOU HAVE INCLUDED RATE DEVELOPMENT SHEETS FOR THESE GROUPS, DO NOT REFER US TO THESE SHEETS AT THIS POINT. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF HOW THE SSSG RATES DIFFER FROM THE FEDERAL GROUP RATES.**

We give simple examples to serve as a guide. Do not hesitate to elaborate in your presentation. **ACR plans especially should keep in mind that the following is only an example, and that you may need to include more information, depending on how your ACR method works.**

Attachment IIIB, Section 2

QS13. (continued) **EXAMPLE TCR and CRC COMPARISON SHEET**

| | | Federal Group | SSSG #1 | SSSG #2 |
|---|---|---|---|---|
| 1. | Group Renewal Date | 1-1-97 | 1-1-97 | 2-1-97 |
| 2. | Rating Method (a) (TCR,CRC,ACR) | CRC | CRC | CRC |
| 3. | Capitation (b) | $100.00 | $98.00 | $101.00 |
| 4. | Age/Sex Factor | .92 | .98 | 1.04 |
| 5. | Industry Factor (c) | .95 | .95 | .98 |
| 6. | Other Discounts | .95 | 1.00 | .95 |
| 7. | Total Discount (d) | .95 x .98 | .95 x 1.00 | .95 x .98 |
| 8. | 1st Level Step-Up Factor (e) | 1.30 | 1.12 | 1.22 |
| **9.** | **Self Rate(f)** | $111.35 | $102.19 | $119.31 |
| 10. | Family/Self Ratio | 2.71 | 2.80 | 2.55 |
| **11.** | **Family Rate** | $301.76 | $286.13 | $304.24 |

(a) If all three methods are not the same, explain why.

(b) **IMPORTANT! If these capitation rates are not the same, explain why in QS14.**

(c) The Federal group receives the lowest industry factor < 1.0 given to an SSSG.

(d) **IMPORTANT:** The Federal group receives the lowest **total** discount given to an SSSG. In this case, one SSSG received a total discount of (.95 x 1.00) and the other received a total discount of (.95 x .98) Therefore the Federal group would get a discount of (.95 x .98) , the lower of the two.)

(e) Show How Factors Are Derived.

(f) $100 x .92 x (.95 x .98) x 1.3 = $111.35

Attachment IIIB, Section 2

QS13. (continued)

COMPARISON SHEET - TCR AND CRC

| Federal Group | SSSG #1 | SSSG #2 |
| --- | --- | --- |

Attachment IIIB, Section 2

QS13 (continued)

## EXAMPLE - ACR COMPARISON SHEET

This shows one way you might present your ACR rate development. You should modify this example to fit your particular ACR procedure. Note that although this example is for **the Federal group only, your comparison sheet should include the SSSGs as well as the Federal group.**

| | | Federal Group | SSSG #1 | SSSG #2 |
|---|---|---|---|---|
| a. | Rating Method | ACR | | |
| b. | Group Renewal Date | 1/1/97 | | |
| c. | Experience Period | 1/1/95-12/31/95 | | |
| d. | Paid Claims | $10,000,000 | | |
| e. | Annual Trend (if different, explain) | 12% | | |
| f. | Trend From Experience Period To Renewal Period [(1 + .12/12)$^{24}$ | 27% | | |
| g. | Expected Claims [(d) x 1.27] | $12,700,000 | | |
| h. | Administration (if different, explain) | 15% | | |
| i. | Claims + Administration [(g)/(1-.15)] | $14,941,176 | | |
| j. | Members | 100,000 | | |
| k. | Per/Person Rate [(i)/(j)] | $149.41 | | |
| l. | First Level Step-Up Factor | 1.2 | | |
| m. | Bi-weekly Self Rate [(l) x (k) x 12/26] | $82.75 | | |
| n. | Family/Self Ratio | 2.6 | | |
| o. | Family Rate [(m) x (n)] | $215.15 | | |
| p. | Discount | 10% | | |
| q. | Rates After Discount | Self $74.48<br>Family $193.64 | | |

Attachment IIIB, Section 2

QS13. (continued)

COMPARISON SHEET - ACR

| | Federal Group | SSSG #1 | SSSG #2 |
|---|---|---|---|

Attachment IIIB, Section 2

QS14. If you use TCR or CRC, are the capitation rates shown on the comparison sheet of QS13 the same for the Federal group and the SSSG's?

[ ] YES

[ ] NO

If no, explain on the following page.

If you use TCR or CRC for the Federal group and the SSSGs, and the capitation rates shown on the comparison sheet of QS13 are **not** the same, explain. Use numbers. For instance, in the example in QS13, the capitation for the Federal group is $100, but only $98 for SSSG #1. The explanation could be as follows:

| | |
|---|---|
| SSSG #1 Capitation | $98.00 |
| Adjustment for "Gold Plan"* | $ 2.00 |
| Federal Group Capitation | $100.00 |

* The Federal group has the "Gold Plan", which includes extra psychiatric benefits and a durable medical equipment benefit. SSSG #1 has the "Silver Plan", which is the "Gold Plan' without the aforementioned extra benefits. The capitation for these benefits is as follows:

| | |
|---|---|
| Psychiatric Benefit | $1.50 |
| DME Benefit | $ .50 |
| Gold Plan Extra Benefits | $2.00 |

Note that this explanation enables us to see precisely why the capitation for SSSG #1 is different from the Federal group's capitation. **The goal of your explanation is to make any such differences in capitation rates clear to us.**

Attachment IIIB, Section 2

QS14 (continued)

EXPLANATION SHEET

Attachment IIIB, Section 3

## TCR QUESTIONS

QT1. On what type of community rate did you base your 1997 rates for the Federal group and other groups?

[ ] Standard set of tiered rates applicable to all groups with a tiered rate structure.

[ ] Per member/per month capitation rate

You may check both blocks if you use a standard set of tiered rates which are derived from a capitation rate.

[ ] Other (Explain)

QT2. If you used a standard set of tiered rates (applicable to all groups) what are they?

Self __________ Family __________

[ ] NA

QT3. If you used a capitation rate, what is the actual (as opposed to what may have been estimated in the proposal) capitation rate on which the 1997 Federal group rates should be based? __________

[ ] NA

**Attachment IIIB, Section 3**

QT4. If you used a capitation rate for 1997 and converted it to a self rate and a family rate using step-up factors, what are these step-up factors? Specifically, what is the step-up factor used to convert the capitation rate to the self rate? What is the step-up factor used to convert the self rate to the family rate?

$\frac{\text{Self}}{\text{Capitation}}$ = __________ $\frac{\text{Family}}{\text{Self}}$ = __________

[ ] NA (Do not use step-up factors) **Go To Question QT9**

QT5. Are the above step-up factors the same as those used in the 1997 rate proposal which you submitted in May 1996?

[ ] YES

[ ] NO

If No, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal was made (and used the revised step-up factors for its SSSGs)?

[ ] YES

[ ] NO

If No, what was the reason for the change in the step-up factors?

**Attachment IIIB, Section 3**

QT6. How did you derive the above step-up factors? Explain briefly (a numerical formula for each factor is the preferred form of explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

QT7. Do you use step-up factors for all groups?

[ ] YES

[ ] NO

If No, explain the criteria that you use to determine when step-up factors are applicable.

QT8. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1997 Federal group rates, (including development of step-up factors), what are they?

% Self Contracts ____________

% Family Contracts ____________

Family Size ____________

Other:

**Attachment IIIB, Section 3**

QT9. Are the demographic assumptions in QT8 the same as they were in the 1997 rate proposal?

[ ] YES

[ ] NO

[ ] NA

If No, or NA, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal (and used the revised demographics for its SSSGs?)

[ ] YES

[ ] NO

If No, explain.

QT10. What is the source of your demographic information? Is the same source used for all groups? If not, where do you get the demographic information for other groups? Note: You must maintain the source of your demographic data on file for possible examination by the OPM audit staff.

**Attachment IIIB, Section 3**

QT11. Show the calculations behind the rates that you have on line 1 on the reconciliation sheet. <u>**DO NOT REFER US TO ANOTHER SHEET FOR THIS CALCULATION. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE THE LINE 1 RATES COME FROM**</u>

Example:

Capitation = $27.00

1st Level Step Up Factor = 1.1

Line 1 Self Rate = $27 x 1.1 = $29.70

2nd Level Step Up Factor = 2.9

Line 1 Family Rate = $29.70 x 2.9 = $86.13

Attachment IIIB, Section 4

## CRC QUESTIONS

QC1. Give a simple narrative explanation of how you developed your rates.

QC2. Did you begin with a capitation rate?

[ ] YES

[ ] NO

If Yes, what is the actual capitation rate (as opposed to your estimated proposal) on which the 1997 Federal group rates (Line 1 of Attachment III) should be based?

Capitation Rate = ___________

If No, explain how you did begin.

Attachment IIIB, Section 4

QC3. What CRC factors do you use?

[ ] AGE

[ ] SEX

[ ] OTHER ___________, ___________, ___________

QC4. What is your CRC adjustment factor? __________

**Explain how you derived the CRC adjustment factor. In particular, on what population data are the CRC utilization factors based? How often do you update the data on which the CRC utilization factors are based?**

Attachment IIIB, Section 4

QC5. Have you enclosed any worksheets (i.e. sheets showing age/sex distribution and relative utilization factors) that you used to derive the CRC adjustment factors? **Please note that you must have documented support for the CRC age/sex factors for both the Federal group and the SSSGs.**

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 4**

QC6. Is the CRC adjustment factor the same as it was in the 1997 rate proposal?

[ ] YES

[ ] NO

If No, explain.

QC7. If you used a CRC-adjusted capitation rate for 1997 and converted it to a self rate and a family rate using step-up factors, what are these step-up factors? Specifically, what is the step-up factor used to convert the capitation rate to the self rate? What is the step-up factor used to convert the self rate to the family rate?

$\frac{\text{Self}}{\text{Capitation}}$ = __________ $\frac{\text{Family}}{\text{Self}}$ = __________

[] NA (Do not use step-up factors) **Go To Question QC11**

Attachment IIIB, Section 4

QC8. Are the above step-up factors the same as those used in the 1997 rate proposal (which you submitted in May 1996)?

[ ] YES

[ ] NO

If No, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal was made (and used the revised step-up factors for its SSSGs)?

[ ] YES

[ ] NO

If No, what was the reason for the change in the step-up factors?

QC9. How did you derive the above step-up factors? Explain briefly (we prefer a numerical formula for each factor as the explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

## Attachment IIIB, Section 4

QC10. Do you use step-up factors for all groups?

[ ] YES

[ ] NO

If No, explain the criteria you use to determine when step-up factors are applicable.

QC11. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1997 Federal group rates, (including development of step-up factors), what are they?

% Self Contracts ___________

% Family Contracts ___________

Family Size ___________

Other:

**Attachment IIIB, Section 4**

QC12. Are the demographic assumptions in QC11 the same as they were in the 1997 rate proposal?

[ ] YES

[ ] NO

[ ] NA

If No, or NA, did the plan revise its community-wide demographics after the 1997 rate proposal was made (and used the revised demographics for its SSSGs?)

[ ] YES

[ ] NO

If No, explain.

QC13. If either of your SSSGs has an industry factor less than 1.00, did you apply the lowest factor less than 1.00 to the Federal group rates?

[ ] YES

[ ] NO

If No, explain.

Attachment IIIB, Section 4

QC14. If both SSSGs have industry factors greater than 1.00, did you apply an industry factor of 1.00 to the Federal group rates?

[ ] YES

[ ] NO

If No, explain.

If your rating method is essentially ACR, and you use CRC only to compare actual to expected rates, **Go To Question QC17.**

QC15. Does your age/sex distribution sheet include an age band that includes annuitants age 65 and above?

[ ] YES

[ ] NO

If No, you should use a standard Medicare loading.

QC16. If you answered yes to QC15, does the relative utilization factor associated with that age band include reimbursement for HCFA COB payments?

[ ] YES

[ ] NO

[ ] NA

If Yes, there should be no Medicare loading.

If Yes, explain how you make sure the payments received from HCFA on behalf of FEHB enrollees are fully credited to the Federal Group and not spread among all groups.

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i.e. responsible for most of the claim payments).

Attachment IIIB, Section 4

QC17. Show the calculations behind the rates that you have on line 1 on the reconciliation sheet. **DO NOT REFER US TO ANOTHER SHEET FOR THIS CALCULATION. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE THE LINE 1 RATES COME FROM**

Example:

Capitation = $25.00

CRC Adjustment Factor = 1.08

Adjusted Capitation = $25 x 1.08 = $27

1st Level Step-Up Factor = 1.1

2nd Level Step-Up Factor = 2.9

Line 1 Self Rate = $27 x 1.1 = $29.70

Line 1 Family Rate = $29.70 x 2.9 = $86.13

Attachment IIIB, Section 5

## ACR QUESTIONS

QA1. What method of ACR did you use for your 1997 rate proposal?

[ ] A Method Using Utilization Factors **(Go to QA11.)**

[ ] A Method Using Actual Claims Data

Note: You should have on file any claims/utilization data supporting the rates for the Federal group and SSSGs.

QA2. Did you use the same experience period (and the same claims within that period) in the reconciliation that you used in the proposal?

[ ] YES

[ ] NO

If No, explain. As a general rule, neither the experience period nor the claims should change between the proposal and the reconciliation.

QA3. Did you use the same trend that you used in the proposal?

[ ] YES

[ ] NO

If No, explain

If Yes, what is the trend?

Attachment IIIB, Section 5

QA4. If you use completion factors to derive incurred claims, do you use the same set of factors for all groups?

[ ] YES

[ ] NO

[ ] NA

If No, explain

QA5. If you use a completion factor to derive incurred claims, did the factor remain the same between the proposal and the reconciliation?.

[ ] YES

[ ] NO

[ ] NA

If No, explain

Attachment IIIB, Section 5

QA6. What kind of administrative loading did you use?

[ ] A flat community rated pm/pm administrative charge.

[ ] A percentage of claims.

Explain how you computed the administrative charge.

QA7. Did the claims used in the rate development reflect special benefits? **Note: If special benefits were not included in the claims, please have on file claims/utilization reports to support this assertion.**

[ ] YES

[ ] NO

QA8. Did you reduce claims used in the rate development by COB income that the plan received from other insurance carriers (Excluding HCFA)?

[ ] YES

[ ] NO

If No, you should give us a credit for any monies received from other insurance carriers.

**Attachment IIIB, Section 5**

QA9. Are age 65 or above retirees included in the claims or utilization data used to determine the ACR factor or rates?

[ ] YES

[ ] NO

If no, you should include a standard medicare loading.

QA10. If you answered yes to QA9, are HCFA reimbursments included in the groups experience?

[ ] YES

[ ] NO

If No, the Medicare loading should be a credit for all monies received from HCFA.

If Yes, there should be no Medicare loading.

Attachment IIIB, Section 5

QA11. Explain in narrative form how you derived your line 1 rates. **INCLUDE CALCULATIONS.** If you derived a capitation rate from claims data, and used step-up factors to adjust it, show this. If you used a method based on utilization factors, show how you broke the capitation rate into components, what you used for utilization factors, what the adjusted capitation rate is, etc. Use extra sheets if necessary. **DO NOT SKIP THIS SECTION OR REFER US TO ANOTHER SHEET. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE YOUR LINE 1 RATES COME FROM.**

Attachment IV

# Documentation of 1997 Community Rates and Riders
# (Large Plans Only)

If the State requires the plan to file its official community rates with the State insurance department, OPM requires a copy of this filing. If the insurance department must approve such a filing, also send us a copy of the approval. **BE SURE TO CIRCLE IN RED ALL RATES AND RIDERS ON THE INSURANCE FILING THAT APPLY TO THE FEHBP.**

If the State does not require the carrier to file its community rates, we require some other form of documentation.

Acceptable documentation includes:

1) rate development sheets for the carrier's SSSGs.

2) rating guidelines used by the carrier's rating personnel.

The Reconciliation Questionnaire contains some questions pertaining to the rate development of the SSSGs. You should provide any backup documents that will enable us to better understand the answers to these questions.

Attachment V

## Certificate of Accurate Pricing
## For Community Rated Plans

This is to certify that, to the best of my knowledge and belief:

1) The cost or pricing data submitted (or, if not submitted, maintained and identified by the plan as supporting documentation) to the Contracting Officer or the Contracting Officer's representative or designee in support of the 1997 FEHBP rates were developed in accordance with the requirements of 48 CFR Chapter 16 and the FEHBP contract and are accurate, complete, and current as of the date this certificate is executed; and

2) The methodology used to determine the FEHBP rates is consistent with the methodology used to determine the rates for the plan's Similarly Sized Subscriber Groups.

Firm ______________________________

Name ______________________________

Title ______________________________

Signature ______________________________

Date ______________________________

Attachment VI

## Plan Contacts

For information about your reconciliation, we should contact:

Name ______________________________

Phone Number ______________________________

Fax Number ______________________________

E-Mail ______________________________

**OR**

Name ______________________________

Phone Number ______________________________

Fax Number ______________________________

E-Mail ______________________________

## Table of Contents

**OPM Reconciliation Guidelines - 1997**
This document discusses OPM's general policy for the 1997 reconciliation.

**Attachment III**
This is the Reconciliation sheet. OPM uses it to determine the difference between the carrier's estimated 1997 Federal group rates proposed in May 1996 (Line 6) and the actual 1997 Federal group rates (Line 5). **These actual rates should be equivalent to the lowest rates the carrier charged a Similarly Sized Subscriber Group (SSSG).**

**Instructions for Attachment III**
This document gives line-by-line instructions for completing Attachment III.

**Attachment IIIA**
This is the Reconciliation Backup Sheet. Use this sheet to record backup calculations for the rates and loadings on Attachment III. Use additional sheets if necessary.

**Attachment IIIB**
This is the Reconciliation Questionnaire, which you should complete with great care and accuracy. We designed it to enable us to review a carrier's reconciliation quickly and efficiently. If you re-type this questionnaire, please place the questions and answers on only one side of each sheet.

The Reconciliation Questionnaire is divided into five sections:

Section 1 - General Questions
This section asks general questions. **All carriers must complete this section.**

Section 2 - SSSG Questions
This section concerns carriers' Similarly Sized Subscriber Groups (SSSGs). **All carriers must complete this section.**

Section 3 - TCR Questions
This section asks questions about Traditional Community Rating (TCR). **Only carriers using TCR to rate the Federal group must complete this section.**

Section 4 - CRC Questions
This section asks questions about Community Rating by Class (CRC). **Only carriers using CRC to rate the Federal group must complete this section.**

## Table of Contents

Section 5 - ACR Questions
This section asks questions about Adjusted Community Rating. **Only carriers using ACR to rate the Federal group must complete this section.**

**Attachment IV**
This is an instruction sheet for submitting documentation of the community rates for groups renewing on January 1, 1997. **All large carriers must submit this documentation.** We prefer a State insurance department filing. Carriers that do not file rates must submit other documentation to show that the Federal group pays rates based on the carrier's community rates (and/or which are equivalent to the rates for the SSSGs). Please **CIRCLE IN RED all numbers in the documentation that you use in the reconciliation.**

**Attachment V**
This is the Certificate of Accurate Pricing For Community-Rated Carriers. This certifies that your reconciliation information is accurate and that OPM can rely on it to determine what the Federal group's 1997 rates should be. **A contracting official of your carrier must complete and sign this document.**

**Attachment VI**
This requests the names, telephone numbers and fax numbers of two persons we can contact if we have questions about your reconcil-iation.

# FEHBP Letter
## Community-Rated Carriers

U.S. Office of Personnel Management
Office of Insurance Programs

FEHBP Letter No. 97-10 Prepaid letter 10

Date April 2, 1997

SUBJECT: 1998 RATE INSTRUCTIONS
Community Rated Carriers

Dear Carrier:

Enclosed are the documents which, when completed by the carrier and returned to OPM, will constitute the carrier's 1998 rate proposal. You must submit your rate proposal and the completed attachments by June 2, 1997. Please note that the June 2 deadline is required by regulation and extensions cannot be granted.

The document entitled "OPM Community Rating Guidelines - 1998" gives pertinent definitions and an overall view of our community rating policy for 1998.

A small carrier (see guidelines for definition) has three options:

1) It may submit the same detailed documentation we require for large carriers.

2) If its 1997 income from the Federal group will be $500,000 or more, the carrier may submit only Attachments I, IA, IIB, and IIC. Such a carrier **must also complete Attachments II and IIA and keep them on file and available for OPM review.**

3) If its 1997 income from the Federal group will be less than $500,000, the carrier may submit only Attachments I, IIB, and IIC. Such a carrier need not complete or retain Attachments II or IIA.

Large carriers must complete and submit to OPM Attachments II, IIA, IIB and IIC.

Please send one copy of the rate submission to each of the following addresses:

Ms. Lucretia Myers
Assistant Director for Insurance Programs
Office of Personnel Management
P.O. Box 707
Washington, DC 20044

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW., Room 4307
Washington, DC 20415

Proposals submitted by overnight delivery to Ms. Myers should be addressed as follows:

Ms. Lucretia Myers
Assistant Director for Insurance Programs
Office of Personnel Management
1900 E Street, NW., Room 3439
Washington, DC 20415

Please remember that your first quarter enrollment report, Table 1, is due on April 15 at the following address:

Office of Personnel Management
Office of Insurance Programs
(Name and Division of Carrier Contract Representative)
P.O. Box 707
Washington, DC 20044

Please direct your questions about the 1998 rate submission to Phil Haverstick, Sherry Simon, or Jim Quayle at (202) 606-0722.

Sincerely,

Lucretia F. Myers
Assistant Director
for Insurance Programs

Enclosure

## Table of Contents

**OPM Community Rating Guidelines - 1998**
This discusses OPM's rating policy for the 1998 rate year.

**Attachment I**
This is the 1998 rate proposal/questionnaire for small carriers.

**Instructions for Attachment I**
This gives line-by-line instructions to small carriers for completing Attachment I.

**Attachment IA**
This is the Certificate of Accurate Pricing For Small Community Rated Carriers. It is for use only by small carriers whose 1997 income from the Federal group is $500,000 or more. This certifies that the information in the reconciliation documents (Attachments III, IIIA, IIIB, kept on file at the carrier) is accurate and that OPM can rely on it as a basis for determining the Federal group's 1997 rates. A contracting official of your carrier must complete and sign this document. **Note that this document pertains to the carrier's 1997 rates.**

**Attachment II**
The rate proposal sheet. Large carriers and small carriers whose 1997 income from the Federal group is $500,000 or more must complete this form. Only large carriers must submit it to OPM.

**Instructions for Attachment II**
This gives line-by-line instructions (with examples and discussion) for completing Attachment II.

**Attachment IIA**
This is the Community Rate Questionnaire. Large carriers and small carriers whose 1997 income from the Federal group is $500,000 or more must complete it, but only large carriers must submit it to OPM. If you re-type this questionnaire, please be sure that the questions and answers are on only one side of each sheet.

**Attachment IIB**
This requests the names, telephone and fax numbers of two persons we can contact about your rate proposal. All carriers must submit this form to OPM.

**Attachment IIC**
This requests utilization data (based on the carrier's total enrollment) for prescription drug, hospital, and office visit benefits. This report replaces a report previously required by our Office of Financial Control and Management. Therefore, it should not result in an increased reporting burden.

OPM Community Rating Guidelines - 1998

Note that in the 1998 rate instructions, we use the term "carrier" (instead of the previously used "plan") to mean the entity contracting with OPM. This conforms more closely with the definitions in the FEHBP law, which defines "carrier" as the organization that offers a policy or contract (benefits package) and a health benefits "plan" as the policy/contract.

**General Policy For The 1998 Rate Year**

We divide carriers into two groups, "large" and "small." For 1998, we define small carriers as those having less than 1500 FEHBP contracts at the time of the rate proposal. We define large carriers as those having 1500 or more contracts at the time of the rate proposal.

The amount and nature of the back-up documentation we require for small carrier rate proposals differs from the large carrier requirements. Until 1996, small carriers had the option of submitting the SF 1412 (Claim for Exemption from Submission of Certified Cost Pricing Data). We have discontinued the use of the SF 1412, because of the Federal Acquisitions Streamlining Act of 1994.

For the 1998 rate proposal, a small carrier has three options:

1) It may submit the same detailed documentation we require for large carriers.

2) If its 1997 income from the Federal group will be $500,000 or more, the carrier may submit only Attachments I, IA, IIB, and IIC. Such a carrier must also complete Attachments II and IIA and keep them on file and available for OPM review.

3) If its 1997 income from the Federal group will be less than $500,000 the carrier may submit only Attachments I, IIB, and IIC. Such a carrier need not complete or retain Attachments II and IIA.

In what follows, "small carrier" refers to a carrier with under 1500 FEHBP contracts choosing not to submit the detailed documentation we require for large carriers (i.e., a small carrier is one that chooses option 2 or 3 above).

All carriers must derive their Federal group rates according to

OPM community-rating principles. Small carriers with 1997 Federal group income of $500,000 or more must complete Attachment II (Proposed Biweekly Net-To-Carrier Rates For the 1998 Rate Year) and Attachment IIA (Community Rate Questionnaire) but should not send these documents to OPM. Such carriers must keep these documents on file, in accordance with the records retention clause of the contract. The OPM auditors will examine the documents during carrier audits, and the OPM Office of Actuaries may also periodically review the documents.

Small carriers whose 1997 Federal group income is less than $500,000 are not required to complete or retain Attachments II and IIA.

Since small carriers will not submit detailed documentation, the Office of Actuaries will evaluate the proposed rates by using its reasonableness test. Rates failing this test will be further reviewed. For small carriers whose 1997 income is $500,000 or more, the Office of Actuaries may request detailed documentation.

**Special Audits**

OPM's Office of the Inspector General will perform special audits of carrier's 1997 rate reconciliations on a selected basis beginning in May, 1997. Although these audits will focus on the 1997 rate reconciliation, the audit staff may need to analyze rate information for the Federal group and other groups for previous years. Carriers should keep all documentation used to develop the 1997 rate reconciliation readily available for review by the audit staff.

**New Rating Areas**

If you propose a rate for a new area (or a new division of the current area), please submit a letter explaining why you have decided to add this area, and how it relates to your previous service area (for example, is the new area a portion of an existing area that has been split into two or more sections?). Also explain how your current enrollment will be affected by the addition of this new area.

OPM Community Rating Guidelines - 1998

## Similarly Sized Subscriber Groups (SSSGs)

We began using the concept of "Similarly Sized Subscriber Groups" (SSSGs) in the 1991 rate year. The purpose of the SSSG concept is to ensure that the Federal group receives an equitable and reasonable rate.

48CFR 1602.170-11 defines SSSGs as follows:

> Similarly sized subscriber groups (SSSGs) are a comprehensive medical plan's two employer groups that:
>
> (a) As of the date specified by OPM in the rate instructions, have a subscriber enrollment closest to the FEHBP subscriber enrollment; and
>
> (b) Use any rating method other than retrospective experience rating; and
>
> (c) Meet the criteria specified in the rate instructions issued by OPM.

For the 1998 rate year the specific guidelines for SSSGs are as follows:

1) All group enrollments (the Federal group and the SSSG enrollments) should be the latest 1998 enrollment available to the carrier (but no later than March 31,1998).

2) The contract renewal date for 1998 SSSGs should be between July 2, 1997 and July 1, 1998. **Note: You should interpret "renewal date" to mean the date on which a rate change (if any) is effective for the SSSG.**

3) Every group with which the carrier does business is a potential SSSG (including separate lines of business, government entities and groups having point-of-service options). The only exceptions (and the following groups must be excluded) are:

a) Groups the carrier rates by the method of retrospective experience rating.

b) Groups consisting of the carrier's own employees.

c) Medicaid groups, Medicare groups, and groups that have only a stand-alone benefit (such as dental only).

d) A purchasing alliance whose rate-setting is mandated by the state or local government.

A carrier having multiple rating areas covered under the same contract with OPM must exercise special care when selecting SSSGs. When selecting the two SSSGs for the Federal group in a particular region, the carrier must consider all groups with which it does business **(regardless of the regions the groups are in)**. In other words, **the two SSSGs need not be located in the same region as the Federal group. This policy does not apply in cases where the multiple rating areas are in different states if the carrier can demonstrate that the rates in the different states are totally independent.**

We do not request SSSG information now. Rather, we will ask for it in 1998 when we send you the rate reconciliation instructions.

The Federal group rates must be equivalent to the lower of the two SSSG rates, reflecting any market advantage given to an SSSG.

We normally expect the carrier to use the same rating method for the Federal group as it uses for the SSSGs. There are situations in which it would be acceptable for the rating methods to be different. **If, however, the carrier rates an SSSG using a method not in accord with the carrier-established policies, the Federal group is entitled to any rate reduction produced by applying the SSSG rating method to the Federal group.**

At times, OPM may examine the rates of non-SSSG groups. The purpose of such analysis is to verify the equivalence of the Federal group and SSSG rates. For example, if an SSSG had a special benefit (e.g., dental benefit) not included in the Federal group benefit package, OPM would compare what the carrier charged the SSSG with what it charged other groups for the

benefit. The purpose would be to verify that the SSSG received no discount.

Carriers need not be concerned that an OPM review of a non-SSSG commercial group makes it a potential SSSG.

Since your carrier is community rated, the rates for most groups not using Adjusted Community Rating (ACR) are probably based on an underlying "community rate." Carriers using ACR normally base a group's rates on the underlying experience for that group. Regardless of which community rating method the carrier uses (TCR,CRC or ACR), OPM now focuses on the rating method used for the two SSSGs to determine if a carrier has appropriately derived the Federal group rates.

**State Taxes**

5 U.S.C. 8909(f)(1) prohibits the imposition of taxes, fees, or other monetary payment, directly or indirectly, on FEHBP premiums by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority of those entities. If your Attachment II, Line 1 rates include an amount to recover such monies from the FEHBP, you should make an adjustment for this amount in the form of a negative special benefit loading in the Special Benefit Loadings section of Attachment II.

**Special Loading For Enrollment Discrepancies**

As the result of recent negotiations between OPM and representatives of community-rated carriers, we have amended the Standard Contract for Federal Employees Health Benefits. The contract now provides for a special premium loading of 1% to account for unresolved enrollment discrepancies.

You should place this loading on Line 4e of Attachment II.

# OPM Community Rating Guidelines - 1998

## Community Rating Policy

We accept three standard methods of community rating:

1) Traditional Community Rating (TCR)

2) Community Rating By Class (CRC)

3) Adjusted Community Rating (ACR)

We expect carriers using TCR or CRC for 1998 to develop rates from a community-based revenue requirement (normally in the form of a capitation rate) which is documented and verifiable. Once you establish the capitation rate, you may convert it to self and family rates using standard procedures.

A carrier using ACR may use a method based on utilization data or it may use a prospective method based on actual Federal claims data.

We ask you in the Community Rate Questionnaire to provide the criteria you use to determine your rating method for the Federal group.

### CRC Rating

A carrier using CRC for the Federal group must provide a standard presentation of its rating method. The document "Instructions For Attachment II" includes details of this standard format and an example illustrating it. If a carrier using CRC cannot comply with OPM's standard format, it must submit its rate manual and/or other official documents that demonstrate the actuarial soundness of the carrier's CRC method.

We have always accepted age and sex as legitimate factors for CRC. You must support any other proposed factor with carrier documentation showing that the factor predicts utilization. We explain our policy for industry factors in the document entitled "Instructions for Attachment II".

**A large carrier using CRC must furnish a table showing the age-sex distribution on which it based the Federal group's CRC adjustment factor.** You must clearly show how you used this table to derive the adjustment factor.

Carriers using TCR or CRC and demographic factors (such as family size) based on group-specific data must also use group-specific data for the SSSGs. You must base all demographic factors on actual in-force group data.

ACR Rating

The following rules apply for carriers using ACR for the Federal group:

1) The carrier must have a documented ACR method established and implemented by 1998.

2) The carrier must use ACR for at least one of its SSSGs.

3) The carrier may use a prospective method based on actual Federal claims data, or a method based on utilization data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e., claims, utilization etc.)**

If you use ACR, you must completely and clearly explain your method. We may ask for additional documentation from carriers using ACR, including the carrier's rating manual.

Attachment I

CARRIER NAME: ________________ STATE: ______________ CODE: ______

1998 RATE PROPOSAL - SMALL CARRIERS
(Use BIWEEKLY Rates)

Q1. What type(s) of community rating do you propose to use for the Federal group in 1998?

[ ] TCR (Traditional Community Rating)

[ ] CRC (Community Rating By Class)

[ ] ACR (Adjusted Community Rating)

Q2. What are your carrier's 1998 proposed Federal group rates? For small carriers whose 1997 Federal group income is greater than or equal to $500,000, these rates are on Line 5, Attachment II.

Line A Self __________ Family __________

Q3. What adjustments have you made to the proposed 1998 rates as the result of the reconciliation of the 1997 rates? Note that if the actual 1997 rates turned out to be higher than the rates estimated in the 1997 proposal, you should increase the 1998 rates to recover the loss. Likewise, if the actual rates were overestimated, you should decrease the 1998 rates to return the gain to OPM.

Line B Self __________ Family __________

Q4. What are the proposed 1998 Federal group rates (after adjustments)? (Line A ± Line B)

Line C Self __________ Family __________

---

OPM will complete the section below if it is necessary to reduce the proposed rates in order to draw down the contingency reserve.

Amount of excess contingency reserve: __________________

Rate reduction necessary to generate a contingency reserve payment approximately equal to the excess.

Line D Self __________ Family __________

1998 FEHBP Rates

Line E Self __________ Family __________

## Instructions for Attachment I

**Q1.**
This question asks you to indicate which method of community rating the carrier uses. Small carriers may use any of the following methods: Traditional Community Rating (TCR), Community Rating By Class (CRC), or Adjusted Community Rating (ACR).

We do not require small carriers to submit detailed documentation of the rate development. But please keep in mind that if your 1997 income from the Federal group is greater than or equal to $500,000, you must complete Attachments II and IIA before submitting the rate filing and keep them on file at the carrier. The OPM audit staff will examine the documents during periodic audits of the carrier. The Office of Actuaries may also periodically review the documents.

**Q2.**
This question asks for the rates that appear on Line 5 of Attachment II. These rates are the rates before any adjustments have been made as the result of the 1997 reconciliation.

**Q3.**
If OPM owes the carrier money because of the 1997 reconciliation, OPM will pay that money through an increase in the carrier's 1998 rates. Compute the appropriate increase, based on the results of the reconciliation.

In the case where a small carrier owes OPM because of the reconciliation, the carrier's rates will be decreased by an appropriate amount.

The rate adjustments obtained by the carrier should be placed on Line B.

**Q4.**
If the amounts on Line B are rate increases, then Line C = Line A + Line B. If the amounts on Line B are rate decreases, then Line C = Line A - Line B.

OPM completes the section below Line C based on negotiations between the carrier and Office of Actuaries. When we determine that sufficient excess has built up in the contingency reserve, we will propose a reduction to the carrier's rates in order to generate a contingency reserve payment.

## Attachment IA

## Certificate of Accurate Pricing For Community Rated Carriers

This is to certify that, to the best of my knowledge and belief:

1) The cost or pricing data submitted (or, if not submitted, maintained and identified by the carrier as supporting documentation) to the Contracting Officer or the Contracting Officer's representative or designee in support of the 1997 FEHBP rates were developed in accordance with the requirements of 48 CFR Chapter 16 and the FEHBP contract and are accurate, complete, and current as of the date this certificate is executed; and

2) The methodology used to determine the FEHBP rates is consistent with the methodology used to determine the rates for the carrier's Similarly Sized Subscriber Groups.

Firm ________________________________________

Name ________________________________________

Title ________________________________________

Signature ____________________________________

Date ________________________________________

ATTACHMENT II

PROPOSED BIWEEKLY NET-TO-CARRIER RATES
FOR THE 1998 RATE YEAR

Carrier NAME: ______________ STATE: ______________ CODE: __________

| | SELF | FAMILY |
|---|---|---|
| 1. Proposed Unadjusted Federal Group Rates for January 1, 1998<br>[ ] Estimate [ ] Actual | ______ | ______ |
| 2. Special Benefit Loadings | | |
| (a) | ______ | ______ |
| (b) | ______ | ______ |
| (c) | ______ | ______ |
| 3. Federal Group Rates Plus Special Loadings [(1) + (2)] | ______ | ______ |
| 4. Standard Loadings | | |
| (a) Extension of Coverage Loading Loading [.004 x (3)] | ______ | ______ |
| (b) Medicare Loading | ______ | ______ |
| (c) Children's Loading | ______ | ______ |
| 4d. Subtotal [(3) + (4a) + (4b) + (4c)] | ______ | ______ |
| 4e. Enrollment Discrepancies Loading [.01 x (4d)] | ______ | ______ |
| 5. Proposed Federal Group Rates For 1998 [(4d) + (4e)] | ______ | ______ |

## Instructions for Attachment II

1. Proposed Unadjusted FEHBP Rates in Effect for January 1, 1998

This should be the carrier's best possible estimate of the 1998 FEHBP biweekly self and family rates. These rates must be based on the carrier's community rate(s) or on an OPM approved ACR methodology. You must indicate in detail how you arrived at the Line 1 rates. We provide work spaces for this in Attachment IIA, the Community Rated Questionnaire.

Carriers may use "traditional community rating" (TCR), "community rating by class" (CRC), or "adjusted community rating" (ACR), which allows the carrier to base its rate for a group on the projected revenue of that group.

### Traditional Community Rating

If you use TCR for the Federal group, the starting point is normally a capitation (per member/per month) rate. This capitation is then converted to a self rate and a family rate. The conversion process may involve group specific demographic adjustment factors. The carrier must provide the details of this conversion process.

We allow variations in the process just described that are consistent with OPM principles of community rating. For example, a carrier might choose to use a standard set of two-tiered rates for all its groups.

### Community Rating By Class

If you use CRC for the Federal Group, we require a standard presentation of the rating method. The presentation assumes that the carrier begins with an overall per member/per month rate (capitation). As in the case of TCR, we accept minor variations that are consistent with OPM principles of community rating.

## Instructions for Attachment II

Our policy on industry factors is as follows:

1) The industry factor used for the Federal group in the rate proposal must be no larger than 1.0. The proposed factor may change in the reconciliation, but in no case can it be larger than 1.0.

2) We will examine the industry factors used for the SSSGs. We require that the Federal group industry factor be no larger than 1.0 and no larger than the lowest industry factor used for an SSSG.

If a carrier uses CRC, we require a method which is essentially as follows:

1. Derive a CRC adjustment factor (AF), which is used to adjust the capitation rate. Normally, you should base this adjustment factor on the age-sex distribution of the Federal group, although we do allow certain variations of this concept.

2. Determine the adjusted capitation rate for the Federal group (AF x capitation).

3. Convert the adjusted capitation rate to self and family rates using the same method that would be used under TCR.

Example:

| Class | Percentage Distribution of Members | Relative Utilization Factors |
|---|---|---|
| 1 | .10 | .40 |
| 2 | .20 | .80 |
| 3 | .45 | 1.20 |
| 4 | .25 | 1.60 |

AF = (.10 x .40)+(.20 x .80)+(.45 x 1.20)+(.25 x 1.60) = 1.14

Capitation = \$60.00 pm/pm
Adjusted Capitation = \$60.00 x 1.14 = \$68.40

1st Level Step-Up Factor = 1.2
2nd Level Step-Up Factor = 2.9

Self Rate = \$68.40 x 1.2 = \$ 82.08
Family Rate = \$82.08 x 2.9 = \$238.03

## Instructions for Attachment II

### Adjusted Community Rating

A carrier using ACR for the Federal Group, may use a method based on utilization data or a prospective method based on actual Federal claims data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e claims, utilization etc.)** You should save backup tapes of your claims database for audit purposes.

The rules that apply for a claims-based ACR method are:

1) The experience period (and the claims used within that period) may not change in the reconciliation. It must be the same period (and the same claims) you used in the proposal.

2) The completion factors you used to convert paid claims to incurred claims must be the same for all groups for which you used a claims-based ACR method.

3) Any method used to convert paid claims to incurred claims should be consistent for all groups you rated by a claims-based ACR method.

4) If claims include special benefit claims, you should take no special benefit loadings (either in the proposal or reconciliation). Note that the claims should reflect extension of coverage, which means that you should not take this loading.

5) If claims include those of annuitants age 65 and over, you must reduce claims by an amount equal to Medicare income from HCFA <u>or</u> we must receive a credit for monies received from HCFA. See questions Q22 and Q23.

6) Loadings for administrative expenses must be either:

   a) a flat community rated pm/pm amount or

   b) a standard percentage of claims.

7) Any trend factor used for the Federal group must be the same as the trend factor the carrier used for other groups (that is, you may not base a trend factor for the Federal group on the Federal group's experience).

## Instructions for Attachment II

A carrier using ACR for the Federal group may also use a method based on utilization data.

WHETHER A CARRIER USES A SOPHISTICATED METHOD OF ACR USING FEDERAL CLAIMS DATA, OR A LESS COMPLEX METHOD THAT USES UTILIZATION DATA, WE EXPECT A CLEAR AND COMPLETE EXPLANATION OF YOUR METHOD. YOU SHOULD PRESENT THIS EXPLANATION AS YOUR RESPONSE TO VARIOUS QUESTIONS IN ATTACHMENT IIA.

**********************

A carrier using TCR or CRC should normally base the Line 1 rates on its estimated capitation rate (or equivalent) for 1998. At a later date, after you determine the actual January 1, 1998, capitation rate, a rate reconciliation will be performed.

Note that if a carrier uses an ACR method based on Federal claims data, its reconciliation will differ very little from the proposal. **The only elements of the reconciliation that might differ from the proposal are:**

(i) **Trend Factor.** If you use an estimated trend factor in the 1998 proposal and later change it (before January 1, 1998) for **all** groups for which you use a claims-based ACR method, you must use the revised factor in the 1998 reconciliation.

(ii) **Administration Cost Factor.** If you use an estimated administration cost factor in the 1998 proposal and later change it (before January 1, 1998) for **all** groups for which you use a claims-based ACR method, you must use the revised factor in the 1998 reconciliation.

**Note that both the trend factor and the administration cost factor must be consistent with the lowest such factors used for an SSSG.**

### 2. Special Benefit Loadings

These loadings are for differences between Federal group's benefit package and the carrier's community benefits package. You must provide all backup calculations for the costs that appear on lines 2(a) through 2(c). You should clearly indicate all utilization and cost assumptions. If the benefit is a rider that you sell to other groups, there should be a uniform price (i.e., a capitation rate, or standard set of two-tiered community rates) for the benefit. Indicate clearly in your backup

## Instructions for Attachment II

calculations the adjustments (if any) you have made to the uniform rate to arrive at the Federal rates shown on lines 2(a) through 2(c).

You should offset through negative loadings any benefits not provided to the Federal group which are part of the basic package. You should enter a cost of $0.00 for benefit differences with no cost.

### 3. FEHBP Rates Plus Special Loadings

The sum of all previous lines should appear here.

****************

We describe below methods of loading for standard additional benefits. You must clearly show all backup calculations.

### 4. Standard Loadings

#### 4(a) Extension of Coverage Loading

Each carrier in the FEHBP must provide the following coverage without charge to the enrollee or employing agency:

1. Employees terminated from employment have 31 days additional coverage.

2. Employees or dependents confined in a hospital on the 31st day after termination have coverage continued until discharge, up to a maximum of 91 days after termination.

These coverage requirements apply whether or not the enrollee later converts his or her group coverage to an individual contract with the carrier.

We recommend a loading of .4 percent of the proposed rate for this benefit. Unless you have specific experience to justify another figure, or the community rate includes the coverage, you should use .4 percent of line 3.

## Instructions for Attachment II

### 4(b) Medicare Loading

Federal annuitants who retired after January 1, 1984, are entitled to coverage under Part A and Part B of Medicare when they reach age 65. In addition, the majority of retirees over age 65 who retired before 1984 are covered under Medicare as a result of employment in the private sector.

Medicare is the primary payer in the case of those non-working carrier members who are covered under Medicare. **The carrier has a contractual obligation to obtain reimbursement from the Health Care Financing Administration for such Medicare eligible enrollees.**

In most cases, annuitants and their covered spouses age 65 and over who are covered by Part A and/or Part B of Medicare generate more income for the carrier than would normally be necessary to cover such individuals. The carrier receives the Federal group premium, plus reimbursement from HCFA. On the other hand, Federal annuitants and covered spouses age 65 and over who are not covered under Medicare generate less income than would be necessary to cover a person in the "over 65" age category.

Therefore, the carrier is either underpaid or overpaid for Federal annuitants and their covered spouses age 65 and over. The purpose of the Medicare loading is to reflect this underpayment or overpayment.

You must document the Medicare status of Federal annuitants and their covered spouses age 65 and over, and compute a Medicare loading.

You should derive this loading by first determining the total yearly amount the carrier is overpaid or underpaid for the Federal annuitants and covered spouses. Then, convert this amount to equivalent self and family rate loadings.

You should clearly explain your method, and provide backup calculations. Q48, ATTACHMENT IIA ASKS FOR A GENERAL EXPLANATION OF YOUR MEDICARE LOADING METHOD. BE SURE NOT TO SKIP THIS QUESTION.

## Instructions for Attachment II

Below is an example of the sort of method we suggest. If, however, you use another method for other groups that is reasonable and well documented, you should also use it for the Federal group.

| Medicare Coverage | Distribution of Federal Annuitants and Covered Spouses* | Cost of Benefits | Average HCFA Payment | FEHBP Payment** | Gain/(Loss) to Carrier |
|---|---|---|---|---|---|
| A + B | 100 | $120 | $100 | $50 | $30 |
| A | 65 | 120 | 60 | 50 | (10) |
| B | 10 | 120 | 40 | 50 | (30) |
| None | 50 | 120 | 0 | 50 | (70) |

(1) Revenue Loss: (65 x $10) + (10 x $30) + (50 x $70) = $4,450
(2) Revenue Gain: 100 x $30 = $3,000
(3) Net Loss = $4,450 - $3,000 = $1,450

* From Question 42, Attachment IIA
** If you use this method, the FEHBP payment should be the single rate

This positive loading of $1,450 could be spread over the self and family contracts in any reasonable manner. Note that whether the loading comes out negative or positive depends on the distribution of Federal enrollees by Medicare status.

If you use CRC or ACR to compute your rates, you must make sure that you have considered the effect of COB (coordination of benefits) income the carrier received from HCFA. You should pay particular attention to Q15, Q16, Q22 and Q23 of the questionnaire.

**Note:**

1) **A carrier using a claims-based ACR method will normally not have a Medicare loading.**

2) **A carrier claiming a Medicare loading must have appropriate documentation to justify the distribution of its Medicare population submitted in Q42**

## Instructions for Attachment II

**Important:** Each year, OPM now sends each carrier a list of Federal group enrollees identified as Medicare enrollees through the annual OPM/Social Security Administration Matching Study. **You should not use this report without further analysis to determine the carrier's distribution of Federal Medicare enrollees (Q42), because the "unknown" category contains many different types of Medicare enrollees, including people under age 65.**

4(c) Children's Loading

All carriers in the Federal Employees Health Benefits Program must cover unmarried dependent children until their 22nd birthdays (through age 21). If the carrier has a different age limit for children's coverage, a loading to the Federal family rate may be appropriate. You should use such a loading if the carrier's normal practice is to load rates for other groups in the community whose age limit for children's coverage differs from the carrier's. If, however, you use a capitation and group-specific family size in calculating group rates and include overage dependent children (i.e., children over the age limit for all dependents) in calculating average family size for the Federal group, you may not take this loading.

If you have an established method that you use to determine a children's loading for your other groups, you must use this method for the Federal group. You must document the method unless you base the loading on an approved rider, in which case we require evidence of insurance department approval. If you don't have an established method, you should use the OPM suggested method, unless you can fully document the reasonableness of an alternative method.

The following explains the reasoning behind the "OPM Suggested Method."

Assume the carrier covers children through age 18. Then, to meet FEHBP standards, the carrier must extend for 3 years for unmarried children. If we denote the family rate by F and the single rate by S, then we can consider C = F - (2 x S) to be the children's rate. Based on OPM studies, we assume that 55 percent of children age 19 through 21 are unmarried. Since C covers the children for 19 years and we must extend coverage for 3 years for 55 percent of the children, the loading is (3/19) x C x .55.

Some carrier's basic community rates cover full-time students beyond the age limit for other dependent children. In this case, the loading is (3/19) x C x .20, since OPM studies show that 20 percent of children age 19 through 21 are unmarried and not

## Instructions for Attachment II

full-time students. Therefore, OPM's suggested method to compute the children's loading is as follows:

(A) Line 3 (Attachment II) Family Rate = ____________

(B) Line 3 (Attachment II) Single Rate = ____________

(C) (A) - (2 x (B)) = Children's Rate = ____________

(D) Children are insured up <u>to</u> what age = ____________

(E) Extend Children's Coverage for 22 - (D) Years= ____________

(F) Loading if Carrier's Community Rate Covers Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .20 = ____________

(G) Loading if Carrier's Community Rate Does Not Cover Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .55 = ____________

**Note: A carrier using a claims-based ACR method, will normally not have a children's loading.**

**4d. <u>Subtotal</u>**

Add lines 3, 4(a), 4(b), and 4(c)

**4e. <u>Enrollment Discrepancies Loading</u>**

This is a special 1% load to the rates which compensates the carrier for possible enrollment discrepancies.

**5. <u>Total = Proposed FEHBP Rates for 1998</u>**

The sum of lines 4(d) and 4(e).

Attachment IIA

COMMUNITY RATE QUESTIONNAIRE

Q1. Does the carrier use "graded" rates (i.e. adjust the community rates periodically throughout the year)?

[ ] YES

[ ] NO

If No, what method do you use to insure that no group bears a disproportionate share of the carrier's yearly revenue requirement?

Q2. With regard to dependent coverage:

a. Your basic community rate includes coverage for all unmarried dependents up to what age? (An answer of age 19 would mean that coverage ceases on the 19th birthday) ________

b. Is there a separate limiting age for coverage of full-time students?

[ ] YES What is it? __________

[ ] NO

c. If a group requires dependent coverage to an age different from your normal limiting age, do you adjust that group's rate to allow for this difference?

[ ] YES

[ ] NO

## Attachment IIA

Q3. What type(s) of community rating do you propose to use for the Federal Group in 1998?

[ ] Traditional Community Rating (TCR)

a. [ ] Standard (Book) Rating

b. [ ] Variable (Group Specific) Rating

[ ] Community Rating By Class (CRC) **Go To Q7**

[ ] Adjusted Community Rating (ACR) **Go To Q19**

*************************

Questions 4 through 6 pertain to carriers which use traditional community rating (TCR) for the Federal Group.

*************************

Q4. Do you use a standard set of tiered rates applicable to all groups with a tiered rate structure?

[ ] YES

[ ] NO

If Yes, what are they?

Self ___________ Family ___________

Self ___________ Couple ___________ Family ___________

**Attachment IIA**

Q5. Do you begin your rate development with a capitation rate, and then convert it to the self and family rates?

[ ] YES

[ ] NO

If Yes, what is the capitation rate?

Capitation Rate = ____________

Note that you may check both Q4 and Q5 "Yes" if you use a standard set of tiered rates which are derived from a capitation rate.

**Attachment IIA**

Q6. Do you use "step-up" factors to convert the capitation rate to the self and family rates?

[ ] YES If Yes, **Go To Q33**

[ ] NO If No, explain, then **Go To Q34**

*************************

Questions 7 through 18 pertain to carriers that use community rating by class (CRC) for the Federal group.

*************************

7. Give a simple narrative explanation of how you derived your rates. **DO NOT SKIP THIS QUESTION AND DO NOT REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.**

Q8. Do you use CRC for all your groups?

[ ] YES

[ ] NO

If No, what is your criteria for using CRC?

## Attachment IIA

Q9. What CRC factors do you use?

[ ] Age

[ ] Sex

[ ] Other __________, __________, __________,

Q10. What capitation rate do you begin with?

Capitation Rate = __________

Q11. What is the adjustment factor you use to adjust the capitation?

Adjustment Factor = __________

What is your adjusted capitation rate?

Adjusted Capitation Rate = __________

Explain how you derived the CRC adjustment factor. **In particular, on what population data are the CRC utilization factors based? How often do you update the data on which the CRC utilization factors are based?**

# Attachment IIA

Q12. Show how you derive the adjusted capitation rate.
<u>DO NOT SKIP THIS QUESTION. WHAT WE WANT IS A SIMPLE NARRATIVE EXPLANATION OF HOW YOU ADJUST THE CAPITATION RATE. IF THERE ARE OTHER SHEETS WITH DETAILED CALCULATIONS, TELL US HERE IN SIMPLE LANGUAGE WHAT IS DONE ON THOSE SHEETS.</u>

## Attachment IIA

Q13. Have you enclosed any worksheets (i.e. sheets showing age/sex distribution and relative utilization factors) that you used to derive the CRC adjustment factors? **Please note that you must have documented support for the CRC age/sex factors.**

[ ] YES

[ ] NO

[ ] NA

If No or NA, explain.

Q14. Do you use "step-up" factors to convert the adjusted capitation rate to the self and family rates?

[ ] YES

[ ] NO

If No, explain

**Attachment IIA**

*************************
In the case of carriers that use a combination of CRC and ACR, Questions 15 and 16 apply only to the portion of your rates derived by CRC. If your method is essentially ACR, and you use CRC only to develop an ACR factor, you should follow the instructions in Q22 and Q23 and **Go To Q17.**
*************************

Q15. Does your age/sex distribution sheet include an age band that includes annuitants age 65 and above?

[ ] YES

[ ] NO

If No, you should use a standard Medicare loading.

Q16. If you answered Yes to Q15, does the relative utilization factor associated with that age band include reimbursement for HCFA COB payments?

[ ] YES

[ ] NO

[ ] NA

If Yes, there should be no Medicare loading.

If Yes, explain how you make sure the payments received from HCFA on behalf of FEHBP enrollees are fully credited to the Federal group and not spread among all groups.

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i. e. responsible for most of the claim payments).

**Attachment IIA**

Q17. If you use industry factors as part of your CRC method, do you anticipate that either of your SSSG's will have an industry factor less than 1.0?

[ ] YES

[ ] NO

Q18. If you answered Q17 Yes, did you apply to the Federal group rates the lowest industry factor anticipated for an SSSG?

[ ] YES

[ ] NO

If No, explain. The Federal group should receive the lowest industry factor less than 1.0 given to an SSSG.

*************************

If you do not use ACR in any part of your rate development, **Go To Q33**

**************************

# Attachment IIA

*************************
Questions 19 through 31 pertain to carriers that use adjusted community rating (ACR) for the Federal group.
*************************

Q19. Do you use ACR for all your groups?

[ ] YES

[ ] NO

If No, what is your criteria for using ACR?

Q20. What method of ACR do you use to rate the Federal group in 1998?

[ ] A Method Based On Utilization Factors.

[ ] A Method Based On Actual Federal Claims Data.

[ ] Other

**Note: You should have on file any claims/utilization data supporting the rates for the Federal group.**

Q21. If your answer was "Other" for Q20, give a simple, but comprehensive explanation of how you developed your rates. Use extra sheets if necessary.

## Attachment IIA

Q22. Are age 65 or above retirees included in the claims or utilization data used to determine the ACR factor or rates?

[ ] YES

[ ] NO

If No, you should include a standard Medicare loading.

Q23. If you answered yes to Q22, are HCFA reimbursements included in the Federal group's experience?

[ ] YES

[ ] NO

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i.e. responsible for most of the claim payments.
If Yes, there should be no Medicare loading.

Q24. Did you reduce claims used in the rate development by COB income that the carrier received from other insurance carriers (excluding HCFA)?

[ ] YES

[ ] NO

If No, you should give us a credit for any monies received from other insurance carriers.

## Attachment IIA

*************************

Questions 25 through 31 are for carriers that answered Q20 by checking "A Method Based On Actual Federal Claims Data". If you use ACR and checked "A Method Based On Utilization Factors", **Go To Q32.**

*************************

Q25. If you used an ACR method using Federal claims data to compute rates, clearly explain this method. **DO NOT SKIP THIS QUESTION, AND DO NOT REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.**

**Attachment IIA**

Q26. Do you use completion factors to derive incurred claims?

[ ] YES

[ ] NO

Q27. If you answered Yes to Q26, you should use the same set of completion factors for all your groups. Do you?

[ ] YES

[ ] NO

[ ] NA

If No, explain.

Q28. Explain how you compute the administrative charge.
**DO NOT SKIP THIS QUESTION**

## Attachment IIA

Q29. Did the claims used in the rate development reflect special benefits?

[ ] YES

[ ] NO

Q30. Do you derive an adjusted capitation rate by using an ACR factor that was derived from actual claims data?

[ ] YES

[ ] NO

If Yes, what is the adjusted capitation rate?

Adjusted Capitation Rate = ____________

Q31. Do you use step-up factors to convert an adjusted capitation rate to the self and family rates?

[ ] YES

[ ] NO

If Yes, **Go To Q33**

If No, **Go To Q34**

## Attachment IIA

*************************

Question 32 is for carriers that answered Q20 by saying they use "A Method Based On Utilization Data".

*************************

Q32. Give a detailed explanation of how you derive the rates on Line 1 of Attachment II. <u>**DO NOT SKIP THIS QUESTION OR REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.**</u>

**Attachment IIA**

Q33. a. If you use step-up factors, what are they? Specifically, what step-up factor do you use to convert the capitation rate (or the adjusted capitation rate) to the self rate? What step-up factor do you use to convert the self rate to the family rate?

Self/Capitation = ____ Family/Capitation = ____

b. How do you derive the above step-up factors? Explain briefly (we prefer a numerical formula for each factor as the explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

c. Are these step-up factors group-specific (i.e., derived using the demographics of the Federal group)? Or, are the step-up factors based on overall population demographics?

[ ] Group Specific

[ ] Based on Overall Carrier Population Demographics

d. If you use group-specific factors, do you use them for all groups?

[ ] YES

[ ] NO

If No, what is your criteria for using group-specific factors?

## Attachment IIA

Q34. a. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1998 Federal group rates (including development of step-up factors), what are they?

% Self Contracts ________

% Family Contracts ________

Family Size ________

Other:

b. What is the "as of" date of the above enrollment? ________

c. If you use group-specific family size in developing the Federal group rates, were overage dependent children (i.e., children older than the age limit for all unmarried dependents given in Q2a) included in determining the group's family size?

[ ] YES

[ ] NO

**Attachment IIA**

Q35. What is the source of your demographic information? Is the same source used for all groups? If not, where do you get the demographic information for other groups?

Q36. If you do not use step-up factors to convert a capitation rate to the self and family rates, explain in detail what you do.

**Attachment IIA**

Q37. Are the special benefits listed in line 2, Attachment II of the 1998 proposal different from those that you offered in 1997?

[ ] YES

[ ] NO

If Yes, explain.

Q38. With regard to the special benefits shown in line 2, Attachment II: Are any of them a rider offered to other groups?

[ ] YES

[ ] NO

If Yes, indicate which special benefits are riders.

Q39. With regard to Federal qualification:

a. Is the carrier Federally qualified?

[ ] YES

[ ] NO

b. If No, has the carrier applied for Federal qualification?

[ ] YES

[ ] NO

**Attachment IIA**

Q40. The FEHBP requires coordination of benefits (COB) with HCFA for Federal annuitants and their covered spouses who are entitled to Medicare.

a. Do you have a risk or cost contract with HCFA?

[ ] YES [ ] Risk Contract [ ] Cost Contract

[ ] NO

b. Are any Federal group enrollees in the carrier covered under the carrier's risk or cost contract?

[ ] YES

[ ] NO

[ ] NA

c. If you answered Yes to Q40b, explain how the arrangement with HCFA works.

## Attachment IIA

Q41. How do you coordinate benefits for those Federal Medicare annuitants and Medicare dependent spouses who are not covered under a risk or cost contract?

Q42. Show the number of Federal annuitants and their covered spouses in the carrier age 65 and older using the following categories:

Medicare Part A and Part B ___________

Medicare Part A Only ___________

Medicare Part B Only ___________

Neither Part A nor Part B ___________

Cannot Determine ___________

Note: The sum of the numbers in the 5 blanks above should be the total number of Federal annuitants and their covered spouses in the carrier age 65 and older.

**Attachment IIA**

Q43. Do your Line 1 rates reflect any tax, fee or monetary payment imposed on the carrier by a state or local government?

[ ] YES

[ ] NO

If Yes, have you included a negative loading in the Special Benefits section of the proposal?

[ ] YES

[ ] NO

If No, does your carrier do business in Arkansas, Arizona, Connecticut, D.C., Florida, Illinois, Kansas, Louisiana, Maine, Maryland, Minnesota, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Oregon, Texas, Virginia, Washington or Wisconsin?

[ ] YES

[ ] NO

If Yes, explain why you included no negative loading.

**Attachment IIA**

Q44. If you use different rating methods (i.e. TCR,CRC,ACR) for different groups, describe your criteria for the use of each method.

Q45. How do you rate your state and local government groups?

**Attachment IIA**

Q46. BACKUP CALCULATIONS - Attachment II, Line 1 Rates

a) If you use Traditional Community Rating (TCR), show how you derive the rates on Line 1, Attachment II of the proposal. If they are two-tiered rates that you use for all groups, and will be backed by an insurance department filing, state this. If you derived the rates by converting a capitation into self and family rates, show the calculations.

If you use Community Rating By Class (CRC) or Adjusted Community Rating (ACR) show any details of the derivation of the Line 1, Attachment II rates that were not given in the previous parts of this questionnaire. **DO NOT SKIP THIS QUESTION. WHAT WE WANT HERE IS A SIMPLE NARRATIVE EXPLANATION (BACKED UP BY CALCULATIONS) OF HOW YOU DERIVED THE LINE 1 RATES. IF THERE ARE OTHER SHEETS WITH DETAILED CALCULATIONS, TELL US HERE IN SIMPLE LANGUAGE WHAT IS DONE ON THOSE SHEETS. MAKE CERTAIN THAT THE EXPLANATION IN THIS SECTION MAKES IT CLEAR TO US WHERE THE RATES ON LINE 1 COME FROM.**

## Attachment IIA

Q47. BACKUP CALCULATIONS - Attachment II, Line 2 Rates - Special Benefit Loadings

Show specifically how you derived each of the special benefit loadings. Be sure to include all utilization assumptions. DO NOT SKIP THIS QUESTION.

Q48. BACKUP CALCULATIONS - Medicare Loading

If you have Medicare Loadings on line 4b, Attachment II, explain how you derived these loadings. Include calculations. Clearly indicate how medicare risk or cost payments (if any) are accounted for.

## Attachment IIA

Q49. BACKUP CALCULATIONS - Children's Loading

If you use a children's loading, show how you derived it. The OPM suggested method is shown below. If, however, you use what you believe to be a more reasonable or accurate method for your other groups, then you must use it for the Federal group. Fill in the appropriate spaces below if you use the OPM method to obtain the children's loading. If you use another method, provide details below.

OPM Suggested Method

(A) Line 3 (Attachment II) Family Rate = ____________

(B) Line 3 (Attachment II) Single Rate = ____________

(C) (A) - (2 x (B)) = Children's Rate = ____________

(D) Children are insured up <u>to</u> what age = ____________

(E) Extend Children's Coverage for 22 - (D) Years = ____________

(F) Loading if Carrier's Community Rate Covers Full-Time Students: = ____________

$$\frac{(E)}{(D)} \times (C) \times .20$$

(G) Loading if Carrier's Community Rate Does Not Cover Full-Time Students: = ____________

$$\frac{(E)}{(D)} \times (C) \times .55$$

**Attachment IIB**

**Carrier Contacts**

For information about your rate submission, we should contact:

Name ______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

**OR**

Name ______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

Our counterproposal letter should be addressed to:

Name ______________________________

Address ______________________________

______________________________

______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

Attachment IIC

**Utilization Data**

| Type of Service | Annual Utilization Per 1000 Members |
|---|---|
| 1. Prescription Drugs | ____________ |
| 2. Office Visits | |
| A. Mental | ____________ |
| B. Other | ____________ |
| 3. Inpatient Hospital Days | |
| A. Mental | ____________ |
| B. Other | ____________ |