IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GHS HEALTH MAINTENANCE ORGANIZATION, INC., d/b/a BLUELINCS HMO, Plaintiff, | ) |
| TEXAS HEALTH CHOICE, L.C., Plaintiff, | ) |
| SCOTT & WHITE HEALTH PLAN Plaintiff, | ) |
| v. | ) Nos. 01-517C, 05-371C, 05-963C (Judge Horn) |
| UNITED STATES, Defendant. | ) |

SUPPLEMENTAL APPENDIX

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

SUSAN WHITMAN, Esq.
JILL GERSTENFIELD, Esq.
U.S. Office of Personnel Management
Washington D.C.

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 514-8624

February 17, 2006

# FEHBP Letter
## Community-Rated Carriers

U.S. Office of Personnel Management
Office of Insurance Programs

FEHBP Letter No. 97-8
Fee-for-Service [N/A] Prepaid [8]

Date: March 7, 1997

SUBJECT: Reconciliation Instructions For 1997 Rates Community-Rated Plans

All FEHBP carriers must use the enclosed documents to reconcile their 1997 Federal rates.

The document entitled "OPM Reconciliation Guidelines - 1997" gives pertinent definitions and an overall view of our 1997 reconciliation policy.

A small carrier (i.e., a carrier with less than 1500 FEHBP contracts at the time of the 1997 rate proposal that chose not to file as a large carrier) whose 1996 income from the Federal group was $500,000 or more must complete Attachments III, IIIA, IIIB and V and keep them on file and available for OPM review. Such carriers **should not submit reconciliation attachments to OPM.** Small carriers whose 1996 income from the Federal group was less than $500,000 need take no action.

A large carrier (i.e., a carrier that submitted detailed documentation with its 1997 rate proposal) must complete Attachments III through VI and return them by **April 30, 1997** to:

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW., Room 4307
Washington, DC 20415

The Reconciliation Questionnaire (Attachment IIIB) consists of five sections. All carriers must complete Sections 1 and 2. Carriers using **Traditional Community Rating** must complete Section 3; carriers using **Community Rating by Class** must complete Section 4; and carriers using **Adjusted Community Rating** must complete Section 5.

Please direct your questions about the reconciliation to Phil Haverstick, Sherry Simon, or Jim Quayle at (202) 606-0722.

Sincerely,

Lucretia F. Myers

Lucretia F. Myers
Assistant Director
for Insurance Programs

Enclosure

# Table of Contents

**OPM Reconciliation Guidelines - 1997**
This document discusses OPM's general policy for the 1997 reconciliation.

**Attachment III**
This is the Reconciliation sheet. OPM uses it to determine the difference between the carrier's estimated 1997 Federal group rates proposed in May 1996 (Line 6) and the actual 1997 Federal group rates (Line 5). **These actual rates should be equivalent to the lowest rates the carrier charged a Similarly Sized Subscriber Group (SSSG).**

**Instructions for Attachment III**
This document gives line-by-line instructions for completing Attachment III.

**Attachment IIIA**
This is the Reconciliation Backup Sheet. Use this sheet to record backup calculations for the rates and loadings on Attachment III. Use additional sheets if necessary.

**Attachment IIIB**
This is the Reconciliation Questionnaire, which you should complete with great care and accuracy. We designed it to enable us to review a carrier's reconciliation quickly and efficiently. If you re-type this questionnaire, please place the questions and answers on only one side of each sheet.

The Reconciliation Questionnaire is divided into five sections:

Section 1 - General Questions
This section asks general questions. **All carriers must complete this section.**

Section 2 - SSSG Questions
This section concerns carriers' Similarly Sized Subscriber Groups (SSSGs). **All carriers must complete this section.**

Section 3 - TCR Questions
This section asks questions about Traditional Community Rating (TCR). **Only carriers using TCR to rate the Federal group must complete this section.**

Section 4 - CRC Questions
This section asks questions about Community Rating by Class (CRC). **Only carriers using CRC to rate the Federal group must complete this section.**

## Table of Contents

Section 5 - ACR Questions
This section asks questions about Adjusted Community Rating. **Only carriers using ACR to rate the Federal group must complete this section.**

**Attachment IV**
This is an instruction sheet for submitting documentation of the community rates for groups renewing on January 1, 1997. **All large carriers must submit this documentation.** We prefer a State insurance department filing. Carriers that do not file rates must submit other documentation to show that the Federal group pays rates based on the carrier's community rates (and/or which are equivalent to the rates for the SSSGs). Please **CIRCLE IN RED all numbers in the documentation that you use in the reconciliation.**

**Attachment V**
This is the Certificate of Accurate Pricing For Community-Rated Carriers. This certifies that your reconciliation information is accurate and that OPM can rely on it to determine what the Federal group's 1997 rates should be. **A contracting official of your carrier must complete and sign this document.**

**Attachment VI**
This requests the names, telephone numbers and fax numbers of two persons we can contact if we have questions about your reconcil-iation.

# OPM Reconciliation Guidelines - 1997

Note that beginning with the 1997 reconciliation instructions, we use the word "carrier" (instead of the previously used "plan") to mean the entity contracting with OPM. This conforms more closely with the definitions in the FEHBP law, which defines "carrier" as the organization that offers a policy or contract (benefits package) and a health benefits "plan" as the policy/contract.

**Similarly-Sized Subscriber Groups (SSSGs)**

The reconciliation requests information on your carrier's Similarly Sized Subscriber Groups (SSSGs). Our regulation, 48 CFR 1602.170-11, defines SSSGs as follows:

> Similarly sized subscriber groups (SSSGs) are a comprehensive medical plan's two employer groups that:
>
> (a) As of the date specified by OPM in the rate instructions, have a subscriber enrollment closest to the FEHBP subscriber enrollment; and
>
> (b) Use any rating method other than retrospective experience rating; and
>
> (c) Meet the criteria specified in the rate instructions issued by OPM.

For the 1997 rate year, the specific guidelines for SSSGs are as follows:

1) All group enrollments (the Federal group and the SSSG enrollments) should be the latest 1997 enrollment available to the carrier (but no later than March 31, 1997).

2) The contract renewal date for 1997 SSSGs should be between July 2, 1996 and July 1, 1997. **Note: You should interpret "renewal date" to mean the date on which a rate change (if any) is effective for the SSSG.**

3) Every group the carrier does business with is a potential SSSG (including separate lines of business, government entities, and groups having point-of-service options). The only exceptions (and the following groups <u>must</u> be excluded) are:

a) Groups the carrier rates by retrospective experience rating. **Note: "retrospective" experience rating means that the carrier may adjust the group's rates after the actual experience is known. The ACR method is <u>not</u> retrospective experience rating, but rather, prospective experience rating. Therefore, ACR rated groups are potential SSSGs.**

b) Groups consisting of the carrier's own employees.

c) Medicaid groups, Medicare groups, and groups which have only a stand-alone benefit (such as dental only).

Note that we stated these guidelines in the 1997 rate instructions.

**Note: During the last few years, several carriers have asked if OPM regards the so called "purchasing alliances" as potential SSSGs. The answer, in general, is yes, but there are some exceptions. For the 1997 reconciliation, a carrier should consider a purchasing alliance to be a potential SSSG unless the alliance was created by a mandate of the state or local government and the alliance restricts membership to groups having less than 100 members.**

We developed the SSSG concept to ensure that OPM receives an equitable and reasonable market-based rate. For the 1997 rate year, OPM will focus on the rating methods used for the two SSSGs to determine if the carrier appropriately derived the Federal group rates.

**OPM requires the Federal group rates to be equivalent to the rates for the SSSGs. Therefore, we expect the Federal group to receive any rate discounts or other advantages given to the SSSGs.** For example, if the carrier gives an early rate quote (based on a lower community rate than the rates later quoted other groups) to an SSSG and does not revise it at a later date, we will interpret the SSSG rate as a discounted rate, and require a similar rate discount for the Federal group. **As another example, if the carrier rates an SSSG using a rating method not in accord with carrier-established policies, the Federal group is entitled to any rate reduction produced by applying the SSSG rating method to the Federal group.**

The OPM audit staff may examine the rates and benefit loadings of non-SSSG groups. The purpose of such analysis is to make certain that the Federal group rates are fair in relation to the SSSG

rates. For example, if an SSSG had a special benefit not included in the Federal group benefit package, OPM would compare what the carrier charged the SSSG with what it charged other groups for this benefit. The purpose would be to verify that the SSSG received no discount.

All rate agreements between OPM and the carrier are subject to audits by the OPM Office of the Inspector General. The results of such audits may require modifications to previous agreements and subsequent rate adjustment. **Pursuant to contract clause 3.4, Contractor Records Retention (FEHBAR 1652.204-70), OPM requires all carriers to maintain documentation to support all calculations and statements pertaining to this reconciliation. This includes documentation to support the SSSG rates.**

OPM will review the carrier's SSSGs to verify that the carrier is in compliance with OPM rating principles. Compliance now includes Federal group rate adjustments based on the carrier's treatment of its SSSGs.

**Special Loading For Enrollment Discrepancies**

As the result of recent negotiations between OPM and representatives of community-rated carriers, we have amended the Standard Contract for Federal Employees Health Benefits. The contract now provides for a special premium loading of 1% to account for unresolved enrollment discrepancies.

For contract year 1997, this loading will be included in the 1997 reconciliation. For future years, it will be included in the rate proposal.

**Multiple Rating Areas**

Carriers having multiple rating areas covered under the same contract with OPM must choose two SSSGs for every Federal group under the contract. **The two SSSGs need not, however, be located in the same region as the Federal group.** The carrier must consider all appropriate groups with which it does business (regardless of the region the group is in) when selecting the SSSGs for the Federal group in a particular region. **This policy does not apply in cases where the multiple rating areas are in different states if the carrier can demonstrate that the rates in the different states are totally independent.**

**State Taxes**

5 U.S.C 8909(f)(1) prohibits the imposition of taxes, fees, or other monetary payment, directly or indirectly, on FEHBP premiums

by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority of those entities. If your 1997 rates include an amount to recover such monies from the FEHBP, make an adjustment for this amount in the reconciliation in the form of a negative special benefit loading.

**Small Carrier Contingency Reserve Payments**

A small carrier whose rates were reduced by the Office of Actuaries to generate a contingency reserve payment need not request this payment. OPM will automatically make this payment during the summer of 1997.

Attachment III

**RECONCILIATION**

PLAN NAME: ________________________ STATE: ______ CODE: ______

BIWEEKLY NET-TO-CARRIER RATES
1997 CONTRACT YEAR

| | | SELF | FAMILY | TOTAL |
|---|---|---|---|---|
| 1. | Actual FEHBP Rates - 1997 | ____ | ____ | |
| 2. | Special Benefit Loadings | | | |
| | (a) ____________ | ____ | ____ | |
| | (b) ____________ | ____ | ____ | |
| | (c) ____________ | ____ | ____ | |
| **3.** | **FEHBP Rates Plus Special Loadings** | ____ | ____ | |
| 4. | Standard Loadings | | | |
| | (a) Extension of Coverage [.004x(3)] | ____ | ____ | |
| | (b) Children's Loading | ____ | ____ | |
| | (c) Medicare Loading | ____ | ____ | |
| **4d.** | **Subtotal** | ____ | ____ | |
| 4e. | Enrollment Discrepancies Loading [.01x(4d)] | ____ | ____ | |
| 5. | **Total FEHBP Rates - 1997*** | ____ | ____ | |
| 6. | Contract Rate - 1997* **Small Carriers Use Line C, Attachment I Here** | ____ | ____ | |
| 7. | Difference ((5) - (6)) + = Underpayment to Carrier - = Overpayment to Carrier | ____ | ____ | |
| 8. | March 31, 1997 Enrollment | ____ | ____ | ____ |
| 9. | Payment Due Carrier/(FEHBP) | ____ | ____ | ____ |
| 10. | Brochure Printing Costs | | | ____ |
| 11. | Outstanding Amount Due Carrier/(FEHBP) | | | ____ |
| 12. | Total Amount Due Carrier/(FEHBP) | | | ____ |

* These rates are subject to audit in accordance with the carrier's contract with OPM.

# Instructions for Attachment III

Large carriers must complete lines 1 through 7 and line 10 of the reconciliation sheet. OPM will complete lines 8, 9, 11 and 12 for large carriers. Small carriers must complete lines 1 through 12 and use the results on line 12 to compute a 1998 rate adjustment.

OPM requires a reconciliation for several reasons. For carriers using TCR or CRC to rate the Federal group, the main reason is that the carrier proposed it's 1997 contract rates seven months before the January 1, 1997 effective date. Therefore, the contract rates are probably based on estimated, rather than actual, community rates. To determine if money is due either OPM or the carrier, you must recalculate the rates, basing your calculations on the carrier's <u>actual</u> community rates (usually in the form of a capitation rate) effective for all groups renewing January 1, 1997.

For carriers using ACR to rate the Federal group, the reconciliation will differ very little from the original proposal (see "Special Instructions For Carriers Using ACR" below).

**Note that no matter what rating method the carrier uses for the Federal group, the actual Federal group rates in the reconciliation should be equivalent to the lowest rates the carrier charged an SSSG.**

The enrollment data you used in the proposal should have been **current** data (at the time of the proposal). If you used group-specific demographic assumptions (i.e., family size, self/family enrollment mix, etc.) in the proposal, you must use the same figures in the reconciliation. In particular, you may **not** revise the self/family enrollment mix to reflect results of the 1996 open season.

If, however, you used carrier-wide enrollment-mix or other demographic assumptions, and you revised these assumptions after you submitted the proposal (and before January 1, 1997) <u>and</u> you used the revisions for your SSSGs, you should base the reconciliation on the revised assumptions.

There are certain other factors that you **should** change between the time of the proposal and reconciliation. If your rate is a weighted average of rates in several geographic areas, you should base the weight factors in the reconciliation on the March 31, 1997, enrollment in each area (which you provide OPM). Also, if you recalculate the Medicare loading, you should use the latest Medicare enrollment available.

If you used TCR or CRC to rate the Federal group, when doing the reconciliation, keep in mind that the original Federal group rate

Instructions for Attachment III

proposal based the self and family rates on the carrier's best estimate of its 1997 capitation rate (or equivalent). **The reconciliation is simply a re-submission of the proposal, using the carrier's actual 1997 capitation rate (or equivalent) as a basis for the Federal group's rates.**

SPECIAL RECONCILIATION INSTRUCTIONS FOR CARRIERS USING ACR

If a carrier uses Adjusted Community Rating (ACR), it may use a method based on utilization data or it may use a prospective method based on actual Federal claims data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e., claims, utilization etc.). You should save backup tapes of your claims database for audit purposes. Note: this information should also be available for the SSSGs.**

Very few carriers use an ACR method based on utilization data to rate the Federal group. A carrier using this method should do the reconciliation in a manner similar to a CRC reconciliation.

The special rules that apply for a claims-based ACR method were stated in the 1997 rate instructions. These rules also apply to the reconciliation and are as follows:

1) The experience period (and the claims used within that period) may not change in the reconciliation. It must be the same period (and the same claims) you used in the proposal.

2) If you used completion factors to convert paid claims to incurred claims, such factors must be the same for all groups for which you used a claims-based ACR method.

3) If claims include special benefits claims, you should take no special benefits loadings (either in the proposal or reconciliation). Note that claims should reflect extension of coverage, which means that you should not take the extension of coverage loading.

4) If claims include those of annuitants age 65 and over, you must reduce claims by an amount equal to Medicare income from HCFA or we must receive a credit for monies received from HCFA. (See ACR Question A9)

5) Loadings for administrative expenses must be in the form of either:

   a) a flat community rated pm/pm amount or

   b) a standard percentage of claims

Instructions for Attachment III

6) Any trend factor used for the Federal group must be the same as the trend factor the carrier used for other groups (that is, you may not base a trend factor for the Federal group on the Federal group's experience).

Note that **the reconciliation for a carrier using a claims-based ACR method for the Federal group should differ only slightly from the original rate proposal.** The only components that can change are:

1) **Trend Factor.** If you used an estimated trend factor in the 1997 proposal and later changed it (before January 1, 1997) for **all** groups for which you used a claims-based ACR method, you must use the revised factor in the 1997 reconciliation.

2) **Administration Cost Factor.** If you used an estimated administration cost factor in the 1997 proposal and later changed it (before January 1, 1997) for **all** groups for which you used a claims-based ACR method, you must use the revised factor in the 1997 reconciliation.

**Note that both the trend factor and the administration cost factor must be consistent with the lowest such factors used for an SSSG.**

**ADDITIONAL GENERAL COMMENTS**

After you determine the actual rates (Attachment III, line 5), and compute the difference between them and the contract rates (Attachment III, line 6), you must complete Attachment III and determine the amount of money due the FEHBP or the carrier. Remember: OPM does the calculation for large carriers; small carriers do it themselves (and keep it on file at the carrier). Below, we give a simple illustration of the process:

| Example 1: | Self | Family |
|---|---|---|
| Actual Rates for 1997 (Line 5) | $20.00 | $40.00 |
| Contract Rates (Line 6) | $19.00 | $38.00 |
| Difference (Line 7) | $ 1.00 | $ 2.00 |
| Enrollment 3/31/97 (Line 8) | 200 | 400 |

Amount Due Carrier:

(200 x $1.00 x 26) + (400 x $2.00 x 26) = $26,000

Note that to do this reconciliation, you need a copy of last year's Federal group rate proposal.

# Instructions for Attachment III

The following gives a line-by-line explanation of how to fill out the reconciliation sheet. Item numbers correspond to line numbers on Attachment III.

1. <u>Actual FEHBP Rates - 1997</u>

This is the most significant part of the reconciliation process. Please do it with extreme care. **The fundamental idea behind the reconciliation is that it is a re-submission of the original proposal, in which you revise your original rate estimate.**

**TCR and CRC Carriers**

For carriers using TCR or CRC, this revision usually involves substituting the carrier's actual 1997 capitation rate (or equivalent) for the estimates you used in the proposal. The enrollment mix and all other demographic assumptions remain the same as in the proposal (with some exceptions, as indicated earlier). **Note that these "actual" rates should be the basis not only for the Federal group's rates, but for the rates of both SSSGs.**

Community-rated carriers use different methods to develop rates. Those using TCR or CRC usually base their rates on a "per member per month" rate (a.k.a. capitation rate) which the carrier then converts to self and family rates by means of "step-up" factors. These factors are related to family size and market considerations, and the carrier derives them by well-known, documented procedures.

There is usually a step-up factor that converts the capitation rate to a self rate and another factor that converts the self rate to a family rate. Some carriers have a step-up factor that converts the capitation rate directly to a family rate. However it is done, the goal is for the projected income generated by the self and family rates to equal the income that would be generated if each individual paid the capitation rate.

If you used a procedure based on a capitation rate to derive the 1997 self and family rates in the rate proposal submitted in May 1996, you must go through this procedure again to derive Line 1 of the reconciliation sheet (Attachment III). You must, however, use the **actual** January 1, 1997, capitation rate in this procedure instead of the estimate used in the proposal (keeping in mind that this "actual" capitation rate must be equivalent to the one used to derive the rates for the SSSGs). Use the **same** step-up factors you used in the proposal (unless the step-up factors have changed as the result of a revision of carrier-wide demographic assumptions before January 1, 1997, and you used the revisions for your SSSGs).

## Instructions for Attachment III

Some carriers using TCR or CRC derive rates in other ways. The principles described above still apply. To compute the Line 1 rates, simply go through the same procedure used in the original proposal, substituting actual rates (note that the "actual" rates used should be equivalent to those used for the SSSGs) for the proposed rates. The procedures you use should also be the same as those used for your SSSGs.

For large carriers, we require documentation of your actual community rates, as explained in Attachment IV. If your State requires that you file your rates with the State Insurance (or other) Department, **enclose a copy of that filing.** Otherwise, follow the instructions in Attachment IV.

So that OPM's actuaries can easily verify the rates on Line 1, **we require that:**

1) your computations be clear

and 2) you circle in red the actual community rates and step- up factors used in your computations.

An example of an acceptable presentation of the line 1 calculation follows.

Example 2:

| | |
|---|---|
| Actual capitation rate as of 1/1/97: | $20.00* |
| First level step-up factor used in proposal: | 1.2** |
| Actual Self Rate: ($20 x 1.2) | $24.00 |
| Second level step-up factor used in proposal: | 2.9** |
| Actual Family Rate: ($24 x 2.9) | $69.60 |

*see insurance filing
**see attached sheet from original proposal

**We will not accept your reconciliation if your documentation is incomplete or your calculations are unclear.**

Instructions for Attachment III

ACR Carriers

Carriers using ACR should refer to the "Special Reconciliation Instructions For Carriers Using ACR" on page 2 of this document.

You must go through the same procedure you used to derive the Line 1 rates in the original 1997 rate proposal, changing the trend factor and/or administration cost factor if appropriate. All other parts of the reconciliation should be done the same way you did the original proposal. **Please keep in mind that the reconciliation for a carrier using a claims-based ACR method should differ only slightly from the original rate proposal.**

2. Special Benefit Loadings

OPM sometimes purchases benefits for Federal enrollees that are not in the carrier's community package. A special benefit may be a community-rated rider that the carrier offers to all its groups, or it may be a benefit provided only to OPM. If the carrier provides the benefit only to OPM (or if the benefit is simply not a community-rated benefit), and the carrier based its cost on assumptions approved by OPM at the time of the rate proposal, the actual loading (i.e., the cost of the benefit that you should put in the special benefit loading section of Attachment III) should be the same as the proposed loading.

If the special benefit is a community-rated rider, enter either the self and family rates filed with the State Insurance Department or calculate the actual loading based on the actual capitation rate for the special benefit. The procedure would be similar to that used for the Line 1 rates. As before, if you do not file with the State, submit other appropriate documentation for this rider.

If the special benefit loading is a function of the carrier's community rate (say a percentage of the Line 1 rate), calculate the Line 2 rate by multiplying the actual Line 1 rate by the same percentage used in the 1997 rate proposal.

3. FEHBP Rates Plus Special Loadings

The sum of Lines 1 and 2.

4a. Extension of Coverage Loading

If you are entitled to this loading, multiply Line 3 by .004 (or the same factor you used in the proposal).

Instructions for Attachment III

4b. **Children's Loading**

This loading usually is a function of the community rate plus any special loadings. If the actual rates are different from those in the 1997 rate proposal, the children's loading will differ. Recalculate, using the same method used in the original proposal.

You may take this loading only if the carrier's normal practice is to take such a loading for all other groups whose age limit for children's coverage differs from the carrier's community standard.

You may not take this loading if you use a capitation rate and a group-specific family size to calculate group rates and include overage dependent children (i.e., children over the age limit for all dependents) in your calculation for average family size for the Federal group.

4c. **Medicare Loading**

If you derived this loading using the estimated community rates, re-do the derivation, using the actual rates and the latest Medicare enrollment distribution available. Also, if you used estimated HCFA rates (i.e., AAPCC) to derive this loading, and you now have actual HCFA rates, you may use them in the revised derivation. Include a copy of the original derivation so we can easily see the difference between the estimated and actual loading.

If the original derivation of this loading used actual community rates, recompute the loading using the latest Medicare enrollment distribution available.

If you use CRC or ACR to derive your rates, you must make sure that you have considered the effect of COB (coordination of benefits) income the carrier received from HCFA. You should pay particular attention to QC15, QC16, QA9 and QA10 of the questionnaire.

Note: 1) **A carrier using a claims-based ACR method will normally not have a Medicare loading.**

2) **A carrier claiming a Medicare loading must have appropriate documentation to justify the distribution of its Medicare population submitted in QG9.**

# Instructions for Attachment III

Important: Each year, OPM sends each carrier a list of Federal group enrollees identified as Medicare enrollees through the annual OPM/Social Security Administration Matching Study. You should not use this report without further analysis to determine the carrier's distribution of Medicare enrollees (QG9), because the "unknown" category contains many different types of Medicare enrollees, including people under age 65.

4d. Subtotal

Add lines 3, 4(a), 4(b), and 4(c)

4e. **Enrollment Discrepancies Loading**

This is a special 1% load to the rates which compensates the carrier for possible enrollment discrepancies.

5. **Total FEHBP Rates - 1997**

Add lines 4(d) and 4(e).

6. Contract Rate - 1997

The negotiated, biweekly, net-to-carrier contract rate, as agreed to during the summer of 1996. This rate is **not** the brochure rate (net-to-carrier rate times 1.04).

**NOTE: SMALL CARRIERS SHOULD PLACE IN LINE 6 RATES FOUND ON LINE C, ATTACHMENT I OF THEIR ORIGINAL 1997 RATE PROPOSAL**

7. **Difference**

Subtract line 6 from line 5.

10. Brochure Printing Costs

This is the amount the carrier spent to produce the OPM-approved quantity of brochures. We will evaluate it for reasonableness. Submit any documentation you think will be helpful to us in evaluating the reasonableness of your requested amount.

8, 9, 11, and 12

**For large carriers, these lines will be filled in by OPM's actuarial staff. Enrollment will be based on the March 31, 1997, semi-annual headcount.**

## Instructions for Attachment III

### INSTRUCTIONS FOR SMALL CARRIERS ONLY

**Small carriers must do some additional work on Attachment III.** Since small carriers do not send this document to OPM, the carrier (rather than OPM) must determine the amount due the carrier or OPM. That is, small carriers must complete Line 12, Attachment III, which requires completing Lines 8, 9, and 11.

To compute Line 9, multiply the amounts on Line 7 by the March 31, 1997, enrollment numbers on Line 8; then multiply by 26 (since the rates are bi-weekly). Normally, OPM would put the March 31, 1997 Headcount enrollment figures on Line 8. Since these figures will not be available at the time the small carrier does the calculation, **the carrier may use its March 31, 1997 Table 1 enrollment figures.** The Table 1 report is the enrollment data the carrier normally submits to OPM in April.

After completing Line 9, the small carrier must complete Lines 10 and 11. Line 12 may then be computed by adding Lines 9 through 11. Detailed instructions are as follows:

8. **March 31, 1997 Enrollment**

Use the enrollment figures on the carrier's Table 1 report, which you normally submit to OPM in April.

9. **Payment Due Carrier/(FEHBP)**

An example of this computation is below:

Example 4:

Suppose line 7 of the reconciliation sheet looks as follows:

| | Self | Family |
|---|---|---|
| 7 | $1.00 | $2.00 |

That is, the actual carrier rates on line 5 turned out to be higher than the contract rates on line 6. This means that OPM owes the carrier money. Assume line 8 (enrollment) is as follows:

| | | |
|---|---|---|
| 8 | 200 | 400 |

That is, the Table 1 carrier enrollment is 200 self and 400 family. Therefore, to determine the total amount owed the plan, we have

[200 x $1.00 x 26] + [400 x $2.00 x 26] = $26,000

## Instructions for Attachment III

11. <u>Outstanding Amount Due Carrier/(FEHBP)</u>

This is any amount due the carrier or OPM from previous years. As an example, suppose OPM owed the carrier $50,000 last year, and the 1997 rates were purposely increased to pay the carrier this debt. In the 1997 rate reconciliation, $50,000 would be placed in line 11.

12. <u>Total Amount Due Carrier/(FEHBP)</u>

The sum of lines 9 through 11.

The amount on line 12 must be used by a small carrier to determine the 1998 rate adjustments. **You will place the 1998 rate adjustments on Line B of your 1998 rate proposal sheet (Attachment I) which we will send you at a later date.** An example of how you might compute the rate adjustments follows.

Example 5:

> Assume the amount on line 12 is $76,000 (this would be the case in Example 4, assuming there is also $50,000 on Line 11, and no brochure printing costs on Line 10). You must determine a self and family loading equivalent to this amount. Suppose the carrier expects the Federal group enrollment in 1998 to increase by 10 percent over the 1997 enrollment (i.e. 1998 enrollment will be 220 self and 440 family). Then, the adjustment could be $2.66 self and $5.32 family, since
>
> [220 x $2.66 x 26] + [440 x $5.32 x 26] = $76,000

OPM will allow reasonable flexibility in determining the amount of the rate adjustment. As long as you use reasonable enrollment assumptions and the adjustment generates the correct amount of money, many different self and family adjustments are possible. All assumptions will be subject to audit or verification at a later date. **Therefore, you must keep on file all supporting calculations for the Federal group's rates and the SSSG rates.**

<u>IMPORTANT SPECIAL INSTRUCTION TO SMALL CARRIERS</u>

Line 6, Attachment III is for the 1997 contract rates. **Small carriers should put the rates from Line C, Attachment I of the original rate proposal onto Line 6, Attachment III.** This avoids the possibility that OPM would pay twice to a small carrier whose 1997 rates were reduced by OPM to generate a contingency reserve payment (which will automatically be sent to the carrier sometime during the summer of 1997).

Attachment IIIA

RECONCILIATION BACKUP SHEET

Please provide the details of the reconciliation on this sheet. Specifically, show how you derive the numbers on the reconciliation.

1. **Actual FEHBP Rates - 1997**

   **IMPORTANT! DO NOT SKIP THIS SECTION. In this section we want a simple and concise explanation of your Line 1 rates. Please remember that all calculations are subject to audit.**

## Attachment IIIA

**2. Special Benefit Loadings**

In most cases, the special benefit loadings will be the same as they were in the proposal. If they are not, give the details here.

**4b. Children's Loading**

We present the "suggested method" format (used by most plans) for your convenience. If you do not use the suggested method, give the details of your method.

(A) Line 3 (Attachment III) Family Rate = ___________

(B) Line 3 (Attachment III) Single Rate = ___________

(C) (A) - (2 x (B)) = Children's Rate* = ___________

(D) Children are insured up <u>to</u> what age = ___________

(E) Extend Children's Coverage for (22 - (D)) Years = ___________

(F) Loading if Plan's Community Rate Covers Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .20 = ___________

(G) Loading if Plan's Community Rate Does **Not** Cover Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .55 = ___________

* If the actual biweekly cost per child is known, and the average number of children per family is known, the children's rate may be computed by multiplying the two figures together. In general, if you can compute the overall rate for children in a more accurate way than that suggested in line (C), use that result in line(C).

Attachment IIIA

4c. Medicare Loading

DO NOT SKIP THIS SECTION. WE REALIZE THAT YOU MAY HAVE ENCLOSED DETAILED CALCULATIONS ELSEWHERE, BUT IN THIS SECTION WE WANT AT LEAST A GENERAL EXPLANATION OF WHAT YOU DO TO OBTAIN THE MEDICARE LOADING.

10. Brochure Printing Costs

**Attachment IIIB, Section 1**

**GENERAL QUESTIONS**

QG1. What method of community rating did you use in your 1997 rate proposal?

[ ] TCR (Traditional Community Rating)

a. [ ] Standard (Book) Rating

b. [ ] Variable (Group Specific) Rating

[ ] CRC (Community Rating By Class)

[ ] ACR (Adjusted Community Rating)

QG2. Is the method you have used for the 1997 reconciliation the same as the method used in the 1997 proposal?

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 1**

QG3. Do your Line 1 rates reflect any tax, fee or monetary payment imposed on the plan by a state or local government?

[ ] YES

[ ] NO

If Yes, have you included a negative loading in the Special Benefits Section of the reconciliation?

[ ] YES

[ ] NO

If No, does your plan do business in Arkansas, Arizona, Connecticut, D.C, Florida, Illinois, Kansas, Kentucky, Louisiana, Maine, Maryland, Minnesota, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Oregon, Texas, Virginia, Washington or Wisconsin?

[ ] YES

[ ] NO

If Yes, explain why you included no negative loading.

QG4. Are the special loadings given in the reconciliation the same as they were in the proposal?

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 1**

QG5. Are you required to file your community rates with any State regulatory agency?

[ ] YES

[ ] NO

QG6. If you answered yes to QG5, have you circled the appropriate community rates in red on the copy of the insurance department filing that you have enclosed?

[ ] YES

[ ] NO

If No, explain.

If Yes, what is the page number of the insurance department filing on which the appropriate rates appear (please number the pages by hand if necessary)? __________

QG7. If you use different rating methods (i.e. TCR,CRC,ACR) for different groups, describe your criteria for the use of each method.

Attachment IIIB, Section 1

QG8. How do you rate your state and local government groups?

QG9. Show the number of Federal annuitants and their covered spouses covered in the plan age 65 and older using the following categories:

Medicare Part A and Part B ________

Medicare Part A Only ________

Medicare Part B Only ________

Neither Part A nor Part B ________

Cannot Determine ________

Note: The sum of the numbers in the 5 blanks above should be the total number of Federal annuitants and their covered spouses in the plan age 65 and older. **If you have revised your Medicare loading in this reconciliation, you should be using the above distribution.**

**Attachment IIIB, Section 1**

QG10. If you have revised your Medicare loading in this reconciliation, explain how you obtained the distribution in QG9. Also, what is the source of this distribution? Note that this source material must be on file at the carrier, and available to OPM auditors.

QG11. Please sign, date and give telephone and fax number.

Attachment IIIB
Questionnaire Prepared By: ______________

Date: ______________

Telephone: ______________

Fax: ______________

Attachment IIIB, Section 2

## SSSG Questions

QS1. Give the names and enrollments (and the date of enrollment) of your Similarly-Sized Subscriber Groups (SSSGs). **IMPORTANT NOTE: The SSSGs are the two groups closest in total contract size to the Federal group. You should use the latest 1997 enrollment available.** Keep in mind that your SSSG selection is subject to audit. Therefore, we expect you to maintain complete rate documentation for at least the ten groups closest in contract size to the Federal group.

| | Name | Enrollment: Self | Family | Date |
|---|---|---|---|---|
| 1. | ______________________ | ______ | ______ | _____ |
| 2. | ______________________ | ______ | ______ | _____ |

QS2. How do the benefit packages for your SSSGs differ from the benefit package for the Federal group?

QS3. What method of community rating (TCR, CRC, ACR) did you use to rate the following groups?

| | Method |
|---|---|
| 1. Federal Group | ____________ |
| 2. SSSG #1 | ____________ |
| 3. SSSG #2 | ____________ |

**Attachment IIIB, Section 2**

QS4. What are the 1997 net-to-carrier rates for the Federal group and your SSSGs?

| | Self | Family | |
|---|---|---|---|
| 1. Federal group | ______ | ______ | (From Line 5, Attachment III) |
| 2. SSSG #1 | ______ | ______ | |
| 3. SSSG #2 | ______ | ______ | |

QS5. Did you give an SSSG an early rate quote?

[ ] YES

[ ] NO

If Yes, did you update the quote to reflect the actual community rates?

[ ] YES

[ ] NO

If No, explain

**Attachment IIIB, Section 2**

QS6. Do either or both of the SSSG's have multi-year contracts?

[ ] YES

[ ] NO

If Yes, give details about the multi-year contract(s) [such as options to renew and cancel contract]. Also, explain how you ensure that you treat the Federal group the same as the SSSGs.

QS7. Do either or both of the SSSG's have benefit packages that include a point-of-service option?

[ ] YES

[ ] NO

If yes, give details on these options.

## Attachment IIIB, Section 2

QS8. What are the five groups you do business with that are closest in total contract size to the Federal group, and what type of benefit plan do they have? Include information on the Federal group.

| Group | Total # Contracts | Rate Effective Date | Coverage | Rating Method |
|---|---|---|---|---|
| Federal Group | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

QS9. Are there any groups you do business with that are closer in total contract size to the Federal group than either of your SSSGs?

[ ] YES

[ ] NO

If Yes, explain why the groups are not SSSGs.

562

**Attachment IIIB, Section 2**

QS10. Did either of the SSSGs receive any type of discount, or any other type of rate advantage over the Federal group? (Note that we interpret an industry factor less than 1.0 as a discount factor)

[ ] YES

[ ] NO

If Yes, did you apply the discount to the Federal group?

[ ] YES

[ ] NO

If No, please do so.

QS11. Did you use projected demographics for an SSSG's CRC factors and/or step-up factors?

[ ] YES

[ ] NO

If Yes, explain why you used these projections, and show what the factors would be if you had used actual enrollment data.

Attachment IIIB, Section 2

QS12. Did you rate the SSSGs using a method other than that used for the Federal group?

[ ] YES

[ ] NO

If Yes, explain why and provide your underwriting guidelines.

QS13. **On one of the following Comparison Sheets** (there is one for plans using TCR or CRC and another for plans using ACR), show the method by which you determined the billed rates for your SSSGs. Indicate in a step-by-step manner how you got from your starting point (In the TCR and CRC cases, this is uaually a capitation rate) to the self and family billed rates. If you used ACR for the groups, include utilization data. Explain how the method used for the SSSGs differs from that used for the Federal group.

**Include calculations, and be sure to maintain backup documentation for all calculations. This documentation will be subject to audit at a future date. Use additional sheets if necessary.**

**MAKE SURE THAT BY THE TIME WE FINISH READING YOUR EXPLANATION, IT WILL BE CLEAR TO US WHY THE FEDERAL RATES ARE DIFFERENT FROM THE SSSG RATES. IF YOU HAVE INCLUDED RATE DEVELOPMENT SHEETS FOR THESE GROUPS, DO NOT REFER US TO THESE SHEETS AT THIS POINT. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF HOW THE SSSG RATES DIFFER FROM THE FEDERAL GROUP RATES.**

We give simple examples to serve as a guide. Do not hesitate to elaborate in your presentation. **ACR plans especially should keep in mind that the following is only an example, and that you may need to include more information, depending on how your ACR method works.**

Attachment IIIB, Section 2

QS13. (continued)

**EXAMPLE TCR and CRC COMPARISON SHEET**

| | | Federal Group | SSSG #1 | SSSG #2 |
|---|---|---|---|---|
| 1. | Group Renewal Date | 1-1-97 | 1-1-97 | 2-1-97 |
| 2. | Rating Method (a) (TCR,CRC,ACR) | CRC | CRC | CRC |
| 3. | Capitation (b) | $100.00 | $98.00 | $101.00 |
| 4. | Age/Sex Factor | .92 | .98 | 1.04 |
| 5. | Industry Factor (c) | .95 | .95 | .98 |
| 6. | Other Discounts | .95 | 1.00 | .95 |
| 7. | Total Discount (d) | .95 x .98 | .95 x 1.00 | .95 x .98 |
| 8. | 1st Level Step-Up Factor (e) | 1.30 | 1.12 | 1.22 |
| **9.** | **Self Rate(f)** | $111.35 | $102.19 | $119.31 |
| 10. | Family/Self Ratio | 2.71 | 2.80 | 2.55 |
| **11.** | **Family Rate** | $301.76 | $286.13 | $304.24 |

(a) If all three methods are not the same, explain why.

(b) **IMPORTANT! If these capitation rates are not the same, explain why in QS14.**

(c) The Federal group receives the lowest industry factor < 1.0 given to an SSSG.

(d) **IMPORTANT:** The Federal group receives the lowest **total** discount given to an SSSG. In this case, one SSSG received a total discount of (.95 x 1.00) and the other received a total discount of (.95 x .98) Therefore the Federal group would get a discount of (.95 x .98) , the lower of the two.)

(e) Show How Factors Are Derived.

(f) $100 x .92 x (.95 x .98) x 1.3 = $111.35

Attachment IIIB, Section 2

QS13. (continued)

COMPARISON SHEET - TCR AND CRC

| Federal Group | SSSG #1 | SSSG #2 |
| --- | --- | --- |

Attachment IIIB, Section 2

QS13 (continued)

## EXAMPLE - ACR COMPARISON SHEET

This shows one way you might present your ACR rate development. You should modify this example to fit your particular ACR procedure. Note that although this example is for the Federal group only, your comparison sheet should include the SSSGs as well as the Federal group.

| | | Federal Group | SSSG #1 | SSSG #2 |
|---|---|---|---|---|
| a. | Rating Method | ACR | | |
| b. | Group Renewal Date | 1/1/97 | | |
| c. | Experience Period | 1/1/95-12/31/95 | | |
| d. | Paid Claims | $10,000,000 | | |
| e. | Annual Trend (if different, explain) | 12% | | |
| f. | Trend From Experience Period To Renewal Period $[(1+ .12/12)^{24}$ | 27% | | |
| g. | Expected Claims [(d) x 1.27] | $12,700,000 | | |
| h. | Administration (if different, explain) | 15% | | |
| i. | Claims + Administration [(g)/(1-.15)] | $14,941,176 | | |
| j. | Members | 100,000 | | |
| k. | Per/Person Rate [(i)/(j)] | $149.41 | | |
| l. | First Level Step-Up Factor | 1.2 | | |
| m. | Bi-weekly Self Rate [(l) x (k) x 12/26] | $82.75 | | |
| n. | Family/Self Ratio | 2.6 | | |
| o. | Family Rate [(m) x (n)] | $215.15 | | |
| p. | Discount | 10% | | |
| q. | Rates After Discount | Self $74.48<br>Family $193.64 | | |

Attachment IIIB, Section 2

QS13. (continued)

COMPARISON SHEET - ACR

| Federal Group | SSSG #1 | SSSG #2 |
| --- | --- | --- |

Attachment IIIB, Section 2

QS14. If you use TCR or CRC, are the capitation rates shown on the comparison sheet of QS13 the same for the Federal group and the SSSG's?

[ ] YES

[ ] NO

If no, explain on the following page.

If you use TCR or CRC for the Federal group and the SSSGs, and the capitation rates shown on the comparison sheet of QS13 are **not** the same, explain. Use numbers. For instance, in the example in QS13, the capitation for the Federal group is $100, but only $98 for SSSG #1. The explanation could be as follows:

| | |
|---|---|
| SSSG #1 Capitation | $98.00 |
| Adjustment for "Gold Plan"* | $ 2.00 |
| Federal Group Capitation | $100.00 |

* The Federal group has the "Gold Plan", which includes extra psychiatric benefits and a durable medical equipment benefit. SSSG #1 has the "Silver Plan", which is the "Gold Plan' without the aforementioned extra benefits. The capitation for these benefits is as follows:

| | |
|---|---|
| Psychiatric Benefit | $1.50 |
| DME Benefit | $ .50 |
| Gold Plan Extra Benefits | $2.00 |

Note that this explanation enables us to see precisely why the capitation for SSSG #1 is different from the Federal group's capitation. **The goal of your explanation is to make any such differences in capitation rates clear to us.**

Attachment IIIB, Section 2

QS14 (continued)

EXPLANATION SHEET