Attachment IIIB, Section 3

## TCR QUESTIONS

QT1. On what type of community rate did you base your 1997 rates for the Federal group and other groups?

[ ] Standard set of tiered rates applicable to all groups with a tiered rate structure.

[ ] Per member/per month capitation rate

You may check both blocks if you use a standard set of tiered rates which are derived from a capitation rate.

[ ] Other (Explain)

QT2. If you used a standard set of tiered rates (applicable to all groups) what are they?

Self __________ Family __________

[ ] NA

QT3. If you used a capitation rate, what is the actual (as opposed to what may have been estimated in the proposal) capitation rate on which the 1997 Federal group rates should be based? __________

[ ] NA

**Attachment IIIB, Section 3**

QT4. If you used a capitation rate for 1997 and converted it to a self rate and a family rate using step-up factors, what are these step-up factors? Specifically, what is the step-up factor used to convert the capitation rate to the self rate? What is the step-up factor used to convert the self rate to the family rate?

$\frac{\text{Self}}{\text{Capitation}}$ = __________ $\frac{\text{Family}}{\text{Self}}$ = __________

[ ] NA (Do not use step-up factors) **Go To Question QT9**

QT5. Are the above step-up factors the same as those used in the 1997 rate proposal which you submitted in May 1996?

[ ] YES

[ ] NO

If No, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal was made (and used the revised step-up factors for its SSSGs)?

[ ] YES

[ ] NO

If No, what was the reason for the change in the step-up factors?

**Attachment IIIB, Section 3**

QT6. How did you derive the above step-up factors? Explain briefly (a numerical formula for each factor is the preferred form of explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

QT7. Do you use step-up factors for all groups?

[ ] YES

[ ] NO

If No, explain the criteria that you use to determine when step-up factors are applicable.

QT8. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1997 Federal group rates, (including development of step-up factors), what are they?

% Self Contracts ____________

% Family Contracts ____________

Family Size ____________

Other:

**Attachment IIIB, Section 3**

QT9. Are the demographic assumptions in QT8 the same as they were in the 1997 rate proposal?

[ ] YES

[ ] NO

[ ] NA

If No, or NA, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal (and used the revised demographics for its SSSGs?)

[ ] YES

[ ] NO

If No, explain.

QT10. What is the source of your demographic information? Is the same source used for all groups? If not, where do you get the demographic information for other groups? Note: You must maintain the source of your demographic data on file for possible examination by the OPM audit staff.

**Attachment IIIB, Section 3**

QT11. Show the calculations behind the rates that you have on line 1 on the reconciliation sheet. **DO NOT REFER US TO ANOTHER SHEET FOR THIS CALCULATION. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE THE LINE 1 RATES COME FROM**

Example:

Capitation = $27.00

1st Level Step Up Factor = 1.1

Line 1 Self Rate = $27 x 1.1 = $29.70

2nd Level Step Up Factor = 2.9

Line 1 Family Rate = $29.70 x 2.9 = $86.13

Attachment IIIB, Section 4

## CRC QUESTIONS

QC1. Give a simple narrative explanation of how you developed your rates.

QC2. Did you begin with a capitation rate?

[ ] YES

[ ] NO

If Yes, what is the actual capitation rate (as opposed to your estimated proposal) on which the 1997 Federal group rates (Line 1 of Attachment III) should be based?

Capitation Rate = ___________

If No, explain how you did begin.

Attachment IIIB, Section 4

QC3. What CRC factors do you use?

[ ] AGE

[ ] SEX

[ ] OTHER __________, __________, __________

QC4. What is your CRC adjustment factor? ________

**Explain how you derived the CRC adjustment factor. In particular, on what population data are the CRC utilization factors based? How often do you update the data on which the CRC utilization factors are based?**

**Attachment IIIB, Section 4**

QC5. Have you enclosed any worksheets (i.e. sheets showing age/sex distribution and relative utilization factors) that you used to derive the CRC adjustment factors? **Please note that you must have documented support for the CRC age/sex factors for both the Federal group and the SSSGs.**

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 4**

QC6. Is the CRC adjustment factor the same as it was in the 1997 rate proposal?

[ ] YES

[ ] NO

If No, explain.

QC7. If you used a CRC-adjusted capitation rate for 1997 and converted it to a self rate and a family rate using step-up factors, what are these step-up factors? Specifically, what is the step-up factor used to convert the capitation rate to the self rate? What is the step-up factor used to convert the self rate to the family rate?

$\frac{\text{Self}}{\text{Capitation}}$ = __________ $\frac{\text{Family}}{\text{Self}}$ = __________

[] NA (Do not use step-up factors) **Go To Question QC11**

**Attachment IIIB, Section 4**

QC8. Are the above step-up factors the same as those used in the 1997 rate proposal (which you submitted in May 1996)?

[ ] YES

[ ] NO

If No, is the reason because the plan revised its community-wide demographics after the 1997 rate proposal was made (and used the revised step-up factors for its SSSGs)?

[ ] YES

[ ] NO

If No, what was the reason for the change in the step-up factors?

QC9. How did you derive the above step-up factors? Explain briefly (we prefer a numerical formula for each factor as the explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

Attachment IIIB, Section 4

QC10. Do you use step-up factors for all groups?

[ ] YES

[ ] NO

If No, explain the criteria you use to determine when step-up factors are applicable.

QC11. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1997 Federal group rates, (including development of step-up factors), what are they?

% Self Contracts ____________

% Family Contracts ____________

Family Size ____________

Other:

**Attachment IIIB, Section 4**

QC12. Are the demographic assumptions in QC11 the same as they were in the 1997 rate proposal?

[ ] YES

[ ] NO

[ ] NA

If No, or NA, did the plan revise its community-wide demographics after the 1997 rate proposal was made (and used the revised demographics for its SSSGs?)

[ ] YES

[ ] NO

If No, explain.

QC13. If either of your SSSGs has an industry factor less than 1.00, did you apply the lowest factor less than 1.00 to the Federal group rates?

[ ] YES

[ ] NO

If No, explain.

**Attachment IIIB, Section 4**

QC14. If both SSSGs have industry factors greater than 1.00, did you apply an industry factor of 1.00 to the Federal group rates?

[ ] YES

[ ] NO

If No, explain.

If your rating method is essentially ACR, and you use CRC only to compare actual to expected rates, **Go To Question QC17.**

QC15. Does your age/sex distribution sheet include an age band that includes annuitants age 65 and above?

[ ] YES

[ ] NO

If No, you should use a standard Medicare loading.

QC16. If you answered yes to QC15, does the relative utilization factor associated with that age band include reimbursement for HCFA COB payments?

[ ] YES

[ ] NO

[ ] NA

If Yes, there should be no Medicare loading.

If Yes, explain how you make sure the payments received from HCFA on behalf of FEHB enrollees are fully credited to the Federal Group and not spread among all groups.

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i.e. responsible for most of the claim payments).

Attachment IIIB, Section 4

QC17. Show the calculations behind the rates that you have on line 1 on the reconciliation sheet. **DO NOT REFER US TO ANOTHER SHEET FOR THIS CALCULATION. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE THE LINE 1 RATES COME FROM**

Example:

Capitation = $25.00

CRC Adjustment Factor = 1.08

Adjusted Capitation = $25 x 1.08 = $27

1st Level Step-Up Factor = 1.1

2nd Level Step-Up Factor = 2.9

Line 1 Self Rate = $27 x 1.1 = $29.70

Line 1 Family Rate = $29.70 x 2.9 = $86.13

Attachment IIIB, Section 5

## ACR QUESTIONS

QA1. What method of ACR did you use for your 1997 rate proposal?

[ ] A Method Using Utilization Factors **(Go to QA11.)**

[ ] A Method Using Actual Claims Data

Note: You should have on file any claims/utilization data supporting the rates for the Federal group and SSSGs.

QA2. Did you use the same experience period (and the same claims within that period) in the reconciliation that you used in the proposal?

[ ] YES

[ ] NO

If No, explain. As a general rule, neither the experience period nor the claims should change between the proposal and the reconciliation.

QA3. Did you use the same trend that you used in the proposal?

[ ] YES

[ ] NO

If No, explain

If Yes, what is the trend?

Attachment IIIB, Section 5

QA4. If you use completion factors to derive incurred claims, do you use the same set of factors for all groups?

[ ] YES

[ ] NO

[ ] NA

If No, explain

QA5. If you use a completion factor to derive incurred claims, did the factor remain the same between the proposal and the reconciliation?.

[ ] YES

[ ] NO

[ ] NA

If No, explain

Attachment IIIB, Section 5

QA6. What kind of administrative loading did you use?

[ ] A flat community rated pm/pm administrative charge.

[ ] A percentage of claims.

Explain how you computed the administrative charge.

QA7. Did the claims used in the rate development reflect special benefits? **Note: If special benefits were not included in the claims, please have on file claims/utilization reports to support this assertion.**

[ ] YES

[ ] NO

QA8. Did you reduce claims used in the rate development by COB income that the plan received from other insurance carriers (Excluding HCFA)?

[ ] YES

[ ] NO

If No, you should give us a credit for any monies received from other insurance carriers.

**Attachment IIIB, Section 5**

QA9. Are age 65 or above retirees included in the claims or utilization data used to determine the ACR factor or rates?

[ ] YES

[ ] NO

If no, you should include a standard medicare loading.

QA10. If you answered yes to QA9, are HCFA reimbursments included in the groups experience?

[ ] YES

[ ] NO

If No, the Medicare loading should be a credit for all monies received from HCFA.

If Yes, there should be no Medicare loading.

Attachment IIIB, Section 5

QA11. Explain in narrative form how you derived your line 1 rates. **INCLUDE CALCULATIONS**. If you derived a capitation rate from claims data, and used step-up factors to adjust it, show this. If you used a method based on utilization factors, show how you broke the capitation rate into components, what you used for utilization factors, what the adjusted capitation rate is, etc. Use extra sheets if necessary. **DO NOT SKIP THIS SECTION OR REFER US TO ANOTHER SHEET. WHAT WE WANT HERE IS A SIMPLE EXPLANATION OF WHERE YOUR LINE 1 RATES COME FROM.**

Attachment IV

# Documentation of 1997 Community Rates and Riders
(Large Plans Only)

If the State requires the plan to file its official community rates with the State insurance department, OPM requires a copy of this filing. If the insurance department must approve such a filing, also send us a copy of the approval. **BE SURE TO CIRCLE IN RED ALL RATES AND RIDERS ON THE INSURANCE FILING THAT APPLY TO THE FEHBP.**

If the State does not require the carrier to file its community rates, we require some other form of documentation.

Acceptable documentation includes:

1) rate development sheets for the carrier's SSSGs.

2) rating guidelines used by the carrier's rating personnel.

The Reconciliation Questionnaire contains some questions pertaining to the rate development of the SSSGs. You should provide any backup documents that will enable us to better understand the answers to these questions.

Attachment V

## Certificate of Accurate Pricing
## For Community Rated Plans

This is to certify that, to the best of my knowledge and belief:

1) The cost or pricing data submitted (or, if not submitted, maintained and identified by the plan as supporting documentation) to the Contracting Officer or the Contracting Officer's representative or designee in support of the 1997 FEHBP rates were developed in accordance with the requirements of 48 CFR Chapter 16 and the FEHBP contract and are accurate, complete, and current as of the date this certificate is executed; and

2) The methodology used to determine the FEHBP rates is consistent with the methodology used to determine the rates for the plan's Similarly Sized Subscriber Groups.

Firm ______________________________

Name ______________________________

Title ______________________________

Signature ______________________________

Date ______________________________

Attachment VI

## Plan Contacts

For information about your reconciliation, we should contact:

Name ______________________________

Phone Number ______________________________

Fax Number ______________________________

E-Mail ______________________________

OR

Name ______________________________

Phone Number ______________________________

Fax Number ______________________________

E-Mail ______________________________

## Table of Contents

**OPM Reconciliation Guidelines - 1997**
This document discusses OPM's general policy for the 1997 reconciliation.

**Attachment III**
This is the Reconciliation sheet. OPM uses it to determine the difference between the carrier's estimated 1997 Federal group rates proposed in May 1996 (Line 6) and the actual 1997 Federal group rates (Line 5). **These actual rates should be equivalent to the lowest rates the carrier charged a Similarly Sized Subscriber Group (SSSG).**

**Instructions for Attachment III**
This document gives line-by-line instructions for completing Attachment III.

**Attachment IIIA**
This is the Reconciliation Backup Sheet. Use this sheet to record backup calculations for the rates and loadings on Attachment III. Use additional sheets if necessary.

**Attachment IIIB**
This is the Reconciliation Questionnaire, which you should complete with great care and accuracy. We designed it to enable us to review a carrier's reconciliation quickly and efficiently. If you re-type this questionnaire, please place the questions and answers on only one side of each sheet.

The Reconciliation Questionnaire is divided into five sections:

<u>Section 1</u> - General Questions
This section asks general questions. **All carriers must complete this section.**

<u>Section 2</u> - SSSG Questions
This section concerns carriers' Similarly Sized Subscriber Groups (SSSGs). **All carriers must complete this section.**

<u>Section 3</u> - TCR Questions
This section asks questions about Traditional Community Rating (TCR). **Only carriers using TCR to rate the Federal group must complete this section.**

<u>Section 4</u> - CRC Questions
This section asks questions about Community Rating by Class (CRC). **Only carriers using CRC to rate the Federal group must complete this section.**

# Table of Contents

Section 5 - ACR Questions
This section asks questions about Adjusted Community Rating. **Only carriers using ACR to rate the Federal group must complete this section.**

**Attachment IV**
This is an instruction sheet for submitting documentation of the community rates for groups renewing on January 1, 1997. **All large carriers must submit this documentation.** We prefer a State insurance department filing. Carriers that do not file rates must submit other documentation to show that the Federal group pays rates based on the carrier's community rates (and/or which are equivalent to the rates for the SSSGs). Please **CIRCLE IN RED all numbers in the documentation that you use in the reconciliation.**

**Attachment V**
This is the Certificate of Accurate Pricing For Community-Rated Carriers. This certifies that your reconciliation information is accurate and that OPM can rely on it to determine what the Federal group's 1997 rates should be. **A contracting official of your carrier must complete and sign this document.**

**Attachment VI**
This requests the names, telephone numbers and fax numbers of two persons we can contact if we have questions about your reconciliation.

# FEHBP Letter
## Community-Rated Carriers

U.S. Office of Personnel Management
Office of Insurance Programs

FEHBP Letter No. 97-10 Prepaid letter 10

Date April 2, 1997

SUBJECT: 1998 RATE INSTRUCTIONS
Community Rated Carriers

Dear Carrier:

Enclosed are the documents which, when completed by the carrier and returned to OPM, will constitute the carrier's 1998 rate proposal. You must submit your rate proposal and the completed attachments by June 2, 1997. Please note that the June 2 deadline is required by regulation and extensions cannot be granted.

The document entitled "OPM Community Rating Guidelines - 1998" gives pertinent definitions and an overall view of our community rating policy for 1998.

A small carrier (see guidelines for definition) has three options:

1) It may submit the same detailed documentation we require for large carriers.

2) If its 1997 income from the Federal group will be $500,000 or more, the carrier may submit only Attachments I, IA, IIB, and IIC. Such a carrier **must also complete Attachments II and IIA and keep them on file and available for OPM review.**

3) If its 1997 income from the Federal group will be less than $500,000, the carrier may submit only Attachments I, IIB, and IIC. Such a carrier need not complete or retain Attachments II or IIA.

Large carriers must complete and submit to OPM Attachments II, IIA, IIB and IIC.

Please send one copy of the rate submission to each of the following addresses:

Ms. Lucretia Myers
Assistant Director for Insurance Programs
Office of Personnel Management
P.O. Box 707
Washington, DC 20044

Ms. Nancy H. Kichak
Director, Office of Actuaries
Office of Personnel Management
1900 E Street, NW., Room 4307
Washington, DC 20415

Proposals submitted by overnight delivery to Ms. Myers should be addressed as follows:

Ms. Lucretia Myers
Assistant Director for Insurance Programs
Office of Personnel Management
1900 E Street, NW., Room 3439
Washington, DC 20415

Please remember that your first quarter enrollment report, Table 1, is due on April 15 at the following address:

Office of Personnel Management
Office of Insurance Programs
(Name and Division of Carrier Contract Representative)
P.O. Box 707
Washington, DC 20044

Please direct your questions about the 1998 rate submission to Phil Haverstick, Sherry Simon, or Jim Quayle at (202) 606-0722.

Sincerely,

Lucretia F. Myers
Assistant Director
for Insurance Programs

Enclosure

## Table of Contents

**OPM Community Rating Guidelines - 1998**
This discusses OPM's rating policy for the 1998 rate year.

**Attachment I**
This is the 1998 rate proposal/questionnaire for small carriers.

**Instructions for Attachment I**
This gives line-by-line instructions to small carriers for completing Attachment I.

**Attachment IA**
This is the Certificate of Accurate Pricing For Small Community Rated Carriers. It is for use only by small carriers whose 1997 income from the Federal group is $500,000 or more. This certifies that the information in the reconciliation documents (Attachments III, IIIA, IIIB, kept on file at the carrier) is accurate and that OPM can rely on it as a basis for determining the Federal group's 1997 rates. A contracting official of your carrier must complete and sign this document. **Note that this document pertains to the carrier's 1997 rates.**

**Attachment II**
The rate proposal sheet. Large carriers and small carriers whose 1997 income from the Federal group is $500,000 or more must complete this form. Only large carriers must submit it to OPM.

**Instructions for Attachment II**
This gives line-by-line instructions (with examples and discussion) for completing Attachment II.

**Attachment IIA**
This is the Community Rate Questionnaire. Large carriers and small carriers whose 1997 income from the Federal group is $500,000 or more must complete it, but only large carriers must submit it to OPM. If you re-type this questionnaire, please be sure that the questions and answers are on only one side of each sheet.

**Attachment IIB**
This requests the names, telephone and fax numbers of two persons we can contact about your rate proposal. All carriers must submit this form to OPM.

**Attachment IIC**
This requests utilization data (based on the carrier's total enrollment) for prescription drug, hospital, and office visit benefits. This report replaces a report previously required by our Office of Financial Control and Management. Therefore, it should not result in an increased reporting burden.

**OPM Community Rating Guidelines - 1998**

Note that in the 1998 rate instructions, we use the term "carrier" (instead of the previously used "plan") to mean the entity contracting with OPM. This conforms more closely with the definitions in the FEHBP law, which defines "carrier" as the organization that offers a policy or contract (benefits package) and a health benefits "plan" as the policy/contract.

**General Policy For The 1998 Rate Year**

We divide carriers into two groups, "large" and "small." For 1998, we define small carriers as those having less than 1500 FEHBP contracts at the time of the rate proposal. We define large carriers as those having 1500 or more contracts at the time of the rate proposal.

The amount and nature of the back-up documentation we require for small carrier rate proposals differs from the large carrier requirements. Until 1996, small carriers had the option of submitting the SF 1412 (Claim for Exemption from Submission of Certified Cost Pricing Data). We have discontinued the use of the SF 1412, because of the Federal Acquisitions Streamlining Act of 1994.

For the 1998 rate proposal, a small carrier has three options:

1) It may submit the same detailed documentation we require for large carriers.

2) If its 1997 income from the Federal group will be $500,000 or more, the carrier may submit only Attachments I, IA, IIB, and IIC. Such a carrier must also complete Attachments II and IIA and keep them on file and available for OPM review.

3) If its 1997 income from the Federal group will be less than $500,000 the carrier may submit only Attachments I, IIB, and IIC. Such a carrier need not complete or retain Attachments II and IIA.

In what follows, "small carrier" refers to a carrier with under 1500 FEHBP contracts choosing not to submit the detailed documentation we require for large carriers (i.e., a small carrier is one that chooses option 2 or 3 above).

All carriers must derive their Federal group rates according to

OPM community-rating principles. Small carriers with 1997 Federal group income of $500,000 or more must complete Attachment II (Proposed Biweekly Net-To-Carrier Rates For the 1998 Rate Year) and Attachment IIA (Community Rate Questionnaire) but should not send these documents to OPM. Such carriers must keep these documents on file, in accordance with the records retention clause of the contract. The OPM auditors will examine the documents during carrier audits, and the OPM Office of Actuaries may also periodically review the documents.

Small carriers whose 1997 Federal group income is less than $500,000 are not required to complete or retain Attachments II and IIA.

Since small carriers will not submit detailed documentation, the Office of Actuaries will evaluate the proposed rates by using its reasonableness test. Rates failing this test will be further reviewed. For small carriers whose 1997 income is $500,000 or more, the Office of Actuaries may request detailed documentation.

**Special Audits**

OPM's Office of the Inspector General will perform special audits of carrier's 1997 rate reconciliations on a selected basis beginning in May, 1997. Although these audits will focus on the 1997 rate reconciliation, the audit staff may need to analyze rate information for the Federal group and other groups for previous years. Carriers should keep all documentation used to develop the 1997 rate reconciliation readily available for review by the audit staff.

**New Rating Areas**

If you propose a rate for a new area (or a new division of the current area), please submit a letter explaining why you have decided to add this area, and how it relates to your previous service area (for example, is the new area a portion of an existing area that has been split into two or more sections?). Also explain how your current enrollment will be affected by the addition of this new area.

OPM Community Rating Guidelines - 1998

## Similarly Sized Subscriber Groups (SSSGs)

We began using the concept of "Similarly Sized Subscriber Groups" (SSSGs) in the 1991 rate year. The purpose of the SSSG concept is to ensure that the Federal group receives an equitable and reasonable rate.

48CFR 1602.170-11 defines SSSGs as follows:

> Similarly sized subscriber groups (SSSGs) are a comprehensive medical plan's two employer groups that:
>
> (a) As of the date specified by OPM in the rate instructions, have a subscriber enrollment closest to the FEHBP subscriber enrollment; and
>
> (b) Use any rating method other than retrospective experience rating; and
>
> (c) Meet the criteria specified in the rate instructions issued by OPM.

For the 1998 rate year the specific guidelines for SSSGs are as follows:

1) All group enrollments (the Federal group and the SSSG enrollments) should be the latest 1998 enrollment available to the carrier (but no later than March 31,1998).

2) The contract renewal date for 1998 SSSGs should be between July 2, 1997 and July 1, 1998. **Note: You should interpret "renewal date" to mean the date on which a rate change (if any) is effective for the SSSG.**

3) Every group with which the carrier does business is a potential SSSG (including separate lines of business, government entities and groups having point-of-service options). The only exceptions (and the following groups must be excluded) are:

a) Groups the carrier rates by the method of retrospective experience rating.

b) Groups consisting of the carrier's own employees.

c) Medicaid groups, Medicare groups, and groups that have only a stand-alone benefit (such as dental only).

d) A purchasing alliance whose rate-setting is mandated by the state or local government.

A carrier having multiple rating areas covered under the same contract with OPM must exercise special care when selecting SSSGs. When selecting the two SSSGs for the Federal group in a particular region, the carrier must consider all groups with which it does business **(regardless of the regions the groups are in)**. In other words, **the two SSSGs need not be located in the same region as the Federal group. This policy does not apply in cases where the multiple rating areas are in different states if the carrier can demonstrate that the rates in the different states are totally independent.**

We do not request SSSG information now. Rather, we will ask for it in 1998 when we send you the rate reconciliation instructions.

The Federal group rates must be equivalent to the lower of the two SSSG rates, reflecting any market advantage given to an SSSG.

We normally expect the carrier to use the same rating method for the Federal group as it uses for the SSSGs. There are situations in which it would be acceptable for the rating methods to be different. **If, however, the carrier rates an SSSG using a method not in accord with the carrier-established policies, the Federal group is entitled to any rate reduction produced by applying the SSSG rating method to the Federal group.**

At times, OPM may examine the rates of non-SSSG groups. The purpose of such analysis is to verify the equivalence of the Federal group and SSSG rates. For example, if an SSSG had a special benefit (e.g., dental benefit) not included in the Federal group benefit package, OPM would compare what the carrier charged the SSSG with what it charged other groups for the

benefit. The purpose would be to verify that the SSSG received no discount.

Carriers need not be concerned that an OPM review of a non-SSSG commercial group makes it a potential SSSG.

Since your carrier is community rated, the rates for most groups not using Adjusted Community Rating (ACR) are probably based on an underlying "community rate." Carriers using ACR normally base a group's rates on the underlying experience for that group. Regardless of which community rating method the carrier uses (TCR,CRC or ACR), OPM now focuses on the rating method used for the two SSSGs to determine if a carrier has appropriately derived the Federal group rates.

**State Taxes**

5 U.S.C. 8909(f)(1) prohibits the imposition of taxes, fees, or other monetary payment, directly or indirectly, on FEHBP premiums by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority of those entities. If your Attachment II, Line 1 rates include an amount to recover such monies from the FEHBP, you should make an adjustment for this amount in the form of a negative special benefit loading in the Special Benefit Loadings section of Attachment II.

**Special Loading For Enrollment Discrepancies**

As the result of recent negotiations between OPM and representatives of community-rated carriers, we have amended the Standard Contract for Federal Employees Health Benefits. The contract now provides for a special premium loading of 1% to account for unresolved enrollment discrepancies.

You should place this loading on Line 4e of Attachment II.

# OPM Community Rating Guidelines - 1998

## Community Rating Policy

We accept three standard methods of community rating:

1) Traditional Community Rating (TCR)

2) Community Rating By Class (CRC)

3) Adjusted Community Rating (ACR)

We expect carriers using TCR or CRC for 1998 to develop rates from a community-based revenue requirement (normally in the form of a capitation rate) which is documented and verifiable. Once you establish the capitation rate, you may convert it to self and family rates using standard procedures.

A carrier using ACR may use a method based on utilization data or it may use a prospective method based on actual Federal claims data.

We ask you in the Community Rate Questionnaire to provide the criteria you use to determine your rating method for the Federal group.

### CRC Rating

A carrier using CRC for the Federal group must provide a standard presentation of its rating method. The document "Instructions For Attachment II" includes details of this standard format and an example illustrating it. If a carrier using CRC cannot comply with OPM's standard format, it must submit its rate manual and/or other official documents that demonstrate the actuarial soundness of the carrier's CRC method.

We have always accepted age and sex as legitimate factors for CRC. You must support any other proposed factor with carrier documentation showing that the factor predicts utilization. We explain our policy for industry factors in the document entitled "Instructions for Attachment II".

**A large carrier using CRC must furnish a table showing the age-sex distribution on which it based the Federal group's CRC adjustment factor.** You must clearly show how you used this table to derive the adjustment factor.

Carriers using TCR or CRC and demographic factors (such as family size) based on group-specific data must also use group-specific data for the SSSGs. You must base all demographic factors on actual in-force group data.

ACR Rating

The following rules apply for carriers using ACR for the Federal group:

1) The carrier must have a documented ACR method established and implemented by 1998.

2) The carrier must use ACR for at least one of its SSSGs.

3) The carrier may use a prospective method based on actual Federal claims data, or a method based on utilization data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e., claims, utilization etc.)**

If you use ACR, you must completely and clearly explain your method. We may ask for additional documentation from carriers using ACR, including the carrier's rating manual.

Attachment I

CARRIER NAME: ________________ STATE: ____________ CODE: ______

1998 RATE PROPOSAL - SMALL CARRIERS
(Use BIWEEKLY Rates)

Q1. What type(s) of community rating do you propose to use for the Federal group in 1998?

[ ] TCR (Traditional Community Rating)

[ ] CRC (Community Rating By Class)

[ ] ACR (Adjusted Community Rating)

Q2. What are your carrier's 1998 proposed Federal group rates? For small carriers whose 1997 Federal group income is greater than or equal to $500,000, these rates are on Line 5, Attachment II.

Line A Self __________ Family __________

Q3. What adjustments have you made to the proposed 1998 rates as the result of the reconciliation of the 1997 rates? Note that if the actual 1997 rates turned out to be higher than the rates estimated in the 1997 proposal, you should increase the 1998 rates to recover the loss. Likewise, if the actual rates were overestimated, you should decrease the 1998 rates to return the gain to OPM.

Line B Self __________ Family __________

Q4. What are the proposed 1998 Federal group rates (after adjustments)? (Line A ± Line B)

Line C Self __________ Family __________

---

OPM will complete the section below if it is necessary to reduce the proposed rates in order to draw down the contingency reserve.

Amount of excess contingency reserve: __________________

Rate reduction necessary to generate a contingency reserve payment approximately equal to the excess.

Line D Self __________ Family __________

1998 FEHBP Rates

Line E Self __________ Family __________

## Instructions for Attachment I

Q1.
This question asks you to indicate which method of community rating the carrier uses. Small carriers may use any of the following methods: Traditional Community Rating (TCR), Community Rating By Class (CRC), or Adjusted Community Rating (ACR).

We do not require small carriers to submit detailed documentation of the rate development. But please keep in mind that if your 1997 income from the Federal group is greater than or equal to $500,000, you must complete Attachments II and IIA before submitting the rate filing and keep them on file at the carrier. The OPM audit staff will examine the documents during periodic audits of the carrier. The Office of Actuaries may also periodically review the documents.

Q2.
This question asks for the rates that appear on Line 5 of Attachment II. These rates are the rates before any adjustments have been made as the result of the 1997 reconciliation.

Q3.
If OPM owes the carrier money because of the 1997 reconciliation, OPM will pay that money through an increase in the carrier's 1998 rates. Compute the appropriate increase, based on the results of the reconciliation.

In the case where a small carrier owes OPM because of the reconciliation, the carrier's rates will be decreased by an appropriate amount.

The rate adjustments obtained by the carrier should be placed on Line B.

Q4.
If the amounts on Line B are rate increases, then Line C = Line A + Line B. If the amounts on Line B are rate decreases, then Line C = Line A - Line B.

OPM completes the section below Line C based on negotiations between the carrier and Office of Actuaries. When we determine that sufficient excess has built up in the contingency reserve, we will propose a reduction to the carrier's rates in order to generate a contingency reserve payment.

## Attachment IA

## Certificate of Accurate Pricing For Community Rated Carriers

This is to certify that, to the best of my knowledge and belief:

1) The cost or pricing data submitted (or, if not submitted, maintained and identified by the carrier as supporting documentation) to the Contracting Officer or the Contracting Officer's representative or designee in support of the 1997 FEHBP rates were developed in accordance with the requirements of 48 CFR Chapter 16 and the FEHBP contract and are accurate, complete, and current as of the date this certificate is executed; and

2) The methodclogy used to determine the FEHBP rates is consistent with the methodology used to determine the rates for the carrier's Similarly Sized Subscriber Groups.

Firm ______________________________

Name ______________________________

Title ______________________________

Signature ______________________________

Date ______________________________

# ATTACHMENT II

## PROPOSED BIWEEKLY NET-TO-CARRIER RATES FOR THE 1998 RATE YEAR

Carrier NAME: ________________ STATE: ____________ CODE: ________

| | SELF | FAMILY |
|---|---|---|
| 1. Proposed Unadjusted Federal Group Rates for January 1, 1998<br>[ ] Estimate [ ] Actual | ________ | ________ |
| 2. Special Benefit Loadings | | |
| (a) | ________ | ________ |
| (b) | ________ | ________ |
| (c) | ________ | ________ |
| 3. Federal Group Rates Plus Special Loadings [(1) + (2)] | ________ | ________ |
| 4. Standard Loadings | | |
| (a) Extension of Coverage Loading Loading [.004 x (3)] | ________ | ________ |
| (b) Medicare Loading | ________ | ________ |
| (c) Children's Loading | ________ | ________ |
| 4d. Subtotal [(3) + (4a) + (4b) + (4c)] | ________ | ________ |
| 4e. Enrollment Discrepancies Loading [.01 x (4d)] | ________ | ________ |
| 5. Proposed Federal Group Rates For 1998 [(4d) + (4e)] | ________ | ________ |

## Instructions for Attachment II

1. Proposed Unadjusted FEHBP Rates in Effect for January 1, 1998

This should be the carrier's best possible estimate of the 1998 FEHBP biweekly self and family rates. These rates must be based on the carrier's community rate(s) or on an OPM approved ACR methodology. You must indicate in detail how you arrived at the Line 1 rates. We provide work spaces for this in Attachment IIA, the Community Rated Questionnaire.

Carriers may use "traditional community rating" (TCR), "community rating by class" (CRC), or "adjusted community rating" (ACR), which allows the carrier to base its rate for a group on the projected revenue of that group.

### Traditional Community Rating

If you use TCR for the Federal group, the starting point is normally a capitation (per member/per month) rate. This capitation is then converted to a self rate and a family rate. The conversion process may involve group specific demographic adjustment factors. The carrier must provide the details of this conversion process.

We allow variations in the process just described that are consistent with OPM principles of community rating. For example, a carrier might choose to use a standard set of two-tiered rates for all its groups.

### Community Rating By Class

If you use CRC for the Federal Group, we require a standard presentation of the rating method. The presentation assumes that the carrier begins with an overall per member/per month rate (capitation). As in the case of TCR, we accept minor variations that are consistent with OPM principles of community rating.

## Instructions for Attachment II

Our policy on industry factors is as follows:

1) The industry factor used for the Federal group in the rate proposal must be no larger than 1.0. The proposed factor may change in the reconciliation, but in no case can it be larger than 1.0.

2) We will examine the industry factors used for the SSSGs. We require that the Federal group industry factor be no larger than 1.0 and no larger than the lowest industry factor used for an SSSG.

If a carrier uses CRC, we require a method which is essentially as follows:

1. Derive a CRC adjustment factor (AF), which is used to adjust the capitation rate. Normally, you should base this adjustment factor on the age-sex distribution of the Federal group, although we do allow certain variations of this concept.

2. Determine the adjusted capitation rate for the Federal group (AF x capitation).

3. Convert the adjusted capitation rate to self and family rates using the same method that would be used under TCR.

Example:

| Class | Percentage Distribution of Members | Relative Utilization Factors |
|---|---|---|
| 1 | .10 | .40 |
| 2 | .20 | .80 |
| 3 | .45 | 1.20 |
| 4 | .25 | 1.60 |

AF = (.10 x .40)+(.20 x .80)+(.45 x 1.20)+(.25 x 1.60) = 1.14

Capitation = $60.00 pm/pm
Adjusted Capitation = $60.00 x 1.14 = $68.40

1st Level Step-Up Factor = 1.2
2nd Level Step-Up Factor = 2.9

Self Rate = $68.40 x 1.2 = $ 82.08
Family Rate = $82.08 x 2.9 = $238.03