## Instructions for Attachment II

### Adjusted Community Rating

A carrier using ACR for the Federal Group, may use a method based on utilization data or a prospective method based on actual Federal claims data. **In either case, the carrier must keep on file all data necessary to justify the ACR rate (i.e claims, utilization etc.)** You should save backup tapes of your claims database for audit purposes.

The rules that apply for a claims-based ACR method are:

1) The experience period (and the claims used within that period) may not change in the reconciliation. It must be the same period (and the same claims) you used in the proposal.

2) The completion factors you used to convert paid claims to incurred claims must be the same for all groups for which you used a claims-based ACR method.

3) Any method used to convert paid claims to incurred claims should be consistent for all groups you rated by a claims-based ACR method.

4) If claims include special benefit claims, you should take no special benefit loadings (either in the proposal or reconciliation). Note that the claims should reflect extension of coverage, which means that you should not take this loading.

5) If claims include those of annuitants age 65 and over, you must reduce claims by an amount equal to Medicare income from HCFA <u>or</u> we must receive a credit for monies received from HCFA. See questions Q22 and Q23.

6) Loadings for administrative expenses must be either:

   a) a flat community rated pm/pm amount or

   b) a standard percentage of claims.

7) Any trend factor used for the Federal group must be the same as the trend factor the carrier used for other groups (that is, you may not base a trend factor for the Federal group on the Federal group's experience).

## Instructions for Attachment II

A carrier using ACR for the Federal group may also use a method based on utilization data.

WHETHER A CARRIER USES A SOPHISTICATED METHOD OF ACR USING FEDERAL CLAIMS DATA, OR A LESS COMPLEX METHOD THAT USES UTILIZATION DATA, WE EXPECT A CLEAR AND COMPLETE EXPLANATION OF YOUR METHOD. YOU SHOULD PRESENT THIS EXPLANATION AS YOUR RESPONSE TO VARIOUS QUESTIONS IN ATTACHMENT IIA.

**********************

A carrier using TCR or CRC should normally base the Line 1 rates on its estimated capitation rate (or equivalent) for 1998. At a later date, after you determine the actual January 1, 1998, capitation rate, a rate reconciliation will be performed.

Note that if a carrier uses an ACR method based on Federal claims data, its reconciliation will differ very little from the proposal. **The only elements of the reconciliation that might differ from the proposal are:**

(i) **Trend Factor.** If you use an estimated trend factor in the 1998 proposal and later change it (before January 1, 1998) for **all** groups for which you use a claims-based ACR method, you must use the revised factor in the 1998 reconciliation.

(ii) **Administration Cost Factor.** If you use an estimated administration cost factor in the 1998 proposal and later change it (before January 1, 1998) for **all** groups for which you use a claims-based ACR method, you must use the revised factor in the 1998 reconciliation.

**Note that both the trend factor and the administration cost factor must be consistent with the lowest such factors used for an SSSG.**

2. <u>Special Benefit Loadings</u>

These loadings are for differences between Federal group's benefit package and the carrier's community benefits package. You must provide all backup calculations for the costs that appear on lines 2(a) through 2(c). You should clearly indicate all utilization and cost assumptions. If the benefit is a rider that you sell to other groups, there should be a uniform price (i.e., a capitation rate, or standard set of two-tiered community rates) for the benefit. Indicate clearly in your backup

## Instructions for Attachment II

calculations the adjustments (if any) you have made to the uniform rate to arrive at the Federal rates shown on lines 2(a) through 2(c).

You should offset through negative loadings any benefits not provided to the Federal group which are part of the basic package. You should enter a cost of $0.00 for benefit differences with no cost.

3. **FEHBP Rates Plus Special Loadings**

The sum of all previous lines should appear here.

****************

We describe below methods of loading for standard additional benefits. You must clearly show all backup calculations.

4. **Standard Loadings**

4(a) **Extension of Coverage Loading**

Each carrier in the FEHBP must provide the following coverage without charge to the enrollee or employing agency:

1. Employees terminated from employment have 31 days additional coverage.
2. Employees or dependents confined in a hospital on the 31st day after termination have coverage continued until discharge, up to a maximum of 91 days after termination.

These coverage requirements apply whether or not the enrollee later converts his or her group coverage to an individual contract with the carrier.

We recommend a loading of .4 percent of the proposed rate for this benefit. Unless you have specific experience to justify another figure, or the community rate includes the coverage, you should use .4 percent of line 3.

## Instructions for Attachment II

### 4(b) Medicare Loading

Federal annuitants who retired after January 1, 1984, are entitled to coverage under Part A and Part B of Medicare when they reach age 65. In addition, the majority of retirees over age 65 who retired before 1984 are covered under Medicare as a result of employment in the private sector.

Medicare is the primary payer in the case of those non-working carrier members who are covered under Medicare. **The carrier has a contractual obligation to obtain reimbursement from the Health Care Financing Administration for such Medicare eligible enrollees.**

In most cases, annuitants and their covered spouses age 65 and over who are covered by Part A and/or Part B of Medicare generate more income for the carrier than would normally be necessary to cover such individuals. The carrier receives the Federal group premium, plus reimbursement from HCFA. On the other hand, Federal annuitants and covered spouses age 65 and over who are not covered under Medicare generate less income than would be necessary to cover a person in the "over 65" age category.

Therefore, the carrier is either underpaid or overpaid for Federal annuitants and their covered spouses age 65 and over. The purpose of the Medicare loading is to reflect this underpayment or overpayment.

You must document the Medicare status of Federal annuitants and their covered spouses age 65 and over, and compute a Medicare loading.

You should derive this loading by first determining the total yearly amount the carrier is overpaid or underpaid for the Federal annuitants and covered spouses. Then, convert this amount to equivalent self and family rate loadings.

You should clearly explain your method, and provide backup calculations. Q48, ATTACHMENT IIA ASKS FOR A GENERAL EXPLANATION OF YOUR MEDICARE LOADING METHOD. BE SURE NOT TO SKIP THIS QUESTION.

## Instructions for Attachment II

Below is an example of the sort of method we suggest. If, however, you use another method for other groups that is reasonable and well documented, you should also use it for the Federal group.

| Medicare Coverage | Distribution of Federal Annuitants and Covered Spouses* | Cost of Benefits | Average HCFA Payment | FEHBP Payment** | Gain/(Loss) to Carrier |
|---|---|---|---|---|---|
| A + B | 100 | $120 | $100 | $50 | $30 |
| A | 65 | 120 | 60 | 50 | (10) |
| B | 10 | 120 | 40 | 50 | (30) |
| None | 50 | 120 | 0 | 50 | (70) |

(1) Revenue Loss: (65 x $10) + (10 x $30) + (50 x $70) = $4,450
(2) Revenue Gain: 100 x $30 = $3,000
(3) Net Loss = $4,450 - $3,000 = $1,450

* From Question 42, Attachment IIA
** If you use this method, the FEHBP payment should be the single rate

This positive loading of $1,450 could be spread over the self and family contracts in any reasonable manner. Note that whether the loading comes out negative or positive depends on the distribution of Federal enrollees by Medicare status.

If you use CRC or ACR to compute your rates, you must make sure that you have considered the effect of COB (coordination of benefits) income the carrier received from HCFA. You should pay particular attention to Q15, Q16, Q22 and Q23 of the questionnaire.

**Note:**

1) **A carrier using a claims-based ACR method will normally not have a Medicare loading.**

2) **A carrier claiming a Medicare loading must have appropriate documentation to justify the distribution of its Medicare population submitted in Q42**

## Instructions for Attachment II

**Important:** Each year, OPM now sends each carrier a list of Federal group enrollees identified as Medicare enrollees through the annual OPM/Social Security Administration Matching Study. **You should not use this report without further analysis to determine the carrier's distribution of Federal Medicare enrollees (Q42), because the "unknown" category contains many different types of Medicare enrollees, including people under age 65.**

4(c) <u>Children's Loading</u>

All carriers in the Federal Employees Health Benefits Program must cover unmarried dependent children until their 22nd birthdays (through age 21). If the carrier has a different age limit for children's coverage, a loading to the Federal family rate may be appropriate. You should use such a loading if the carrier's normal practice is to load rates for other groups in the community whose age limit for children's coverage differs from the carrier's. If, however, you use a capitation and group-specific family size in calculating group rates and include overage dependent children (i.e., children over the age limit for all dependents) in calculating average family size for the Federal group, you may not take this loading.

If you have an established method that you use to determine a children's loading for your other groups, you must use this method for the Federal group. You must document the method unless you base the loading on an approved rider, in which case we require evidence of insurance department approval. If you don't have an established method, you should use the OPM suggested method, unless you can fully document the reasonableness of an alternative method.

The following explains the reasoning behind the "OPM Suggested Method."

Assume the carrier covers children through age 18. Then, to meet FEHBP standards, the carrier must extend for 3 years for unmarried children. If we denote the family rate by F and the single rate by S, then we can consider C = F - (2 x S) to be the children's rate. Based on OPM studies, we assume that 55 percent of children age 19 through 21 are unmarried. Since C covers the children for 19 years and we must extend coverage for 3 years for 55 percent of the children, the loading is (3/19) x C x .55.

Some carrier's basic community rates cover full-time students beyond the age limit for other dependent children. In this case, the loading is (3/19) x C x .20, since OPM studies show that 20 percent of children age 19 through 21 are unmarried and not

## Instructions for Attachment II

full-time students. Therefore, OPM's suggested method to compute the children's loading is as follows:

(A) Line 3 (Attachment II) Family Rate = ____________

(B) Line 3 (Attachment II) Single Rate = ____________

(C) (A) - (2 x (B)) = Children's Rate = ____________

(D) Children are insured up to what age = ____________

(E) Extend Children's Coverage for 22 - (D) Years= ____________

(F) Loading if Carrier's Community Rate Covers Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .20 = ____________

(G) Loading if Carrier's Community Rate Does Not Cover Full-Time Students: $\frac{(E)}{(D)}$ x (C) x .55 = ____________

**Note: A carrier using a claims-based ACR method, will normally not have a children's loading.**

**4d. Subtotal**

Add lines 3, 4(a), 4(b), and 4(c)

**4e. Enrollment Discrepancies Loading**

This is a special 1% load to the rates which compensates the carrier for possible enrollment discrepancies.

**5. Total = Proposed FEHBP Rates for 1998**

The sum of lines 4(d) and 4(e).

Attachment IIA

COMMUNITY RATE QUESTIONNAIRE

Q1. Does the carrier use "graded" rates (i.e. adjust the community rates periodically throughout the year)?

[ ] YES

[ ] NO

If No, what method do you use to insure that no group bears a disproportionate share of the carrier's yearly revenue requirement?

Q2. With regard to dependent coverage:

a. Your basic community rate includes coverage for all unmarried dependents up to what age? (An answer of age 19 would mean that coverage ceases on the 19th birthday) ________

b. Is there a separate limiting age for coverage of full-time students?

[ ] YES What is it? __________

[ ] NO

c. If a group requires dependent coverage to an age different from your normal limiting age, do you adjust that group's rate to allow for this difference?

[ ] YES

[ ] NO

Attachment IIA

Q3. What type(s) of community rating do you propose to use for the Federal Group in 1998?

[ ] Traditional Community Rating (TCR)

a. [ ] Standard (Book) Rating

b. [ ] Variable (Group Specific) Rating

[ ] Community Rating By Class (CRC) **Go To Q7**

[ ] Adjusted Community Rating (ACR) **Go To Q19**

*************************

Questions 4 through 6 pertain to carriers which use traditional community rating (TCR) for the Federal Group.

*************************

Q4. Do you use a standard set of tiered rates applicable to all groups with a tiered rate structure?

[ ] YES

[ ] NO

If Yes, what are they?

Self ____________ Family ____________

Self ____________ Couple ____________ Family ____________

**Attachment IIA**

Q5. Do you begin your rate development with a capitation rate, and then convert it to the self and family rates?

[ ] YES

[ ] NO

If Yes, what is the capitation rate?

Capitation Rate = ___________

Note that you may check both Q4 and Q5 "Yes" if you use a standard set of tiered rates which are derived from a capitation rate.

**Attachment IIA**

Q6. Do you use "step-up" factors to convert the capitation rate to the self and family rates?

[ ] YES If Yes, **Go To Q33**

[ ] NO If No, explain, then **Go To Q34**

*************************
Questions 7 through 18 pertain to carriers that use community rating by class (CRC) for the Federal group.
*************************

7. Give a simple narrative explanation of how you derived your rates. **DO NOT SKIP THIS QUESTION AND DO NOT REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.**

Q8. Do you use CRC for all your groups?

[ ] YES

[ ] NO

If No, what is your criteria for using CRC?

## Attachment IIA

Q9. What CRC factors do you use?

[ ] Age

[ ] Sex

[ ] Other ___________, ___________, ___________,

Q10. What capitation rate do you begin with?

Capitation Rate = ___________

Q11. What is the adjustment factor you use to adjust the capitation?

Adjustment Factor = ___________

What is your adjusted capitation rate?

Adjusted Capitation Rate = ___________

Explain how you derived the CRC adjustment factor. **In particular, on what population data are the CRC utilization factors based? How often do you update the data on which the CRC utilization factors are based?**

**Attachment IIA**

Q12. Show how you derive the adjusted capitation rate.
DO NOT SKIP THIS QUESTION. WHAT WE WANT IS A SIMPLE NARRATIVE EXPLANATION OF HOW YOU ADJUST THE CAPITATION RATE. IF THERE ARE OTHER SHEETS WITH DETAILED CALCULATIONS, TELL US HERE IN SIMPLE LANGUAGE WHAT IS DONE ON THOSE SHEETS.

Attachment IIA

Q13. Have you enclosed any worksheets (i.e. sheets showing age/sex distribution and relative utilization factors) that you used to derive the CRC adjustment factors? **Please note that you must have documented support for the CRC age/sex factors.**

[ ] YES

[ ] NO

[ ] NA

If No or NA, explain.

Q14. Do you use "step-up" factors to convert the adjusted capitation rate to the self and family rates?

[ ] YES

[ ] NO

If No, explain

**Attachment IIA**

*************************
In the case of carriers that use a combination of CRC and ACR, Questions 15 and 16 apply only to the portion of your rates derived by CRC. If your method is essentially ACR, and you use CRC only to develop an ACR factor, you should follow the instructions in Q22 and Q23 and **Go To Q17.**
*************************

Q15. Does your age/sex distribution sheet include an age band that includes annuitants age 65 and above?

[ ] YES

[ ] NO

If No, you should use a standard Medicare loading.

Q16. If you answered Yes to Q15, does the relative utilization factor associated with that age band include reimbursement for HCFA COB payments?

[ ] YES

[ ] NO

[ ] NA

If Yes, there should be no Medicare loading.

If Yes, explain how you make sure the payments received from HCFA on behalf of FEHBP enrollees are fully credited to the Federal group and not spread among all groups.

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i. e. responsible for most of the claim payments).

**Attachment IIA**

Q17. If you use industry factors as part of your CRC method, do you anticipate that either of your SSSG's will have an industry factor less than 1.0?

[ ] YES

[ ] NO

Q18. If you answered Q17 Yes, did you apply to the Federal group rates the lowest industry factor anticipated for an SSSG?

[ ] YES

[ ] NO

If No, explain. The Federal group should receive the lowest industry factor less than 1.0 given to an SSSG.

*************************

If you do not use ACR in any part of your rate development, **Go To Q33**

*************************

## Attachment IIA

*************************
Questions 19 through 31 pertain to carriers that use adjusted community rating (ACR) for the Federal group.
*************************

Q19. Do you use ACR for all your groups?

[ ] YES

[ ] NO

If No, what is your criteria for using ACR?

Q20. What method of ACR do you use to rate the Federal group in 1998?

[ ] A Method Based On Utilization Factors.

[ ] A Method Based On Actual Federal Claims Data.

[ ] Other

**Note: You should have on file any claims/utilization data supporting the rates for the Federal group.**

Q21. If your answer was "Other" for Q20, give a simple, but comprehensive explanation of how you developed your rates. Use extra sheets if necessary.

**Attachment IIA**

Q22. Are age 65 or above retirees included in the claims or utilization data used to determine the ACR factor or rates?

[ ] YES

[ ] NO

If No, you should include a standard Medicare loading.

Q23. If you answered yes to Q22, are HCFA reimbursements included in the Federal group's experience?

[ ] YES

[ ] NO

If No, you should take a negative Medicare loading which accounts for all monies received from HCFA or saved because Medicare was the primary payer (i.e. responsible for most of the claim payments. If Yes, there should be no Medicare loading.

Q24. Did you reduce claims used in the rate development by COB income that the carrier received from other insurance carriers (excluding HCFA)?

[ ] YES

[ ] NO

If No, you should give us a credit for any monies received from other insurance carriers.

**Attachment IIA**

*************************
Questions 25 through 31 are for carriers that answered Q20 by checking "A Method Based On Actual Federal Claims Data". If you use ACR and checked "A Method Based On Utilization Factors", **Go To Q32.**
*************************

Q25. If you used an ACR method using Federal claims data to compute rates, clearly explain this method. **DO NOT SKIP THIS QUESTION, AND DO NOT REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.**

**Attachment IIA**

Q26. Do you use completion factors to derive incurred claims?

[ ] YES

[ ] NO

Q27. If you answered Yes to Q26, you should use the same set of completion factors for all your groups. Do you?

[ ] YES

[ ] NO

[ ] NA

If No, explain.

Q28. Explain how you compute the administrative charge.
**DO NOT SKIP THIS QUESTION**

**Attachment IIA**

Q29. Did the claims used in the rate development reflect special benefits?

[ ] YES

[ ] NO

Q30. Do you derive an adjusted capitation rate by using an ACR factor that was derived from actual claims data?

[ ] YES

[ ] NO

If Yes, what is the adjusted capitation rate?

Adjusted Capitation Rate = ____________

Q31. Do you use step-up factors to convert an adjusted capitation rate to the self and family rates?

[ ] YES

[ ] NO

If Yes, **Go To Q33**

If No, **Go To Q34**

# Attachment IIA

*************************

Question 32 is for carriers that answered Q20 by saying they use "A Method Based On Utilization Data".

*************************

Q32. Give a detailed explanation of how you derive the rates on Line 1 of Attachment II. <u>DO NOT SKIP THIS QUESTION OR REFER US TO OTHER SHEETS. WHAT WE WANT HERE IS A SIMPLE NARRATIVE DESCRIPTION OF YOUR METHOD.</u>

**Attachment IIA**

Q33. a. If you use step-up factors, what are they? Specifically, what step-up factor do you use to convert the capitation rate (or the adjusted capitation rate) to the self rate? What step-up factor do you use to convert the self rate to the family rate?

Self/Capitation = ____ Family/Capitation = ____

b. How do you derive the above step-up factors? Explain briefly (we prefer a numerical formula for each factor as the explanation). Example:

$$\text{Self/Capitation} = 1.17 = \frac{.40 + .60(3.5)}{.40 + .60(2.9)}$$

c. Are these step-up factors group-specific (i.e., derived using the demographics of the Federal group)? Or, are the step-up factors based on overall population demographics?

[ ] Group Specific

[ ] Based on Overall Carrier Population Demographics

d. If you use group-specific factors, do you use them for all groups?

[ ] YES

[ ] NO

If No, what is your criteria for using group-specific factors?

## Attachment IIA

Q34. a. If you use enrollment-mix or other demographic assumptions at any point in the development of the 1998 Federal group rates (including development of step-up factors), what are they?

% Self Contracts __________

% Family Contracts __________

Family Size __________

Other:

b. What is the "as of" date of the above enrollment? __________

c. If you use group-specific family size in developing the Federal group rates, were overage dependent children (i.e., children older than the age limit for all unmarried dependents given in Q2a) included in determining the group's family size?

[ ] YES

[ ] NO

**Attachment IIA**

Q35. What is the source of your demographic information? Is the same source used for all groups? If not, where do you get the demographic information for other groups?

Q36. If you do not use step-up factors to convert a capitation rate to the self and family rates, explain in detail what you do.

## Attachment IIA

Q37. Are the special benefits listed in line 2, Attachment II of the 1998 proposal different from those that you offered in 1997?

[ ] YES

[ ] NO

If Yes, explain.

Q38. With regard to the special benefits shown in line 2, Attachment II: Are any of them a rider offered to other groups?

[ ] YES

[ ] NO

If Yes, indicate which special benefits are riders.

Q39. With regard to Federal qualification:

a. Is the carrier Federally qualified?

[ ] YES

[ ] NO

b. If No, has the carrier applied for Federal qualification?

[ ] YES

[ ] NO

**Attachment IIA**

Q40. The FEHBP requires coordination of benefits (COB) with HCFA for Federal annuitants and their covered spouses who are entitled to Medicare.

a. Do you have a risk or cost contract with HCFA?

[ ] YES [ ] Risk Contract [ ] Cost Contract

[ ] NO

b. Are any Federal group enrollees in the carrier covered under the carrier's risk or cost contract?

[ ] YES

[ ] NO

[ ] NA

c. If you answered Yes to Q40b, explain how the arrangement with HCFA works.

## Attachment IIA

Q41. How do you coordinate benefits for those Federal Medicare annuitants and Medicare dependent spouses who are not covered under a risk or cost contract?

Q42. Show the number of Federal annuitants and their covered spouses in the carrier age 65 and older using the following categories:

Medicare Part A and Part B __________

Medicare Part A Only __________

Medicare Part B Only __________

Neither Part A nor Part B __________

Cannot Determine __________

Note: The sum of the numbers in the 5 blanks above should be the total number of Federal annuitants and their covered spouses in the carrier age 65 and older.

**Attachment IIA**

Q43. Do your Line 1 rates reflect any tax, fee or monetary payment imposed on the carrier by a state or local government?

[ ] YES

[ ] NO

If Yes, have you included a negative loading in the Special Benefits section of the proposal?

[ ] YES

[ ] NO

If No, does your carrier do business in Arkansas, Arizona, Connecticut, D.C., Florida, Illinois, Kansas, Louisiana, Maine, Maryland, Minnesota, Nevada, New Hampshire, New Mexico, New York, Oklahoma, Oregon, Texas, Virginia, Washington or Wisconsin?

[ ] YES

[ ] NO

If Yes, explain why you included no negative loading.

## Attachment IIA

Q44. If you use different rating methods (i.e. TCR,CRC,ACR) for different groups, describe your criteria for the use of each method.

Q45. How do you rate your state and local government groups?

**Attachment IIA**

Q46. BACKUP CALCULATIONS - Attachment II, Line 1 Rates

a) If you use Traditional Community Rating (TCR), show how you derive the rates on Line 1, Attachment II of the proposal. If they are two-tiered rates that you use for all groups, and will be backed by an insurance department filing, state this. If you derived the rates by converting a capitation into self and family rates, show the calculations.

If you use Community Rating By Class (CRC) or Adjusted Community Rating (ACR) show any details of the derivation of the Line 1, Attachment II rates that were not given in the previous parts of this questionnaire. **DO NOT SKIP THIS QUESTION. WHAT WE WANT HERE IS A SIMPLE NARRATIVE EXPLANATION (BACKED UP BY CALCULATIONS) OF HOW YOU DERIVED THE LINE 1 RATES. IF THERE ARE OTHER SHEETS WITH DETAILED CALCULATIONS, TELL US HERE IN SIMPLE LANGUAGE WHAT IS DONE ON THOSE SHEETS. MAKE CERTAIN THAT THE EXPLANATION IN THIS SECTION MAKES IT CLEAR TO US WHERE THE RATES ON LINE 1 COME FROM.**

## Attachment IIA

Q47. BACKUP CALCULATIONS - Attachment II, Line 2 Rates - Special Benefit Loadings

Show specifically how you derived each of the special benefit loadings. Be sure to include all utilization assumptions. DO NOT SKIP THIS QUESTION.

Q48. BACKUP CALCULATIONS - Medicare Loading

If you have Medicare Loadings on line 4b, Attachment II, explain how you derived these loadings. Include calculations. Clearly indicate how medicare risk or cost payments (if any) are accounted for.

## Attachment IIA

Q49. BACKUP CALCULATIONS - Children's Loading

If you use a children's loading, show how you derived it. The OPM suggested method is shown below. If, however, you use what you believe to be a more reasonable or accurate method for your other groups, then you must use it for the Federal group. Fill in the appropriate spaces below if you use the OPM method to obtain the children's loading. If you use another method, provide details below.

OPM Suggested Method

(A) Line 3 (Attachment II) Family Rate = ____________

(B) Line 3 (Attachment II) Single Rate = ____________

(C) (A) - (2 x (B)) = Children's Rate = ____________

(D) Children are insured up <u>to</u> what age = ____________

(E) Extend Children's Coverage for 22 - (D) Years = ____________

(F) Loading if Carrier's Community Rate Covers Full-Time Students: = ____________

$$\frac{(E)}{(D)} \times (C) \times .20$$

(G) Loading if Carrier's Community Rate Does Not Cover Full-Time Students: = ____________

$$\frac{(E)}{(D)} \times (C) \times .55$$

**Attachment IIB**

**Carrier Contacts**

For information about your rate submission, we should contact:

Name ______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

**OR**

Name ______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

Our counterproposal letter should be addressed to:

Name ______________________________

Address ______________________________

______________________________

______________________________

Phone Number ____________

Fax Number ____________

E-Mail ____________

Attachment IIC

**Utilization Data**

| Type of Service | Annual Utilization Per 1000 Members |
|---|---|
| 1. Prescription Drugs | ______ |
| 2. Office Visits | |
| A. Mental | ______ |
| B. Other | ______ |
| 3. Inpatient Hospital Days | |
| A. Mental | ______ |
| B. Other | ______ |