**United States Court of Federal Claims**

| | |
|---|---|
| **GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, Texas Health Choice, L.C., and Scott & White Health Plan, Plaintiffs,**<br><br>**v.**<br><br>**United States, Defendant.** | **No. 01-517C**<br><br>**Judge Marian Blank Horn** |

**BLUELINCS MOTION TO STRIKE DECLARATION OF NANCY H. KICHAK**

Plaintiff GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO ("BlueLincs"), by counsel and pursuant to Rule 56, RCFC, submits the following Motion To Strike Declaration of Nancy H. Kichak. In support of its Motion, BlueLincs states as follows:

1. Plaintiffs, Scott & White Health Plan and Texas Health Choice, L.C., have filed a Motion to Strike the Declaration of Nancy Kichak and References Thereto in Defendant's Memoranda ("Scott & White Motion to Strike") on various grounds.

2. BlueLincs adopts and incorporates by reference the grounds set forth in the Scott & White Motion to Strike.

3. BlueLincs also asserts that the Declaration, or portions thereof, should be stricken because it violates RCFC 56(e) which requires that supporting and opposing affidavits shall be made on personal knowledge and shall set forth facts that would be admissible in evidence.

4. In further support of its Motion To Strike Declaration of Nancy H. Kichak, BlueLincs respectfully refers the Court to BlueLincs Memorandum of Law in Support of Motion To Strike Declaration of Nancy H. Kichak that is filed contemporaneously herewith.

WHEREFORE, Plaintiff, GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO, requests that its Motion to Strike Declaration of Nancy H. Kichak be granted.

Respectfully submitted,

Dated: March 31, 2006

_s/Daniel B. Abrahams_________
Daniel B. Abrahams
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington D.C. 20037
PHONE: (202) 861-0900
FAX: (202) 296-2882
dabrahams@ebglaw.com

Of Counsel:

Constance A. Wilkinson
Michael D. Maloney
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington D.C. 20037
PHONE: (202) 861-0900
FAX: (202) 296-2882

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 31st day of March, 2006, I caused to be electronically served a copy of BlueLincs Motion to Strike Declaration of Nancy H. Kichak on the following:

Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
mnadel@mwe.com

Jane W. Vanneman, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
ATTN: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Jane.vanneman@usdoj.gov

_s/Daniel B. Abrahams________