# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: April 12, 2006**

## O R D E R

The court is in receipt of the defendant's April 11, 2006 motion for an enlargement of time of twenty-eight days, to and including May 19, 2006, within which to file a reply on its cross-motion for summary judgment. Plaintiffs did not oppose the enlargement, however, the court notes an April 11, 2006 filing by plaintiffs Texas Health Choice and Scott & White Health Plan, which disagreed with several statements made by the defendant in support of its motion.

As requested, the defendant's motion for enlargement is **GRANTED**. Defendant shall file its reply brief in the above-captioned cases on or before **Friday, May 19, 2006**. The brief shall cite to the joint stipulation of facts and supporting appendix by page and paragraph numbers. Furthermore, in light of the disagreements among the parties surfacing in the defendant's motion and plaintiffs' response, all plaintiffs, including GHS Health Maintenance Organization, shall indicate in a short electronic filing, on or before **Friday, May 26, 2006**, whether or not plaintiffs request an opportunity to file a short response to the defendant's May 19, 2006 reply in order to explain, clarify, amplify and/or sharpen the distinctions between the parties' positions and, if so, plaintiffs also shall indicate in the filing the time requested to complete and electronically file the submissions.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**