# United States Court of Federal Claims

| | |
|---|---|
| **GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, Texas Health Choice, L.C., and Scott & White Health Plan,** ***Plaintiffs,*** <br><br> *v.* <br><br> **United States,** ***Defendant.*** | **No. 01-517C** <br><br> **Judge Marian Blank Horn** |

**Notice of Ripeness for Decision of**
**Plaintiffs' Motions to Strike the Declaration of Nancy Kichak**

Plaintiffs Scott & White Health Plan and Texas Health Choice, L.C., respectfully provide this Court with notice that Plaintiffs' motions to strike the Declaration of Nancy Kichak (document numbers 55 and 57) are now ripe for decision.

On March 31, 2006, Plaintiffs Scott & White Health Plan and Texas Health Choice, L.C., and Plaintiff GHS Health Maintenance Organization ("BlueLincs") separately filed and served motions to strike the declaration of OPM official Nancy Kichak, which the Government filed and relied on in its opening memorandum on the parties' cross-motions for summary judgment motions. Pursuant to RCFC 7.2(a) and as noted on the Court's docket, the Government's responses to these motions to strike were due on April 17, 2006.

The Government has not filed a response. The Government also has not moved for or received an extension of time to file a response, nor has the Government requested Plaintiffs' consent for such an extension.[1] Accordingly, the motions to strike are ripe for decision.

BlueLincs joins in this notice.

April 21, 2006

Respectfully submitted,



Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

*Attorney for Plaintiffs*
*Scott & White Health Plan*
*and Texas Health Choice, L.C*

---

[1] In support of its motion for a 28 day extension of time to file its summary judgment reply brief, Defendant stated that: "Finally, at the time we file our reply brief, we intend to file an opposition to Plaintiffs' motion to strike the declaration of Nancy Kichak, an OPM representative." This statement does not satisfy RCFC 6.1.

**Certificate of Service**

I hereby certify that, on April 21, 2006, the foregoing document was filed using the CM/ECF electronically filing system, which will cause a copy to be electronically served on the following:

Jane W. Vanneman, Esq.
*Jane.Vanneman@USDOJ.gov*
Counsel for Defendant United States

Daniel B. Abrahams, Esq.
*DAbrahams@EBGlaw.com*
Counsel for Plaintiff GBS Health Maintenance Organization

McDermott Will & Emery LLP

By: [signature]
Michael S. Nadel