**United States Court of Federal Claims**

| | |
|---|---|
| **GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, Texas Health Choice, L.C., and Scott & White Health Plan,** <br> **Plaintiffs,** <br><br> **v.** <br><br> **United States,** <br> **Defendant.** | **No. 01-517C** <br><br> **Judge Marian Blank Horn** |

**PLAINTIFF GHS HEALTH MAINTENANCE ORGANIZATION, INC.'S STATEMENT PURSUANT TO COURT ORDER**

Pursuant to this Court's April 12, 2006 Order, Plaintiff, GHS Health Maintenance Organization ("BlueLincs"), states that it does not request an opportunity to file a short response to the defendant's May 19, 2006 reply. BlueLincs notes that this Court previously had indicated that oral argument would be scheduled after the completion of the briefing on the parties' motions for summary judgment, and BlueLincs expects to further clarify the distinctions between the parties' positions at that time.

Respectfully submitted,

Dated: May 26, 2006

s/ Daniel B. Abrahams

Daniel B. Abrahams
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington D.C. 20037
PHONE: (202) 861-0900
FAX: (202) 296-2882
dabrahams@ebglaw.com