# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: June 6, 2006**

**O R D E R**

The court is in receipt of the defendant's May 19, 2006 motion for leave to exceed the page limit for its reply brief, and GHS' June 5, 2006 opposition, joined by the other plaintiffs. In the court's experience, unnecessary pages in a brief usually are apparent, and do not advance a party's argument, or cause. With this in mind, in a complex case such as this, the court **GRANTS** the defendant's request to exceed the prescribed page limit, based on its assurance that the defendant deems additional argument necessary.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**