IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GHS HEALTH MAINTENANCE ORGANIZATION, INC., d/b/a BLUELINCS HMO,

Plaintiff,

TEXAS HEALTH CHOICE, L.C.,

Plaintiff,

SCOTT & WHITE HEALTH PLAN

Plaintiff,

v.

UNITED STATES,

Defendant.

Nos. 01-517C, 05-371C, 05-963C
(Judge Horn)

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 616-8283.

/s/ Jane W. Vanneman
JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-8283
Facsimile: (202) 514-8624

October 31, 2006

CERTIFICATE OF FILING

I hereby certify that on October 31, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF NEW TELEPHONE NUMBER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jane W. Vanneman