# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d.b.a. BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**

**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**Nos. 01-517C; 05-37C; 05-963C**
**Filed: December 6, 2006**

**ORDER**

The court is in receipt of defendant's August 2, 2006 motion for leave to file portions of the appendix. The defendant's motion is **GRANTED**. The Clerk of the United States Court of Federal Claims is directed to file the above mentioned document.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**