# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | | |
| **GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,** | * | |
| | * | **Nos. 01-517C; 05-371C; 05-963C** |
| **Plaintiff,** | * | **Filed: April 17, 2007** |
| **TEXAS HEALTH CHOICE, L.C.,** | * | |
| **Plaintiff,** | * | |
| **SCOTT & WHITE HEALTH PLAN,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * | | |

**ORDER**

The court issued its opinion in the above-captioned cases on April 17, 2007. The opinion directed the plaintiffs to confer with the defendant regarding damages. On or before **Monday, May 7, 2007**, the parties shall file a joint status report reflecting the results of their discussion on damages. For further discussion, the court **SCHEDULES** a status conference on **Wednesday, May 9, 2007, at 10:00 a.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Nadel at (202) 756-8113, Mr. Abrahams at (202) 861-0900, and Ms. Vanneman at (202) 616-8283. If the attorneys of record wish others to participate in the status conference, their names and telephone number shall be provided to chambers, at (202) 357-6580, on or before **Tuesday, May 8, 2007, at 12:00 p.m. EDT**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**