IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GHS HEALTH MAINTENANCE ORGANIZATION, INC., d/b/a BLUELINCS HMO, Plaintiff, | ) | |
| TEXAS HEALTH CHOICE, L.C., Plaintiff, | ) | |
| SCOTT & WHITE HEALTH PLAN, Plaintiff, | ) | |
| v. | ) | Nos. 01-517C, 05-371C, 05-963C (Judge Horn) |
| UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated April 17, 2007, counsel have consulted, and the parties respectfully provide this Joint Status Report.[1]

In the Joint Stipulation of Facts filed in this case, filed December 8, 2005 (Docket 45), the parties stipulated to the following reconciliation calculations:

[1] Each counsel has included counsel's electronic signature and filed electronically (ECF) the Joint Status Report.

1. Scott and White Health Plan, ¶¶ 38-40: $3,625,782

2. Texas Health Choice, L.C., ¶ 28 $622,246

3 For GHS Health Maintenance Organization Inc., d/b/a/ Bluelincs, HMO ("Bluelincs"), the reconciliation calculation is $364,962. See ¶ 18. (To the extent that the parties disputed approximately $4,000, Bluelincs has agreed to the lower amount, for a total of $364,962.) The parties agree further, for the purpose of CDA interest, that Bluelincs' reconciliation calculation will be allocated as follows: $314,587 for the July 20, 2001 claim and $50,375 for the March 7, 2002 claim.)

The amounts above reflect the principal amounts, addressed by this Court in the decision dated April 17, 2007. Any final payment amount necessarily would be calculated at a later date to provide for interest pursuant to the Contract Disputes Act (CDA), 41 U.S.C. §§ 601 et seq., calculated from the date(s) each plaintiff submitted its certified claim(s) to the contracting officer.

Respectfully submitted,

FOR THE UNITED STATES:

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Jane W. Vanneman
JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 514-8624

OF COUNSEL:
Susan Whitman
Office of General Counsel
Office of Personnel Management
Washington, D.C.

FOR SCOTT & WHITE HEALTH PLAN
AND TEXAS HEALTH CHOICE, L.C.

/s/ Michael S. Nadel

Michael S. Nadel
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

OF COUNSEL:
Joel L. Michaels
Arthur G. Sapper
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

FOR GHS HEALTH MAINTENCE
ORGANIZATION, INC.

/s/ Daniel B. Abrahams

Daniel B. Abrahams
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-0900

OF COUNSEL:
Constance A. Wilkinson
Michael D. Maloney
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-0900