# In the United States Court of Federal Claims

**Nos. 01-517C, 05-371C, 05-963C**

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**
**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Opinion, filed April 17, 2007 and May 9, 2007 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the following amounts: Plaintiff, Scott & White Health Plan is awarded the amount of $3,625,782.00, plus Contract Disputes Act (CDA) interest computed from October 10, 2000, the date of submission of its certified claim to the contracting officer. Plaintiff, Texas Health Choice, L.C. is awarded the amount of $622,246.00, plus CDA interest computed from January 8, 2002. Plaintiff, GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, for its first claim is awarded the amount of $314,587.00, plus CDA interest computed from July 20, 2001, and for its second claim the amount of $50,375.00, plus CDA interest computed from March 7, 2002.

Brian Bishop
Clerk of Court

**May 11, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.