ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 6 2007
U.S. COURT OF FEDERAL CLAIMS

GHS HEALTH MAINTENANCE ORGANIZATION, INC., d/b/a BLUELINCS HMO,

Plaintiff,

TEXAS HEALTH CHOICE, L.C.,

Plaintiff,

SCOTT & WHITE HEALTH PLAN,

Plaintiff,

v.

UNITED STATES,

Defendant.

Nos. 01-517C, 05-371C, 05-963C
(Judge Horn)

NOTICE OF APPEAL

The United States files this notice of appeal from the Final Judgment of the United States Court of Federal Claims, issued on May 11, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 307-1011
Fax: (202) 514-8624

OF COUNSEL:
Susan Whitman
Office of General Counsel
Office of Personnel Management
Washington, D.C.

July 3, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on July 3, 2007, I caused to be served by first-class mail, postage prepaid, a copy of the foregoing "NOTICE OF APPEAL":

Ena M. Goddard

DAN ABRAHAMS
Epstein Becker & Green
1227 25th St NW
Suite 700
Washington DC 20037

MIKE NADEL
McDermott Will and Emery
600 13th St, NW
Washington DC 20005