# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
JUL 17 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5143 - GHS HEALTH MAINTENANCE V US**

**Date of docketing:** 07/16/2007

**Appeal from:** United States Court of Federal Claims case no. 01-CV-517, 05-CV-371, and 05-CV-963

**Appellant(s):** United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Jane W. Vanneman
Daniel B. Abrahams
Michael Scott Nadel

2007-5143

# In the United States Court of Federal Claims

## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 16 2007
JAN HORBALY
CLERK

**Judge Marian Blank Horn**

**Nature of Suit:** 114

**Type of Case:** Contact - Service (CDA)

GHS HEALTH MAINTENANCE
ORGANIZATION, INC.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 01-517 C., 05-371, 05-963

**Cross or Related?** No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered:** May 11, 2007.

**Notice of Appeal:** July 6, 2007.

56

2007 JUL 10 PM 4:05

**Fee:** Not required.

***<u>See Docket Sheet for Plaintiff and Defendant attorney information</u>.***

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5143

GHS HEALTH MAINTENANCE
ORGANIZATION, INC.,
doing business as
BLUELINCS HMO,

Plaintiff-Appellee,

and

TEXAS HEALTH CHOICE, L.C.,
and SCOTT & WHITE HEALTH PLAN,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 01-CV-517, 05-CV-371, and 05-CV-963, Judge Marian Blank Horn.

Authorized Abbreviated Caption[2]

GHS HEALTH MAINTENANCE v US, 2007-5143

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.